IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 16-40302 |
| FOREST PARK MEDICAL CENTER, LLC | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF DORON YITZCHAKI

COMES NOW, Doron Yitzchaki, and, pursuant to Local Bankruptcy Rule 1001(d) and Eastern District of Texas Local Rule AT-1, would respectfully show the Court as follows:

1. This application is being made for Case No. 16-40302, *In re Forest Park Medical Center, LLC*.

2. Applicant is representing the following party: Callidus Capital Corporation.

3. Applicant was admitted to practice in the State of Michigan on November 20, 2008.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. N/A.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

    Michigan state courts; United States District Court for the Eastern District of Michigan; United States District Court for the Western District of Michigan; United States Court of Appeals for the Sixth Circuit.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he is being admitted for the limited purpose of appearing in this case only.

14. Applicant has applied for *pro hac vice* admission in this Bankruptcy Court 0 times within the preceding year.

**Application Oath:**

I, Doron Yitzchaki, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.


Dated: February 22, 2016            By: /s/ Doron Yitzchaki
                                        Doron Yitzchaki, Esq.


**Dickinson Wright PLLC**

By:  /s/ Doron Yitzchaki
     Doron Yitzchaki, Esq.
     Michigan Bar No. P72044
     350 S. Main Street, Ste. 300
     Ann Arbor, MI 48104
     Telephone: (734) 623-1947
     Facsimile:  (734) 623-1625
     dyitzchaki@dickinsonwright.com

*Attorneys for Callidus Capital Corporation*


**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016, I caused a true and correct copy of the foregoing document to be served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

By: */s/ Thomas Berghman*
    Thomas D. Berghman, Esq.