IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 16-40302 |
| FOREST PARK MEDICAL CENTER, LLC | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

CAME ON FOR CONSIDERATION the *Application for Admission to Practice* Pro Hac Vice *of Doron Yitzchaki* (the "Application") seeking *pro hac vice* admission for Doron Yitzchaki, counsel for Callidus Capital Corporation ("Callidus").  Having considered the Application and finding that all of the requirements for admission *pro hac vice* have been satisfactorily met, the Court further finds that the Application should be granted.  Accordingly, it is hereby:

ORDERED that the Application is GRANTED; and it is further

ORDERED that Doron Yitzchaki is admitted *pro hac vice* to this Court for the limited purpose of representing Callidus in the above-styled and numbered bankruptcy case and any adversary proceeding involving Callidus before this Court.

SO ORDERED.

_____
HONORABLE BRENDA T. RHOADES
CHIEF U.S. BANKRUPTCY JUDGE