| NAME | Total Units as of 12/31/15 | % Ownership |
|---|---|---|
| **A INVESTORS** | | |
| SRP Medical Investors - Forest Park, LP | 160 | 7.7% |
| | | |
| **F INVESTORS** | - | |
| David Glenn Genecov, MD | 32 | 1.5% |
| Jéfe Plover Interest, LLP (WADE BARKER) | 288 | 13.9% |
| Toussaint Family Partnership | 288 | 13.9% |
| JACS INVESTMENTS, LP | 32 | 1.5% |
| | | |
| **P INVESTORS** | | |
| ALLISON WYLL, MD | 12 | 0.6% |
| AW BARRETT LLC (GREGG ANIGIAN) | 8 | 0.4% |
| BENTON MIDDLEMAN, MD | 4 | 0.2% |
| BRYAN PRUITT, MD | 16 | 0.8% |
| CARLOS R. BARCELO, MD | 4 | 0.2% |
| DAVID B SEROTA | 2 | 0.1% |
| David Glenn Genecov, MD | 32 | 1.5% |
| DAVID SEROTA | 4 | 0.2% |
| G2 ASC, LP (Glenn Ihde) | 16 | 0.8% |
| GREGG ANIGIAN MD PA | 8 | 0.4% |
| HAROON RASHEED MD | 8 | 0.4% |
| IPA Holdings, LLC | 8 | 0.4% |
| JAMES A.DAVIDSON, MD | 8 | 0.4% |
| JAMES A.DAVIDSON, MD | 16 | 0.8% |
| Jéfe Plover Interest, LLP (WADE BARKER) | 40 | 1.9% |
| Jéfe Plover Interest, LLP (WADE BARKER) | 40 | 1.9% |
| JEFFREY P LAMONT MD PA | 12 | 0.6% |
| MAVERICK & GOOSE (MACALUSO) | 32 | 1.5% |
| PAUL A. BENSON, MD | 4 | 0.2% |
| PAUL SAADI , MD | 32 | 1.5% |
| TERESA BASCOM MD | 32 | 1.5% |

| NAME | Total Units as of 12/31/15 | % Ownership |
|---|---|---|
| TIMOTHY TRONE, MD | 16 | 0.8% |
| TOUSSAINT FAMILY PARTNERSHIP LTD | 40 | 1.9% |
| TOUSSAINT FAMILY PARTNERSHIP LTD | 24 | 1.2% |
| TOUSSAINT FAMILY PARTNERSHIP LTD | 16 | 0.8% |
| VMAA INVESTEMENT LLC (DR. GONZALEZ) | 32 | 1.5% |
| WILLIAM SALTER MD | 16 | 0.8% |
| WILLIAM SALTER MD | 16 | 0.8% |
| Royal Health LLC | 32 | 1.5% |
| Nicholas E Lux | 4 | 0.2% |
| Sharon Gregorcyk | 4 | 0.2% |
| Audrey L Graham | 4 | 0.2% |
| John Thomas | 4 | 0.2% |
| Hampton Richards | 12 | 0.6% |
| Gregg Podleski | 2 | 0.1% |
| The Arthur Clay Group LLC | 26 | 1.3% |
| Dan B French | 4 | 0.2% |
| H Jay Boulas | 6 | 0.3% |
| The Arthur Clay Group LLC | 8 | 0.4% |
| Casas Real Estate Holdings LLC | 8 | 0.4% |
| NIRMAL JAYASEELAN, MD PA | 50 | 2.4% |
| H Jay Boulas | 6 | 0.3% |
| Forest Park Peters Co, LLC | 16 | 0.8% |
| Cumulus Investments, LP | 80 | 3.9% |
| JACS INVESTMENTS, LP | 24 | 1.2% |
| Royal Health LLC | 4 | 0.2% |
| David Azouz | 4 | 0.2% |
| H Jay Boulas | 10 | 0.5% |
| Maddyro Partners, LTD | 3 | 0.1% |
| Michael Tran | 4 | 0.2% |
| 5505 Holdings | 4 | 0.2% |
| Robert Price Roye | 4 | 0.2% |

| NAME | Total Units as of 12/31/15 | % Ownership |
|---|---|---|
| Daniel J Aldrich | 4 | 0.2% |
| KaT, LLC | 32 | 1.5% |
| Shawn A Hayden | 2 | 0.1% |
| Heaver Family Limited Partnership | 3 | 0.1% |
| Forest Park Medical Center at Southlake | 57 | 2.7% |
| David Azouz | 8 | 0.4% |
| Richard Berlando | 8 | 0.4% |
| Audrey L Graham | 4 | 0.2% |
| Nicholas E Lux | 2 | 0.1% |
| CKS Holdings LLC | 6 | 0.3% |
| John Thomas | 4 | 0.2% |
| Paul S Worrell | 4 | 0.2% |
| Dallas Otolaryngology Assoc Investment Co LLC | 4 | 0.2% |
| Richard Berlando | 4 | 0.2% |
| Taylor Medical Consultants PLLC | 2 | 0.1% |
| Kelly Sisters Properties, LP | 12 | 0.6% |
| David Azouz | 2 | 0.1% |
| Steve Lau | 6 | 0.3% |
| Joey L. Hamilton | 4 | 0.2% |
| Daniel J Aldrich | 4 | 0.2% |
| Benton Middleman | 4 | 0.2% |
| The Arthur Clay Group LLC | 8 | 0.4% |
| FPSQ, LLC | 12 | 0.6% |
| Sharon Gregorcyk | 4 | 0.2% |
| CKS Holdings LLC | 6 | 0.3% |
| H Jay Boulas | 6 | 0.3% |
| John Thomas | 4 | 0.2% |
| Gregory C Moran | 2 | 0.1% |
| Jeffrey G Stewart | 2 | 0.1% |
| Richard A Honaker | 4 | 0.2% |

| NAME | Total Units as of 12/31/15 | % Ownership |
|---|---|---|
| NFS/FMTC IRA FBO John M Thomas Jr Attn Belinda Anconi- Milkie Ferguson | 4 | 0.2% |
| Alpha Ortho Surgical PLLC | 12 | 0.6% |
| Athas Investments LLC | 20 | 1.0% |
| Shawn A Hayden | 3 | 0.1% |
| Steve Lau | 6 | 0.3% |
| David M Godat | 6 | 0.3% |
| Chrisette Dharma | 12 | 0.6% |
| Family Medicine Associates of Texas PA | 7 | 0.3% |
| Trevor Kraus | 4 | 0.2% |
| Darren A Schuhmacher | 4 | 0.2% |
| Shawn A Hayden | 6 | 0.3% |
| The Entrust Group, Inc FBO Gregory C Moran IRA 35718 | 3 | 0.1% |
| Jeff Hischke | 2 | 0.1% |
| Duane Hinshaw | 10 | 0.5% |
| Hung & Lee Family Investments, LLC | 8 | 0.4% |
| Maryann Prewitt | 7 | 0.3% |
| Joseph Tejan | 4 | 0.2% |
| D & S Carlson LLC | 3 | 0.1% |
| FPMC FT Worth | 20 | 1.0% |
| FPMC San Antonio | 20 | 1.0% |
| FPMC Austin | 20 | 1.0% |
| Andy R. Hollenshead | 3 | 0.1% |
| Ascendant Pain & Spine Institute, PLLC | 6 | 0.3% |
| The Arthur Clay Group LLC | 6 | 0.3% |
| Robert Cloud MD PA | 12 | 0.6% |
| FPMC Kansas City | 20 | 1.0% |