**Fill in this information to identify the case**

Debtor name **Forest Park Medical Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **16-40302**
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. **Disbursement Account (overdrawn)** | **Checking account** | 4 0 0 2 | $0.00 |
| 3.2. **Receivables account** | **Checking account** | 1 6 9 2 | $322.40 |
| 3.3. **Restricted MMA account** | | 4 0 3 5 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $322.40

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| Debtor | **Forest Park Medical Center, LLC** | Case number (if known) | **16-40302** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.                                     **$0.00**

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:    **$0.00**    –    **$0.00**    = .............. ➔    **$0.00**
     face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    **$13,438,554.00**    –    **$12,552,544.00**    = .............. ➔    **$886,010.00**
     face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.              **$886,010.00**

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ☑ Yes.  Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | | |
|---|---|---|---|---|
| 15.1. | **Membership interest in FPMC Dallas Investment in Frisco, LLC** | **100%** | | **Unknown** |
| 15.2. | **Membership interest in FPMC Dallas Investment in Southlake, LLC** | **100%** | | **Unknown** |
| 15.3. | **Membership interest in FPMC Dallas Investment in Fort Worth, LLC** | **100%** | | **Unknown** |
| 15.4. | **Membership interest in FPMC Dallas Investment in San Antonio, LLC** | **100%** | | **Unknown** |
| 15.5. | **Membership interest in FPMC Dallas Investment in Austin, LLC** | **100%** | | **Unknown** |
| 15.6. | **Membership Interest in FPMC Dallas Investment in Kansas City, LLC** | **100%** | | **Unknown** |

| Debtor | **Forest Park Medical Center, LLC** | Case number (if known)   **16-40302** |
|---|---|---|
| | Name | |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

---

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM/DD/YYYY | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Inventory (valued at 50% of book)** | | $685,293.00 | | $342,600.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| | $342,600.00 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| | $0.00 |
|---|---|

---

| Debtor | **Forest Park Medical Center, LLC** | Case number (if known) | **16-40302** |
|--------|--------------------------------------|------------------------|--------------|
|        | Name |  |  |

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------|-----------------------------------------|------------------------------------|
| **39.  Office furniture** | | | |
| See attached list | | | **Unknown** |
| **40.  Office fixtures** | | | |
| See attached list | | | **Unknown** |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached list | | | **Unknown** |

**42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
|--|--|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

Debtor      **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**
       Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats<br>trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**

       **See attached list (value indicated includes all<br>other catagories of tangible personal property) -<br>value is estimated going concern value**             estimate            **$12,000,000.00**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                  **$12,000,000.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.   Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **11990 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75243** | | | | |
| Hospital Lease | Leashold | | | **Unknown** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.         **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

# Schedule 'B- # 50

| Number | Description | Class | Asset Type | Dept | Status |
|---|---|---|---|---|---|
| 000144 | 8- Computers | COMPUTERS | | 01.7420 | ACTIVE |
| 000143 | 1- USB Flash Drive | COMPUTERS | | 01.7760 | ACTIVE |
| 000163 | Network Equipment Installation | COMPUTERS | | 01.7760 | ACTIVE |
| 000164 | Server Installation | COMPUTERS | | 01.7760 | ACTIVE |
| 000165 | Equipment Transportation | COMPUTERS | | 01.7760 | ACTIVE |
| 000166 | Cisco ASA 5505 Installation | COMPUTERS | | 01.7760 | ACTIVE |
| 000167 | BCM Expansion - Addl Module & Stations | COMPUTERS | | 01.7760 | ACTIVE |
| 000168 | Network Expansion | COMPUTERS | | 01.7760 | ACTIVE |
| 000661 | VOSTRO2200 MINI-TOWER W/MONITOR | COMPUTERS | | 01.7760 | ACTIVE |
| 000556 | MAC 3500/MAC 5500 GE MED SYS | COMPUTERS | COMPTERM | 01.7100 | RETIRED |
| 000551 | 5 LABEL PRINTERS (3 LAB, 2 PHARMACY) | COMPUTERS | PRINTER | 01.7500 | ACTIVE |
| 000552 | COMPUTER | COMPUTERS | COMPTERM | 01.7760 | ACTIVE |
| 000553 | COMPUTER OFFICE 2007 19 LICENSE | COMPUTERS | COMPSOFT | 01.7760 | ACTIVE |
| 000554 | 16 COMPUTERS DELL | COMPUTERS | COMPTERM | 01.7760 | ACTIVE |
| 000555 | DELL LAPTOP SI NGUYEN | COMPUTERS | COMPMINI | 01.7760 | ACTIVE |
| 000660 | VOSTRO220 TOWER W/MONITOR | COMPUTERS | | 01.7760 | ACTIVE |
| 000722 | 1 DELL M4092X DLP PROJECTOR | COMPUTERS | PROJECT | 01.7800 | ACTIVE |
| 000699 | 1 DELL COMPUTER LATITUDE E5500, INTEL CORE 2 DUO T7250, 2.00GHz | COMPUTERS | COMPMICRO | 01.7760 | ACTIVE |
| 000761 | 1 VOSTRO 220 MINI-TOWER | COMPUTERS | | 01.7720 | ACTIVE |
| 000700 | HOSPITAL WIRELESS SYSTEM | COMPUTERS | | 01.7760 | ACTIVE |
| 000720 | 5 - MINI-TOWERS, 5 20 FLAT PANEL, PTIPLEX, PRECISION" | COMPUTERS | COMPTERM | 01.7720 | ACTIVE |
| 000738 | MILLIMAN BUILDING CONNECTION TO HOSPITAL WIRELESS | COMPUTERS | | 01.7760 | RETIRED |
| 000745 | 1 CISCO 1841 SECURITY BNDL ADV SECURITY, CISCO SWCH 24PT | COMPUTERS | | 01.7760 | ACTIVE |
| 000737 | RELOCATE MEDITECH SERVERS | COMPUTERS | | 01.7760 | ACTIVE |
| 000739 | 2 - X EPSON SCANNERS | COMPUTERS | | 01.7760 | ACTIVE |
| 000760 | 1 VOSTRO 220 MINI-TOWER | COMPUTERS | | 01.7720 | ACTIVE |
| 000799 | 1 RIGHTFAX BUSINESS SERVER | COMPUTERS | | 01.7760 | ACTIVE |
| 000800 | 7 CUMPUTERS - 3 IN OR, 3 IN PRE-OP AND 1 IN PACU | COMPUTERS | COMPTERM | 01.7420 | ACTIVE |
| 000801 | 1VOSTRO 220 MINI-TOWER (PHYSICIAN'S LOUNGE) | COMPUTERS | COMPTERM | 01.7760 | ACTIVE |
| 000819 | 2 VOSTRO 220 MINI-TOWER | COMPUTERS | COMPMINI | 01.7770 | ACTIVE |
| 000820 | NORTEL 8-PORT ANALOG STATION MODULE | COMPUTERS | PHONESYS | 01.7760 | ACTIVE |
| 000845 | PURCHASE OF VIBRANT LAPTOP | COMPUTERS | | 01.7845 | RETIRED |
| 000837 | 1 VOSTRO 220 MINIT-TOWER | COMPUTERS | COMPTERM | 01.7500 | ACTIVE |
| 000841 | 1 VOSTRO 220 MINI-TOWER | COMPUTERS | COMPTERM | 01.7750 | ACTIVE |
| 000843 | 4 VOSTRO 220 MINI-TOWERS | COMPUTERS | | 01.7720 | ACTIVE |
| 000861 | 2 VOSTRO 220 MINI-TOWER COMPUTERS | COMPUTERS | COMPTERM | 01.7860 | ACTIVE |
| 000917 | 1 DELL POWER EDGE R710 SERVER & 20 USER LICENSES | COMPUTERS | COMPTERM | 01.7760 | ACTIVE |

# Schedule 'B- # 50

| | | | | |
|---|---|---|---|---|
| 000876 1 DELL LATITUDE E6500 LAPTOP | COMPUTERS | | 01.7800 | ACTIVE |
| 000905 1 APPLE IPAD (DR. TOUSSAINT) | COMPUTERS | COMPMINI | 01.7800 | ACTIVE |
| 000920 MCKESSON PACS EQUIPMENT-DISPLAY SYSTEM:SINGLE BARCO NIO 4MP COLO | COMPUTERS | | 01.7550 | ACTIVE |
| 000921 MCKESSON PACS EQUIPMENT-TECHNOLOGIST RAD CASE VIEWING STATION | COMPUTERS | | 01.7550 | ACTIVE |
| 000922 MCKESSON PACS EQUIPMENT-USB DOCUMENT SCANNER WITH CABLES | COMPUTERS | | 01.7550 | ACTIVE |
| 000923 MCKESSON PACS EQUIPMENT-3RD PARTY CALIBRATION SOFTWARE & TOOL | COMPUTERS | | 01.7550 | ACTIVE |
| 000924 MCKESSON PACS EQUIPMENT- INTEGRATED SERVER(HORIZON),VOICECLIPS | COMPUTERS | | 01.7550 | ACTIVE |
| 000925 MCKESSON PACS EQUIPMENT-NETWORK ATTACHED STORAGE-3.789 GB - SATA | COMPUTERS | | 01.7550 | ACTIVE |
| 000926 MCKESSON PACS EQUIPMENT-HORIZON MEDICAL IMAGING TEST SERVER HP | COMPUTERS | | 01.7550 | ACTIVE |
| 000927 MCKESSON RADIOLOGY OFFICE PACS INSTALLATION&PROFESSIONAL SERVICE | COMPUTERS | | 01.7550 | ACTIVE |
| 000972 MCKESSON PACS EQUIPMENT-HORIZON MEDICAL IMAGING | COMPUTERS | | 01.7550 | ACTIVE |
| 000973 MCKESSON PACS PROF SERVICES-NUANCE PROJECT MGMT FEES & IMPLEMENT | COMPUTERS | | 01.7550 | ACTIVE |
| 000915 1 LATITUDE E6510 NOTEBOOK | COMPUTERS | | 01.7750 | ACTIVE |
| 000969 1 TECHNOLOGIST RAD CASE VIEWING STATION W/20MONITOR & VOICE CLI" | COMPUTERS | | 01.7550 | ACTIVE |
| 000970 1 TECHNOLOGIST RAD CASE VIEWING STATION W/20MONITOR & VOICE CLI" | COMPUTERS | | 01.7550 | ACTIVE |
| 001286 1 LATITUDE E6500, INTEL CORE 2 D LAPTOP | COMPUTERS | | 01.7750 | ACTIVE |
| 001273 1 SERVER FOR EFORMS | COMPUTERS | COMPTERM | 01.7760 | ACTIVE |
| 001313 1 LATITUDE E6510 NOTEBOOK & 22 INCH FLAT PANEL DISPLAY | COMPUTERS | | 01.7820 | ACTIVE |
| 001312 1 VOSTRO 3700 LAPTOP | COMPUTERS | | 01.7420 | ACTIVE |
| 001314 PERIOPERATIVE INFORMATION MGMT SYSTEM | COMPUTERS | | 01.7760 | ACTIVE |
| 001328 1 PV MD3200i,RKMNT,iSCSI, 12 BAY DUAL CONTROLLER (ACUITEC) | COMPUTERS | | 01.7760 | ACTIVE |
| 001332 1 LATITUDE E5520 LAPTOP | COMPUTERS | | 01.7800 | ACTIVE |
| 001346 1 MOBILE PRECISION M6500 (LAPTOP FOR REFERRAL SERVICES) | COMPUTERS | | 01.7840 | ACTIVE |
| 001347 1 MOBILE PRECISION M6500 & E/PORT(LAPTOP/PORT REPLICATOR-SHARED) | COMPUTERS | | 01.7820 | ACTIVE |
| 001373 10 OPTI 160, SC TINY DESTOP & 10 DELL 31912H,18.5-INCH MONITORS | COMPUTERS | | 01.7760 | ACTIVE |
| 001382 5 VOSTRO 230 SLIM-TOWERS | COMPUTERS | | 01.7760 | ACTIVE |
| 001848 1 VOSTRO 260 SLIMTOWER & MONITOR | COMPUTERS | | 01.7840 | ACTIVE |
| 001849 1 VOSTRO 260 SLIMTOWER & MONITOR | COMPUTERS | | 01.7840 | ACTIVE |
| 001850 1 VOSTRO 260 SLIMTOWER & MONITOR | COMPUTERS | | 01.7840 | ACTIVE |
| 002258 POWEREDGE R410 STORAGE SERVER | COMPUTERS | | 01.7760 | ACTIVE |
| 002342 POWER EDGE R410 CHASSIS | COMPUTERS | | 01.7660 | ACTIVE |
| 002343 5 DELL VOSTRO SLIM TOWERS | COMPUTERS | | 01.7720 | ACTIVE |
| 002344 1 DELL LATTITUDE E 5520 | COMPUTERS | | 01.7720 | ACTIVE |
| 002399 KODAK TRUPER 3210 FB SLR DUPL 90PPM, SCANNER | COMPUTERS | | 01.7730 | ACTIVE |
| 002400 KODAK TRUPER 3210 FB SLR DUPL 90PPM, SCANNER | COMPUTERS | | 01.7730 | ACTIVE |
| 002395 DELL E SERIES E2011H, VOSTRO 260 SLIMTOWER | COMPUTERS | COMPDISK | 01.7750 | ACTIVE |
| 002410 (10)AVAYA SPECTRALINK 6140 PHONE W/DUAL CHARGER & DUAL BATTERY | COMPUTERS | | 01.7760 | ACTIVE |
| 002433 VOSTRO 260, COMPUTER FOR STAFF ACCOUNTANT | COMPUTERS | | 01.7750 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002437 TV FOR MOB PAVILLION BREAKROOM | COMPUTERS | | 01.7750 | ACTIVE |
| 002429 SERVER FOR CODERS, POWER EDGE R410 | COMPUTERS | | 01.7760 | ACTIVE |
| 002430 KVM, IBM SERVERS, IT | COMPUTERS | | 01.7760 | ACTIVE |
| 002431 PHONE SYSTEM PHASE 3 | COMPUTERS | | 01.7760 | ACTIVE |
| 002450 AVAYA SWITCH | COMPUTERS | | 01.7760 | ACTIVE |
| 002458 ACCESS CONTROL EQUIPMENT | COMPUTERS | | 01.7760 | ACTIVE |
| 002465 LOW VOLTAGE CHARGES | COMPUTERS | | 01.7760 | ACTIVE |
| 002467 FAT PIPE | COMPUTERS | | 01.7760 | ACTIVE |
| 002428 DELL LATITUDE E5520, CONTROLLER LAPTOP | COMPUTERS | | 01.7800 | ACTIVE |
| 002466 TVS FOR STAFF LOUNGE | COMPUTERS | | 01.7800 | ACTIVE |
| 002509 DELL LATITUDE E5520 | COMPUTERS | | 01.7800 | ACTIVE |
| 002522 DELL LATITUDE E6520 (IT DIRECTOR) | COMPUTERS | COMPTERM | 01.7760 | ACTIVE |
| 002524 LAPTOP CORPORATE CONTROLLER  (DELL LATITUDE E5520) | COMPUTERS | | 01.7820 | ACTIVE |
| 002523 PHYS BADGE PRINTER (P330I PRINTER) | COMPUTERS | PRINTER | 01.7830 | ACTIVE |
| 002541 CMS FACILITIES, PE R510 CHASSIS, INTEL XEON E5620 2.4GHZ | COMPUTERS | | 01.7690 | ACTIVE |
| 002543 ACEAPS WAVE 2 SERVER, PE R610 | COMPUTERS | | 01.7760 | ACTIVE |
| 002545 DELL LATITUDE E6520,LAPTOP FOR CNO | COMPUTERS | | 01.7760 | ACTIVE |
| 002551 15 DELL E SERIES E231 | COMPUTERS | | 01.7820 | ACTIVE |
| 002547 DELL LATITUDE E5420, WIRELESS DESKTOP KEYBOARD AND MOUSE | COMPUTERS | | 01.7845 | ACTIVE |
| 002559 DELL COMPUTER | COMPUTERS | | 01.7760 | ACTIVE |
| 002560 AVAYA NETWORK SWITCH | COMPUTERS | | 01.7760 | ACTIVE |
| 002561 10 PHONES/NETWORK SWITCH | COMPUTERS | PHONESYS | 01.7760 | ACTIVE |
| 002584 DELL OPTIPLEX 390 COMPUTER | COMPUTERS | COMPMINI | 01.7300 | ACTIVE |
| 002583 BLACK SCANNER KIT/ETHERNET | COMPUTERS | COMPCLIN | 01.7500 | ACTIVE |
| 002586 DELL OPTIPLEX 390 | COMPUTERS | COMPMINI | 01.7500 | ACTIVE |
| 002582 HW-10 MOBILE COMPUTER KIT | COMPUTERS | COMPMINI | 01.7690 | ACTIVE |
| 002592 DELL OPTIPLEX 390 | COMPUTERS | COMPMINI | 01.7690 | ACTIVE |
| 002568 DELL LATITUDE E5420 COMPUTER | COMPUTERS | COMPDISK | 01.7760 | ACTIVE |
| 002587 DELL LATITUDE E5430 | COMPUTERS | COMPMINI | 01.7760 | ACTIVE |
| 002589 NETWORK PERFORMANCE MONITOR SL2000 | COMPUTERS | VIDEOMON | 01.7760 | ACTIVE |
| 002593 DELL LATITUDE E6520 | COMPUTERS | COMPMINI | 01.7760 | ACTIVE |
| 002585 DELL LATITUDE E5430 | COMPUTERS | COMPMINI | 01.7800 | ACTIVE |
| 002588 DELL LATITUDE E5430 | COMPUTERS | COMPMINI | 01.7820 | ACTIVE |
| 002603 2 DELL LATITIDE E5430 | COMPUTERS | COMPMICRO | 01.7420 | ACTIVE |
| 002602 2 OPTIPLEX 9010 SMALL FORM | COMPUTERS | COMPMICRO | 01.7760 | ACTIVE |
| 002599 DELL OPTIPLEX 390 | COMPUTERS | COMPMICRO | 01.7820 | ACTIVE |
| 002604 5 HP SB 300GB SERVERS | COMPUTERS | COMPLRG | 01.7820 | ACTIVE |
| 002606 2 CITRIX NETSCALER/6 HP SERVERS | COMPUTERS | COMPLRG | 01.7820 | ACTIVE |

3

# Schedule 'B- # 50

| | | | | | |
|---|---|---|---|---|---|
| 002601 | DELL LATITUDE E6530 | COMPUTERS | COMPMICRO | 01.7900 | ACTIVE |
| 002634 | DELL LATITUDE E6530 | COMPUTERS | COMPMINI | 01.7820 | ACTIVE |
| 002651 | DELL LATITUDE E5430 | COMPUTERS | COMPMICRO | 01.7100 | ACTIVE |
| 002650 | DELL LATITUDE E6330 | COMPUTERS | COMPMICRO | 01.7420 | ACTIVE |
| 002652 | DELL LATITUDE E5520 | COMPUTERS | COMPMICRO | 01.7820 | ACTIVE |
| 002662 | CERTEGRA WORKSTATION DISPLAY MONITOR | COMPUTERS | VIDEOMON | 01.7570 | ACTIVE |
| 002664 | BACKUP TAPE STORAGE LIBRARY | COMPUTERS | COMPDISK | 01.7760 | ACTIVE |
| 002665 | 2- SYM NETBACKUP 5220 | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 002666 | CYM NETBACKUP 5220 | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 002669 | SYM NET BACKUP 5220 | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 002680 | NETWORK SWITCH & PHONES | COMPUTERS | COMPLRG | 01.7800 | ACTIVE |
| 002720 | WIRELESS INSTALL OF NORTH BLDG | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 002719 | KODAK TRUPER 3210 FB | COMPUTERS | PRINTER | 01.7820 | ACTIVE |
| 003054 | ETHERNET ROUTING SWITCH 5632FD | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003055 | ETHERNET ROUTING SWITCH 5632FD | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003056 | AVAYA 45xx SERIES NETWORK SWITCH | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003057 | AVAYA 45xx SERIES NETWORK SWITCH | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003058 | AVAYA 45xx SERIES NETWORK SWITCH | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003059 | AVAYA 45xx SERIES NETWORK SWITCH | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003060 | AVAYA 4548 GT-PWR POE SWITCH | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003061 | AVAYA 4548 GT-PWR POE SWITCH | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003062 | AVAYA 4548 GT-PWR POE SWITCH | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003064 | AVAYA 4548GT-PWR | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003065 | AVAYA 4548GT-PWR | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003066 | AVAYA 4548GT-PWR | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003067 | AVAYA 4548GT-PWR | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003068 | AVAYA 4524GT-PWR | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003069 | AVAYA 4524GT-PWR | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003070 | EATON UPS | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003071 | EATON UPS | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003072 | POST RACK MOUNT KIT | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003073 | POST RACK MOUNT KIT | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003074 | ARUBA 3600 REDUNDANT CONTROLLER | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003075 | INSTALL 72 STRAND 50 MICRON FIBER/24 STRAND 50 MICRON FIBER | COMPUTERS | COMPLRG | 01.7760 | ACTIVE |
| 003116 | WAP CABLE INSTALL (WIFI) DALLAS | COMPUTERS | | 01.7760 | ACTIVE |
| 003117 | DALLAS WIRELESS PROJECT | COMPUTERS | | 01.7760 | ACTIVE |
| 003126 | NETWORK SWITCH AND AP INSTALLATION FOR NEW IT SUITE | COMPUTERS | | 01.7760 | ACTIVE |
| 002605 | 1 HP SB DL380G7 SERVER | COMPUTERS | COMPLRG | 01.7820 | ACTIVE |

4

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000824 OLYMPUS VIDEO PROCESSING EQUIP LEASE#ML 012209-7A | FIXED EQUIP | | 01.7500 | ACTIVE |
| 000831 HOSPITAL BUILDING PHASE 1 | FIXED EQUIP | | 01.7800 | RETIRED |
| 000827 GE PRECISION 500D DIGITAL R & F SYSTEM LEASE# 8418908-001 | FIXED EQUIP | | 01.7550 | ACTIVE |
| 000826 GE GOLD SEAL EXCITE 1.5 ECHOSPEAD FIXED MRI LEASE#8418902-001 | FIXED EQUIP | MRIEQUIP | 01.7580 | ACTIVE |
| 000825 OLYMPUS SURG EQUIP LSE#ML 030409-5A AMEND#1 | FIXED EQUIP | | 01.7420 | RETIRED |
| 000828 GE OEC 9900 ELITE DIGITAL MOBILE STD C-ARM ESP LEASE#8424933-001 | FIXED EQUIP | | 01.7550 | ACTIVE |
| 000829 OLYMPUS SURG EQUIP LSE#ML030409-5A AMEND#2 | FIXED EQUIP | | 01.7420 | RETIRED |
| 000830 OLYMPUS SURG EQUIP LSE#ML030409-5A AMEND#3 | FIXED EQUIP | | 01.7420 | RETIRED |
| 001288 FOREST PARK MEDICAL CENTER PHASE III-CIVIL AND PARKING GARAGE | FIXED EQUIP | | 01.7920 | RETIRED |
| 001318 PAPERLESS REGISTRATION & SINATURE PAD SERVER | FIXED EQUIP | | 01.7720 | ACTIVE |
| 001320 1 BACK OFFICE SCANNING SERVER, 3 WORKSTATIONS, 10 WORKFLOW AUTOM | FIXED EQUIP | | 01.7720 | ACTIVE |
| 001317 1 PORTAL PLATFORM, 1 PORTAL DATA DRIVER, 1 PHYSICIAN PORTAL | FIXED EQUIP | | 01.7730 | ACTIVE |
| 001319 1 SERVER, UNLIMETED SCANNING, RECORDS INDEXING, CODING, COMPLETI | FIXED EQUIP | | 01.7730 | ACTIVE |
| 001316 1 SERVER FOR MEDITECH CLIENT SERVER W/O ODA | FIXED EQUIP | | 01.7760 | ACTIVE |
| 001321 2 ONBASE IMAGING SERVER HARDWARE & LICENSES | FIXED EQUIP | | 01.7760 | ACTIVE |
| 001377 1 OEC 9900 ELITE DIGITAL MOBILE STANDARD C-ARM ESP | FIXED EQUIP | | 01.7550 | ACTIVE |
| 001378 1 OEC 9900 ELITE DIGITAL MOBILE STANDARD C-ARM ESP | FIXED EQUIP | | 01.7550 | ACTIVE |
| 002262 HOSPITAL BUILDING PHASE III | FIXED EQUIP | | 01.7800 | RETIRED |
| 002348 BUCANEER AMEND 1 ASSET ADDS BFG1105 | FIXED EQUIP | | 01.7760 | ACTIVE |
| 002521 BUCANEER LEASE BFG1106 | FIXED EQUIP | | 01.7800 | ACTIVE |
| 002657 OLYMPUS SURGICAL INSTR #0012766 | FIXED EQUIP | SURGINSTR | 01.7420 | ACTIVE |
| 001375 ACUITEC LLC END-USER SOFTWARE LICENSE (BUCCANEER) | FIXED EQUIP | | 01.7760 | ACTIVE |
| 001376 ACUITEC LLC END-USER SOFTWARE LICENSE (BUCCANEER) | FIXED EQUIP | | 01.7760 | ACTIVE |
| 001391 ACUITEC LLC END-USER SOFTWARE LICENSE (BUCCANEER) | FIXED EQUIP | | 01.7760 | ACTIVE |
| 001851 ACUITEC LLC END-USER SOFTWARE LICENSE (BUCCANEER) | FIXED EQUIP | | 01.7760 | ACTIVE |
| 001670 2 PKG, 5MM MULTI-FUNCTION PEEK HANDLES & 2 PKG DEBANEY FORCEPS | FRISCO | | 01.7420 | ACTIVE |
| 001671 1 5MM BARIATRIC SCOPE, ADAPTER, ADAPTER RIGHT ANGLE & TRAY | FRISCO | LAPAR | 01.7420 | ACTIVE |
| 001672 1 5MM BARIATRIC SCOPE, ADAPTER, ADAPTER RIGHT ANGLE & TRAY | FRISCO | LAPAR | 01.7420 | ACTIVE |
| 001380 NEURO CRANIAL TRAY/FRISCO DOC | FRISCO | | 01.7420 | ACTIVE |
| 001381 NEURO BASIC SET/FRISCO | FRISCO | | 01.7420 | ACTIVE |
| 002346 RHINOPLASTY INSTRUMENT SET SSK | FRISCO | | 01.7420 | ACTIVE |
| 002347 RHINOPLASTY INSTRUMENT SET SSK | FRISCO | | 01.7420 | ACTIVE |
| 002345 KOVEN SURGICAL PROBE EQUIP | FRISCO | | 01.7420 | ACTIVE |
| 002415 INSTRUMENTS FOR BRAIN BIOPSY | FRISCO | | 01.7420 | ACTIVE |
| 002419 VARIOUS INTSTRUMENTS | FRISCO | | 01.7420 | ACTIVE |
| 002420 BARIATRIC LAB SET | FRISCO | | 01.7420 | ACTIVE |
| 002427 8 SETS FORCEPS & VARIOUS INSTRUMENTS | FRISCO | | 01.7420 | ACTIVE |
| 002445 DESMARRES LID RTR 13MMX14CM INSULATED | FRISCO | | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 000381 | South East Driveway Expansion | LAND IMP | 01.7800 ACTIVE |
| 000015 | 24- Retrospect Sleep Sofa | LEASED EQUIP | 01.7100 ACTIVE |
| 000105 | Cabling for OR Nurse Call Pedal | LEASED EQUIP | 01.7100 RETIRED |
| 000112 | Nurse Call System | LEASED EQUIP | 01.7100 RETIRED |
| 000124 | 30- Phones for Patient Rooms | LEASED EQUIP | 01.7100 RETIRED |
| 000001 | 12- Illuminators/viewboxes | LEASED EQUIP | 01.7420 ACTIVE |
| 000044 | ENT Navigation Sys, Image-Guided Surgery | LEASED EQUIP | 01.7420 ACTIVE |
| 000045 | 9- CardioCap5/ Surgical Monitors | LEASED EQUIP | 01.7420 ACTIVE |
| 000046 | 14-Cardiocap ECG | LEASED EQUIP | 01.7420 ACTIVE |
| 000049 | Ophthalmoscope & Otoscope Heads | LEASED EQUIP | 01.7420 ACTIVE |
| 000052 | 1- ECG/Stress Test | LEASED EQUIP | 01.7420 ACTIVE |
| 000053 | 4- Symphony Ice Machines | LEASED EQUIP | 01.7420 ACTIVE |
| 000054 | 2- Mobile C-Arm | LEASED EQUIP | 01.7420 ACTIVE |
| 000055 | da Vinci Surgical System | LEASED EQUIP | 01.7420 ACTIVE |
| 000056 | da Vinci System Accessories/ Upgrades, Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000059 | Video Laryngoscope | LEASED EQUIP | 01.7420 ACTIVE |
| 000060 | 1- LMA C-Trach Kit | LEASED EQUIP | 01.7420 ACTIVE |
| 000061 | 9- Nerve Stimulators | LEASED EQUIP | 01.7420 ACTIVE |
| 000062 | 1- Jackson Surgical Table | LEASED EQUIP | 01.7420 ACTIVE |
| 000063 | 1- Axis Surgical Tables | LEASED EQUIP | 01.7420 ACTIVE |
| 000064 | 1- Jackson Tables | LEASED EQUIP | 01.7420 ACTIVE |
| 000065 | 2- Working Platforms, 9- Step Stands | LEASED EQUIP | 01.7420 ACTIVE |
| 000066 | 2 Demo Phillips C-Arms | LEASED EQUIP | 01.7420 ACTIVE |
| 000067 | PACS- PCR Eleva S | LEASED EQUIP | 01.7420 ACTIVE |
| 000068 | 8 Scrub Sinks | LEASED EQUIP | 01.7420 ACTIVE |
| 000069 | Mobile X-Ray System | LEASED EQUIP | 01.7420 ACTIVE |
| 000070 | 1 Telemetry Monitoring System | LEASED EQUIP | 01.7420 ACTIVE |
| 000071 | 2-Steam Washer, 8- Sterilizers | LEASED EQUIP | 01.7420 ACTIVE |
| 000072 | 8 Surgical Tables | LEASED EQUIP | 01.7420 ACTIVE |
| 000073 | Instruments - Gastric | LEASED EQUIP | 01.7420 ACTIVE |
| 000074 | Pediatric Laryngoscopy | LEASED EQUIP | 01.7420 ACTIVE |
| 000075 | Lens, 18- Telescopes | LEASED EQUIP | 01.7420 ACTIVE |
| 000076 | Tympanoplasty Set -Ear | LEASED EQUIP | 01.7420 ACTIVE |
| 000077 | Pedi Bronch Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000078 | Adult Laryngoscopy | LEASED EQUIP | 01.7420 ACTIVE |
| 000079 | FESS Instruments- Nasal | LEASED EQUIP | 01.7420 ACTIVE |
| 000080 | Adult Bronch Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000081 | Lap Long Instruments | LEASED EQUIP | 01.7420 ACTIVE |

# Schedule B- # 50

| | | |
|---|---|---|
| 000082 Lap Standard Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000083 Gyn Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000084 8- Image 1 CCU with SDI/HD- Gyn | LEASED EQUIP | 01.7420 ACTIVE |
| 000085 16- HD Flat Panel | LEASED EQUIP | 01.7420 ACTIVE |
| 000086 8- Thermoflator Kit | LEASED EQUIP | 01.7420 ACTIVE |
| 000087 16-Image HD Camera Head | LEASED EQUIP | 01.7420 ACTIVE |
| 000088 8- Xenon Light Source | LEASED EQUIP | 01.7420 ACTIVE |
| 000089 8- Aida DVD-M Smart Screen | LEASED EQUIP | 01.7420 ACTIVE |
| 000090 8- HP Desktop Printer | LEASED EQUIP | 01.7420 ACTIVE |
| 000091 Instruments for Nav Sys- Hip/Knee | LEASED EQUIP | 01.7420 ACTIVE |
| 000092 Booms- Router, Flat Panel, Tandem Kits | LEASED EQUIP | 01.7420 ACTIVE |
| 000093 Drills & Accessories | LEASED EQUIP | 01.7420 ACTIVE |
| 000094 Tips | LEASED EQUIP | 01.7420 ACTIVE |
| 000095 Electrodes | LEASED EQUIP | 01.7420 ACTIVE |
| 000096 Image Guided Surg - Nav II Cart | LEASED EQUIP | 01.7420 ACTIVE |
| 000097 Furniture, Patient Beds, Etc., Stretchers/Recliners | LEASED EQUIP | 01.7420 ACTIVE |
| 000098 Triathlon Instruments Sets | LEASED EQUIP | 01.7420 ACTIVE |
| 000099 8- Scopes/1- Cabinet | LEASED EQUIP | 01.7420 ACTIVE |
| 000100 3- Lead Apron Racks | LEASED EQUIP | 01.7420 RETIRED |
| 000102 4- Aspirators, Portable Units | LEASED EQUIP | 01.7420 RETIRED |
| 000109 13- Stethoscopes, Pediatric Scale, 5- Glucose Monitor | LEASED EQUIP | 01.7420 RETIRED |
| 000110 9 Patient Transfer devices | LEASED EQUIP | 01.7420 RETIRED |
| 000047 9 Anesthesia Machines | LEASED EQUIP | 01.7440 ACTIVE |
| 000048 6 Anesthesia Light Monitors | LEASED EQUIP | 01.7440 ACTIVE |
| 000050 1- Refrigerator/Freezer | LEASED EQUIP | 01.7500 ACTIVE |
| 000051 6- Refrigerators, 3- Disposers, 2- Microwave Ovens | LEASED EQUIP | 01.7500 ACTIVE |
| 000118 Drypro 832 Laser Imager- Radiology | LEASED EQUIP | 01.7550 RETIRED |
| 000011 1-  Guest Chair for MRI room | LEASED EQUIP | 01.7580 ACTIVE |
| 000101 Unload GE MRI from carrier | LEASED EQUIP | 01.7580 RETIRED |
| 000106 Additional cabling requirements | LEASED EQUIP | 01.7690 RETIRED |
| 000107 Cable Sale & Installation | LEASED EQUIP | 01.7690 RETIRED |
| 000103 AP Check Printer | LEASED EQUIP | 01.7750 RETIRED |
| 000104 MS Office Pro Plus | LEASED EQUIP | 01.7760 RETIRED |
| 000108 Dell Projector for use w/Laptops | LEASED EQUIP | 01.7760 RETIRED |
| 000119 Meditech Software | LEASED EQUIP | 01.7760 RETIRED |
| 000120 Meditech File Servers | LEASED EQUIP | 01.7760 RETIRED |
| 000121 OPTIPLEX 33 Dell Computer | LEASED EQUIP | 01.7760 RETIRED |
| 000125 Cisco Router | LEASED EQUIP | 01.7760 RETIRED |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 000126 10- Dell Vostro Mini Towers | LEASED EQUIP | 01.7760 | RETIRED |
| 000127 2- Dell Laptops | LEASED EQUIP | 01.7760 | RETIRED |
| 000128 5- Dell Vostro Mini Towers | LEASED EQUIP | 01.7760 | RETIRED |
| 000129 Powerware Rack-Mounting | LEASED EQUIP | 01.7760 | RETIRED |
| 000130 Powerware | LEASED EQUIP | 01.7760 | RETIRED |
| 000131 46- Dell Vostro 220 Mini Towers | LEASED EQUIP | 01.7760 | RETIRED |
| 000132 Dell Vostro 1510 Laptop | LEASED EQUIP | 01.7760 | RETIRED |
| 000133 2- Dell Dual Core Xeon Processor (Server) | LEASED EQUIP | 01.7760 | RETIRED |
| 000134 Network Installation (Cisco, Nortel Switch & Modules) | LEASED EQUIP | 01.7760 | RETIRED |
| 000135 Powerware &  Distribution Module | LEASED EQUIP | 01.7760 | RETIRED |
| 000136 Web VPN Access License | LEASED EQUIP | 01.7760 | RETIRED |
| 000137 Telephone System, 22 Telephones/Cable | LEASED EQUIP | 01.7760 | RETIRED |
| 000138 24- Nortel Telephones | LEASED EQUIP | 01.7760 | RETIRED |
| 000139 Nortel BCM450 Telephone System | LEASED EQUIP | 01.7760 | RETIRED |
| 000140 Computer Equipment, DELL Computers | LEASED EQUIP | 01.7760 | RETIRED |
| 000141 DELL Computer Laptops & Equip | LEASED EQUIP | 01.7760 | RETIRED |
| 000142 DELL Laptop purchase | LEASED EQUIP | 01.7760 | RETIRED |
| 000002 4 Turnstone Tables | LEASED EQUIP | 01.7800 | ACTIVE |
| 000003 41- Wall Clocks | LEASED EQUIP | 01.7800 | ACTIVE |
| 000004 1 - Twin Mattress, Platform Bed | LEASED EQUIP | 01.7800 | ACTIVE |
| 000005 39 -  Chair -Amia,Desk - Indigo | LEASED EQUIP | 01.7800 | ACTIVE |
| 000006 11 -  Chair -Amia, Desk - Silver | LEASED EQUIP | 01.7800 | ACTIVE |
| 000007 27 - Chair- Amia, Desk- Grey | LEASED EQUIP | 01.7800 | ACTIVE |
| 000008 15 - Chair - Think - w/ Arms, Black | LEASED EQUIP | 01.7800 | ACTIVE |
| 000009 2- Stool-Amia - Black | LEASED EQUIP | 01.7800 | ACTIVE |
| 000010 10 - Coronado, Open Arm Bariatric Chair | LEASED EQUIP | 01.7800 | ACTIVE |
| 000012 55- Carolina Lounge Chair | LEASED EQUIP | 01.7800 | ACTIVE |
| 000013 4- Bernhardt Lounge Chair, Armless | LEASED EQUIP | 01.7800 | ACTIVE |
| 000014 3- Lounge Chair, Moisture Barrier - Smoke | LEASED EQUIP | 01.7800 | ACTIVE |
| 000016 1- Custom booth - Brown | LEASED EQUIP | 01.7800 | ACTIVE |
| 000018 14- Half Round Tabletop Ottoman | LEASED EQUIP | 01.7800 | ACTIVE |
| 000019 2- Midway Bariatric Chair | LEASED EQUIP | 01.7800 | ACTIVE |
| 000020 2- Midway Chair | LEASED EQUIP | 01.7800 | ACTIVE |
| 000021 2-Three Seater, half arms - Black | LEASED EQUIP | 01.7800 | ACTIVE |
| 000022 14- Dining Tables | LEASED EQUIP | 01.7800 | ACTIVE |
| 000023 5- Outdoor Umbrella, base, table | LEASED EQUIP | 01.7800 | ACTIVE |
| 000024 21- Square Table, Aluminum | LEASED EQUIP | 01.7800 | ACTIVE |
| 000025 33- Task Lights | LEASED EQUIP | 01.7800 | ACTIVE |

# Schedule B- # 50

| 000026 | 1- Visual Board | LEASED EQUIP | 01.7800 | ACTIVE |
| 000027 | 11- 4 drawer lateral files | LEASED EQUIP | 01.7800 | ACTIVE |
| 000028 | 26- Pencil Drawers | LEASED EQUIP | 01.7800 | ACTIVE |
| 000029 | 6- Guest Brio | LEASED EQUIP | 01.7800 | ACTIVE |
| 000030 | 2- Bookcase | LEASED EQUIP | 01.7800 | ACTIVE |
| 000031 | 18-Desks | LEASED EQUIP | 01.7800 | ACTIVE |
| 000032 | 29- Modular Cabinet | LEASED EQUIP | 01.7800 | ACTIVE |
| 000033 | 5- End Table/Conference Table | LEASED EQUIP | 01.7800 | ACTIVE |
| 000034 | 5- Knee Space Credenza | LEASED EQUIP | 01.7800 | ACTIVE |
| 000035 | 17- Organizers, Pulse | LEASED EQUIP | 01.7800 | ACTIVE |
| 000036 | 91- Stack Chairs - Black | LEASED EQUIP | 01.7800 | ACTIVE |
| 000037 | 34- Bariatric Stack Chairs - Black | LEASED EQUIP | 01.7800 | ACTIVE |
| 000038 | 19- Tackboards | LEASED EQUIP | 01.7800 | ACTIVE |
| 000039 | 3- Bar Stool, half back, armless | LEASED EQUIP | 01.7800 | ACTIVE |
| 000040 | 16- Stacking Seat, wood back, armless | LEASED EQUIP | 01.7800 | ACTIVE |
| 000041 | Miscellaneous furniture | LEASED EQUIP | 01.7800 | ACTIVE |
| 000042 | 9- Drafting Task Chair w/arms | LEASED EQUIP | 01.7800 | ACTIVE |
| 000043 | Turnstone- Worksurfaces/panels | LEASED EQUIP | 01.7800 | ACTIVE |
| 000057 | 4- Recliner chairs and round table | LEASED EQUIP | 01.7800 | ACTIVE |
| 000058 | 2- table lamps | LEASED EQUIP | 01.7800 | ACTIVE |
| 000111 | Hospital Security Systems | LEASED EQUIP | 01.7800 | RETIRED |
| 000113 | Meditech VPN | LEASED EQUIP | 01.7800 | RETIRED |
| 000114 | Hospital Exterior Signage | LEASED EQUIP | 01.7800 | RETIRED |
| 000115 | Hospital banner & installation | LEASED EQUIP | 01.7800 | RETIRED |
| 000116 | Hospital Interior Signage | LEASED EQUIP | 01.7800 | RETIRED |
| 000117 | Casted Aluminum 8 Letters" | LEASED EQUIP | 01.7800 | RETIRED |
| 000122 | Satellite Radio System | LEASED EQUIP | 01.7800 | RETIRED |
| 000123 | Artwork | LEASED EQUIP | 01.7800 | RETIRED |
| 000771 | VARIOUS B-K MICRO CERV CURETTES,VARIOUS FINE TCH FLAT HDLE, OTH | LEASED EQUIP | 01.7420 | ACTIVE |
| 000777 | 4 MALIS GENERATOR SET, 2 MALIS SOLUTION IRRIG SET, 4 CARTS | LEASED EQUIP | 01.7420 | ACTIVE |
| 000778 | VARIOUS PROCEDURE KITS, TUBE SETS, HYSTEROSCOPE INSERT | LEASED EQUIP | 01.7420 | ACTIVE |
| 000767 | 1 B-K MICRO CERVICAL STORAGE/STERILIZING CASE | LEASED EQUIP | 01.7420 | ACTIVE |
| 000776 | 2 MALIS SOLUTION IRRIGATION MODULE SET | LEASED EQUIP | 01.7420 | ACTIVE |
| 000768 | 3 RHOTON SET, CASE AND 19 INSTRUMENTS | LEASED EQUIP | 01.7420 | ACTIVE |
| 000769 | 1 B-K MICRO CERVICAL CURETTE, BACKWARD STRAIGHT, 4-0 | LEASED EQUIP | 01.7420 | ACTIVE |
| 000770 | 3 FINE TOUCH RING TIP FCPS, 3 MIS RONGEUR, MICRO-PITUIATRY | LEASED EQUIP | 01.7420 | ACTIVE |
| 000765 | 2 B-K XL MICRO CERVICAL SET OF 24/W 2 CASES | LEASED EQUIP | 01.7420 | ACTIVE |
| 000172 | 24- Patient Stretchers/Recliners | LEASED EQUIP | 01.7100 | ACTIVE |

# Schedule B- # 50

| | | |
|---|---|---|
| 000221 2- Siderail Bumper Pads for Crib | LEASED EQUIP | 01.7100 ACTIVE |
| 000228 10- Overbed Table with Vanity and Mirror | LEASED EQUIP | 01.7100 ACTIVE |
| 000240 TV Installation Cables | LEASED EQUIP | 01.7100 RETIRED |
| 000267 2- Wall Mounts for TV's | LEASED EQUIP | 01.7100 RETIRED |
| 000268 34- Televisions (LCD) & Mounting | LEASED EQUIP | 01.7100 RETIRED |
| 000148 4 - Lockable Cassettes, 6- bins | LEASED EQUIP | 01.7420 RETIRED |
| 000149 11- Stack Totes, 4 Tote Racks | LEASED EQUIP | 01.7420 RETIRED |
| 000150 1- Bidirectional Doppler & Accessories | LEASED EQUIP | 01.7420 RETIRED |
| 000153 6- Iron Intern, 6- Retractors, 12-Trays | LEASED EQUIP | 01.7420 ACTIVE |
| 000170 28- Bed Locator | LEASED EQUIP | 01.7420 ACTIVE |
| 000171 2-Microscopes, Surgical- ENT | LEASED EQUIP | 01.7420 ACTIVE |
| 000173 3-System 2450 Cart | LEASED EQUIP | 01.7420 ACTIVE |
| 000174 9- Sys 2450 Electrosurgical Units | LEASED EQUIP | 01.7420 ACTIVE |
| 000175 10- Oximeter, Pulse | LEASED EQUIP | 01.7420 ACTIVE |
| 000176 1- Bariatric Blood Draw Chair | LEASED EQUIP | 01.7420 ACTIVE |
| 000177 5- Arterial Infrared Thermometer | LEASED EQUIP | 01.7420 ACTIVE |
| 000179 1- Safety Cabinet | LEASED EQUIP | 01.7420 ACTIVE |
| 000180 1- Hovermatt Mattress, Heat Sealed | LEASED EQUIP | 01.7420 ACTIVE |
| 000181 1- Jet Ventilator | LEASED EQUIP | 01.7420 ACTIVE |
| 000182 4- Xenon Lightsource, Headband, Floorstand | LEASED EQUIP | 01.7420 ACTIVE |
| 000184 1- Chrome Cart | LEASED EQUIP | 01.7420 ACTIVE |
| 000185 1- Jackson Tables | LEASED EQUIP | 01.7420 ACTIVE |
| 000187 3- Cribs, 2- Carts, 9- Instrument Tables | LEASED EQUIP | 01.7420 ACTIVE |
| 000189 Tables, w/ plastic floor glides | LEASED EQUIP | 01.7420 ACTIVE |
| 000190 DS Brilliance CT 40-60 Channel | LEASED EQUIP | 01.7420 ACTIVE |
| 000191 11- Wheelchairs | LEASED EQUIP | 01.7420 ACTIVE |
| 000192 1- Hysteroscopy System & Hysteroscope Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000193 2- Enseal Generator w/ Accessories | LEASED EQUIP | 01.7420 ACTIVE |
| 000194 4- Defibrillators | LEASED EQUIP | 01.7420 ACTIVE |
| 000196 1-Lift Beach Chair & Accessories | LEASED EQUIP | 01.7420 ACTIVE |
| 000197 2-Ultrafin Stirrups, 2-Yellowfin Elites | LEASED EQUIP | 01.7420 ACTIVE |
| 000198 2-Shoulder Access Sys | LEASED EQUIP | 01.7420 ACTIVE |
| 000199 Sterrad 100NX & components, traded in V-Pro for credit of $99,00 | LEASED EQUIP | 01.7420 ACTIVE |
| 000200 2- ChemClean Kit | LEASED EQUIP | 01.7420 ACTIVE |
| 000201 2- Sterrad NX System | LEASED EQUIP | 01.7420 ACTIVE |
| 000202 2- Sterrad Carts | LEASED EQUIP | 01.7420 ACTIVE |
| 000203 1- Preinstallation Kit | LEASED EQUIP | 01.7420 ACTIVE |
| 000204 1- AER & Water Filter System | LEASED EQUIP | 01.7420 ACTIVE |

# Schedule B- # 50

| | | |
|---|---|---|
| 000205 2- Conn Tube Kits | LEASED EQUIP | 01.7420 ACTIVE |
| 000206 2- Microscopes, Surgical, OMNI Pentero | LEASED EQUIP | 01.7420 ACTIVE |
| 000207 1- OPMI Pentero | LEASED EQUIP | 01.7420 ACTIVE |
| 000208 1- Electrosurgical Units/ Irrigation Pump | LEASED EQUIP | 01.7420 ACTIVE |
| 000209 3- Harmonic Scalpel Generators | LEASED EQUIP | 01.7420 ACTIVE |
| 000210 3- Arterial Infrared Thermometer | LEASED EQUIP | 01.7420 ACTIVE |
| 000211 7-Temperature Monitors, 2- Themometers | LEASED EQUIP | 01.7420 ACTIVE |
| 000214 2- Mayfield Patient Positioning Sys | LEASED EQUIP | 01.7420 ACTIVE |
| 000215 2- Mayfield Headrest & Skull Clamp | LEASED EQUIP | 01.7420 ACTIVE |
| 000216 4- Mayfield NeuroGen Adaptor | LEASED EQUIP | 01.7420 ACTIVE |
| 000217 2- Mayfield Patient Position Sys, Headrest, Skull Clamp | LEASED EQUIP | 01.7420 ACTIVE |
| 000218 8- Supply Carts | LEASED EQUIP | 01.7420 ACTIVE |
| 000219 Shelving for 5 rooms, chrome wire | LEASED EQUIP | 01.7420 ACTIVE |
| 000220 TurboVac 90 ICW Atlas Control System | LEASED EQUIP | 01.7420 ACTIVE |
| 000222 8- Utility Table | LEASED EQUIP | 01.7420 ACTIVE |
| 000223 5- Tables (Mayo, Instr), Carts, Stands | LEASED EQUIP | 01.7420 ACTIVE |
| 000224 Esprit Ventilator Demo & accessories | LEASED EQUIP | 01.7420 ACTIVE |
| 000226 3- Morcellator for Hyster. | LEASED EQUIP | 01.7420 ACTIVE |
| 000227 Saws, Drills, Driver, Various Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000229 4 Bipolar Generators, Carts, Irrigation Modules | LEASED EQUIP | 01.7420 ACTIVE |
| 000231 55- Regulators, 46- Oxygen Flowmeters | LEASED EQUIP | 01.7420 ACTIVE |
| 000232 1- Aspirator, Uterine | LEASED EQUIP | 01.7420 RETIRED |
| 000233 Integrated Diagnostic System | LEASED EQUIP | 01.7420 RETIRED |
| 000234 1- Pressure Infusion System | LEASED EQUIP | 01.7420 RETIRED |
| 000235 Installation of Intermetro Systems | LEASED EQUIP | 01.7420 RETIRED |
| 000236 45- Hampers, 2-Stands, Table | LEASED EQUIP | 01.7420 RETIRED |
| 000237 1- Cart, Malig. Hyperthermia | LEASED EQUIP | 01.7420 RETIRED |
| 000238 1- Cart | LEASED EQUIP | 01.7420 RETIRED |
| 000239 3- Hypo-Hyperthermis Unit RK-3000 | LEASED EQUIP | 01.7420 RETIRED |
| 000242 1- Digital Scale | LEASED EQUIP | 01.7420 RETIRED |
| 000243 8- Laryngoscope | LEASED EQUIP | 01.7420 RETIRED |
| 000244 1- Gynecare X-Tract, Laparoscopic Morcellator | LEASED EQUIP | 01.7420 RETIRED |
| 000247 12- Cannula, various sizes | LEASED EQUIP | 01.7420 RETIRED |
| 000249 Safety Glasses, Eyewash Station, Seals | LEASED EQUIP | 01.7420 RETIRED |
| 000251 2- Stainless Steel Cart | LEASED EQUIP | 01.7420 RETIRED |
| 000253 HemoCue HB201 Pump - Lab | LEASED EQUIP | 01.7420 RETIRED |
| 000255 Nurse Call System | LEASED EQUIP | 01.7420 RETIRED |
| 000257 25- Carts,Racks | LEASED EQUIP | 01.7420 RETIRED |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 000258 | 8- Wire Carts | LEASED EQUIP | 01.7420 RETIRED |
| 000260 | 11- Scan 1-LN Cuffs (Thighs & Arms) | LEASED EQUIP | 01.7420 RETIRED |
| 000261 | Installation of Sterilizers | LEASED EQUIP | 01.7420 RETIRED |
| 000262 | 1- SM Cast Spreader, Cast Cutter | LEASED EQUIP | 01.7420 RETIRED |
| 000263 | Smart Pump Single & Dual Channel | LEASED EQUIP | 01.7420 RETIRED |
| 000265 | 8- Hydraulic Stool | LEASED EQUIP | 01.7420 RETIRED |
| 000266 | 1- Skin Graft Mesher Kit, 2- Dermatome Kit | LEASED EQUIP | 01.7420 RETIRED |
| 000269 | Neoprobe GDS Control Unit | LEASED EQUIP | 01.7420 RETIRED |
| 000270 | 1- Therma Choice II | LEASED EQUIP | 01.7420 RETIRED |
| 000273 | 1- Morphboard | LEASED EQUIP | 01.7420 RETIRED |
| 000274 | Long Pituitary Set; Extra long pituitary ronguers; Kerrison set | LEASED EQUIP | 01.7420 RETIRED |
| 000275 | Long & Extralong Pituitary Set | LEASED EQUIP | 01.7420 RETIRED |
| 000276 | 2- Universal Screw Removal System | LEASED EQUIP | 01.7420 RETIRED |
| 000277 | Mini Osteotomes & Various Instru | LEASED EQUIP | 01.7420 ACTIVE |
| 000278 | 4- Retractors (Nasal & Right Angled) | LEASED EQUIP | 01.7420 ACTIVE |
| 000279 | 2- Universal Ring Retractor Sys | LEASED EQUIP | 01.7420 ACTIVE |
| 000280 | 2- Arthroscopic Shoulder Repair Set, 2- ACL Sets | LEASED EQUIP | 01.7420 ACTIVE |
| 000281 | 4- Chondral Pick Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000282 | 1- 3-point shoulder distraction system | LEASED EQUIP | 01.7420 ACTIVE |
| 000283 | 2- Kirk Mallets | LEASED EQUIP | 01.7420 ACTIVE |
| 000284 | 2- Graft Prep Stations | LEASED EQUIP | 01.7420 ACTIVE |
| 000285 | Diamond Flex Grasper & Retractor | LEASED EQUIP | 01.7420 ACTIVE |
| 000286 | 2- Casper Retractor; 2- ACF Ret & Dist Set, 2-Ret Sys | LEASED EQUIP | 01.7420 ACTIVE |
| 000287 | 2- Micro Sets; 2- Bookwalter Retractors | LEASED EQUIP | 01.7420 ACTIVE |
| 000288 | 23- Alaris Pumps | LEASED EQUIP | 01.7420 ACTIVE |
| 000289 | 10- Forceps, 1- Bipolar Generator | LEASED EQUIP | 01.7420 ACTIVE |
| 000290 | 3- Alvarado Knee Support Assembly | LEASED EQUIP | 01.7420 ACTIVE |
| 000291 | Posterior Retractor, M&L Retractor | LEASED EQUIP | 01.7420 ACTIVE |
| 000292 | 6- Nasal Packing Sets | LEASED EQUIP | 01.7420 ACTIVE |
| 000293 | Various Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000294 | 24- Graspers, 32- LAP Needle Holders | LEASED EQUIP | 01.7420 ACTIVE |
| 000295 | Containers, Baskets, Mats, Instr Label | LEASED EQUIP | 01.7420 ACTIVE |
| 000296 | Spinal Instruments- Dr. Won | LEASED EQUIP | 01.7420 ACTIVE |
| 000297 | Various Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000298 | Gyn Microsurgial Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000299 | Minor Vascular Clamps Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000300 | Laparotomy Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000301 | 2- Large Bone Set | LEASED EQUIP | 01.7420 ACTIVE |

# Schedule B- # 50

| | | |
|---|---|---|
| 000302 Cervical (4) & Lumbar (2) Microdisectomy Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000303 Bone Clamps Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000304 2- ALIF Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000305 Arthroscopy Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000306 Dr. Pruitt/Saadi Instruments - various | LEASED EQUIP | 01.7420 ACTIVE |
| 000307 2 Vacu-Form Large | LEASED EQUIP | 01.7420 ACTIVE |
| 000308 4- Table Gel Pads, Leg Holder Sys, Irrigation Tower | LEASED EQUIP | 01.7420 ACTIVE |
| 000309 2- Lateral Supports, 6- Adult Head Gel Donut, 3-Pediatric Head G | LEASED EQUIP | 01.7420 ACTIVE |
| 000310 Black Drainage Rubber Mats | LEASED EQUIP | 01.7420 ACTIVE |
| 000311 Various Instruments - Ear | LEASED EQUIP | 01.7420 ACTIVE |
| 000312 2- Cervical Instrument Sets | LEASED EQUIP | 01.7420 ACTIVE |
| 000313 6- Pituitary down, Rongeur, Cobb Currette | LEASED EQUIP | 01.7420 ACTIVE |
| 000314 Instruments for cervical and lumbar spine | LEASED EQUIP | 01.7420 ACTIVE |
| 000315 1- Hurst Dialators, 14- Bougie | LEASED EQUIP | 01.7420 ACTIVE |
| 000316 30- Diamond Drive Needle Holders | LEASED EQUIP | 01.7420 ACTIVE |
| 000317 4- I-Stat 1 Analyzer System | LEASED EQUIP | 01.7420 ACTIVE |
| 000318 Part of ACF Retractor & Dist Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000319 Micro Set - Scissors, Castrov NH, Rhoton Forceps, Tying Forceps, | LEASED EQUIP | 01.7420 ACTIVE |
| 000320 Retractors, Blades, & Jaw | LEASED EQUIP | 01.7420 ACTIVE |
| 000321 2- Shoulder Sets | LEASED EQUIP | 01.7420 ACTIVE |
| 000322 2- ACL Sets | LEASED EQUIP | 01.7420 ACTIVE |
| 000323 VC10 Pump | LEASED EQUIP | 01.7420 ACTIVE |
| 000324 Lifecare PCA Pump - 5 | LEASED EQUIP | 01.7420 ACTIVE |
| 000325 Sonic Irrigator - da Vinci | LEASED EQUIP | 01.7420 ACTIVE |
| 000326 Byron Release Cannula, Face Cannula, Breast Cannula, Closed Neck | LEASED EQUIP | 01.7420 ACTIVE |
| 000327 Various Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000328 Various Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000329 2- HD Flat Panel w/ Fiber Input | LEASED EQUIP | 01.7420 ACTIVE |
| 000330 1- Aida DVD-M with Smart Screen | LEASED EQUIP | 01.7420 ACTIVE |
| 000331 2- Hopkins Telescopes, Various Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000332 Various Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000333 6- Arthroscopes | LEASED EQUIP | 01.7420 ACTIVE |
| 000334 Champion Small Joint Instr. Set | LEASED EQUIP | 01.7420 ACTIVE |
| 000335 Various Instruments | LEASED EQUIP | 01.7420 ACTIVE |
| 000336 Rest of Triathlon Instrument Sets | LEASED EQUIP | 01.7420 ACTIVE |
| 000337 4- Forceps (Gastric), 10-Grasper | LEASED EQUIP | 01.7420 ACTIVE |
| 000338 6- Forceps, Gastric Band Passer | LEASED EQUIP | 01.7420 ACTIVE |
| 000772 3 CUSHING-DEBAKEY TISS FCPS | LEASED EQUIP | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000272 | Anesthesia Tray with Lid Stops, Plastic Distribution Cart | LEASED EQUIP | | 01.7440 RETIRED |
| 000169 | CD Ruby Analyzer | LEASED EQUIP | | 01.7500 ACTIVE |
| 000195 | 1-Architech C8000- Chemistry Sys | LEASED EQUIP | | 01.7500 ACTIVE |
| 000213 | 2- Blood Bank/ Lab Refrigerators | LEASED EQUIP | | 01.7500 ACTIVE |
| 000259 | X-Ray Aprons & Protectors | LEASED EQUIP | | 01.7550 RETIRED |
| 000178 | 1- Stretcher- MRI Compatible | LEASED EQUIP | | 01.7580 RETIRED |
| 000230 | 1- Wheelchair, MRI Safe | LEASED EQUIP | | 01.7580 ACTIVE |
| 000245 | Cardiosoft v6.5, installation & configuration | LEASED EQUIP | | 01.7640 RETIRED |
| 000151 | 1- Dishwasher | LEASED EQUIP | | 01.7660 ACTIVE |
| 000152 | 1- Refrigerator, Undercounter | LEASED EQUIP | | 01.7660 ACTIVE |
| 000186 | 12- Refrigerator, Undercounter | LEASED EQUIP | | 01.7660 ACTIVE |
| 000212 | 1- Pharmacy Refrigerator | LEASED EQUIP | | 01.7660 ACTIVE |
| 000248 | 2- Trays, 5- Racks | LEASED EQUIP | | 01.7660 RETIRED |
| 000250 | Electronic Weighing Kit, Various Pharmacy | LEASED EQUIP | | 01.7660 RETIRED |
| 000252 | Various Bins - assorted | LEASED EQUIP | | 01.7660 RETIRED |
| 000264 | 1- Hood for Pharmacy | LEASED EQUIP | | 01.7660 RETIRED |
| 000188 | 2- Central Supply Work Tables, Stands | LEASED EQUIP | | 01.7690 ACTIVE |
| 000246 | Carts, General, Waste Receptacles | LEASED EQUIP | | 01.7690 RETIRED |
| 000271 | 8- Waste Receptacles | LEASED EQUIP | | 01.7690 RETIRED |
| 000225 | Shelving, Medical Records, 6 Tier | LEASED EQUIP | | 01.7730 ACTIVE |
| 000183 | Shelving in Mat Mgmg & Sterile Storage | LEASED EQUIP | | 01.7770 ACTIVE |
| 000241 | Cable Sale & Installation | LEASED EQUIP | | 01.7800 RETIRED |
| 000254 | Hospital Security Systems | LEASED EQUIP | | 01.7800 RETIRED |
| 000256 | Zoned Public Address System | LEASED EQUIP | | 01.7800 RETIRED |
| 000764 | 8 BSHOP-HARMN IRS FCP1X2TH, 5 LEWIS DEL SKIN HK SH2.5MM | LEASED EQUIP | | 01.7420 RETIRED |
| 000766 | 4 AWL 30 DEGREE, 4 AWL 90 DEGREE, 4 AWL 45 DEGREE HEAVY | LEASED EQUIP | | 01.7420 RETIRED |
| 000763 | 1 HD 2.7MM X 30 DEGREE ARTHROSCOPE, SPEEDLOCK, C-MOUNT, A/C | LEASED EQUIP | ARTHROINST | 01.7420 RETIRED |
| 000664 | IMAGING / THERAPEUTIC SERVICES SOFTWARE | LEASED EQUIP | | 01.7760 ACTIVE |
| 000616 | 32 HDTV LCD TELEVISIONS | LEASED EQUIP | TVMON | 01.7100 ACTIVE |
| 000593 | ALLEN MEDICAL EQUP SALES TAX | LEASED EQUIP | | 01.7420 ACTIVE |
| 000594 | ALLEN EASY IRRIGATION TOWER | LEASED EQUIP | | 01.7420 ACTIVE |
| 000595 | ARTHROSCOPIC LEG HOLDER SYSTEM & TABLE GEL PAD FULL LENGTH | LEASED EQUIP | | 01.7420 ACTIVE |
| 000596 | SHOULDER ACCESS SYSTEM | LEASED EQUIP | | 01.7420 ACTIVE |
| 000597 | 2 ALLEN ULTRAFIN STIRRUPS & 2 YELLOFIN ELITE | LEASED EQUIP | | 01.7420 ACTIVE |
| 000598 | ALLEN BEACH CHAIR CART FREIGHT | LEASED EQUIP | CARTSUPP | 01.7420 ACTIVE |
| 000620 | MEDITECH 40% IMAGING & THERAPEUTIC SOFTWARE | LEASED EQUIP | | 01.7760 RETIRED |
| 000629 | DA VINCI SI UPGRADE (CARTS & SURGEON'S CONSOLE) | LEASED EQUIP | CARTSUPP | 01.7420 ACTIVE |
| 000802 | MEDITECH 40% ENTERPRISE, 40% LAB/MICROB, 10% OTHER | LEASED EQUIP | | 01.7760 RETIRED |

14

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000709 | LYSONIX 3000 STD SYS W/MICRO | LEASED EQUIP | | 01.7420 ACTIVE |
| 000757 | 1 BUNDLE NIM RESP 3.0 SYS W/CART/PRINTER | LEASED EQUIP | | 01.7420 ACTIVE |
| 000686 | SOFTWARE - ENTERPRISE MEDICAL RECORD AND LAB/MICROBIOLOGY PHARM | LEASED EQUIP | | 01.7760 RETIRED |
| 000695 | VC10 PUMP, 115V | LEASED EQUIP | PUMPVAC | 01.7420 ACTIVE |
| 000743 | 1 CAMERA CONTROL UNIT, COMERA HEAD & COUPLER KIT, PRINTER, OTHER | LEASED EQUIP | | 01.7420 ACTIVE |
| 000773 | VARIOUS INSTRUMENTS STRYKER ENDO | LEASED EQUIP | | 01.7420 RETIRED |
| 000774 | 1 COMERA CTRL UNIT, HEAD & COUPLER KIT, PRINTER, OTHER | LEASED EQUIP | | 01.7420 ACTIVE |
| 000775 | 1 STANDARD VIDEO CART KIT | LEASED EQUIP | | 01.7410 ACTIVE |
| 000741 | 2 - IRRIGATION PUMP, FOOT PED BOARD, EQUIP CART, FOOTSWITCH | LEASED EQUIP | | 01.7420 ACTIVE |
| 000726 | 2 UNIVERSAL SCREW REMOVAL SYSTEMS | LEASED EQUIP | | 01.7420 ACTIVE |
| 000723 | 5 FLEXIBLE FIBEROPTIC ENDOSCOPE (.9MM) | LEASED EQUIP | | 01.7420 ACTIVE |
| 000762 | SOFTWARE - IMAGING AND THERAPEUTIC SERVICES | LEASED EQUIP | | 01.7550 RETIRED |
| 000758 | 1 CAMERA CONTROL UNIT, 1 SDC ULTRA & PRINTER, 1 VIEWING MONITOR | LEASED EQUIP | | 01.7420 ACTIVE |
| 000719 | G400 GENERATOR | LEASED EQUIP | GENER | 01.7420 ACTIVE |
| 000750 | PCR UPGRADE PHILIPS | LEASED EQUIP | | 01.7550 RETIRED |
| 000748 | 1 MAC5500 CLR STD ENG, 1 SYSTEM TROLLEY, KIT MAC 5500 APPLICATIO | LEASED EQUIP | | 01.7600 ACTIVE |
| 000735 | 1 - BARIATRIC TRACKING SOFTWARE | LEASED EQUIP | | 01.7400 ACTIVE |
| 000753 | 4 BABCOCK GRASPERS, 4 DUCKBILL DISSECTORS | LEASED EQUIP | | 01.7420 RETIRED |
| 000747 | 1 CLEAR VIEW BLACK BELT BASIC RETRACTOR SYSTEM | LEASED EQUIP | RETRAC | 01.7420 ACTIVE |
| 000749 | 1 SAVARY-GILLIARD ESOPHAGEAL DILATOR | LEASED EQUIP | | 01.7420 ACTIVE |
| 000756 | 2 T-COAT MICRO HDL CERRISON ROs | LEASED EQUIP | | 01.7420 RETIRED |
| 000754 | 1 FREESTANDING TABLE, 12 MAXWELL CHAIRS | LEASED EQUIP | | 01.7400 ACTIVE |
| 000755 | 10 LOUNGE CHAIRS, 2 DOUBLE SEAT LOUNGE CHAIRS | LEASED EQUIP | | 01.7400 ACTIVE |
| 000759 | 1 CLEAR VIEW BLACK BELT CERVICAL RETRACTOR SET | LEASED EQUIP | | 01.7420 ACTIVE |
| 000751 | 2 CANON DR-4010C SCANNERS | LEASED EQUIP | | 01.7720 RETIRED |
| 000797 | MEDITECH - ENTERPRISE MEDICAL RECORD | LEASED EQUIP | | 01.7760 RETIRED |
| 000798 | MEDITECH-10% DEPOSIT OF BLOOD BANK LICENSE & IMPLEMENTATION FEE | LEASED EQUIP | | 01.7760 RETIRED |
| 000017 | 4- Salon Bench, 48" | LEASED EQUIP | | 1.78 ACTIVE |
| 000146 | 10 year lease - hospital construction | LEASEHOLD IMP | | 01.7800 ACTIVE |
| 000147 | 10 year lease - hospital construction | LEASEHOLD IMP | | 01.7800 ACTIVE |
| 000862 | ADA PANELS | LEASEHOLD IMP | SIGN | 01.7800 ACTIVE |
| 000373 | Install Voice/Data Outlets in 2 rooms (Nurse Station) | LEASEHOLD IMP | | 01.7100 ACTIVE |
| 000740 | REWIRE ER HALL AND FEMALE STAFF ROOM | LEASEHOLD IMP | | 01.7300 ACTIVE |
| 000380 | Endo Remodeling Construction | LEASEHOLD IMP | | 01.7410 ACTIVE |
| 000394 | 2- Exterior Directional Post & Panels | LEASEHOLD IMP | | 01.7420 ACTIVE |
| 000375 | Install Phone Outlet - Facilities Mgmt for Fax | LEASEHOLD IMP | | 01.7690 ACTIVE |
| 000388 | Primex Wireless Clock System | LEASEHOLD IMP | | 01.7760 ACTIVE |
| 000374 | Install Wall Phone Outlet- Phy Lounge & MM | LEASEHOLD IMP | | 01.7770 ACTIVE |

15

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000346 | General Hospital Construction | LEASEHOLD IMP | | 01.7800 ACTIVE |
| 000347 | General Hospital Construction | LEASEHOLD IMP | | 01.7800 ACTIVE |
| 000348 | General Hospital Construction | LEASEHOLD IMP | | 01.7800 ACTIVE |
| 000687 | COST TO MAKE MODIFICATIONS TO CT ROOM BASED ON EQUIP CHANGES | LEASEHOLD IMP | | 01.7690 ACTIVE |
| 000479 | CIRCUITS STERILE ROOMS AND OR | LEASEHOLD IMP | ELECLIFIX | 01.7420 ACTIVE |
| 000477 | PHONE JACKS LAB AREA | LEASEHOLD IMP | ELECLIFIX | 01.7500 ACTIVE |
| 000478 | L6-30R STRESS TEST ROOM WIRING | LEASEHOLD IMP | ELECLIFIX | 01.7500 ACTIVE |
| 000480 | DRAIN IN SPECIAL ROOM AND LAB | LEASEHOLD IMP | | 01.7500 ACTIVE |
| 000475 | CONDUIT FROM ELECTRICAL RM BOILER RM & MED GAS RM | LEASEHOLD IMP | ELECLIFIX | 01.7690 ACTIVE |
| 000476 | RECPTACLES FOR CIRCUITS IN WALLS | LEASEHOLD IMP | ELECLIFIX | 01.7690 ACTIVE |
| 000537 | INSTALL 2 VOICE CAT.6 DATA OP STORAGE RM PACU | LEASEHOLD IMP | | 01.7430 ACTIVE |
| 000625 | ELECTRICAL CIRCUITS & CONDUCTORS | LEASEHOLD IMP | ELECLIFIX | 01.7690 ACTIVE |
| 000538 | PHONE/DATA JACK RM BET DIETARY AND BIOMED | LEASEHOLD IMP | | 01.7770 ACTIVE |
| 000706 | BARIATRIC (ER eff 10/1/11) SUITE BUILD OUT | LEASEHOLD IMP | | 01.7400 ACTIVE |
| 000626 | CABLING INSTALLATION | LEASEHOLD IMP | | 01.7500 ACTIVE |
| 000742 | WALL PROTECTION INSTALLED IN O.R.s,CORRIDOR & PATIENT ROOMS | LEASEHOLD IMP | | 01.7420 ACTIVE |
| 000746 | INSTALLATION OF WALL PROTECTION | LEASEHOLD IMP | | 01.7420 ACTIVE |
| 000803 | INSTALL CABLE TO TV LOCATIONS FROM NURSE'S STATION | LEASEHOLD IMP | | 01.7100 ACTIVE |
| 000864 | ADA PANELS | LEASEHOLD IMP | SIGN | 01.7800 ACTIVE |
| 000863 | ADA CURVE PANELS | LEASEHOLD IMP | SIGN | 01.7800 ACTIVE |
| 000857 | DOCTORS PARKING LOT GATES | LEASEHOLD IMP | PARKGATE | 01.7800 ACTIVE |
| 000860 | AUTOMATIC DOOR OPENERS FOR OP DISCHARGE DOORS | LEASEHOLD IMP | | 01.7430 ACTIVE |
| 000887 | BUILDING CHILLER/DEHUMIDIFIER | LEASEHOLD IMP | | 01.7690 ACTIVE |
| 001108 | CABINETS, COUNTER TOPS FOR RAD/CT | LEASEHOLD IMP | | 01.7550 ACTIVE |
| 001379 | COVERED PARKING (PHASE I) | LEASEHOLD IMP | | 01.7690 ACTIVE |
| 002038 | ACCELERATON COST FOR PHASE III ADDITION (TRANSFERS) | LEASEHOLD IMP | | 01.7690 ACTIVE |
| 001844 | MEDICAL PLAZA DIETARY/AUDITORIUM LEASEHOLD IMPROVEMENT | LEASEHOLD IMP | | 01.7800 ACTIVE |
| 002434 | OR SOUND SYSTEM | LEASEHOLD IMP | | 01.7760 ACTIVE |
| 002492 | DETECTOR LOOP, FOLDING GATE ARM, JUNCTION BOX, CABLE ASSMBLY | LEASEHOLD IMP | | 01.7690 ACTIVE |
| 002616 | TI PREWITT TFO | LEASEHOLD IMP | OFFICEFURN | 01.7900 ACTIVE |
| 002617 | TI FPMC BUSINESS OFFICE | LEASEHOLD IMP | OFFICEFURN | 01.7900 ACTIVE |
| 003090 | MIDLAND CLINIC TI-INSTALL OUTLETS/X-RAY VIEW BOX | LEASEHOLD IMP | | 01.7668 ACTIVE |
| 003091 | MIDLAND CLINIC TI-INSTALL WALL | LEASEHOLD IMP | | 01.7668 ACTIVE |
| 003092 | MIDLAND CLINIC TI-INSTALL OUTLETS/17.5 CU FT REFRIGERATOR | LEASEHOLD IMP | | 01.7668 ACTIVE |
| 003093 | MIDLAND CLINIC TI-INSTALL BREAKROOM | LEASEHOLD IMP | | 01.7668 ACTIVE |
| 003094 | MIDLAND CLINIC TI-INSTALL OUTLETS | LEASEHOLD IMP | | 01.7668 ACTIVE |
| 003097 | AMARILLO GENERAL CONSTRUCTION | LEASEHOLD IMP | | 01.7665 ACTIVE |
| 003099 | AMARILLO GENERAL CONSTRUCTION | LEASEHOLD IMP | | 01.7665 ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 003100 | AMARILLO DESIGN, DEVELOPMENT & CONSTRUCTION DOCUMENTS | LEASEHOLD IMP | | 01.7665 ACTIVE |
| 003101 | AMARILLO REVIEW, FILING, INSPECTION FEES | LEASEHOLD IMP | | 01.7665 ACTIVE |
| 003102 | AMARILLO DESIGN FEES | LEASEHOLD IMP | | 01.7665 ACTIVE |
| 003108 | AMARILLO ARCHITECTURAL DESIGN & DETAILING | LEASEHOLD IMP | | 01.7665 ACTIVE |
| 003104 | MIDLAND GENERAL CONSTRUCTION | LEASEHOLD IMP | | 01.7668 ACTIVE |
| 003105 | MIDLAND GENERAL CONSTRUCTION | LEASEHOLD IMP | | 01.7668 ACTIVE |
| 003112 | AMARILLO GENERAL CONSTRUCTION | LEASEHOLD IMP | | 01.7665 ACTIVE |
| 003118 | AMARILLO GENERAL CONSTRUCTION | LEASEHOLD IMP | | 01.7665 ACTIVE |
| 003119 | AMARILLO GENERAL CONSTRUCTION | LEASEHOLD IMP | | 01.7665 ACTIVE |
| 003128 | CONSTRUCT NEW SECURITY OFFICE | LEASEHOLD IMP | | 01.7900 ACTIVE |
| 000688 | ADOLFSON & PETERSON CHANGE ORDER TO FIXED ASSETS | LEASEHOLD IMP | | 01.7690 ACTIVE |
| 000159 | 1- Exam Lamps | MAJOR MOV | | 01.7420 ACTIVE |
| 000407 | 1- Vascular Retractor System | MAJOR MOV | | 01.7420 ACTIVE |
| 000408 | 2- L.I.T. Surgical ONE Headlight System | MAJOR MOV | | 01.7420 ACTIVE |
| 000422 | Arthroscopy Tower | MAJOR MOV | | 01.7420 ACTIVE |
| 000423 | 2- Sys 6 Recip | MAJOR MOV | | 01.7420 ACTIVE |
| 000435 | 1- BladderScan BVI 9400 Std and Cart | MAJOR MOV | | 01.7420 ACTIVE |
| 000436 | Portable GVL Sys, Mobile Stand, 2- Glidescopes | MAJOR MOV | | 01.7420 ACTIVE |
| 000345 | 1- Reservoir Water System for Ruby | MAJOR MOV | | 01.7500 ACTIVE |
| 000395 | 1- Coagulation Analyzer, 1- Status Analyzer Clinitek | MAJOR MOV | | 01.7500 ACTIVE |
| 000357 | 2-Porta Sheilds, 20-Aprons | MAJOR MOV | | 01.7550 ACTIVE |
| 000358 | 1- Mobile Leaded Barrier | MAJOR MOV | | 01.7550 ACTIVE |
| 000483 | IRRIGATION PUMP | MAJOR MOV | PUMPSURG | 01.7420 ACTIVE |
| 000485 | MICRODEBRIDER 2 | MAJOR MOV | | 01.7420 ACTIVE |
| 000486 | STERILIZATION TRAYS - 2 | MAJOR MOV | | 01.7420 ACTIVE |
| 000487 | CONSOLE | MAJOR MOV | CHAIRGERI | 01.7420 ACTIVE |
| 000488 | FOOT SWITCH | MAJOR MOV | | 01.7420 ACTIVE |
| 000484 | PLATELET AGGREGATOR | MAJOR MOV | PLATELET | 01.7500 ACTIVE |
| 000482 | M-TURBO ULTRASOUND SYSTEM | MAJOR MOV | ULTRAUNIT | 01.7560 ACTIVE |
| 000472 | ENTERPRISE ETIME TIMECLOCK | MAJOR MOV | EQUIPMENT | 01.7760 ACTIVE |
| 000539 | SCREW REMOVAL SET | MAJOR MOV | | 01.7420 ACTIVE |
| 000540 | BONE FORCEPS SET | MAJOR MOV | | 01.7420 ACTIVE |
| 000541 | 2 -ULTRA 360 PATIENT POSITIONING SYSTEM | MAJOR MOV | | 01.7420 ACTIVE |
| 000542 | ULTRA 360 PATIENT POSITIONING SYSTEM | MAJOR MOV | | 01.7420 ACTIVE |
| 000543 | VENTILATOR ESPRIT | MAJOR MOV | VENT | 01.7420 ACTIVE |
| 000544 | WILSON PLUS RWF W/ SHEARGUARD GEL PADS | MAJOR MOV | | 01.7420 ACTIVE |
| 000545 | VIO 200S ELECTROSURGICAL UNIT 120V | MAJOR MOV | ELECSURG | 01.7420 ACTIVE |
| 000546 | INDEPENDENCE SPACER MEDIUM 8 11MM | MAJOR MOV | | 01.7420 ACTIVE |

17

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000547 | CER-2R W/HTD RSVR | MAJOR MOV | | 01.7420 ACTIVE |
| 000548 | MLX 300W XENON LIGHTSOURCE | MAJOR MOV | ELECLIFIX | 01.7420 ACTIVE |
| 000574 | INSTRUMENT SET MODULAR HAND | MAJOR MOV | | 01.7420 ACTIVE |
| 000575 | INSTRUMENT SET LUMBAR MCCULLOCH | MAJOR MOV | | 01.7420 ACTIVE |
| 000627 | AERO C8K ICT MOD | MAJOR MOV | | 01.7500 ACTIVE |
| 000823 | 1 ENDOSCOPE, STERIO, 0 DEG, SCHOELLY, GEN 3 | MAJOR MOV | | 01.7420 ACTIVE |
| 000628 | ALL TITANIUM SUPER-SLIDE III SELF-RETAINING RETRACTOR, EXT SET | MAJOR MOV | RETRAC | 01.7420 ACTIVE |
| 000631 | 4.0 MHz DUAL FREQUENCY SURGITRON | MAJOR MOV | | 01.7420 ACTIVE |
| 000694 | VENTILATOR W/CFLEX, CIRCUIT SUPPORT ARM | MAJOR MOV | VENT | 01.7420 ACTIVE |
| 000833 | STERIS 5085 TABLE BAT/LINE | MAJOR MOV | | 01.7420 ACTIVE |
| 000696 | 26 WIDEVIEW HD FLAT PANEL" | MAJOR MOV | | 01.7420 ACTIVE |
| 000806 | 1 BARIATRIC POWER TREATMENT TBL & FOOT CONTROL FOR RITTER 244 | MAJOR MOV | TABLEEXAM | 01.7400 ACTIVE |
| 000821 | 1 MAC5500 CLR STD ENG, 1 SYSTEM TROLLEY, KIT MAC 5500 | MAJOR MOV | | 01.7600 RETIRED |
| 000805 | 3 MLX 300W XENON LIGHTSOURCES & FLOORSTAND-MLX | MAJOR MOV | | 01.7420 ACTIVE |
| 000822 | 1 JACKSON TABLE SYSTEM | MAJOR MOV | TABLEOPER | 01.7420 ACTIVE |
| 000807 | 1 SUPER-SLIDE II LUMBAR RETRACTOR | MAJOR MOV | RETRAC | 01.7420 ACTIVE |
| 000846 | 1 AIA-600-2 AUTOMATED IMMUNOASSAY ANALYZER | MAJOR MOV | | 01.7500 ACTIVE |
| 000853 | 1 ROTOCUT GI UNIVERSAL KIT | MAJOR MOV | | 01.7420 ACTIVE |
| 001103 | 1 C-ARM OEC9800-REFURBISHED | MAJOR MOV | | 01.7420 ACTIVE |
| 000986 | ORTHOSCAN HD 1000 UC-5D709 (MIN C-ARM) | MAJOR MOV | | 01.7420 ACTIVE |
| 001216 | LASER & SET FOR LARYNGOSCOPY SURGERIES | MAJOR MOV | LASERSURG | 01.7420 ACTIVE |
| 001243 | 1 PRE-OWNED GE LOGIQ 7 ULTRASOUND UNIT W/MULTIPLE TRANSDUCER PRO | MAJOR MOV | ULTRASOUND | 01.7550 ACTIVE |
| 001290 | ARCH TABLE EXTENSION, RAILS, LEG HOLDER SET(HIP PROCEDURES) | MAJOR MOV | TABLEORTHO | 01.7420 ACTIVE |
| 001333 | STRYKER TOWER FOR ARTHROSCOPY/DNDPROCEDURES(SEE NOTES FOR DESCR) | MAJOR MOV | | 01.7420 ACTIVE |
| 001337 | 1 PRECESS, MRI PT. VITALS MONITOR, REFURBISHED | MAJOR MOV | MRIEQUIP | 01.7580 ACTIVE |
| 001385 | 1 BODY JET LIPO SYSTEM | MAJOR MOV | | 01.7420 ACTIVE |
| 001847 | 1 AMSCO STERIS5085 O/R TABLE | MAJOR MOV | TABLEOPER | 01.7420 ACTIVE |
| 002432 | MICROSCOPE, DR OWENS, EAR SURGERY | MAJOR MOV | MICROSCOPE | 01.7420 ACTIVE |
| 002552 | MICROSCOPE | MAJOR MOV | | 01.7420 ACTIVE |
| 002553 | VASER VSR208-1220R1 | MAJOR MOV | | 01.7420 ACTIVE |
| 002613 | MRI PATIENT SOUND STEREO SYSTEM | MAJOR MOV | STEREQUIP | 01.7580 ACTIVE |
| 002612 | OFFICE FURNITURE | MAJOR MOV | OFFICEFURN | 01.7800 ACTIVE |
| 002622 | 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 ACTIVE |
| 002623 | 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 ACTIVE |
| 002624 | 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 ACTIVE |
| 002625 | 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 ACTIVE |
| 002626 | 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 ACTIVE |
| 002627 | 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002628 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 | ACTIVE |
| 002629 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 | ACTIVE |
| 002630 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 | ACTIVE |
| 002631 54 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 | ACTIVE |
| 002632 56 POWER BARIATRIC RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 | ACTIVE |
| 002633 56 POWER RECLINER | MAJOR MOV | CHAIRSPEC | 01.7100 | ACTIVE |
| 002637 THERPUTIC ENDOSCOPE VIDEO ENF-VT2 | MAJOR MOV | GASTROSCOP | 01.7420 | ACTIVE |
| 002640 FLEXIBLE FIBEROPTIC ENDOSCOPE | MAJOR MOV | GASTROSCOP | 01.7420 | ACTIVE |
| 002641 PHASE III - OR BOOMS - 40% | MAJOR MOV | OPERFURN | 01.7420 | ACTIVE |
| 002642 PHASE III - OR BOOMS - 20% | MAJOR MOV | OPERFURN | 01.7420 | ACTIVE |
| 002620 DESK/FILE CABINETS/4-WORK STATIONS | MAJOR MOV | OFFICEFURN | 01.7820 | ACTIVE |
| 002618 OFFICE FURNITURE - COO, DALLAS | MAJOR MOV | OFFICEFURN | 01.7900 | ACTIVE |
| 002661 OLYMPUS SURGICAL INSTRUMENTS | MAJOR MOV | MICROSCOPE | 01.7420 | ACTIVE |
| 002674 SCOPE MODIFIED 2CM LONGER | MAJOR MOV | MICROSCOPE | 01.7420 | ACTIVE |
| 002667 RADIOLOGY EQUIPMENT | MAJOR MOV | XRAYRADIO | 01.7550 | ACTIVE |
| 002671 FABRICATION/INSTALLATION OF HANDRAILS | MAJOR MOV | RAILHAND | 01.7690 | ACTIVE |
| 002684 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002685 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002686 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002687 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002688 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002689 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002690 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002691 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002692 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002693 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002694 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002695 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002696 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002697 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002698 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002699 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002700 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002701 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002702 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002703 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002704 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002705 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002706 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002707 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002708 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002709 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002710 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002711 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002712 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002713 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002714 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002715 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002716 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002717 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002718 ENOVATE LCD MEDICAL CART | MAJOR MOV | CARTEMERG | 01.7420 | ACTIVE |
| 002721 8110 SYRINGE MODULA | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002722 8110 SYRINGE MODULA | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002723 8110 SYRINGE MODULA | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002724 8110 SYRINGE MODULA | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002725 8110 SYRINGE MODULA | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002726 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002727 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002728 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002729 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002730 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002731 8100 PUMP MODULE 9.1.1 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002732 8100 PUMP MODULE 9.1.1 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002733 8100 PUMP MODULE 9.1.1 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002734 8100 PUMP MODULE 9.1.1 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002735 8100 PUMP MODULE 9.1.1 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002737 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002738 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002739 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002740 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002741 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002744 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002745 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002746 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002749 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002750 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002751 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002752 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002753 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002754 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002755 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002756 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002757 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002758 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002759 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002760 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002761 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002762 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002763 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002764 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002765 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002766 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002767 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002768 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002769 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002770 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002771 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002772 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002773 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002774 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002775 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002776 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002777 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002778 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002779 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002780 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002781 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002782 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002783 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002784 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002785 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002786 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002787 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002788 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002789 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002790 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002791 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002792 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002793 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002794 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002795 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002796 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002797 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002798 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002799 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002800 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002801 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002802 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002803 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002804 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002805 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002806 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002807 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002808 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002809 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002810 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002811 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002812 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002813 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002814 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002815 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002816 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002817 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002818 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002819 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002820 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002821 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002822 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002823 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002824 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002825 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002826 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002827 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002828 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002829 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002830 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002831 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002832 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002833 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002834 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002835 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002836 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002837 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002838 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002839 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002840 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002841 | 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002843 | 8110 SYRINGE MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002844 | 8110 SYRINGE MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002845 | 8110 SYRINGE MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002846 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002847 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002848 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002849 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002850 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002851 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002852 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002853 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002854 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002855 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002856 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002857 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002858 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002859 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002860 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002861 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002862 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002863 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002864 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002865 | 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002866 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002867 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002868 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002869 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002870 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002871 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002872 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002873 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002874 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002875 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002876 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002877 8120 PCA MODULE V8 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002878 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002879 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002880 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002881 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002882 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002883 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002884 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002885 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002886 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002887 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002888 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002889 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002890 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002891 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002892 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002893 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002894 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002895 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002896 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002897 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002898 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002899 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002900 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002901 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002902 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002903 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002904 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002905 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002906 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002907 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002908 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002909 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002910 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002911 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002912 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002913 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002914 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002915 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002916 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002917 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002918 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002919 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002920 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002921 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002922 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002923 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002924 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002925 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002926 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002927 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002928 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002929 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002930 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002931 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002932 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002933 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002934 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002935 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002936 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002937 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002938 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002939 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002940 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |
| 002941 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002942 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002943 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002944 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002945 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002946 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002947 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002948 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002949 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002950 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002951 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002952 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002953 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002954 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002955 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002956 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002957 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002958 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002959 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002960 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002961 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002962 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002963 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002964 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002965 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002966 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002967 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002968 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002969 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002970 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002971 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002972 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002973 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002974 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002975 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002976 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002977 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002978 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002979 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002980 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002981 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002982 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002983 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002984 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002985 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002986 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002987 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002988 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002989 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002990 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002991 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002992 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002993 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002994 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002995 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002996 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002997 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002998 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 002999 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003000 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003001 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003002 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003003 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003004 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003005 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003006 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003007 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003008 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003009 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003010 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003011 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003012 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003013 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003014 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003015 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003016 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003017 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 003018 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003019 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003020 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003021 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003022 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003023 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003024 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003025 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003026 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003027 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003028 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003029 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003030 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003031 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003032 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003033 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003034 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003035 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003036 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003037 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003038 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003039 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003040 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003041 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003042 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003043 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003044 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003045 8100 PUMP MODULE 9.1.17 | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003046 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003047 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003048 8015LS v9.12.1.2 PCU DOM | MAJOR MOV | PUMPINFU | 01.7420 ACTIVE |
| 003049 8.5MM 0 DEGREE SCHOELLY STEREO ENDOSCOPE | MAJOR MOV | GASTROSCOP | 01.7420 ACTIVE |
| 003050 HOPKINS II 15 DEG TELESCOPE | MAJOR MOV | TELECSOPE | 01.7420 ACTIVE |
| 003078 IS3000 VESSELL SEALER & STAPLER UPGRADE | MAJOR MOV | SURGINSTR | 01.7420 ACTIVE |
| 003079 8.5MM 30 DEG STEREO ENDOSCOPE | MAJOR MOV | GASTROSCOP | 01.7420 ACTIVE |
| 003080 2.8MM X 40CM FLEXIBLE NEUROENDOSCOPE | MAJOR MOV | GASTROSCOP | 01.7420 ACTIVE |
| 003076 LUBBOCK OFFICE/MEDICAL EQUIPMENT | MAJOR MOV | OFFICEFURN | 01.7900 ACTIVE |
| 003077 AMARILLO OFFICE/MEDICAL EQUIPMENT | MAJOR MOV | OFFICEFURN | 01.7900 ACTIVE |

28

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 003082 | 2.8MM X 40CM FLEXIBLE NEUROENDOSCOPE | MAJOR MOV | GASTROSCOP | 01.7420 ACTIVE |
| 003083 | 2.8MM X 40CM FLEXIBLE NEUROENDOSCOPE | MAJOR MOV | GASTROSCOP | 01.7420 ACTIVE |
| 003084 | MIDLAND OFFICE FURNITURE | MAJOR MOV | OFFICEFURN | 01.7900 ACTIVE |
| 003103 | REVOLIX JR MEDICAL LASER SYSTEM | MAJOR MOV | LASERSURG | 01.7420 ACTIVE |
| 003125 | SCALE W/BODY FAT ANALYZER | MAJOR MOV | SCALECLIN | 01.7420 ACTIVE |
| 000145 | 2- X Ray Top, 4- Restraint Straps | MINOR | | 01.7550 ACTIVE |
| 000662 | ALLEN LIFT ASSIST BEACH CHAIR W/US RAILS & PADS COMPLETE | MINOR | | 01.7420 ACTIVE |
| 000403 | 1- Chart Rack | MINOR | | 01.7100 ACTIVE |
| 000411 | 12- I.V. Poles | MINOR | | 01.7100 ACTIVE |
| 000158 | 60- Glove Boxes | MINOR | | 01.7420 ACTIVE |
| 000162 | 1- Stand up Digital Scale | MINOR | | 01.7420 RETIRED |
| 000339 | Instruments for Plastics Sets | MINOR | | 01.7420 ACTIVE |
| 000340 | 4- Retractors & Forceps | MINOR | | 01.7420 ACTIVE |
| 000341 | SAS Clamp | MINOR | | 01.7420 ACTIVE |
| 000342 | 1- Arthrocart 100 | MINOR | | 01.7420 ACTIVE |
| 000343 | 4- Surgical Punch, 10- Shaft Only Punch | MINOR | | 01.7420 ACTIVE |
| 000344 | 2- Soft Tissue Retractor Sets | MINOR | | 01.7420 ACTIVE |
| 000349 | 2- Stainless Steel Utility Carts | MINOR | | 01.7420 ACTIVE |
| 000350 | Various Instruments | MINOR | | 01.7420 ACTIVE |
| 000351 | Spine Instruments- Rongeur, Curette, etc | MINOR | | 01.7420 ACTIVE |
| 000352 | 2 - Spinal Fusion Curette | MINOR | | 01.7420 ACTIVE |
| 000353 | Various Inst - Retractors (Cerebellum, Kolbel), Spinal Curette | MINOR | | 01.7420 ACTIVE |
| 000354 | Fiber Optic Instrument Cable | MINOR | | 01.7420 ACTIVE |
| 000355 | Various Instruments (Head & Neck) | MINOR | | 01.7420 ACTIVE |
| 000359 | 1- Universal Stress Post | MINOR | | 01.7420 ACTIVE |
| 000360 | 9- Monopolar Adapters | MINOR | | 01.7420 ACTIVE |
| 000362 | 2- Derlacki Mobilizers | MINOR | | 01.7420 ACTIVE |
| 000363 | 10- Diamond-Line Distractors | MINOR | | 01.7420 ACTIVE |
| 000364 | 13- Z-type Clamps (Gyn Oncology/Abd Hyst) | MINOR | | 01.7420 ACTIVE |
| 000365 | 2- Anal Speculum, 2- Rectal Retractor | MINOR | | 01.7420 ACTIVE |
| 000366 | 4- Fiberoptic SS Retr, 2- Fiberoptic Cable | MINOR | | 01.7420 ACTIVE |
| 000367 | Diamond Retr (3) Graspers (4),  Drive Needle (24) | MINOR | | 01.7420 ACTIVE |
| 000368 | 2- Lillie-Killian Septum Bone | MINOR | | 01.7420 ACTIVE |
| 000372 | 40- Uterine Dialators for Endo | MINOR | | 01.7420 ACTIVE |
| 000376 | 1- Thermogard Dual Cable, 2- Ultraclean Elec, 1- Goldvac PB | MINOR | | 01.7420 ACTIVE |
| 000377 | 4- Muller Retractors, 4 Head Removers/ Bond Skid, Blades | MINOR | | 01.7420 ACTIVE |
| 000378 | Orthopaedic Instruments | MINOR | | 01.7420 ACTIVE |
| 000379 | 42- Scissors for Dr. Genecov's Sets | MINOR | | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 000386 | 8- Capsule Retractor | MINOR | 01.7420 ACTIVE |
| 000387 | 2- Ortho Vise, 2- Femoral Extractor, 8-Bone Hooks | MINOR | 01.7420 ACTIVE |
| 000389 | VAPR Electrode, VAPR S90 | MINOR | 01.7420 ACTIVE |
| 000390 | VAPR S90 | MINOR | 01.7420 ACTIVE |
| 000391 | VAPR S90 | MINOR | 01.7420 ACTIVE |
| 000392 | 8- Obturators (5.5 and 7.0) | MINOR | 01.7420 ACTIVE |
| 000393 | 2- Ligaclip Endo Med Clip Applier | MINOR | 01.7420 ACTIVE |
| 000396 | 1- Attest Autoreader for Incubator in SPD | MINOR | 01.7420 ACTIVE |
| 000397 | 20- Bariatric Handpiece Rigid Shaft | MINOR | 01.7420 ACTIVE |
| 000398 | 4- Forceps, 2- Septum Serrated Scissors | MINOR | 01.7420 ACTIVE |
| 000404 | 48- Sterrad Labels & 1- Label Gun | MINOR | 01.7420 ACTIVE |
| 000405 | 6- Breast Sizers | MINOR | 01.7420 ACTIVE |
| 000406 | 1- Kumar Cholangiography Clamp | MINOR | 01.7420 ACTIVE |
| 000409 | Spinal Instruments | MINOR | 01.7420 ACTIVE |
| 000410 | 2- Working Platforms, 10- Add a Step Stand | MINOR | 01.7420 ACTIVE |
| 000413 | 2- Foot Extension with Siderail Locks | MINOR | 01.7420 ACTIVE |
| 000414 | 10- Irrigator 2 | MINOR | 01.7420 ACTIVE |
| 000415 | Triathlon Instruments | MINOR | 01.7420 ACTIVE |
| 000416 | Various Instruments, Burs, Drills | MINOR | 01.7420 ACTIVE |
| 000417 | 2- Automatic High Vacuum Foot Pump | MINOR | 01.7420 ACTIVE |
| 000418 | 33- Nostril Retainer | MINOR | 01.7420 ACTIVE |
| 000419 | 6- Irrigator 2 | MINOR | 01.7420 ACTIVE |
| 000420 | 3- Dual Speed Cement Injector | MINOR | 01.7420 ACTIVE |
| 000421 | Mix Evac III, Pump | MINOR | 01.7420 ACTIVE |
| 000424 | 4- Soft Tissue Grasper | MINOR | 01.7420 ACTIVE |
| 000425 | 10- Clickline Bowel Grasping Forceps | MINOR | 01.7420 ACTIVE |
| 000426 | 4- Optitherm Heating Element | MINOR | 01.7420 ACTIVE |
| 000427 | 20- Graspers | MINOR | 01.7420 ACTIVE |
| 000428 | 20- Insulated Handle & Outer Tubing | MINOR | 01.7420 ACTIVE |
| 000429 | Insufflator Unit & Additional Bariatric Instru | MINOR | 01.7420 ACTIVE |
| 000430 | 1- Curved Scissors (part of a set) | MINOR | 01.7420 ACTIVE |
| 000431 | 4- Cysto-Urethroscope with Obturator | MINOR | 01.7420 ACTIVE |
| 000432 | 2- Grasping Forc, 2- Biopsy Forc | MINOR | 01.7420 ACTIVE |
| 000433 | 2- Catheter Deflecting Mech | MINOR | 01.7420 ACTIVE |
| 000434 | Dr. Wyatt Instruments - Nasal | MINOR | 01.7420 ACTIVE |
| 000437 | 2- Claw Graspers, 2- Babcock Action, 2- Babcock Grasper | MINOR | 01.7420 ACTIVE |
| 000438 | Instrument Add-ons | MINOR | 01.7420 ACTIVE |
| 000439 | D & E Set | MINOR | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 000440 Ortho Instrument Add- Ons | MINOR | 01.7420 | ACTIVE |
| 000441 Various Trays | MINOR | 01.7420 | ACTIVE |
| 000442 Laminectomy Instruments | MINOR | 01.7420 | ACTIVE |
| 000443 Cervical Laminectomy Instruments | MINOR | 01.7420 | ACTIVE |
| 000444 Myringotomy Set Add-On Instruments | MINOR | 01.7420 | ACTIVE |
| 000445 ACF Retractor Set | MINOR | 01.7420 | ACTIVE |
| 000446 Laminectomy Instruments | MINOR | 01.7420 | ACTIVE |
| 000447 Lap Instruments | MINOR | 01.7420 | ACTIVE |
| 000448 ALIF Set | MINOR | 01.7420 | ACTIVE |
| 000449 Cervical Laminectomy Instruments | MINOR | 01.7420 | ACTIVE |
| 000450 Cervical Retractors | MINOR | 01.7420 | ACTIVE |
| 000451 Various Instruments | MINOR | 01.7420 | ACTIVE |
| 000452 Micro Scissors Set, Microtying Forceps, Various Inst. | MINOR | 01.7420 | ACTIVE |
| 000453 Pans for Bariatric Instruments | MINOR | 01.7420 | ACTIVE |
| 000454 Various Instruments (ENT, Lep Sets, Ortho) | MINOR | 01.7420 | ACTIVE |
| 000455 Lap Instruments | MINOR | 01.7420 | ACTIVE |
| 000456 Various Instruments (Forceps, Needle Holders, etc) | MINOR | 01.7420 | ACTIVE |
| 000457 Wide Body Containers for Charnley Retractors | MINOR | 01.7420 | ACTIVE |
| 000458 Tongue Dep Frame | MINOR | 01.7420 | ACTIVE |
| 000459 Various Instruments (Lam Retractors, Anderson Adson Retractor) | MINOR | 01.7420 | ACTIVE |
| 000460 Containers and Baskets | MINOR | 01.7420 | ACTIVE |
| 000461 8- Aligator Forceps and 8- IRIS Supercut Scissors | MINOR | 01.7420 | ACTIVE |
| 000462 Head & Neck Instruments | MINOR | 01.7420 | ACTIVE |
| 000463 4- Bone Rongeur | MINOR | 01.7420 | ACTIVE |
| 000464 Bariatric Instruments | MINOR | 01.7420 | ACTIVE |
| 000465 Containers (Dr. Genecov) | MINOR | 01.7420 | ACTIVE |
| 000466 Vag Hysterectomy Instruments | MINOR | 01.7420 | ACTIVE |
| 000467 Various Instruments | MINOR | 01.7420 | ACTIVE |
| 000468 6- Containers, 6-Baskets, 12-Inst Pads | MINOR | 01.7420 | ACTIVE |
| 000469 Spinal & Ortho Instruments | MINOR | 01.7420 | ACTIVE |
| 000470 Body Suture Forceps | MINOR | 01.7420 | ACTIVE |
| 000471 Various Instruments | MINOR | 01.7420 | ACTIVE |
| 000160 1- Optical Larngoscopes | MINOR | 01.7440 | ACTIVE |
| 000402 9- Laryngoscope Handle, 90- blades, 1- Desk Charger | MINOR | 01.7440 | ACTIVE |
| 000369 1 - 5 cu ft Freezer | MINOR | 01.7500 | ACTIVE |
| 000370 1- StatSpin Express | MINOR | 01.7500 | ACTIVE |
| 000356 Radiology Aprons & Shields, Gloves, Rack | MINOR | 01.7550 | ACTIVE |
| 000412 3- X Ray Top | MINOR | 01.7550 | ACTIVE |

31

# Schedule B- # 50

| | | | | | |
|---|---|---|---|---|---|
| 000371 | 4- Cylinder Stands, 10- D/E Cylinder Carts | MINOR | | 01.7640 | ACTIVE |
| 000382 | Hand Pallet Truck, Utility Cart | MINOR | | 01.7690 | ACTIVE |
| 000383 | Facilities Tools | MINOR | | 01.7690 | ACTIVE |
| 000384 | Facilities Tools | MINOR | | 01.7690 | ACTIVE |
| 000385 | Cabinet | MINOR | | 01.7690 | ACTIVE |
| 000399 | 12- Foot Stools | MINOR | | 01.7690 | ACTIVE |
| 000400 | 2- Utility Carts | MINOR | | 01.7690 | ACTIVE |
| 000401 | 1- Work Tables, 4- Foot Stools | MINOR | | 01.7690 | ACTIVE |
| 000161 | 1- Food Supplies Minor Equipment | MINOR | | 01.7710 | ACTIVE |
| 000155 | 5- Two way Radios | MINOR | | 01.7760 | ACTIVE |
| 000156 | 5- Two way Radios | MINOR | | 01.7760 | ACTIVE |
| 000157 | 2- Two way Radios | MINOR | | 01.7760 | ACTIVE |
| 000361 | 1- LCD Television & Mounting | MINOR | | 01.7800 | ACTIVE |
| 000502 | PEDIATRIC HORSESHOE HEADREST | MINOR | | 01.7100 | ACTIVE |
| 000521 | 6 -IRRIGATOR SUCTION | MINOR | | 01.7300 | ACTIVE |
| 000516 | RETRACTORS GASTRIC BANDING, FORCEPS, RATCHET, THERMOFLATOR | MINOR | RETRAC | 01.7400 | ACTIVE |
| 000489 | UNIVERSAL KNEE / HIP SCALECARD | MINOR | | 01.7420 | ACTIVE |
| 000490 | BLADES | MINOR | | 01.7420 | ACTIVE |
| 000492 | GYNECARE TVT SECUR TENSION | MINOR | | 01.7420 | ACTIVE |
| 000493 | IRRIGATION TUBING & TUBE SETS | MINOR | TUBETEST | 01.7420 | ACTIVE |
| 000494 | 2 HANDLE WAYNE SURGICAL PUNCH | MINOR | | 01.7420 | ACTIVE |
| 000495 | BMI SCALE | MINOR | SCALEMETA | 01.7420 | ACTIVE |
| 000496 | RETRACTORS (ORTHOPAEDIC GLEPI & WILLIAMS) | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000497 | 60 RETRACTORS & RONGEURS ALL SIZES | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000498 | 22 RETRACTORS (ORTHOPAEDIC GELPI & MCELROY HAND) | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000499 | ALIF HAND RETRACTOR WYLIE 21CM | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000500 | DOUBLE ENDED HIBBS RETRACTOR | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000501 | EMMETT HOOK | MINOR | | 01.7420 | ACTIVE |
| 000503 | ELMED STOOL W/ BACKREST | MINOR | | 01.7420 | ACTIVE |
| 000504 | OLYMPUS SCALER W/ IR REMOTE | MINOR | SCALECLIN | 01.7420 | ACTIVE |
| 000505 | AUXILIARY CYLINDRICAL LOCK W/ LVL PUSH BUTTON | MINOR | | 01.7420 | ACTIVE |
| 000506 | 4 IN-LINE CARB BITE NH LEFT CURVE | MINOR | | 01.7420 | ACTIVE |
| 000509 | CERVICAL LAMINECTOMY INSTRUMENTS | MINOR | | 01.7420 | ACTIVE |
| 000510 | 388 INSTRUMENT FORCEPS, SCISSORS, CLAMPS, HOOKS | MINOR | | 01.7420 | ACTIVE |
| 000511 | 14 GRASPERS & 11 NEEDLE HOLDERS | MINOR | | 01.7420 | ACTIVE |
| 000512 | 2 APPENDECTOMY RETRACTORS & 1 KERRISON DET130 | MINOR | | 01.7420 | ACTIVE |
| 000513 | 5 WILLIAMS RETRACTORS 10X50MM | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000514 | TRANSFER BOARD W/ 2IN PAD | MINOR | | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000515 NASAL FORCEPS; SPHENOID INST; NEEDLEHOLDER | MINOR | | 01.7420 | ACTIVE |
| 000517 2 - DVI SCALERS OLYMPUS | MINOR | SCALECLIN | 01.7420 | ACTIVE |
| 000518 2 BIOPSY PUNCH FORCEPS | MINOR | | 01.7420 | ACTIVE |
| 000519 ENT NASAL FORCEPS; SINUS OBLONG CURETTE & TUBING | MINOR | | 01.7420 | ACTIVE |
| 000520 4 FLYTE HELMETS | MINOR | | 01.7420 | ACTIVE |
| 000523 FOOT EXTENSION SIDERAIL LOCKS | MINOR | | 01.7420 | ACTIVE |
| 000524 4- ARH 22 IRON INTERN W 3/D SWINGER; GRIPPERS; STERILIZING TRAY" | MINOR | | 01.7420 | ACTIVE |
| 000526 5 NEEDLE HOLDER CURVED 5MM | MINOR | | 01.7420 | ACTIVE |
| 000527 5 DECKER RONGEUR 2X6 | MINOR | | 01.7420 | ACTIVE |
| 000528 2 - NEEDLE HOLDER LEFT CURVED 5MM | MINOR | | 01.7420 | ACTIVE |
| 000529 5 NEEDLE HOLDER LEFT CURVED 5MM | MINOR | | 01.7420 | ACTIVE |
| 000530 MIC NEEDLE HOLDER CURVED 210MM | MINOR | | 01.7420 | ACTIVE |
| 000531 2 - MISC NEEDLE HOLDER CURVED 210 | MINOR | | 01.7420 | ACTIVE |
| 000532 MISC NEEDLE HOLDER CVD 210MM | MINOR | | 01.7420 | ACTIVE |
| 000533 RONGEURS & SCISSORS | MINOR | | 01.7420 | ACTIVE |
| 000534 3 NEEDLE HOLDERLEFT CURVED 5MM | MINOR | | 01.7420 | ACTIVE |
| 000535 ARTHROSCOPY EQUIPMENT CART | MINOR | CARTSUPP | 01.7420 | ACTIVE |
| 000536 INSTRUMENTATION KIT | MINOR | | 01.7420 | ACTIVE |
| 000491 WIRE CART | MINOR | CARTUTIL | 01.7690 | ACTIVE |
| 000663 CLASSIC ARTHOSCOPIC LEG HOLDER SYSTEM | MINOR | | 01.7420 | ACTIVE |
| 000654 TABLE WITH MODIFIED HEIGHT OF 36 (4)" | MINOR | | 01.7420 | ACTIVE |
| 000671 CONSOLES W/ PEN DRIVES | MINOR | | 01.7420 | ACTIVE |
| 000669 13 - KENDWOOD TK-3202L-U16P TWO-WAY RADIOS | MINOR | | 01.7760 | ACTIVE |
| 000639 FERRIS SMITH-KERRISON RONGUER | MINOR | | 01.7420 | ACTIVE |
| 000632 MICRO PITUIT RNGR 2X6MM UP, BLK 180MM | MINOR | | 01.7420 | ACTIVE |
| 000633 MICRO PITUIT RNGR 2X6MM STR, BLK, 180MM | MINOR | | 01.7420 | ACTIVE |
| 000906 6 ACCUTORR V NELLCOR MONITORING EQUIPMENT | MINOR | PTMONEQUIP | 01.7420 | ACTIVE |
| 000640 SURGICAL INSTRUMENTS - RINGS, BLADE CLAMPS, SOLID/FLEX BAR, | MINOR | | 01.7420 | ACTIVE |
| 000565 2 HORSESHOE HEADREST & 2 SKULL CLAMPS | MINOR | | 01.7100 | ACTIVE |
| 000566 2 HORSESHOE HEADREST, SKULL CLAMPS & POSITIONING SYS | MINOR | | 01.7100 | ACTIVE |
| 000600 MORPHBOARD | MINOR | | 01.7100 | ACTIVE |
| 000655 BARIATRIC BACK AND SEAT EXTENSION (SET OF 4) | MINOR | | 01.7400 | ACTIVE |
| 000563 4 INSTRUMENTS ENDOSCOPY | MINOR | | 01.7410 | ACTIVE |
| 000559 30 DIAMOND DRIVE CURVED RIGHT NEEDLE | MINOR | | 01.7420 | ACTIVE |
| 000560 4 LAMINA SPREADER ANGLED 80 ENT INSTRUMENTS | MINOR | | 01.7420 | ACTIVE |
| 000561 142 SURGICAL INSTRUMENTS - BONE, BLADES, RETRACTORS | MINOR | | 01.7420 | ACTIVE |
| 000562 50 SURGICAL INST (DRILLS, BLADES, RETRACTORS, VERTEBRAL) | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000564 2 - GRUENWALD IVD 3X10MM | MINOR | | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000567 2 GRUENWALD IVD 3X10 & SPURLING IVD 5X10 | MINOR | | 01.7420 | ACTIVE |
| 000568 2 SPURLING IVD 5X10MM UP & DN | MINOR | | 01.7420 | ACTIVE |
| 000570 MISC NEEDLE HOLDER 210MM | MINOR | | 01.7420 | ACTIVE |
| 000571 ARTHRO CART | MINOR | CARTSUPP | 01.7420 | ACTIVE |
| 000573 1 FERRIS-SMITH PITUITARY RONGEUR 6MM | MINOR | | 01.7420 | ACTIVE |
| 000576 5 CUSHING IVD RONGEUR | MINOR | | 01.7420 | ACTIVE |
| 000577 ALVARDO LEG HOLDER II | MINOR | | 01.7420 | ACTIVE |
| 000578 2 HAND OSTEOTOME 2MM & 4MM | MINOR | | 01.7420 | ACTIVE |
| 000580 RF60 GENERATOR W/ ACCESSORIES | MINOR | GENER | 01.7420 | ACTIVE |
| 000581 3 - ENSEAL TRIO 3MM CURVE TIP 45CM | MINOR | | 01.7420 | ACTIVE |
| 000582 5 HARMONIC SCALPEL HAND PIECE & BLUE HAND PIECE | MINOR | | 01.7420 | ACTIVE |
| 000583 10 ROBOTIC CDS | MINOR | | 01.7420 | RETIRED |
| 000584 SURGICAL INST (BONE RASP/RONGUER/CURETTE) | MINOR | | 01.7420 | ACTIVE |
| 000585 8 CASE CART W/ WIRE SHELVES | MINOR | CARTSUPP | 01.7420 | ACTIVE |
| 000586 6 - FLEXIBLE FIBEROPTIC ENDOSCOPE | MINOR | | 01.7420 | ACTIVE |
| 000587 5 SCOPE W/ KEYLOCK CABINET | MINOR | CABINSTRU | 01.7420 | ACTIVE |
| 000588 FASCIAL CLOSURE INSTRUMENT KIT | MINOR | | 01.7420 | ACTIVE |
| 000589 2 - NASAL FORCEPS | MINOR | | 01.7420 | ACTIVE |
| 000590 MAINTENANCE STATION FOR ELECTRIC PEN DRIVE | MINOR | | 01.7420 | ACTIVE |
| 000591 3 - CUSING IVD RONGEUR 9 UP & DN" | MINOR | | 01.7420 | ACTIVE |
| 000592 SURGICAL INST RELIEVA VARIOUS | MINOR | | 01.7420 | ACTIVE |
| 000599 2 PAIR LATERAL BRACES | MINOR | | 01.7420 | ACTIVE |
| 000601 INDEPENDENCE SCREW FIXED ANGLE 5.5MM | MINOR | | 01.7420 | ACTIVE |
| 000602 2 NEPTUNE SPECIMEN COLLECTION | MINOR | | 01.7420 | ACTIVE |
| 000603 2 - ATRHROSCOPE 4MMX30 | MINOR | | 01.7420 | ACTIVE |
| 000604 2 - SURGISTOOL | MINOR | | 01.7420 | ACTIVE |
| 000605 COOL VEST SYSTEM | MINOR | | 01.7420 | ACTIVE |
| 000607 4 STRUMPEL-VOSS PEDIATRIC FORCEPS | MINOR | | 01.7420 | ACTIVE |
| 000608 6 - DIAMOND DRIVE DELICATE NEEDLE | MINOR | | 01.7420 | ACTIVE |
| 000609 DELICATE TOUCH JACOBSON RING | MINOR | | 01.7420 | ACTIVE |
| 000610 INSTRUMENT KERRISON DET 130 5MM | MINOR | | 01.7420 | ACTIVE |
| 000611 INSTRUMENT KERRISON DET130 5MM | MINOR | | 01.7420 | ACTIVE |
| 000612 5 - NEEDLE HOLDER LEFT CURVED 5MM 31CM | MINOR | | 01.7420 | ACTIVE |
| 000613 ENT INSTRUMENTS (FORCEPS, TELESCOPES, TRAYS) | MINOR | TELESCOPE | 01.7420 | ACTIVE |
| 000617 1 ANTRUM GRASPING FORCEPS 90 | MINOR | | 01.7420 | ACTIVE |
| 000618 2 NONOPOLAR CURVED SCISSORS & 2 BIOPOLAR FORCEPS | MINOR | | 01.7420 | ACTIVE |
| 000619 4 HARMONIC SCALPEL HAND PIECE | MINOR | | 01.7420 | ACTIVE |
| 000621 3 - ALVARADO LEG HOLDER II | MINOR | | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000622 | 1 - IRRIGATION PUMP AND FOOT PEDAL | MINOR | | 01.7420 ACTIVE |
| 000623 | 1 - DELICATE TOUCH JACOBSON RING | MINOR | | 01.7420 ACTIVE |
| 000624 | 4-FLOORSTAND &4 HEADBAND ANCILLARY | MINOR | | 01.7420 ACTIVE |
| 000558 | TERMINAL SERVER, ADAPTER, BARCODE SCANNER | MINOR | COMPTERM | 01.7500 ACTIVE |
| 000569 | MICROSCOPE STAND, TUBE, NOSEPIECE, HAND, 20X OBJECT | MINOR | MICROSCOPE | 01.7500 ACTIVE |
| 000579 | STARLINK INTERFACE/ INSTRUMENT ADAPTER | MINOR | | 01.7500 ACTIVE |
| 000614 | CENTRIFUGE & CELL SEPARATOR | MINOR | CENT | 01.7500 RETIRED |
| 000615 | CENTRIFUGE AND CELL SEPARATOR | MINOR | CENT | 01.7500 RETIRED |
| 000606 | SHELVING MEDICAL RECORDS 6 TIER 32X12X76 | MINOR | SHELVING | 01.7730 ACTIVE |
| 000557 | 8 - FILING CABINETS ACCOUNTING | MINOR | CABFILE | 01.7750 ACTIVE |
| 000572 | 60X22 KNEESPACE CREDENZA & 4 DRAWER LATERAL FILE | MINOR | CRED | 01.7800 ACTIVE |
| 000650 | FLEXIBLE FIBEROPTIC ENDOSCOPE .9MM | MINOR | | 01.7410 ACTIVE |
| 000651 | FLEXIBLE FIBEROPTIC ENDOSCOPE .9MM | MINOR | | 01.7410 ACTIVE |
| 000634 | CUSHING IVD RONGUER DN/UP 9 1.5MM JAW" | MINOR | | 01.7420 ACTIVE |
| 000653 | AC'CENTS MOTORIZED V/SPEED POWER UNIT & HANDPIECE | MINOR | | 01.7420 ACTIVE |
| 000652 | FLEXIBLE FIBEROPTIC ENDOSCOPES (6) .9MM | MINOR | | 01.7410 ACTIVE |
| 000630 | PRESTIGE ATRA GRASPER DBL-ACT 5MM | MINOR | | 01.7420 ACTIVE |
| 000649 | ASSY MV CART | MINOR | | 01.7420 ACTIVE |
| 000658 | CLEAR VIEW BLACK BELT BASIC RETRACTOR SYSTEM | MINOR | | 01.7420 ACTIVE |
| 000704 | 30 CHROMA-LINE HNDLS, 24 T-COAT MICRO HDLS, 6 SPURLING RONGEUR | MINOR | | 01.7420 RETIRED |
| 000638 | DIA-FLEX TRI RETR / FAST CLAMP ENDO CLAMP I | MINOR | | 01.7420 ACTIVE |
| 000670 | AMSTUTZ FEMORAL NECK ELEVATOR & APC PROXIMAL FEM ELEVATOR/SHORT | MINOR | | 01.7420 ACTIVE |
| 000635 | CUSHING IVD RONGUER, STR 9 1.5MM JAW" | MINOR | | 01.7420 ACTIVE |
| 000666 | MTX-VP-HDSDI2DVIS GEFEN HDSDI | MINOR | | 01.7420 ACTIVE |
| 000648 | RACK.MOBILE CHART REVOLVING S/O 24 CAP | MINOR | | 01.7430 ACTIVE |
| 000646 | CL RGT ANG DIS FCPS KIT MTL INSUL HAND, DBL ACTN 5MMX43CM | MINOR | | 01.7410 ACTIVE |
| 000645 | OSTRUM PED PUNCH, SHEATH SL CURV DWN BCK 2.3X4MM 9CM | MINOR | | 01.7410 ACTIVE |
| 000647 | HOPKINS II 30 TELE 4MMX30CM AUTOCLAVABLE - GYN | MINOR | | 01.7420 ACTIVE |
| 000641 | VASCULAR INTRUMENT SETS (2) | MINOR | | 01.7420 ACTIVE |
| 000657 | SPINE SCREW REMOVAL GEN INSTRUMENT SET | MINOR | | 01.7420 ACTIVE |
| 000668 | HANDLE WAYNE SURGICAL PUNCH | MINOR | | 01.7420 ACTIVE |
| 000637 | CUSHING IVD RONGUER, STR/UP 9 1.5MM JAW" | MINOR | | 01.7420 ACTIVE |
| 000656 | SABER X-L ANGLED ATTTACHMENTS (3) | MINOR | | 01.7420 ACTIVE |
| 000667 | ENDO LAPRA-TY ABS CLP | MINOR | | 01.7420 ACTIVE |
| 000644 | RADIOLOGY MR COIL CART | MINOR | | 01.7550 ACTIVE |
| 000659 | SILVERSTEIN FACIAL NERVE MONITOR/STIMULAOR SYSTEM | MINOR | | 01.7420 ACTIVE |
| 000703 | 2 FLEXIBLE FIBEROPTIC ENDOSCOPE (.9MM) | MINOR | | 01.7420 RETIRED |
| 000701 | SPLIT LEG POSITIONER, ARMBOARD PAD, CLARK SOCKETS, KNEE RESTRAI | MINOR | | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 000702 CMAX BARIATRIC BACK/SEAT EXT KIT W/2 INCH PADS | MINOR | | 01.7400 ACTIVE |
| 000677 NON-RATCH T-HDL, 1/4 SQ LOK" | MINOR | | 01.7420 ACTIVE |
| 000681 10 CLICKLINE DEBAKEY GRASP FCPS KITS | MINOR | | 01.7420 RETIRED |
| 000712 1 ASPIR 110V STND, EZ PUMP, INFUSION HNDL, CNULAs, CANDYCANE, TR | MINOR | | 01.7100 ACTIVE |
| 000682 2 PKG. 3.4MM SOFT TISSUE GRASPERS | MINOR | | 01.7420 RETIRED |
| 000783 2 DIAMOND -FLEX GRASPERS, 5MM | MINOR | | 01.7420 RETIRED |
| 000680 2 VASCULAR INTRUMENTS SETS | MINOR | | 01.7420 ACTIVE |
| 000705 1 - REEVUE QUICK START KIT | MINOR | | 01.7420 RETIRED |
| 000707 LG 26 HEALTHCARE LCD" | MINOR | TVMON | 01.7430 ACTIVE |
| 000708 LG 42 PLASMA INTEGRATED HDTV AND WALL MOUNT" | MINOR | TVMON | 01.7430 ACTIVE |
| 000784 4 RIGHT ANGLE DIAMON-LINE DISSECTORS | MINOR | | 01.7420 RETIRED |
| 000734 1- FLEX CHOLEDOCHOSCOPE, 2.5MMX50CM | MINOR | | 01.7420 RETIRED |
| 000674 POWER ASSISTED LIPOPLASTY, INSTRUMENT CABLE, STERILIZATION CASE | MINOR | | 01.7420 ACTIVE |
| 000683 LARYNGOSCOPES, FORCEPS, LARYNGEAL SCISS, SUCTION TUBES, RETRAC | MINOR | | 01.7420 RETIRED |
| 000692 BARIATRIC BACK & SEAT EXT, 2 RESTRAINT STRAPS | MINOR | | 01.7420 ACTIVE |
| 000684 KLEINSASSER ALLIGATOR FCPS | MINOR | | 01.7420 RETIRED |
| 000710 APPLIER HEMO LARGE CLIP | MINOR | | 01.7420 RETIRED |
| 000731 1 - WILSON PLUS RWF W/SHEARGUARD GEL PAD | MINOR | | 01.7100 ACTIVE |
| 000685 4 HOPKINS II TELESCOPES, 10THERMOFLATOR OPTITERM HEATING ELEMENT | MINOR | TELESCOPE | 01.7420 ACTIVE |
| 000693 1 CURVED RIGHT DIAMOND, 2 CURVED LEFT DIAMOND | MINOR | | 01.7420 RETIRED |
| 000728 2 - SET SIGMOIDOSCOPE FIBER OPTIC | MINOR | | 01.7420 RETIRED |
| 000729 4- TELESCOPES | MINOR | TELESCOPE | 01.7500 ACTIVE |
| 000736 2 - BARIATRIC TABLES AND STOOLS | MINOR | | 01.7400 ACTIVE |
| 000730 1 GOETTINGEN SUPPORT TABLE | MINOR | | 01.7420 ACTIVE |
| 000733 1 - STANDARD VIDEO CART KIT | MINOR | CARTSUPP | 01.7420 ACTIVE |
| 000812 1 CASE W/TRAY & LID, VARIOUS DRIVERS, CUTTERS, SCREW REMOVERS, | MINOR | | 01.7420 RETIRED |
| 000732 1 M-SERIES, HOSPITAL ACLS, BIPHASIC (DIFIBULATOR) | MINOR | DEFIB | 01.7420 ACTIVE |
| 000744 2 HARMONIC SCALPEL GENERATORS,5 HARMONIC SCALPEL HAND PIECE | MINOR | GENER | 01.7420 ACTIVE |
| 000713 1 1020 (EA) STANDARD ELECTRIC | MINOR | | 01.7420 RETIRED |
| 000711 2 COMPLETE COOL VEST SYSTEM | MINOR | | 01.7420 RETIRED |
| 000752 4 DESKS, 5 CHAIRS, 5 HUTCHES, DRAWER FILING CABINETS, OTHER | MINOR | CABFILE | 01.7720 ACTIVE |
| 000715 1 SYSTEM 6 CHARGER | MINOR | | 01.7420 ACTIVE |
| 000717 30 CART VANILLA BRKWY" | MINOR | CARTSUPP | 01.7100 ACTIVE |
| 000718 1 X407564/HIGH COLUMN SINGLE, FLOOR SHELF, DRAWERS, PEDESTAL | MINOR | | 01.7100 ACTIVE |
| 000724 1 THYROIDECTOMY TABLE POST, MOUNT, RETRACTOR | MINOR | | 01.7420 ACTIVE |
| 000716 10 T-COAT MICRO HDL KERRISON RONGEURs | MINOR | | 01.7420 RETIRED |
| 000714 1 BABCOCK GRASPER, 1 DUCKBILL DISSECTOR | MINOR | | 01.7420 RETIRED |
| 000725 1 - FLEX INTUBATION KIT W/BRIGHT LITE, 5.2MM | MINOR | | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 000780 1 KRONNER SIDE-KICK SYSTEM, 2 DRONNER RUMI MANIPULATOR, DISP TUB | MINOR | | 01.7420 ACTIVE |
| 000793 1 BARIATRIC POWER EXAM TABLE | MINOR | TABLEEXAM | 01.7400 ACTIVE |
| 000808 1 MICRO FRANCE TYPE BACKBITTER CVD | MINOR | | 01.7420 RETIRED |
| 000782 5 MCKERNAN GI GRASPERS (DR. KIM) | MINOR | | 01.7400 RETIRED |
| 000816 1 DESKSHELL, RETURN & HUTCH W/DOORS | MINOR | | 01.7800 ACTIVE |
| 000785 2 ACL TRANSFIX SETS (DR. WILLIAMS ACL PROC) | MINOR | | 01.7420 RETIRED |
| 000779 NOVASURE & SURESOUND DEVICE | MINOR | | 01.7420 ACTIVE |
| 000781 2 ROSE ROCKERS WITH MESH SEAT AND BACK WITH VINYL TRIM | MINOR | CHAIRFOLD | 01.7100 ACTIVE |
| 000813 5 MESH CHAIRS (BLACK) | MINOR | | 01.7800 ACTIVE |
| 000787 6 KERRISON RONGEURS (DR. WON) | MINOR | | 01.7420 RETIRED |
| 000795 1 LG 26 HEALTCARE LCD WITH REMOTE CONTROL" | MINOR | | 01.7300 ACTIVE |
| 000786 1 CORD CUTTER FOR SHOULDER SET (DR. MADSEN) | MINOR | | 01.7420 RETIRED |
| 000789 2 PULSAR CARTS | MINOR | CARTUTIL | 01.7420 ACTIVE |
| 000832 SPINE RETRACTORS(RODS,SCREWDRIVERS,CLAMPS,BLADES,WRENCHES) | MINOR | | 01.7420 ACTIVE |
| 000790 1 HEMATASTAT II CENTRIGUGE | MINOR | CENT | 01.7500 ACTIVE |
| 000796 1 BARIATRIC PATIENT LIFT | MINOR | LIFTER | 01.7400 ACTIVE |
| 000791 1 ELMED STOOL W/O BACKREST | MINOR | | 01.7420 ACTIVE |
| 000794 4 HDTVs W/BUILT IN DIGITAL TUNNER, 3 LG 42 LCD HD TVs" | MINOR | | 01.7420 ACTIVE |
| 000792 2 AURORA DOUBLE SHELF SECTIONS INCLUDES ADJ DIVIDERS | MINOR | SHELVING | 01.7720 ACTIVE |
| 000809 1 CURVED LEFT DIAMOND-DRIVE NE | MINOR | | 01.7420 RETIRED |
| 000804 2 CARD READERS | MINOR | | 01.7800 ACTIVE |
| 000811 1 CURVED RIGHT DIAMOND-DRIVE | MINOR | | 01.7420 RETIRED |
| 000817 1 RHINO-LARYNGO-TRACHEO-FIBERSCOPE | MINOR | | 01.7440 ACTIVE |
| 000814 3 ANCILLARY, HEADBANDS UL PLUS BI | MINOR | | 01.7420 RETIRED |
| 000815 5 LG 26 HEALTHCARE LCD AND WALL MOUNTS" | MINOR | | 01.7430 ACTIVE |
| 000818 10 SCOPE KEY LOCK CABINET | MINOR | CABINSTRU | 01.7410 ACTIVE |
| 000810 2 MTX-VP-HDSD12DV1S SCALER WIRE REMOTE | MINOR | | 01.7420 ACTIVE |
| 000848 BARIATRIC-WING OFFICE: DESK, CHAIR, 7 FILE CABINET | MINOR | | 01.7400 ACTIVE |
| 000847 LAB BUILDOUT: CASEWORK, CREDENZA/DESK, STOOL | MINOR | | 01.7500 ACTIVE |
| 000834 TRAYS, BAYONETS, TIP GUARDS | MINOR | | 01.7420 ACTIVE |
| 000836 DIAMOND-FLEX GRASPERS, BABCOCK DIAMOND-TOUCH GRASPERS | MINOR | | 01.7420 ACTIVE |
| 000840 2 STORAGE RACKS AND 12 CONTAINER CARRIER W/4 BRACKETS | MINOR | | 01.7400 ACTIVE |
| 000838 5 RIGHT ANGLE DIAMON-LINE DIS | MINOR | | 01.7420 ACTIVE |
| 000835 SPINE INSTRUMENTS (ARM COLUMNS, COBB ELEVATORS, GOUGES) | MINOR | | 01.7420 ACTIVE |
| 000839 30 GLOWSTER UHF-B MERLOT PATIENT PAGERS | MINOR | | 01.7420 ACTIVE |
| 000842 10 CURVED RIGH AND LEFT DIAMOND-DRIVE NE, 4 DIAMON-FLEX GRASPERS | MINOR | | 01.7420 ACTIVE |
| 000844 5 HEATING ELEMENTS, 8 TELESCOPES | MINOR | TELESCOPE | 01.7420 ACTIVE |
| 000849 8 FLEXIBLE FIBEROPTEC ENDOSCOPE (.9MM) | MINOR | | 01.7410 ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000850 3 TREATMENT RECLINERS | MINOR | | 01.7420 | ACTIVE |
| 000851 2 HOPKINS II TELESCOPE, 2 STERILIZATION TRAYS | MINOR | | 01.7420 | ACTIVE |
| 000852 IN-HOUSE BIOMED IN HOUSE TEST EQUIPMENT | MINOR | | 01.7690 | ACTIVE |
| 000854 5 DIAMOND FLEX TRIANGULAR RETRACTORS | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000855 1 TALENT PORTABLE BALANCE | MINOR | SCALECLIN | 01.7500 | ACTIVE |
| 000866 PROCEDURE CART | MINOR | CARTUTIL | 01.7420 | ACTIVE |
| 000868 6 CORE SUMEX DRILLS & ATTACHMENTS | MINOR | | 01.7420 | ACTIVE |
| 000867 1 ISOTEMP LABORATORY REFRIGERATOR | MINOR | | 01.7500 | ACTIVE |
| 000869 1 PORTABLE COLD PAN UNIT, 2 TRAY SLIDES | MINOR | CARTFOOD | 01.7710 | ACTIVE |
| 000871 2 7' PEAPOD RONGEUR 2MM UP BITING | MINOR | | 01.7420 | ACTIVE |
| 000885 1 ULTRA REVEAL LUMBAR RETRACTOR SYSTEM | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000870 1 HOLDER, LEG (KNEE ARTHROSCOPY) | MINOR | ARTHROINST | 01.7420 | ACTIVE |
| 000874 6 KERRISON RONGEURS (2 40DEG 4MM, 2 40DEG 3MM & 2 40DEG 2MM ) | MINOR | | 01.7420 | ACTIVE |
| 000872 ENDO/BROW SET(DISECTORS,SPREADERS,SUCTION ELECTRODES,OTHER INST) | MINOR | | 01.7420 | ACTIVE |
| 000873 ENDO/BROW SET (DISSECTORS, BOVIECORD & OTHER SURG INSTRUMENTS) | MINOR | | 01.7420 | ACTIVE |
| 000886 1 VERSA-TRAC RETRACTOR SYSTEM | MINOR | RETRAC | 01.7420 | ACTIVE |
| 000877 ENDO/BROW SET (RETRACTOR SYS HANDLE&KNOB SET, BLADES, SCOPE CAN) | MINOR | | 01.7420 | ACTIVE |
| 000878 ENDO/BROW SET (PUNCH, ENDOSCOPIC SCOPES, BLADES) | MINOR | | 01.7420 | ACTIVE |
| 000881 DISTAL FIBULA PLATE SET (PLATES, LOCKING SCREWS) | MINOR | | 01.7420 | ACTIVE |
| 000967 MCKESSON IMPLEMENTATION FEES FOR SERVICES DURING SET-UP PROCESS | MINOR | | 01.7550 | ACTIVE |
| 000884 5 ALARIS SIGNATURE INFUSION PUMPS | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000882 1 LAP BAND PLACER SET | MINOR | | 01.7420 | ACTIVE |
| 000879 2 ALARIS SIGNATURE INFUSION PUMPS | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000880 1 VERTEBRAL BODY SPREADER-ANGLED | MINOR | | 01.7420 | ACTIVE |
| 000883 1 DUAL PATIENT RETURN ELECTRODE | MINOR | | 01.7420 | ACTIVE |
| 000890 2 BARD CRITICORE MONITORS | MINOR | PTMONEQUIP | 01.7420 | ACTIVE |
| 000891 10 REFURBISHED LIFECARE PCA 3 PUMPS | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000895 6 REFURB HOSPIRA LIFECARE PCA 3 PUMP | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000897 4 M3 PATIENT MONITORS PHILIPS REFUR | MINOR | PTMONEQUIP | 01.7100 | ACTIVE |
| 000893 1 BARIATRIC STAND ON SCALE | MINOR | SCALECLIN | 01.7300 | ACTIVE |
| 000892 1 HOMED CLS CART 31X19 5/8"X45"" | MINOR | | 01.7430 | ACTIVE |
| 000894 2 ALARIS REFURBISHED SE2230 PUMPS DUAL CHAN | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 000896 1 ESPRESSO4-DRAWER FILING CABINET | MINOR | CABFILE | 01.7725 | ACTIVE |
| 000898 1 90 DEG DRILL ATTACHMEN-SHO FOR ELECTRIC PEN DRIVER/DR. GENECOV | MINOR | | 01.7420 | ACTIVE |
| 000900 CRANIOFACIAL SCREWDRIVER SET/GENECOV | MINOR | | 01.7420 | ACTIVE |
| 000902 1 ACCUTORRV,MASIMO MONITOR | MINOR | PTMONEQUIP | 01.7300 | ACTIVE |
| 000899 10 FLEXIBLE FIBEROPTIC ENDOSCOPE (.9MM) | MINOR | FIBER | 01.7420 | ACTIVE |
| 000901 ELECTRIC PEN DRIVERS, ATTACHMENTS & OTHER ACCESSORIE/DR. GENECOV | MINOR | | 01.7420 | ACTIVE |

ord

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000888 1 CELL WASHER 2 PLUS 100/120/2 | MINOR | CELLWASH | 01.7500 | ACTIVE |
| 000889 1 OLYMPUS EVISEXERA GASTROSCOPE & 1 OLYMPUS EVISEXERA DUODENSCOP | MINOR | | 01.7420 | ACTIVE |
| 000907 PLASTIC CASES TO COMPLETE SETS FOR 2 DOCTORS | MINOR | | 01.7420 | ACTIVE |
| 000904 MACHINE WARMS PATIENT PLATES | MINOR | | 01.7710 | ACTIVE |
| 000913 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 | ACTIVE |
| 000908 1 ULTRAVIEW MULTI-PARAMETER WIDE BAND DIGITAL TELEMETRY TRANSMIT | MINOR | TELEUNIT | 01.7100 | ACTIVE |
| 000909 1 ULTRAVIEW MULTI-PARAMETER WIDE BAND DIGITAL TELEMETRY TRANSMIT | MINOR | TELEUNIT | 01.7100 | ACTIVE |
| 000910 1 ULTRAVIEW MULTI-PARAMETER WIDE BAND DIGITAL TELEMETRY TRANSMIT | MINOR | TELEUNIT | 01.7100 | ACTIVE |
| 000982 FOREST PARK BUILDING SIGNAGE PER DRAWINGS(N ELEVATION-6' LOGO) | MINOR | SIGN | 01.7690 | ACTIVE |
| 000983 FOREST PARK BUILDING SIGNAGE PER DRAWINGS(S ELEVATION) | MINOR | SIGN | 01.7690 | ACTIVE |
| 000937 1 ALARIS SIGNATURE INFUSION PUM REF | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000938 1 ALARIS SIGNATURE INFUSION PUM REF | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000939 1 ALARIS SIGNATURE INFUSION PUM REF | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000940 1 ALARIS SIGNATURE INFUSION PUM REF | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000941 1 ALARIS SIGNATURE INFUSION PUM REF | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000942 1 ALARIS SIGNATURE INFUSION PUM REF | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000943 1 ALARIS SE7230 PUMP DUAL CHAN REFURB | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000944 1 ALARIS SE7230 PUMP DUAL CHAN REFURB | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000945 1 ALARIS SE7230 PUMP DUAL CHAN REFURB | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000946 1 ALARIS SE7230 PUMP DUAL CHAN REFURB | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 000911 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 | ACTIVE |
| 000912 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 | ACTIVE |
| 000914 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 | ACTIVE |
| 000929 1 PHILIPS M3 PATIENT MONITOR & STAND (REFUR) | MINOR | PTMONEQUIP | 01.7100 | ACTIVE |
| 000930 1 PHILIPS M3 PATIENT MONITOR & STAND (REFUR) | MINOR | PTMONEQUIP | 01.7100 | ACTIVE |
| 000931 1 PHILIPS M3 PATIENT MONITOR & STAND (REFUR) | MINOR | PTMONEQUIP | 01.7100 | ACTIVE |
| 000932 1 DND CAMERA (1288 CAMERA HEAD & COUPLER KIT)&1 PKG.,FIBEROPTIC | MINOR | DNDCAMERA | 01.7420 | ACTIVE |
| 000933 1 DND CAMERA (1288 CAMERA HEAD & COUPLER KIT)&1 PKG.,FIBEROPTIC | MINOR | DNDCAMERA | 01.7420 | ACTIVE |
| 000950 1 INFUSION PUMP ONLY INFILTRATION/TU | MINOR | PUMPINFU | 01.7420 | ACTIVE |
| 000951 1 INFUSION PUMP ONLY INFILTRATION/TU | MINOR | PUMPINFU | 01.7420 | ACTIVE |
| 000936 1 ZEBRA BB-ZM400E+ (BLOOD BANK LABEL PRINTER) | MINOR | PRINTERBLO | 01.7520 | ACTIVE |
| 000934 LFT & RT DIAMOND JAW CVD NEEDLEHOLDERS | MINOR | | 01.7420 | ACTIVE |
| 000935 LFT & RT DIAMOND JAW CVD NEEDLEHOLDERS | MINOR | | 01.7420 | ACTIVE |
| 000953 1 STRYKER EVACUATION CHAIR | MINOR | | 01.7690 | ACTIVE |
| 000947 1 ENDOSCOPIC JACOBSON NEEDLE HOLDER ROUND HANDLE 5MM | MINOR | | 01.7420 | ACTIVE |
| 000948 1 ENDOSCOPIC CHITWOOD KNOT TIER/PUSHER 30 DEGREE ANGLED | MINOR | | 01.7420 | ACTIVE |
| 000949 1 MICRO FORCEPS, ROUND HANDLE BAYONET STYLE, DIAMOND DUST | MINOR | | 01.7420 | ACTIVE |
| 000954 1 2LINE DECONTAMINATION SYSTEM | MINOR | | 01.7690 | ACTIVE |

39

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 000955 1 LFT & 1 RT DIAMOND JAW CVD NEEDLEHOLDERS | MINOR | | 01.7420 ACTIVE |
| 000956 1 LFT & 1 RT DIAMOND JAW CVD NEEDLEHOLDERS | MINOR | | 01.7420 ACTIVE |
| 000961 1 ARTHREX BIRDBEAK EVOLUTION ORTHO INSTRUMENT SET(45 DEG UP TIP) | MINOR | | 01.7420 ACTIVE |
| 000962 1 ARTHREX BIRDBEAK EVOLUTION ORTHO INSTRUMENT SET(22 DEG UP TIP) | MINOR | | 01.7420 ACTIVE |
| 000963 1 WISHBONE INSTRUMENT CASE FOR ARTHREX BIRDBEAK EVOLUTION ORTHO | MINOR | | 01.7420 ACTIVE |
| 000966 1 ARTHREX ARTHROSCOPY PUMP SYSTEM | MINOR | | 01.7420 ACTIVE |
| 000960 1 WIRE INSTRUMENT & IMPLANT SET | MINOR | | 01.7420 ACTIVE |
| 000964 1 ARTHREX BIRDBEAK EVOLUTION ORTHO INSTRUMENT SET(STRGHT TIP) | MINOR | | 01.7420 ACTIVE |
| 000957 1 THERMAL PRINTER W/INTERNAL ETHERNET | MINOR | PRINTERBLO | 01.7520 ACTIVE |
| 000958 1 BARCODE SCANNER WITH USB KIT & USB CABLE | MINOR | | 01.7520 ACTIVE |
| 000965 1 ARTHREX BIRDBEAK EVOLUTION ORTHO INSTRUMENT SET(DEG. UP CURVE) | MINOR | | 01.7420 ACTIVE |
| 000959 1 OLYMPUS VIDEO SIGMOIDOSCOPE | MINOR | | 01.7420 ACTIVE |
| 001180 1 BONE RONGUER 8MM | MINOR | | 01.7420 ACTIVE |
| 001181 1 ALIF DISC RONGEUR STRAIGHT 5MM | MINOR | | 01.7420 ACTIVE |
| 001182 1 ALIF DISC RONGEUR ANGLED 5MM | MINOR | | 01.7420 ACTIVE |
| 001183 1 ALIF DISC RONGEUR STRAIGHT 3MM | MINOR | | 01.7420 ACTIVE |
| 001184 1 ALIF DISC RONGEUR ANGLED 3MM | MINOR | | 01.7420 ACTIVE |
| 001185 1 UALIF DISCECTOMY CASE | MINOR | | 01.7420 ACTIVE |
| 000974 1 FLEXIBLE INTUBATION SCOPE, 5.2MMX65CM | MINOR | | 01.7440 ACTIVE |
| 000981 SECURITY UPGRADE WITH CAMERAS | MINOR | | 01.7690 ACTIVE |
| 000975 1 LG 47 1080P HDTV LCD & WALL MOUNT" | MINOR | | 01.7760 ACTIVE |
| 001084 BARIATRICS 4 WORKSTATION CHAIRS -  (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001085 BARIATRICS FURNITURE -  OFFICE 1 (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001086 BARIATRICS FURNITURE - OFFICE 2  (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001087 BARIATRICS FURNITURE - OFFICE 3 (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001088 BARIATRICS FILE ROOM & BACK CALLING CNTR- (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001089 BARIATRICS WAITING AREA & PT ROOMS - (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001090 BARIATRICS - WORKSTATION 1 (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001091 BARIATRICS - WORKSTATION 2 (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001092 BARIATRICS - WORKSTATION 3 (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001093 BARIATRICS - WORKSTATION 4 (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001094 BARIATRICS -1 MIXIU84 OFFICE MASTER CHAIR (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001095 BARIATRICS -1 CHARLES ALAN END TBLE (MOB PHASE II STE 300) | MINOR | | 01.7400 ACTIVE |
| 001049 BUSINESS OFFICE 13 WORKSTATION CHAIRS -  (MOB PHASE II STE 310) | MINOR | | 01.7720 ACTIVE |
| 001050 BUSINESS OFFICE FILE ROOM FURNITURE -  (MOB PHASE II STE 310) | MINOR | | 01.7720 ACTIVE |
| 001052 BUSINESS OFFICE FURNITURE - OFFICE 1 (MOB PHASE II STE 310) | MINOR | | 01.7720 ACTIVE |
| 001053 BUSINESS OFFICE FURNITURE - OFFICE 2 (MOB PHASE II STE 310) | MINOR | | 01.7720 ACTIVE |
| 001054 BUSINESS OFFICE FURNITURE - OFFICE 3 (MOB PHASE II STE 310) | MINOR | | 01.7720 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001055 BUSINESS OFFICE 2 WORKSTATION CHAIRS -  (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001071 BUSINESS OFFICE - WORKSTATION 1 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001072 BUSINESS OFFICE - WORKSTATION 2 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001073 BUSINESS OFFICE - WORKSTATION 3 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001074 BUSINESS OFFICE - WORKSTATION 4 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001075 BUSINESS OFFICE - WORKSTATION 5 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001076 BUSINESS OFFICE - WORKSTATION 6 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001077 BUSINESS OFFICE - WORKSTATION 7 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001078 BUSINESS OFFICE - WORKSTATION 8 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001079 BUSINESS OFFICE - WORKSTATION 9 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001080 BUSINESS OFFICE - WORKSTATION 10 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001081 BUSINESS OFFICE - WORKSTATION 11 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001082 BUSINESS OFFICE - WORKSTATION 12 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001083 BUSINESS OFFICE - WORKSTATION 13 (MOB PHASE II STE 310) | MINOR | 01.7720 | ACTIVE |
| 001056 ACCOUNTING - WORKSTATION 1 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001057 ACCOUNTING - WORKSTATION 2 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001058 ACCOUNTING - WORKSTATION 3 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001059 ACCOUNTING - WORKSTATION 4 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001060 ACCOUNTING - WORKSTATION 5 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001061 ACCOUNTING - WORKSTATION 6 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001062 ACCOUNTING - WORKSTATION 7 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001063 ACCOUNTING - WORKSTATION 8 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001064 ACCOUNTING 10 WORKSTATION CHAIRS (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001065 ACCOUNTING OFFICE FILE ROOM FURNITURE -  (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001067 ACCOUNTING FURNITURE - OFFICE 1 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001068 ACCOUNTING FURNITURE - OFFICE 2 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001069 ACCOUNTING FURNITURE - OFFICE 3 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001070 ACCOUNTING FURNITURE - OFFICE 4 (MOB PHASE II STE 350) | MINOR | 01.7750 | ACTIVE |
| 001177 PHASE II BCM VOICE & DATA TELEPHONE SYSTEM | MINOR | 01.7760 | ACTIVE |
| 001178 PHASE II NETWORK EQUIP & INSTALL DATA & WIRELESS ACCESS POINTS | MINOR | 01.7760 | ACTIVE |
| 001179 PHASE II UPS EQUIPMENT & INSTALL | MINOR | 01.7760 | ACTIVE |
| 001048 BREAKROOM FURNITURE -  (MOB PHASE II 2ND FLOOR) | MINOR | 01.7800 | ACTIVE |
| 001051 FURNITURE FOR CONFERENCE ROOMS 1 -  (MOB PHASE II 3RD FLOOR) | MINOR | 01.7800 | ACTIVE |
| 001066 FURNITURE FOR CONFERENCE ROOM 2 -  (MOB PHASE II 2ND FLOOR) | MINOR | 01.7800 | ACTIVE |
| 001041 MARKETING FURNITURE - MEETING AREA (MOB PHASE II STE 360) | MINOR | 01.7845 | ACTIVE |
| 001042 MARKETING FURNITURE - OFFICE 1 (MOB PHASE II STE 360) | MINOR | 01.7845 | ACTIVE |
| 001043 MARKETING FURNITURE - OFFICE 2 (MOB PHASE II STE 360) | MINOR | 01.7845 | ACTIVE |
| 001044 MARKETING FURNITURE - OFFICE 3 (MOB PHASE II STE 360) | MINOR | 01.7845 | ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001045 MARKETING FURNITURE - OFFICE 4 (MOB PHASE II STE 360) | MINOR | | 01.7845 ACTIVE |
| 001046 MARKETING FURNITURE - OFFICE 5 (MOB PHASE II STE 360) | MINOR | | 01.7845 ACTIVE |
| 001047 MARKETING FURNITURE - OFFICE 6 (MOB PHASE II STE 360) | MINOR | | 01.7845 ACTIVE |
| 000977 6 VS800 MONITORS, 6 VS800 ACESSORY KIT, 6 ROLLSTANDS | MINOR | | 01.7100 ACTIVE |
| 000978 2 ENDOSCOPIC JACOBSON NEEDLE HOLDERS ROUND HANDLE 5MM 30 DEG | MINOR | | 01.7420 ACTIVE |
| 000979 2 ENDOSCOPIC CHITWOOD KNOT TIER/PUSHER 30 DEGREE ANGLED DOWN | MINOR | | 01.7420 ACTIVE |
| 000980 1 MICRO FORCEPS,ROUND HANDLE BAYONET STYLE | MINOR | | 01.7420 ACTIVE |
| 000991 CARBON LIGHTS  HOURGLASS TABLE WITH 2 PAD SET" | MINOR | TABLEORTHO | 01.7420 ACTIVE |
| 000976 6 ARH 22 IRON INTERN W3/D SWINGER,6SST-1 STERILIZING TRAY,6 LC-" | MINOR | | 01.7420 ACTIVE |
| 000987 1 47 LCD HDTV (MOB STE 440)" | MINOR | | 01.7800 ACTIVE |
| 000988 1 47 LCD HDTV (MOB STE 440)" | MINOR | | 01.7800 ACTIVE |
| 000989 1 32 LCD HDTV (MOB STE 440)" | MINOR | | 01.7800 ACTIVE |
| 000990 1 32 LCD HDTV (MOB STE 440)" | MINOR | | 01.7800 ACTIVE |
| 000993 1 RADIOFREQUENCY (RF) MULTIGEN, CABLES & CABLE TAG SET | MINOR | | 01.7420 ACTIVE |
| 000994 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 000995 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 000996 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 000997 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 000998 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 000999 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001000 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001001 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001002 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001003 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001004 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001005 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001006 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001007 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001008 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001009 1 100MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001010 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001011 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001012 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001013 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001014 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001015 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001016 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001017 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |

# Schedule B- # 50

| 001018 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
|---|---|---|---|
| 001019 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001020 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001021 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001022 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001023 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001024 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001025 1 150MM MONOPOLAR NITINOL ELECTRODE | MINOR | | 01.7420 ACTIVE |
| 001026 1 IMAGE1 H3-Z HIGH DEF 3-CHIP CAMERA HEAD,1 LIGHT CABLE,1 TRAY | MINOR | | 01.7420 ACTIVE |
| 001027 1 IMAGE1 H3-Z HIGH DEF 3-CHIP CAMERA HEAD,1 LIGHT CABLE,1 TRAY | MINOR | | 01.7420 ACTIVE |
| 001028 1 IMAGE1 H3-Z HIGH DEF 3-CHIP CAMERA HEAD,1 LIGHT CABLE,1 TRAY | MINOR | | 01.7420 ACTIVE |
| 001029 1 IMAGE1 H3-Z HIGH DEF 3-CHIP CAMERA HEAD,1 LIGHT CABLE,1 TRAY | MINOR | | 01.7420 ACTIVE |
| 001030 1 IMAGE1 H3-Z HIGH DEF 3-CHIP CAMERA HEAD,1 LIGHT CABLE,1 TRAY | MINOR | | 01.7420 ACTIVE |
| 001031 1 IMAGE1 H3-Z HIGH DEF 3-CHIP CAMERA HEAD,1 LIGHT CABLE,1 TRAY | MINOR | | 01.7420 ACTIVE |
| 001032 1 HOPKINS II 0 DEGREE TELESCOPE,10MMX42CM,AUTOCLAVABLE | MINOR | | 01.7420 ACTIVE |
| 001033 1 HOPKINS II 0 DEGREE TELESCOPE,10MMX42CM,AUTOCLAV,1 STERIL TRAY | MINOR | | 01.7420 ACTIVE |
| 001034 1 HOPKINS II 0 DEGREE TELESCOPE,10MMX42CM,AUTOCLAV,1 STERIL TRAY | MINOR | | 01.7420 ACTIVE |
| 001035 1 HOPKINS II 0 DEGREE TELESCOPE,10MMX42CM,AUTOCLAV,1 STERIL TRAY | MINOR | | 01.7420 ACTIVE |
| 001036 1 HOPKINS II 0 DEGREE TELESCOPE,10MMX42CM,AUTOCLAV,1 STERIL TRAY | MINOR | | 01.7420 ACTIVE |
| 001037 1 HOPKINS II 0 DEGREE TELESCOPE,10MMX42CM,AUTOCLAV,1 STERIL TRAY | MINOR | | 01.7420 ACTIVE |
| 001038 1 HOPKINS II 0 DEGREE TELESCOPE,10MMX42CM,AUTOCLAV,1 STERIL TRAY | MINOR | | 01.7420 ACTIVE |
| 000992 TOTAL KNEE TRAY (1CUTTING BLOCK, 6CUTTING GUIDES & 1LOWER TRAY) | MINOR | | 01.7420 ACTIVE |
| 001106 1 BASIC CONSOLE FOR ELECTRIC PEN DRIVE - LOT: 1258 | MINOR | | 01.7420 ACTIVE |
| 001203 1 V-CARE WITH INNER ROD ATTACHED | MINOR | | 01.7420 ACTIVE |
| 001171 MOB PHASE II STE 200 FURNITURE | MINOR | | 01.7800 ACTIVE |
| 001172 MOB PHASE II STE 250 FURNITURE | MINOR | | 01.7800 ACTIVE |
| 001101 1 LYSONIX LIPOSUCTION SET | MINOR | | 01.7420 ACTIVE |
| 001192 1 PHILIPS M3 PATIENT MONITOR & STAND (REFUR) | MINOR | PTMONEQUIP | 01.7800 ACTIVE |
| 001193 1 PHILIPS M3 PATIENT MONITOR & STAND (REFUR) | MINOR | PTMONEQUIP | 01.7800 ACTIVE |
| 001039 1 FLEXBACK APRON - PROLITE SUPREME (OUTSIDE:PURPLE) | MINOR | APRONLEAD | 01.7420 ACTIVE |
| 001040 1 FLEXBACK APRON - PROLITE SUPREME (OUTSIDE:PURPLE) | MINOR | APRONLEAD | 01.7420 ACTIVE |
| 001096 1 HOPKINS II 0 DEGREE TELESCOPE, 10MMX42CM, AUTOCLAVABLE | MINOR | | 01.7420 ACTIVE |
| 001111 1 ASPIRATOR IV LIPO MACHINE, TUMESCENT HDL, CANNULAS | MINOR | | 01.7420 ACTIVE |
| 001097 1 HOPKINS II 0 DEGREE TELESCOPE, 10MMX42CM, AUTOCLAVABLE | MINOR | | 01.7420 ACTIVE |
| 001098 1 HOPKINS II 0 DEGREE TELESCOPE, 10MMX42CM, AUTOCLAVABLE | MINOR | | 01.7420 ACTIVE |
| 001099 3 ANTERIOR RONGEURS 153MM & 3 ANTERIOR/LAMINECTORMY FORCEPS" | MINOR | | 01.7420 ACTIVE |
| 001107 1 ELMED STOOL W/O BACKREST | MINOR | | 01.7420 ACTIVE |
| 001198 1 HOPKINS II 0 DEGREE TELESCOPE, 10MMX42CM, AUTOCLAVABLE | MINOR | | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001199 1 HOPKINS II 0 DEGREE TELESCOPE, 10MMX42CM, AUTOCLAVABLE | MINOR | | 01.7420 ACTIVE |
| 001197 1 SMART PUMP SINGLE CHANNEL & ROLLING STAND | MINOR | | 01.7420 ACTIVE |
| 001102 1 MICRO FORCEPS, ROUND HANDLE BAYONET STYLE | MINOR | | 01.7420 ACTIVE |
| 001195 1 DIGITAL STATION MODULE,DSM32+,INSTALL, PATCH PANEL & CABLE | MINOR | | 01.7760 ACTIVE |
| 001204 1 TALL ISO CART 4 DWR26/1/2X22X43 | MINOR | CARTSUPP | 01.7410 ACTIVE |
| 001186 1 BARIATRIC EXAM TABLE & STOOL | MINOR | | 01.7800 RETIRED |
| 001187 1 BARIATRIC EXAM TABLE & STOOL | MINOR | | 01.7800 RETIRED |
| 001188 1 BARIATRIC EXAM TABLE & STOOL | MINOR | | 01.7800 RETIRED |
| 001189 1 BARIATRIC EXAM TABLE & STOOL | MINOR | | 01.7800 RETIRED |
| 001190 1 BARIATRIC EXAM TABLE & STOOL | MINOR | | 01.7800 RETIRED |
| 001191 1 BARIATRIC EXAM TABLE & STOOL | MINOR | | 01.7800 ACTIVE |
| 001100 1 RYCOR HAND SURGERY TABLE AND TABLE PAD | MINOR | | 01.7420 ACTIVE |
| 001104 1 MEGA SOFT SINGLE CORD 1Z84X1050149671566, LOT ID:03639016 | MINOR | | 01.7420 ACTIVE |
| 001205 1 CART TRT-5 DRAWER AUTUMN WHITE | MINOR | CARTSUPP | 01.7410 ACTIVE |
| 001105 1 RUMI/KRONNER POST SET | MINOR | | 01.7420 ACTIVE |
| 001112 1 VS800, ACCESSORY KIT & ROLLSTAND (VITAL SIGNS MONITOR) | MINOR | | 01.7100 ACTIVE |
| 001113 1 VS800, ACCESSORY KIT & ROLLSTAND (VITAL SIGNS MONITOR) | MINOR | | 01.7100 ACTIVE |
| 001114 1 VS800, ACCESSORY KIT & ROLLSTAND (VITAL SIGNS MONITOR) | MINOR | | 01.7100 ACTIVE |
| 001115 1 VS800, ACCESSORY KIT & ROLLSTAND (VITAL SIGNS MONITOR) | MINOR | | 01.7100 ACTIVE |
| 001109 1 SCOPE CASH, 94X41"X13 SLIDE/LOCK" | MINOR | | 01.7410 ACTIVE |
| 001169 1 ABL 90 ANALIZER | MINOR | | 01.7500 ACTIVE |
| 001170 1 ABL 90 ANALIZER | MINOR | | 01.7500 ACTIVE |
| 001110 1 AMSCO3080(400LBS), 1 LED LIGHTS, 2 PEDIGO TABLES STAINLESS | MINOR | | 01.7800 ACTIVE |
| 001173 2 2DRAWER LATERAL FILES-9300P SERIES (MOB PHASE II STE 350) | MINOR | | 01.7750 ACTIVE |
| 001116 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001117 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001118 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001119 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001120 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001121 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001122 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001123 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001124 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001125 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001126 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001127 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001128 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |
| 001129 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | | 01.7100 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001130 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001131 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001132 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001133 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001134 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001135 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001136 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001137 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001138 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001139 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001140 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001141 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001142 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001143 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | 01.7100 | ACTIVE |
| 001144 1 HOSPIRA PLUM A+ 3 CHAN REVISION 13.2 | MINOR | 01.7100 | ACTIVE |
| 001145 1 HOSPIRA PLUM A+ 3 CHAN REVISION 13.2 | MINOR | 01.7100 | ACTIVE |
| 001146 1 HOSPIRA PLUM A+ 3 CHAN REVISION 13.2 | MINOR | 01.7100 | ACTIVE |
| 001147 1 HOSPIRA PLUM A+ 3 CHAN REVISION 13.2 | MINOR | 01.7100 | ACTIVE |
| 001148 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001149 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001150 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001151 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001152 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001153 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001154 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001155 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001156 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001157 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001158 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001159 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001160 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001161 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001162 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001163 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001164 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001165 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001166 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |
| 001167 1 LIFECARE PCA3 PUMP REFURB | MINOR | 01.7100 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 001174 6 RIGHT D-DRIVE NEEDLE HOLDERS | MINOR | | 01.7420 | ACTIVE |
| 001175 6 LEFT D-DRIVE NEEDLE HOLDERS | MINOR | | 01.7420 | ACTIVE |
| 001194 1 M3 PATIENT MONITOR, 1 ZOLL AED+PDGW, 1 SUNMED INTUB KIT, 1SCHU | MINOR | PTMONEQUIP | 01.7800 | ACTIVE |
| 001176 1 PRINTER (RF MACHINE) | MINOR | | 01.7420 | ACTIVE |
| 001207 1 ALUMINUM TABLE W/3 MIRROS (STE440) | MINOR | | 01.7800 | ACTIVE |
| 001213 1 DEPUY HIP REAMER SET | MINOR | | 01.7420 | ACTIVE |
| 001214 CUSTOM BLOCKS & STYLUS SET | MINOR | | 01.7420 | ACTIVE |
| 001211 1 BLANKET WARMER TABLE TOP (DELUXE) | MINOR | | 01.7300 | ACTIVE |
| 001215 1 DEPUY EXCEL T-HANDLE | MINOR | | 01.7420 | ACTIVE |
| 001278 1 HOPKINS II 0DEG 10MM42CM | MINOR | | 01.7420 | ACTIVE |
| 001279 1 HOPKINS II 0DEG 10MM42CM | MINOR | | 01.7420 | ACTIVE |
| 001280 1 HOPKINS II 0DEG 10MM42CM | MINOR | | 01.7420 | ACTIVE |
| 001281 1 HOPKINS II 0DEG 10MM42CM | MINOR | | 01.7420 | ACTIVE |
| 001282 1 HOPKINS II 45DEG 10MM42CM | MINOR | | 01.7420 | ACTIVE |
| 001283 1 HOPKINS II 45DEG 10MM42CM | MINOR | | 01.7420 | ACTIVE |
| 001284 1 HOPKINS II 45DEG 10MM42CM | MINOR | | 01.7420 | ACTIVE |
| 001285 1 HOPKINS II 45DEG 10MM42CM | MINOR | | 01.7420 | ACTIVE |
| 001289 SMARTCALL PAGING SYSTEM (PRE-OP/PACU) | MINOR | | 01.7430 | ACTIVE |
| 001274 1 VERIFYNOW INSTRUMENT & PRINTER | MINOR | | 01.7500 | ACTIVE |
| 001342 1 42 LG HDTV AND WALL MOUNT BRACKET(MOB PHASE2 3RD FLR)" | MINOR | | 01.7800 | ACTIVE |
| 001343 1 PROJECTOR & SCREEN WITH ALL HARDWARE & CON(MOB PHASE2 3RD FLR) | MINOR | | 01.7800 | ACTIVE |
| 001275 1 SOLACELL BARIATRIC RECLINER & ATTACHMENTS | MINOR | | 01.7100 | ACTIVE |
| 001276 1 SOLACELL BARIATRIC RECLINER & ATTACHMENTS | MINOR | | 01.7100 | ACTIVE |
| 001277 1 SOLACELL BARIATRIC RECLINER & ATTACHMENTS | MINOR | | 01.7100 | ACTIVE |
| 001309 1 ARC WRIST TOWER & ATTACHMENTS FOR ARTHROSCOPY PROCEDURES | MINOR | | 01.7420 | ACTIVE |
| 001287 1 SUTURE RETRIEVER | MINOR | | 01.7420 | ACTIVE |
| 001331 1 PLATE-BENDING PRESS | MINOR | | 01.7420 | ACTIVE |
| 001339 1 300E FLEXIBLE FIBEROPTIC ENDOSCOPE (.9MM) | MINOR | | 01.7420 | ACTIVE |
| 001340 1 300E FLEXIBLE FIBEROPTIC ENDOSCOPE (.9MM) | MINOR | | 01.7420 | ACTIVE |
| 001341 1 300E FLEXIBLE FIBEROPTIC ENDOSCOPE (.9MM) | MINOR | | 01.7420 | ACTIVE |
| 001291 1 HOSPIRA PLUM A REVISION 13.2 | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 001292 1 HOSPIRA PLUM A REVISION 13.2 | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 001293 1 HOSPIRA PLUM A REVISION 13.2 | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 001294 1 HOSPIRA PLUM A REVISION 13.2 | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 001295 1 HOSPIRA PLUM A REVISION 13.2 | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 001296 1 HOSPIRA PLUM A REVISION 13.2 | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 001297 1 HOSPIRA PLUM A REVISION 13.2 | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 001306 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY REFURB | MINOR | PUMPINFU | 01.7430 | ACTIVE |

# Schedule B- # 50

| ID | Description | Condition | Category | Code | Status |
|---|---|---|---|---|---|
| 001307 | 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY REFURB | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 001308 | 1 HOSPIRA PLUM A+ 3-CHANNEL REV. 13.2 MEDINET READY REFURB | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 001298 | 1 BAXTER INFUS OR PUM, PROPOFOL SMT | MINOR | PUMPINFU | 01.7440 | ACTIVE |
| 001299 | 1 BAXTER INFUS OR PUM, PROPOFOL SMT | MINOR | PUMPINFU | 01.7440 | ACTIVE |
| 001315 | 3 72 STORAGE CABINETS, PUTTY" | | | 01.7800 | ACTIVE |
| 001310 | 1 HD 4MM X 30degree LONG ARTROSCOPE, CANNULA(PKG), OBTURATOR(PKG | MINOR | ARTHRO | 01.7420 | ACTIVE |
| 001311 | 1 HD 4MM X 30degree LONG ARTROSCOPE, CANNULA(PKG), OBTURATOR(PKG | MINOR | ARTHRO | 01.7420 | ACTIVE |
| 001300 | MAESTRO ATTACHMENTS, CASE & NSE FOOTSWITCH | MINOR | | 01.7420 | ACTIVE |
| 001301 | MAESTRO ATTACHMENTS, CASE & NSE FOOTSWITCH | MINOR | | 01.7420 | ACTIVE |
| 001302 | MAESTRO ATTACHMENTS, CASE & NSE FOOTSWITCH | MINOR | | 01.7420 | ACTIVE |
| 001303 | MAESTRO ATTACHMENTS & CASE | MINOR | | 01.7420 | ACTIVE |
| 001304 | MAESTRO ATTACHMENTS & CASE | MINOR | | 01.7420 | ACTIVE |
| 001305 | MAESTRO ATTACHMENTS & CASE | MINOR | | 01.7420 | ACTIVE |
| 001329 | 1 LONG ARTHROSCOPE WITH CANNULA (PKG),PENCIL OBTURATOR(PKG) | MINOR | ARTHRO | 01.7420 | RETIRED |
| 001330 | 1 LONG ARTHROSCOPE WITH CANNULA (PKG),PENCIL OBTURATOR(PKG) | MINOR | ARTHRO | 01.7420 | RETIRED |
| 001334 | 1 STEINER ORAL RETRACTOR SET | MINOR | | 01.7420 | ACTIVE |
| 001350 | 2 SUTURE RETRIEVER, 3.4MM 15 DEG UP | MINOR | | 01.7420 | ACTIVE |
| 001335 | 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | PUMPINFU | 01.7300 | ACTIVE |
| 001336 | 1 HOSPIRA PLUM A REVISION 13.2 (IMED PUMP) | MINOR | PUMPINFU | 01.7300 | ACTIVE |
| 001356 | 7 NETONE CLOCK TIME & DATA TERMINALS | MINOR | EQUIPMENT | 01.7760 | ACTIVE |
| 001351 | 1 3-POINT SHOULDER DISTRACTION SYSTEM | MINOR | | 01.7420 | ACTIVE |
| 001348 | 1 DTOUCH CROCODILE GRASPER SINGLE ACTION 5MM, 45CM | MINOR | | 01.7420 | ACTIVE |
| 001349 | 1 DTOUCH CROCODILE GRASPER SINGLE ACTION 5MM, 45CM | MINOR | | 01.7420 | ACTIVE |
| 001352 | 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY PUMPS | MINOR | PUMPINFU | 01.7300 | ACTIVE |
| 001353 | 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY PUMPS | MINOR | PUMPINFU | 01.7300 | ACTIVE |
| 001354 | 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY PUMPS | MINOR | PUMPINFU | 01.7300 | ACTIVE |
| 001355 | 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY PUMPS | MINOR | PUMPINFU | 01.7300 | ACTIVE |
| 002027 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 002028 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 002029 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 002030 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 002031 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 002032 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 002033 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 002034 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 002035 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 002036 | PLUM A+REV 13.2 MEDINET READY | MINOR | | 01.7420 | ACTIVE |
| 001357 | 1 ENDOSCOPE STEREO 8.5MM 0 DEG SCHOELLY, CANNULA & CANNULA SEAL | MINOR | | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 001362 1 HOPKINS II 45DEG 5MM 42CM | MINOR | | 01.7420 | ACTIVE |
| 001363 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY REFURB | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 001364 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY REFURB | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 001365 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY REFURB | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 001366 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY REFURB | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 001367 1 HOSPIRA PLUM A+ REVISION 13.2 MEDINET SOFTWARE READY REFURB | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 001368 1 HOSPIRA PLUM A+ 3-CHANNEL REVISION 13.2MEDINET SOFTWARE & STAN | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 001369 1 HOSPIRA PLUM A+ 3-CHANNEL REVISION 13.2MEDINET SOFTWARE & STAN | MINOR | PUMPINFU | 01.7430 | ACTIVE |
| 001371 1 LEFT & RIGHT RECTRACTOR | MINOR | | 01.7420 | ACTIVE |
| 001372 1 LEFT & RIGHT RECTRACTOR | MINOR | | 01.7420 | ACTIVE |
| 001395 BARIATRICS 9 WORKSTATION CHAIRS -  (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7400 | ACTIVE |
| 001402 BARIATRICS OFFICE#2(2) 2DRAWER FILE CABINETS(MOB PHASE II 4THFL) | MINOR | | 01.7400 | ACTIVE |
| 001409 BARIATRICS - OFFICE#2 DOORS FOR ZIRA CABINETS(MOB PHASEII 4THFL) | MINOR | | 01.7400 | ACTIVE |
| 001410 BARIATRICS OFFICE#2 ZIRA BOOKCASE/ESSPRESSO(MOB PHASE II 4TH FL) | MINOR | | 01.7400 | ACTIVE |
| 001431 BARIATRICS - WORKSTATION 1 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7400 | ACTIVE |
| 001432 BARIATRICS - WORKSTATION 2 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7400 | ACTIVE |
| 001433 BARIATRICS - WORKSTATION 3 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7400 | ACTIVE |
| 001434 BARIATRICS - WORKSTATION 4 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7400 | ACTIVE |
| 001435 BARIATRICS - WORKSTATION 5 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7400 | ACTIVE |
| 001397 BUSINESS OFFICE 1 WORKSTATION CHAIR -  (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7720 | ACTIVE |
| 001401 BUSINESS OFFICE-OFFICE#1 DOORS FOR ZIRA CABINETS(PHASEII 4THFL) | MINOR | | 01.7720 | ACTIVE |
| 001404 BUSINESS OFFICE#1 (2) 2DRAWER FILE CABINETS(MOB PHASE II 4TH FL) | MINOR | | 01.7720 | ACTIVE |
| 001405 BUSINESS OFFICE#1 ZIRA BOOKCASE/ESSPRESSO(MOB PHASE II 4TH FL) | MINOR | | 01.7720 | ACTIVE |
| 001406 BUSI OFFICE-WORKSTATION 1 + COST OF MOVE(MOB PHASE II 4TH FLOOR) | MINOR | | 01.7720 | ACTIVE |
| 001407 BUSI OFFICE-WORKSTATION 2 + COST OF MOVE(MOB PHASE II 4TH FLOOR) | MINOR | | 01.7720 | ACTIVE |
| 001408 BUSI OFFICE-WORKSTATION 3 + COST OF MOVE(MOB PHASE II 4TH FLOOR) | MINOR | | 01.7720 | ACTIVE |
| 001436 1 BARRACUDA SPYWARE FIREWALL 410 | MINOR | | 01.7760 | ACTIVE |
| 001392 BREAKROOM FURNITURE -  (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7800 | ACTIVE |
| 001393 (2) 4 DRAWER LATERAL FILE CABINETS (FOR IN-HOUSE COUNSEL) | MINOR | | 01.7820 | ACTIVE |
| 001394 (1) 4 DRAWER LATERAL FILE CABINETS (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7820 | ACTIVE |
| 001427 SHARED SERVICE OFFI#4(2)2 DRAWER FILE CABINET(MOB PHASE II4THFL) | MINOR | | 01.7820 | ACTIVE |
| 001428 SHARED SERVICES-OFFICE#4 ZIRABOOKCASE/ESSPR(MOB PHASE II 4THFL) | MINOR | | 01.7820 | ACTIVE |
| 001429 SHARED SERVICES-OFFICE#4 DOORS FOR ZIRA CABINETS(PHASEII 4THFL) | MINOR | | 01.7820 | ACTIVE |
| 001430 SHARED SERVICES-OFFICE#5 DOORS FOR ZIRA CABINETS(PHASEII 4THFL) | MINOR | | 01.7820 | ACTIVE |
| 001396 CREDENTIAL 3 WORKSTATION CHAIRS -  (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7830 | ACTIVE |
| 001398 CREDENTIAL-WORKSTATION 1 + COST OF MOVE (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7830 | ACTIVE |
| 001399 CREDENTIAL-WORKSTATION 2 + COST OF MOVE (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7830 | ACTIVE |
| 001400 CREDENTIAL-WORKSTATION 3 + COST OF MOVE (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7830 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 001403 CREDENTIAL OFFIC#3 (2) 2DRAWER FILE CABINET(MOB PHASE II 4TH FL) | MINOR | | 01.7830 | ACTIVE |
| 001411 CREDENTIAL OFFICE#3 (2)5 DRAWER LATER FILE(MOB PHASE II 4TH FL) | MINOR | | 01.7830 | ACTIVE |
| 001412 CREDENTIAL OFFICE#3 ZIRA BOOKCASE/ESSPRESSO(MOB PHASE II 4TH FL) | MINOR | | 01.7830 | ACTIVE |
| 001413 CREDENTIALING - OFFICE#3 DOORS FOR ZIRA CABINETS(PHASEII 4THFL) | MINOR | | 01.7830 | ACTIVE |
| 001414 SCHEDULING 12 WORKSTATION CHAIRS -(MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001415 SCHEDULING - WORKSTATION 1 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001416 SCHEDULING - WORKSTATION 2 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001417 SCHEDULING - WORKSTATION 3 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001418 SCHEDULING - WORKSTATION 4 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001419 SCHEDULING - WORKSTATION 5 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001420 SCHEDULING - WORKSTATION 6 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001421 SCHEDULING - WORKSTATION 7 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001422 SCHEDULING - WORKSTATION 8 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001423 SCHEDULING - WORKSTATION 9 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001424 SCHEDULING - WORKSTATION 10 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001425 SCHEDULING - WORKSTATION 11 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 001426 SCHEDULING - WORKSTATION 12 (MOB PHASE II 4TH FLOOR) | MINOR | | 01.7840 | ACTIVE |
| 002037 CER/LUMBAR SETS | MINOR | | 01.7420 | ACTIVE |
| 002266 CO2 HC CONSOLE STAFF CONSOLE | MINOR | | 01.7800 | ACTIVE |
| 001852 1 MADDUX SOFA, 87 INCH, BLACK | MINOR | SOFA | 01.7800 | ACTIVE |
| 001846 CARD READERS TO ER DOORS | MINOR | | 01.7300 | ACTIVE |
| 002260 1 ZEBRA CARD PRINTER, PRINTER RIBBONS&CLEARNING CARD KIT(BADGES) | MINOR | | 01.7760 | ACTIVE |
| 002261 1 22X70 CLARUS CLEAR GLASSBOARD | MINOR | | 01.7800 | ACTIVE |
| 002259 2 45DEGREE ANGLE DRILLS & 12 DRILL BITS | MINOR | | 01.7420 | ACTIVE |
| 002341 1 FOUR DOOR LATERAL FILE | MINOR | | 01.7800 | ACTIVE |
| 002349 ANESTHESIA MACHINE PARTS EAR CLIP PULSE OX PROBES | MINOR | ANESUNIT | 01.7440 | ACTIVE |
| 001212 1 DRE WAVELINE EZ (ANES MACHINE/ASCENDANT) | MINOR | | 01.7800 | ACTIVE |
| 001208 1 SOLACELL BARIATRIC RECLINER | MINOR | CHAIRSPEC | 01.7420 | ACTIVE |
| 001209 1 SOLACELL BARIATRIC RECLINER | MINOR | CHAIRSPEC | 01.7420 | ACTIVE |
| 001210 1 SOLACELL BARIATRIC RECLINER | MINOR | CHAIRSPEC | 01.7420 | ACTIVE |
| 002409 (24)PLUM A+REV MEDINET READY, IV STAND (19) | MINOR | PUMPINFU | 01.7100 | ACTIVE |
| 002396 EPIDURAL PUMPS (3) | MINOR | PUMPINFU | 01.7101 | ACTIVE |
| 002402 56 SERIES BLUE BARIATRIC RECLINER | MINOR | SOFA | 01.7101 | ACTIVE |
| 002403 56 SERIES BLUE BARIATRIC RECLINER | MINOR | SOFA | 01.7101 | ACTIVE |
| 002404 56 SERIES JADE BARIATRIC RECLINER | MINOR | SOFA | 01.7101 | ACTIVE |
| 002405 56 SERIES JADE BARIATRIC RECLINER | MINOR | SOFA | 01.7101 | ACTIVE |
| 002393 MORPHBOARDS | MINOR | | 01.7420 | ACTIVE |
| 002397 T COAT MICRO HDL KERR (2) | MINOR | | 01.7420 | ACTIVE |

49

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002398 VAPR VUE GENERATOR | MINOR | GENER | 01.7420 | ACTIVE |
| 002401 MORPHBOARDS | MINOR | | 01.7420 | ACTIVE |
| 002406 CRANI POINTER WITH BLUNT TIP & TRAY | MINOR | | 01.7420 | ACTIVE |
| 002407 45 DEG ANGLE DRILL W DRILL BT 25MM,40MM,55MM,70MM | MINOR | | 01.7420 | ACTIVE |
| 002408 45 DEG ANGLE DRILL W DRILL BT 25MM,40MM,55MM,70MM | MINOR | | 01.7420 | ACTIVE |
| 002411 (6)EXTREME BEAM FIBER OPTIC HDLT, (9) FIBER OPTIC CORD 7' | MINOR | FIBER | 01.7420 | ACTIVE |
| 002412 (2)ESU SYSTEM2450, (2) CART 2450ESU, (2) MONOPOLAR FOOTSWITCH | MINOR | | 01.7420 | ACTIVE |
| 002413 LUXTEC HEADLIGHT SYSTEM | MINOR | | 01.7420 | ACTIVE |
| 002414 ADSON CEREBULLUM RET 7 1/2 ANGL SHRP TITANIUM" | MINOR | | 01.7420 | ACTIVE |
| 002418 FOOTSWITCH | MINOR | | 01.7420 | ACTIVE |
| 002421 EAR INSTRUMENT SET | MINOR | | 01.7420 | ACTIVE |
| 002422 EAR INSTRUMENT SET | MINOR | | 01.7420 | ACTIVE |
| 002423 EAR INSTRUMENT SET | MINOR | | 01.7420 | ACTIVE |
| 002394 VENT HEATERS (2) | MINOR | | 01.7640 | ACTIVE |
| 002444 BEDSIDE BRONCH FOR ICU | MINOR | | 01.7201 | ACTIVE |
| 002436 PANIC BUTTON DIALER | MINOR | | 01.7420 | ACTIVE |
| 002438 SHAVER/HANDPIECE | MINOR | | 01.7420 | ACTIVE |
| 002439 SHAVER/HANDPIECE | MINOR | | 01.7420 | ACTIVE |
| 002440 E900 CONSOLE | MINOR | | 01.7420 | ACTIVE |
| 002441 STERILE TRAYS FOR SILVER GLIDE | MINOR | | 01.7420 | ACTIVE |
| 002442 LUXTEC HEADLIGHTS,ULTRALITE HEADLIGHT | MINOR | | 01.7420 | ACTIVE |
| 002443 10 GRASPERS | MINOR | | 01.7420 | ACTIVE |
| 002446 ADSON CEREBELLUM RET | MINOR | | 01.7420 | ACTIVE |
| 002447 BARIATRIC INSTRUMENTS | MINOR | | 01.7420 | ACTIVE |
| 002453 TITANIUM CLAMPS | MINOR | | 01.7420 | ACTIVE |
| 002459 TRANSPHENOIDAL SPECULA | MINOR | | 01.7420 | ACTIVE |
| 002460 SILVERGLIDE BIPOLAR SETS | MINOR | | 01.7420 | ACTIVE |
| 002461 CART | MINOR | CARTEMERG | 01.7420 | ACTIVE |
| 002462 MYRINGOTOMY SET | MINOR | | 01.7420 | ACTIVE |
| 002463 NASEL SET | MINOR | | 01.7420 | ACTIVE |
| 002464 DR MACALUSO SET | MINOR | | 01.7420 | ACTIVE |
| 002469 INSTRUMENT SET 530/IS AND 540/IS | MINOR | | 01.7420 | ACTIVE |
| 002457 ABAXIS PICCOLO CHEM ANALYZER | MINOR | ANALYHEMA | 01.7500 | ACTIVE |
| 002471 SILVERGLIDE BIPOLARS | MINOR | | 01.7420 | ACTIVE |
| 002472 TRANSPHENOIDAL SET A | MINOR | | 01.7420 | ACTIVE |
| 002473 INSTRUMENTS FOR PAHSE 3 | MINOR | | 01.7420 | ACTIVE |
| 002482 DR HENRY INSTRUMENTS | MINOR | | 01.7420 | ACTIVE |
| 002483 T&A SETS | MINOR | | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002484 UROLOGY SETS | MINOR | | 01.7420 | ACTIVE |
| 002485 6 CUSTOM KNIFE HANDLES W/BAYONET HANDLES | MINOR | | 01.7420 | ACTIVE |
| 002486 18 HOHMANN RETRACTORS | MINOR | RETRAC | 01.7420 | ACTIVE |
| 002487 SHAVER/HANDPIECE | MINOR | | 01.7420 | ACTIVE |
| 002488 PEDISCOPES | MINOR | | 01.7420 | ACTIVE |
| 002489 PEDI FESS SET | MINOR | | 01.7420 | ACTIVE |
| 002490 EQUIPMENT FOR TOWER | MINOR | | 01.7420 | ACTIVE |
| 002491 EQUIPMENT FOR TOWER | MINOR | | 01.7420 | ACTIVE |
| 002493 DRILL SET 45 DEGREE | MINOR | | 01.7420 | ACTIVE |
| 002494 SCOPE FOR LAP | MINOR | | 01.7420 | ACTIVE |
| 002495 ANSPACH DRILL FOR SURGERY, WITH ITS ACCESORIES/ATTACHEMENTS | MINOR | | 01.7420 | ACTIVE |
| 002496 HIP SET WITH VARIOUS RETRACTORS, IMPACTORS, FORCEPS | MINOR | | 01.7420 | ACTIVE |
| 002497 MISONIX BONE SCAPEL W/CLEANING BRUSHES,BASKET,GENERATOR | MINOR | | 01.7420 | ACTIVE |
| 002498 DD BACK TABLE FOR OR | MINOR | | 01.7420 | ACTIVE |
| 002499 OPMI VARIO MICROSCOPE W/EYEPIECE,COUPLING, INCLINABLE BINO | MINOR | MICROSCOPE | 01.7420 | ACTIVE |
| 002500 BUNDLE NIM RESPONSE CART | MINOR | CARTEMERG | 01.7420 | ACTIVE |
| 002474 56 SERIES BLUE BARIATRIC RECLINER | MINOR | SOFA | 01.7430 | ACTIVE |
| 002475 56 SERIES BLUE BARIATRIC RECLINER | MINOR | SOFA | 01.7430 | ACTIVE |
| 002476 56 SERIES BLUE BARIATRIC RECLINER | MINOR | SOFA | 01.7430 | ACTIVE |
| 002477 56 SERIES BLUE BARIATRIC RECLINER | MINOR | SOFA | 01.7430 | ACTIVE |
| 002478 56 SERIES BLUE BARIATRIC RECLINER | MINOR | SOFA | 01.7430 | ACTIVE |
| 002479 56 SERIES BLUE BARIATRIC RECLINER/TRANSP | MINOR | SOFA | 01.7430 | ACTIVE |
| 002480 56 SERIES BLUE BARIATRIC RECLINER/TRANSP | MINOR | SOFA | 01.7430 | ACTIVE |
| 002481 56 SERIES BLUE BARIATRIC RECLINER/TRANSP | MINOR | SOFA | 01.7430 | ACTIVE |
| 002501 3 DESKS , 6 CHAIRS, 3 CLOSED HUTCH GLASS DOORS,3 LATERAL FILE | MINOR | DESK | 01.7800 | ACTIVE |
| 002508 MEDITHERM III HYPOTHERMIA CART | MINOR | HYPOTHERM | 01.7201 | ACTIVE |
| 002504 HYSTEROSCOPY SET | MINOR | | 01.7420 | ACTIVE |
| 002505 HYSTEROSCOPY SET | MINOR | | 01.7420 | ACTIVE |
| 002506 FRCPS MCEN27-2 TERRIER PUNCH(5), FRCPS MCEN27-2 FINE TERRIER (6) | MINOR | | 01.7420 | ACTIVE |
| 002517 DIEGO STATION NASAL (STARLINK HAND PIECE) | MINOR | | 01.7420 | ACTIVE |
| 002518 HEMOSTATIX MODEL P8400 CONTROLLER/SCAPEL HANDLE FOR CONTROLLER | MINOR | | 01.7420 | ACTIVE |
| 002519 (5)EVIS EXERAL HD GASTROSCOPE 9.8MM | MINOR | | 01.7420 | ACTIVE |
| 002520 NEURO CRANI SET, SCISSORS INSTRUMENT TRAYS | MINOR | | 01.7420 | ACTIVE |
| 002525 INSTALL OVERHEAD RACKS/32TVS" | MINOR | | 01.7760 | ACTIVE |
| 002527 FURNITURE FOR DATA CENTER | MINOR | | 01.7760 | ACTIVE |
| 002529 BLACK BELT RETRACTOR FOR OR | MINOR | | 01.7420 | ACTIVE |
| 002530 NAV LOCK FOR STRYKER NAVIGATION | MINOR | | 01.7420 | ACTIVE |
| 002532 (15) WHEEL STRETCHERS | MINOR | | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | | |
|---|---|---|---|---|---|
| 002536 | BENDING PLIERS FOR FRAG SET 2.7MM & 3.5MM PLATES | MINOR | | 01.7420 | ACTIVE |
| 002537 | ENDOSCOPIC PLANTAR FASCIOTOMY | MINOR | | 01.7420 | ACTIVE |
| 002538 | IMMUNOANALYZER EMP SCREENING (MINI VIDAS) | MINOR | | 01.7500 | ACTIVE |
| 002546 | INTUBATION CART | MINOR | | 01.7201 | ACTIVE |
| 002542 | COLPOSCOPE 935 | MINOR | | 01.7420 | ACTIVE |
| 002549 | CUSTOM WORKING PLATFORM | MINOR | | 01.7420 | ACTIVE |
| 002550 | JEWETT 50CF REFR GLASS DR 115V | MINOR | | 01.7500 | ACTIVE |
| 002544 | REAM-A-MATIC TUBE CLEANER W/DOUBLE FOOT SWITCH | MINOR | | 01.7690 | ACTIVE |
| 002548 | FROZEN DRINK MACHINE | MINOR | | 01.7710 | ACTIVE |
| 002555 | ACCLARENT ENDOSCOPE CYCLOPS | MINOR | | 01.3420 | ACTIVE |
| 002567 | MEDIVANCE ARCTIC SUN | MINOR | TEMPCONT | 01.7201 | ACTIVE |
| 002554 | 3 GASTROSCOPE AND 2 COLONSCOPE | MINOR | COLON | 01.7420 | ACTIVE |
| 002563 | MEDRAD PORTABLE INJECTOR | MINOR | | 01.7420 | ACTIVE |
| 002564 | 16 ARTHROSCOPES AND 4 TRAYS | MINOR | ARTHRO | 01.7420 | ACTIVE |
| 002581 | 4 Air Curtains | MINOR | AIRCURT | 01.7420 | ACTIVE |
| 002557 | MOBILE MODULAR WORKSTATION | MINOR | OFFICEFURN | 01.7500 | ACTIVE |
| 002565 | BENCHTOP CENTRIFUGE AND ROTOR | MINOR | CENT | 01.7500 | ACTIVE |
| 002566 | VC PREVI COLORGRAM | MINOR | SLIDESTAIN | 01.7500 | ACTIVE |
| 002556 | 3 GLOBAL EVOLVE WORK STATIONS | MINOR | OFFICEFURN | 01.7720 | ACTIVE |
| 002562 | STORZ TWO PEDAL FOOTSWITCH | MINOR | MICROSCOPE | 01.7760 | ACTIVE |
| 002558 | GO CART DELUXE | MINOR | | 01.7800 | ACTIVE |
| 002574 | FISHER ISTAT WIRELESS ANALYZER | MINOR | COMPCLIN | 01.7300 | ACTIVE |
| 002570 | MIZUHOSI LATERAL POSITIONERS | MINOR | | 01.7420 | ACTIVE |
| 002573 | MEDTRONIC ORO-TRACHEAL INJECTOR | MINOR | | 01.7420 | ACTIVE |
| 002577 | MIZUHOSI SURGICAL TABLE | MINOR | TABLEOPER | 01.7420 | ACTIVE |
| 002594 | GASTROSCOPE-NEONATAL | MINOR | | 01.7420 | ACTIVE |
| 002569 | BIOMERIEUX MICROBIAL DETECTION SYSTEM | MINOR | MICROBIO | 01.7500 | ACTIVE |
| 002572 | SIEMENS WALKAWAY LABORATORY ANALYZER | MINOR | ANALYHEMA | 01.7500 | ACTIVE |
| 002575 | SHELDON INCUBATOR | MINOR | INCULAB | 01.7500 | ACTIVE |
| 002576 | SHELDON INCUBATOR W/O CO2 | MINOR | INCULAB | 01.7500 | ACTIVE |
| 002579 | FISHER BLOOD BANK REFRIGERATOR | MINOR | REFRIGBLD | 01.7500 | ACTIVE |
| 002580 | Platelet Agitator | MINOR | PLATELET | 01.7500 | ACTIVE |
| 002595 | STERILGARD 503A-BIOLOGICAL SAFETY CABINET | MINOR | CABBIOSAFE | 01.7500 | ACTIVE |
| 002578 | 10 TYCO PULSE OXIMETERS | MINOR | OXYMETER | 01.7640 | ACTIVE |
| 002571 | INGERSOLL CARD READER SECURITY | MINOR | | 01.7750 | ACTIVE |
| 002597 | FAST FLOW FLUID WARMER | MINOR | FLUSAMP | 01.7201 | ACTIVE |
| 002598 | DIGITRAPPER pH-Z RECORDER | MINOR | PHMETER | 01.7420 | ACTIVE |
| 002600 | AIR CURTAINS-ELECTRICAL SERVICES | MINOR | AIRCURT | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002611 NETTERVILLE INSTRUMENT SET | MINOR | ORTHOINST | 01.7420 | ACTIVE |
| 002609 4 - BARIATRIC CHAIRS & ACCESSORIES | MINOR | CHAIRSPEC | 01.7550 | ACTIVE |
| 002610 4 - BARIATRIC CHAIRS & ACCESSORIES | MINOR | CHAIRSPEC | 01.7550 | ACTIVE |
| 002608 AVAYA SPECTRALINK 6140 PHONE | MINOR | PHONESYS | 01.7800 | ACTIVE |
| 002614 4 - GLOBAL WIND LOUNGE CHAIRS | MINOR | OFFICEFURN | 01.7900 | ACTIVE |
| 002615 2 - GLOBAL WIND SOFAS | MINOR | OFFICEFURN | 01.7900 | ACTIVE |
| 002635 ANKLE DISTRACTOR SET | MINOR | SURGINSTR | 01.7420 | ACTIVE |
| 002636 TENSIOMETER | MINOR | SURGINSTR | 01.7420 | ACTIVE |
| 002621 10-AVAYA SPECTRALINK PHONES | MINOR | PHONESYS | 01.7760 | ACTIVE |
| 002638 PROVIDE/INSTALL 47 LCD TV" | MINOR | TVMON | 01.7820 | ACTIVE |
| 002639 PROVIDE/INSTALL 47 LCD TV" | MINOR | TVMON | 01.7820 | ACTIVE |
| 002647 SPECIALITY TRIATHLON 2 & 9MM STYLUS | MINOR | ARTHROINST | 01.7420 | ACTIVE |
| 002648 SPECIALITY TRIATHLON MIS 4/1 BLOCK SET | MINOR | ARTHROINST | 01.7420 | ACTIVE |
| 002677 UPS POWER COND ARCH | MINOR | | 01.7500 | ACTIVE |
| 002675 CUBICLE & CHAIRS | MINOR | OFFICEFURN | 01.7720 | ACTIVE |
| 002670 OFFICE FURNITURE | MINOR | OFFICEFURN | 01.7800 | ACTIVE |
| 002672 OVERHEAD HUTCH | MINOR | OFFICEFURN | 01.7800 | ACTIVE |
| 002673 MIDBACK CHAIR | MINOR | OFFICEFURN | 01.7800 | ACTIVE |
| 002676 5- DESKS | MINOR | OFFICEFURN | 01.7800 | ACTIVE |
| 003113 6 WORKSTATIONS AND CHAIRS | MINOR | | 01.7765 | ACTIVE |
| 003127 DIEGO ELITE POWER CONSOLE | MINOR | BONESURG | 01.7420 | ACTIVE |
| 002468 US SYSTEM | MINOR | TRANSDUCER | 01.7440 | ACTIVE |
| 001217 1 LOUNGE CHAIR & BENCH (STE 440 - RECEPTION) | MINOR | | 01.7800 | ACTIVE |
| 001218 1 SIDE TABLE (STE 440 - RECEPTION) | MINOR | | 01.7800 | ACTIVE |
| 001219 1 RECEPTION DESK CHAIR (STE 440 - RECEPTION) | MINOR | | 01.7800 | ACTIVE |
| 001220 1 CUSTOM BANQUET WITH PILLOWS (STE 440 - LOUNGE) | MINOR | | 01.7800 | ACTIVE |
| 001221 1 OTTOMAN CLUSTER (STE 440 - LOUNGE) | MINOR | | 01.7800 | ACTIVE |
| 001222 1 SMALL DRINK TABLE (STE 440 - LOUNGE) | MINOR | | 01.7800 | ACTIVE |
| 001223 BAR STOOLS (STE 440 - LOUNGE) | MINOR | | 01.7800 | ACTIVE |
| 001225 1 DESK CHAIR (STE 440 - OFFICE 1) | MINOR | | 01.7800 | ACTIVE |
| 001226 CONFERENCE TABLE (STE 440 - CONFERENCE ROOM) | MINOR | | 01.7800 | ACTIVE |
| 001227 7 CONFERENCE CHAIRS (STE 440 - CONFERENCE ROOM) | MINOR | | 01.7800 | ACTIVE |
| 001228 DESK/CREDENZA (STE 440 - OFFICE 2) | MINOR | | 01.7800 | ACTIVE |
| 001229 DESK CHAIR (STE 440 - OFFICE 2) | MINOR | | 01.7800 | ACTIVE |
| 001230 1 SOFA (STE 440 - OFFICE 2) | MINOR | | 01.7800 | ACTIVE |
| 001231 CONFERENCE TABLE (STE 440 - OFFICE 2) | MINOR | | 01.7800 | ACTIVE |
| 001232 LOUNGE CHAIRS (STE 440 - OFFICE 2) | MINOR | | 01.7800 | ACTIVE |
| 001233 FLOOR LAMPS (STE 440 - OFFICE 2) | MINOR | | 01.7800 | ACTIVE |

# Schedule B- # 50

| | | |
|---|---|---|
| 001234 DESK/CREDENZA (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001235 DESK CHAIR (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001236 SOFA (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001237 COCKTAIL TABLE (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001238 LOUNGE CHAIRS (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001239 SYSTEM DESKING (STE 440 - SCHEDULING) | MINOR | 01.7800 ACTIVE |
| 001240 DESK CHAIRS (STE 440 - SCHEDULING) | MINOR | 01.7800 ACTIVE |
| 001244 SUCCULENT ARRANGEMENT (STE 440 - RECEPTION) | MINOR | 01.7800 ACTIVE |
| 001245 LAMP (STE 440 - RECEPTION) | MINOR | 01.7800 ACTIVE |
| 001246 CENTERPIECE BOWL (STE 440 - RECEPTION) | MINOR | 01.7800 ACTIVE |
| 001247 ART (STE 440 - LOUNGE) | MINOR | 01.7800 ACTIVE |
| 001248 HAND MADE SHAG RUG (STE 440 - LOUNGE) | MINOR | 01.7800 ACTIVE |
| 001251 ART (STE 440 - CONFERENCE ROOM) | MINOR | 01.7800 ACTIVE |
| 001252 WASTEBASKET (STE 440 - CONFERENCE ROOM) | MINOR | 01.7800 ACTIVE |
| 001253 ACCESSORIES (STE 440 - OFFICE 2) | MINOR | 01.7800 ACTIVE |
| 001255 WASTEBASKET (STE 440 - OFFICE 2) | MINOR | 01.7800 ACTIVE |
| 001256 CLOCK (STE 440 - OFFICE 2) | MINOR | 01.7800 ACTIVE |
| 001257 CABINET (STE 440 - OFFICE 2) | MINOR | 01.7800 ACTIVE |
| 001258 ACCESSORIES (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001259 DISPLAY SHELVES (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001260 ART (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001261 WASTEBASKET (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001262 END TABLE(S) (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001263 LAMPS (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001266 DISPLAY SHELVES (STE 440 - HALLWAY) | MINOR | 01.7800 ACTIVE |
| 001267 ART (STE 440 - ENTRY) | MINOR | 01.7800 ACTIVE |
| 001268 ART (STE 440 - KITCHEN AREA) | MINOR | 01.7800 ACTIVE |
| 001269 DRAPERY, HARDWARE & LABOR (STE 440 - OFFICE 2) | MINOR | 01.7800 ACTIVE |
| 001270 DRAPERY, HARDWARE & LABOR (STE 440 - OFFICE 3) | MINOR | 01.7800 ACTIVE |
| 001271 ART (STE 440 - AT BAR) | MINOR | 01.7800 ACTIVE |
| 001224 1 L-SHAPED DESK (STE 440 - OFFICE 1) | MINOR | 01.7840 ACTIVE |
| 001241 LATERAL FILES (STE 440 - SCHEDULING) | MINOR | 01.7840 ACTIVE |
| 001249 ART (STE 440 - OFFICE 1) | MINOR | 01.7840 ACTIVE |
| 001250 WASTEBASKET (STE 440 - OFFICE 1) | MINOR | 01.7840 ACTIVE |
| 001254 4 FRAMES (STE 440 - RECEPTION) | MINOR | 01.7840 ACTIVE |
| 001264 ART (STE 440 - SCHEDULING) | MINOR | 01.7840 ACTIVE |
| 001265 6 WASTEBASKETS (STE 440 - SCHEDULING) | MINOR | 01.7840 ACTIVE |
| 000507 8 - RONGEURS 9" | MINOR | 1.742 ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 000508 | 6 - CONE RING CURETTE 9" | MINOR | | 1.742 ACTIVE |
| 000522 | SPURLING IVD RONGEUR 4X10 9" | MINOR | | 1.742 ACTIVE |
| 000525 | RONGEUR CUSING IVD 9" | MINOR | | 1.742 ACTIVE |
| 000636 | FERRIS-SMITH PITUITARY RONGEUR 6MM STR 10" | MINOR | | 1.742 ACTIVE |
| 002511 | X-RAY SUITE 215  PAVILLION | PAVILLION LEASE | | 01.7800 ACTIVE |
| 002512 | DR CASAS SUITE 210 | PAVILLION LEASE | | 01.7800 ACTIVE |
| 002526 | EXTENTSION OF PAGING SYSTEM TO MOB | PAVILLION LEASE | | 01.7760 ACTIVE |
| 002654 | ACCTG OFFICE WALL DEMO/CARPET PATCH | PAVILLION LEASE | OFFICEFURN | 01.7750 ACTIVE |
| 002649 | 6 - WORK STATIONS FOR ACCTG OFFICE | PAVILLION LEASE | OFFICEFURN | 01.7820 ACTIVE |
| 002679 | STRUCTURED CABLING | PAVILLION LEASE | | 01.7800 ACTIVE |
| 003086 | TI FOR DR. BANNISTER STE 450 | PAVILLION LEASE | OFFICEFURN | 01.7900 ACTIVE |
| 003087 | TI FOR DR. BANNISTER STE 450 | PAVILLION LEASE | OFFICEFURN | 01.7900 ACTIVE |
| 003088 | TI FOR VIBRANT STE 420 | PAVILLION LEASE | OFFICEFURN | 01.7900 ACTIVE |
| 001837 | TREATMENT RECLINER | PHASE 3 | | 01.7420 ACTIVE |
| 001439 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | | 01.7101 ACTIVE |
| 001700 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001701 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001702 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001703 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001704 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001705 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001706 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001707 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001708 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001709 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001710 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001711 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001712 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001713 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001714 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001715 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001716 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001717 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001718 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001719 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001720 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001721 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |
| 001722 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | | 01.7101 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001723 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7101 ACTIVE |
| 001440 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7102 ACTIVE |
| 001724 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001725 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001726 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001727 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001728 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001729 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001730 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001731 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001732 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001733 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001734 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001735 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001736 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001737 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001738 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001739 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001740 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001741 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001742 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001743 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001744 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001745 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001746 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001747 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7102 ACTIVE |
| 001441 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7201 ACTIVE |
| 001447 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7201 ACTIVE |
| 001448 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7201 ACTIVE |
| 001688 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 ACTIVE |
| 001689 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 ACTIVE |
| 001690 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 ACTIVE |
| 001691 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 ACTIVE |
| 001692 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 ACTIVE |
| 001693 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 ACTIVE |
| 001694 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 ACTIVE |
| 001695 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 ACTIVE |
| 001696 | ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001697 ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 | ACTIVE |
| 001698 ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 | ACTIVE |
| 001699 ISOFLEX MEDSURG MATTRESS SILVER/DARTEX COVER | PHASE 3 | 01.7201 | ACTIVE |
| 001437 OPMI PENTERO BASIC SYSTEM MICROSCOPE | PHASE 3 | 01.7420 | ACTIVE |
| 001438 OPMI PENTERO BASIC SYSTEM MICROSCOPE | PHASE 3 | 01.7420 | ACTIVE |
| 001445 DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7420 | ACTIVE |
| 001446 DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7420 | ACTIVE |
| 001451 BLADDER SCAN ULTRA SOUND IMAGING, ROLLING CART & TRAINING | PHASE 3 | 01.7420 | ACTIVE |
| 001453 MIZUHO OSI JACKSON TABLE SYSTEM | PHASE 3 | 01.7420 | ACTIVE |
| 001454 MIZUHO OSI 3 EACH JACKSON TABLE SYSTEM | PHASE 3 | 01.7420 | ACTIVE |
| 001455 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001456 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001457 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001458 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001459 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001460 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001461 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001462 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001463 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001464 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001465 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001466 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001467 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001468 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001469 THERMOSTATIC CONTROLLED SCRUB SINK, STAINLESS STEEL | PHASE 3 | 01.7420 | ACTIVE |
| 001495 RUBBERMAID UTILITY CART WITH SHELVES | PHASE 3 | 01.7420 | ACTIVE |
| 001496 RUBBERMAID UTILITY CART WITH SHELVES | PHASE 3 | 01.7420 | ACTIVE |
| 001497 RUBBERMAID UTILITY CART WITH SHELVES | PHASE 3 | 01.7420 | ACTIVE |
| 001498 BIN CART WITH WORK CENTER | PHASE 3 | 01.7420 | ACTIVE |
| 001499 BIN CART WITH WORK CENTER | PHASE 3 | 01.7420 | ACTIVE |
| 001679 DSD-2017 FG VMS READY DSD201-LT | PHASE 3 | 01.7420 | ACTIVE |
| 001680 DSD-2017 FG VMS READY DSD201-LT | PHASE 3 | 01.7420 | ACTIVE |
| 001681 DSD-110-HU0069 HOOKUP GI CONNECTOR (5) | PHASE 3 | 01.7420 | ACTIVE |
| 001682 DSS-110 HU0112 HOOKUP OAI AUX WTR | PHASE 3 | 01.7420 | ACTIVE |
| 001683 EFA US-G SCOPEBUDDY US, GLUT | PHASE 3 | 01.7420 | ACTIVE |
| 001684 EFA US-G SCOPEBUDDY US, GLUT | PHASE 3 | 01.7420 | ACTIVE |
| 001685 SHELVING FOR LINEN, UTILITY CARTS,CARTS, CART COVERS | PHASE 3 | 01.7420 | ACTIVE |
| 001687 STERILIZER & EQUIPMENT | PHASE 3 | 01.7420 | ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001748 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001749 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001750 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001751 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001752 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001753 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001754 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001755 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001756 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001757 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001758 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001759 | IBED 2.3 COMPLETE (IN TOUCH EU) | PHASE 3 | 01.7420 ACTIVE |
| 001760 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001761 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001762 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001763 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001764 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001765 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001766 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001767 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001768 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001769 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001770 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001771 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001772 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001773 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001774 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001775 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001776 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001777 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001778 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001779 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001780 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001781 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001782 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001783 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001784 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001785 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001786 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001787 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001788 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001789 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001790 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001791 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001792 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001793 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001794 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001795 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001796 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001797 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001798 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001799 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001800 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001801 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001802 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001803 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001804 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001805 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001806 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001807 | SECURE 3 MED/SURG BED | PHASE 3 | 01.7420 ACTIVE |
| 001824 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001825 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001826 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001827 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001828 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001829 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001830 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001831 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001832 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001833 | BIG WHEEL STRETCHER 30 LITTER" | PHASE 3 | 01.7420 ACTIVE |
| 001834 | CUB PEDIATRIC CRIB | PHASE 3 | 01.7420 ACTIVE |
| 001835 | CUB PEDIATRIC CRIB | PHASE 3 | 01.7420 ACTIVE |
| 001836 | CUB PEDIATRIC CRIB | PHASE 3 | 01.7420 ACTIVE |
| 001838 | TREATMENT RECLINER | PHASE 3 | 01.7420 ACTIVE |
| 001839 | TREATMENT RECLINER | PHASE 3 | 01.7420 ACTIVE |
| 001840 | TREATMENT RECLINER | PHASE 3 | 01.7420 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001841 | TREATMENT RECLINER | PHASE 3 | 01.7420 ACTIVE |
| 001842 | CAMERA CONTROL UNITS,PRINTERS,CART,STERILIZE TRAY & OTHER ITEMS | PHASE 3 | 01.7420 ACTIVE |
| 001843 | STRYKER COMM VAR EQUIP BOOMS ETC | PHASE 3 | 01.7420 ACTIVE |
| 001979 | EFA US-G SCOPEBUDDY US, GLUT | PHASE 3 | 01.7420 ACTIVE |
| 001442 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7430 ACTIVE |
| 001443 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7430 ACTIVE |
| 001444 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7430 ACTIVE |
| 001450 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7430 ACTIVE |
| 001686 | VARIOUS CARTS | PHASE 3 | 01.7440 ACTIVE |
| 001452 | EBA 21 MICROCENTRIFUGE,ROTINA 380R CENTRIFUGE & OTHER MISC ITEMS | PHASE 3 | 01.7500 ACTIVE |
| 001669 | MICROWAVE, PLASMA DEFROSTER/TEMP MONITOR DEVICE | PHASE 3 | 01.7500 ACTIVE |
| 001674 | CART FOR LARGE PLATFORM | PHASE 3 | 01.7500 ACTIVE |
| 001449 | DEFIBRILLATOR, MONITOR WITH PACEMAKER | PHASE 3 | 01.7550 ACTIVE |
| 001675 | RACK,APRON,WALL MOUNT, 8PEG (14) | PHASE 3 | 01.7550 ACTIVE |
| 001673 | WATER PURIFICATION SYSTEM | PHASE 3 | 01.7690 ACTIVE |
| 001470 | GROSSLAB SENIOR PATHOLOGY WORKSTATION | PHASE 3 | 01.7800 ACTIVE |
| 001471 | NEPTUNE 2 DOCKING STATIONS | PHASE 3 | 01.7800 ACTIVE |
| 001472 | NEPTUNE 2 DOCKING STATIONS | PHASE 3 | 01.7800 ACTIVE |
| 001473 | NEPTUNE 2 DOCKING STATIONS | PHASE 3 | 01.7800 ACTIVE |
| 001474 | SYSTEM 6 CHARGER W/BATTERY | PHASE 3 | 01.7800 ACTIVE |
| 001475 | SYSTEM 6 CHARGER W/BATTERY | PHASE 3 | 01.7800 ACTIVE |
| 001476 | SYSTEM 6 CHARGER W/BATTERY | PHASE 3 | 01.7800 ACTIVE |
| 001477 | SYSTEM 6 CHARGER W/BATTERY | PHASE 3 | 01.7800 ACTIVE |
| 001478 | UNIDIRECTIONAL FOOTSWITCH | PHASE 3 | 01.7800 ACTIVE |
| 001479 | UNIDIRECTIONAL FOOTSWITCH | PHASE 3 | 01.7800 ACTIVE |
| 001480 | UNIDIRECTIONAL FOOTSWITCH | PHASE 3 | 01.7800 ACTIVE |
| 001481 | UNIDIRECTIONAL FOOTSWITCH | PHASE 3 | 01.7800 ACTIVE |
| 001482 | SMART PUMP DUAL CHANNEL WITH ROLLING STAND | PHASE 3 | 01.7800 ACTIVE |
| 001483 | SMART PUMP DUAL CHANNEL WITH ROLLING STAND | PHASE 3 | 01.7800 ACTIVE |
| 001484 | SMART PUMP DUAL CHANNEL WITH ROLLING STAND | PHASE 3 | 01.7800 ACTIVE |
| 001485 | NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |
| 001486 | NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |
| 001487 | NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |
| 001488 | NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |
| 001489 | NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |
| 001490 | NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |
| 001491 | NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |
| 001492 | NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | |
|---|---|---|
| 001493 NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |
| 001494 NEPTUNE 2 ROVER FOR MEDICAL WASTE | PHASE 3 | 01.7800 ACTIVE |
| 001500 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001501 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001502 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001503 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001504 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001505 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001506 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001507 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001508 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001509 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001510 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001511 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001512 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001513 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001514 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001515 SUPRA XDRAFTING PNEUMATIC TASK CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 001516 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001517 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001518 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001519 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001520 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001521 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001522 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001523 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001524 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001525 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001526 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001527 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001528 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001529 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001530 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001531 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001532 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001533 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001534 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001535 RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001536 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001537 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001538 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001539 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001540 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001541 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001542 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001543 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001544 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001545 | RELIANCE HYDRAULIC STOOL | PHASE 3 | 01.7800 ACTIVE |
| 001546 | LARYNGOSCOPE #00 FIBEROPTIC | PHASE 3 | 01.7800 ACTIVE |
| 001547 | LARYNGOSCOPE #00 FIBEROPTIC | PHASE 3 | 01.7800 ACTIVE |
| 001548 | LARYNGOSCOPE #00 FIBEROPTIC | PHASE 3 | 01.7800 ACTIVE |
| 001549 | LARYNGOSCOPE, MILLER SET | PHASE 3 | 01.7800 ACTIVE |
| 001550 | LARYNGOSCOPE, MILLER SET | PHASE 3 | 01.7800 ACTIVE |
| 001551 | LARYNGOSCOPE, MILLER SET | PHASE 3 | 01.7800 ACTIVE |
| 001552 | LARYNGOSCOPE, MACINTOSH SET | PHASE 3 | 01.7800 ACTIVE |
| 001553 | LARYNGOSCOPE, MACINTOSH SET | PHASE 3 | 01.7800 ACTIVE |
| 001554 | LARYNGOSCOPE, MACINTOSH SET | PHASE 3 | 01.7800 ACTIVE |
| 001555 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001556 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001557 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001558 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001559 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001560 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001561 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001562 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001563 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001564 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001565 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001566 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001567 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001568 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001569 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001570 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001571 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001572 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001573 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | |
|---|---|---|
| 001574 PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001575 PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001576 PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001577 PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001578 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001579 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001580 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001581 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001582 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001583 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001584 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001585 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001586 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001587 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001588 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001589 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001590 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001591 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001592 DEFIBRILLATOR M SERIES MANUAL BASE | PHASE 3 | 01.7800 ACTIVE |
| 001593 DEFIBRILLATOR M SERIES MANUAL BASE | PHASE 3 | 01.7800 ACTIVE |
| 001596 EMERGENCY CART TALL 6 DRW | PHASE 3 | 01.7800 ACTIVE |
| 001597 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001598 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001599 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001600 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001601 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001602 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001603 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001604 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001605 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001606 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001607 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001608 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001609 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001610 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001611 OXIMAX N65 PULSE OXIMETER W/DURASE | PHASE 3 | 01.7800 ACTIVE |
| 001612 PLUM A REV 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001613 PLUM A REV 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001614 | PLUM A REV 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001615 | PLUM A REV 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001616 | PLUM A REV 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001617 | PLUM A REV 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001618 | PLUM A REV 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001619 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001620 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001621 | PLUM A+3 CHANNEL 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001622 | ADJUSTABLE WRENCH, NON SPARKLING | PHASE 3 | 01.7800 ACTIVE |
| 001623 | DIGI PORTSRV TS 16PT | PHASE 3 | 01.7800 ACTIVE |
| 001624 | VARIOUS MEDICAL INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 001625 | STANDARD SICE ROUGH HANDLE(2) & VARIOUS LARYNGCOPE BLDs | PHASE 3 | 01.7800 ACTIVE |
| 001626 | HARLOFF MALIGNANT HYPOTHERMIA CAR | PHASE 3 | 01.7800 ACTIVE |
| 001627 | ANESTHESIA CART INTUBATION 6 DRW | PHASE 3 | 01.7800 ACTIVE |
| 001628 | STAINLESS STEEL CAST CART 8 DRW | PHASE 3 | 01.7800 ACTIVE |
| 001629 | FLOOR SCRUBBER COMPACT DISK, 20 IN | PHASE 3 | 01.7800 ACTIVE |
| 001630 | ALL TITANIUM BB EXT RETRACTOR | PHASE 3 | 01.7800 ACTIVE |
| 001631 | ALL TITANIUM BB EXT RETRACTOR | PHASE 3 | 01.7800 ACTIVE |
| 001632 | ALL TI SUPER SLIDE RETRACTOR | PHASE 3 | 01.7800 ACTIVE |
| 001633 | ALL TI SUPER SLIDE RETRACTOR | PHASE 3 | 01.7800 ACTIVE |
| 001634 | TI SUPER SLIDE BLADE SMALL 2.5(8)/3.5(8) | PHASE 3 | 01.7800 ACTIVE |
| 001635 | ALIF HAND RETRACTOR SM(4)/MED(4)/LG(4) | PHASE 3 | 01.7800 ACTIVE |
| 001636 | CUSTOM HOYLE WYLIE EXTRA LONG RETRACTOR(2) | PHASE 3 | 01.7800 ACTIVE |
| 001637 | HENRY'S BIG BLACK HAND RETRACTOR(4) | PHASE 3 | 01.7800 ACTIVE |
| 001638 | TRUE GELPI 90 DEGREE 2.5(8)/3.5"(8) DEEP" | PHASE 3 | 01.7800 ACTIVE |
| 001639 | LUMBAR NERVE ROOT RETRACTOR(1)DOUBLE ENDED HIBBS RETRACTOR(4) | PHASE 3 | 01.7800 ACTIVE |
| 001640 | MOD MCELROY RETRACTOR(4) | PHASE 3 | 01.7800 ACTIVE |
| 001641 | ALIF HAND RETRACTOR SM(4)/MD(4)/LG(4) | PHASE 3 | 01.7800 ACTIVE |
| 001642 | WYLIE RETRACTOR 4(6)/7"(6)" | PHASE 3 | 01.7800 ACTIVE |
| 001643 | WIDE SCOVILLE NERVE RETRACTOR 10MM(4)/12MM(4) | PHASE 3 | 01.7800 ACTIVE |
| 001644 | LOVE GRUENWALD IVD RONGUER 3 X 10MM 9 STR/DWN" | PHASE 3 | 01.7800 ACTIVE |
| 001645 | MINI INCUBATOR 120V | PHASE 3 | 01.7800 ACTIVE |
| 001646 | NUTATING MIXER, GYROMINI 120 V | PHASE 3 | 01.7800 ACTIVE |
| 001647 | MICROSCOPE, COMPOUND, BINOCULAR,BRIGHTFIELD | PHASE 3 | 01.7800 ACTIVE |
| 001648 | Z1224 CARRIER(15) | PHASE 3 | 01.7800 ACTIVE |
| 001649 | CURETTES,RONGEURS,RETR SET W/BLADES & VARIOUS OTHER INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 001650 | OXYGEN FLOW METER WITH DIAMOND WALL ADAPTER(24) | PHASE 3 | 01.7800 ACTIVE |
| 001651 | VACUUM REGULATOR, PUSH TO SET, INTERMITTENT/CONTINUOUS | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001652 | OXYGEN FLOW METER WITH DIAMOND WALL ADAPTER(24) | PHASE 3 | 01.7800 ACTIVE |
| 001653 | VACUUM REGULATOR, PUSH TO SET, INTERMITTENT/CONTINUOUS | PHASE 3 | 01.7800 ACTIVE |
| 001654 | OXYGEN FLOW METER WITH DIAMOND WALL ADAPTER(7) | PHASE 3 | 01.7800 ACTIVE |
| 001655 | VACUUM REGULATOR, PUSH TO SET, INTERMITTENT/CONTINUOUS | PHASE 3 | 01.7800 ACTIVE |
| 001656 | VACUUM REGULATOR, PUSH TO SET, INTERMITTENT/CONTINUOUS | PHASE 3 | 01.7800 ACTIVE |
| 001657 | VACUUM REGULATOR, PUSH TO SET, INTERMITTENT/CONTINUOUS | PHASE 3 | 01.7800 ACTIVE |
| 001658 | VACUUM REGULATOR, PUSH TO SET, INTERMITTENT/CONTINUOUS | PHASE 3 | 01.7800 ACTIVE |
| 001659 | VACUUM REGULATOR, PUSH TO SET, INTERMITTENT/CONTINUOUS | PHASE 3 | 01.7800 ACTIVE |
| 001660 | AIR FLOWMETER WITH DIAMOND WALL ADAPTER(14) | PHASE 3 | 01.7800 ACTIVE |
| 001661 | OXYGEN FLOW METER WITH DIAMOND WALL ADAPTER(28) | PHASE 3 | 01.7800 ACTIVE |
| 001662 | AIR FLOWMETER WITH DIAMOND WALL ADAPTER(30) | PHASE 3 | 01.7800 ACTIVE |
| 001663 | OXYGEN FLOW METER WITH DIAMOND WALL ADAPTER(60) | PHASE 3 | 01.7800 ACTIVE |
| 001664 | AIR FLOWMETER WITH DIAMOND WALL ADAPTER(12) | PHASE 3 | 01.7800 ACTIVE |
| 001665 | OXYGEN FLOW METER WITH DIAMOND WALL ADAPTER(25) | PHASE 3 | 01.7800 ACTIVE |
| 001666 | AIR FLOWMETER WITH DIAMOND WALL ADAPTER(9) | PHASE 3 | 01.7800 ACTIVE |
| 001667 | OXYGEN FLOW METER WITH DIAMOND WALL ADAPTER(18) | PHASE 3 | 01.7800 ACTIVE |
| 001668 | PHASE 3 FURNITURE | PHASE 3 | 01.7800 ACTIVE |
| 001676 | GLIDESCOPES (2) | PHASE 3 | 01.7800 ACTIVE |
| 001677 | WALL MOUNTED PEG STYLE LEAD APRON RACK | PHASE 3 | 01.7800 ACTIVE |
| 001678 | FIXTURES | PHASE 3 | 01.7800 ACTIVE |
| 001854 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001855 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001856 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001857 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001858 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001859 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001860 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001861 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001862 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001863 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001864 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001865 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001866 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001867 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001868 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001869 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001870 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001871 | OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |

**Schedule B- # 50**

| | | |
|---|---|---|
| 001872 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001873 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001874 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001875 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001876 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001877 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001878 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001879 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001880 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001881 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001882 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001883 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001884 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001885 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001886 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001887 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001888 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001889 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001890 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001891 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001892 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001893 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001894 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001895 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001896 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001897 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001898 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001899 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001900 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001901 OVERBED TABLE TRUFIT SINGLE TOP | PHASE 3 | 01.7800 ACTIVE |
| 001902 OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001903 OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001904 OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001905 OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001906 OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001907 OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001908 OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001909 OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001910 | OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001911 | OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001912 | OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001913 | OVERBED TABLE TRUFIT SPLIT TOP | PHASE 3 | 01.7800 ACTIVE |
| 001914 | STERRAND 100NX 1 DOOR | PHASE 3 | 01.7800 ACTIVE |
| 001915 | STERRAND NX | PHASE 3 | 01.7800 ACTIVE |
| 001916 | STERRAND NX | PHASE 3 | 01.7800 ACTIVE |
| 001917 | STERRAND NX | PHASE 3 | 01.7800 ACTIVE |
| 001918 | STERRAND NX | PHASE 3 | 01.7800 ACTIVE |
| 001919 | STERRAND NX | PHASE 3 | 01.7800 ACTIVE |
| 001920 | STERRAND NX | PHASE 3 | 01.7800 ACTIVE |
| 001921 | STERRAND NX | PHASE 3 | 01.7800 ACTIVE |
| 001922 | STERRAND CART | PHASE 3 | 01.7800 ACTIVE |
| 001923 | VENT WITH ARMS, PARAPAC, CIRCUIT | PHASE 3 | 01.7800 ACTIVE |
| 001924 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 001925 | EVOLUTION SPINAL REMOVAL KIT | PHASE 3 | 01.7800 ACTIVE |
| 001926 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 001927 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 001928 | BLADDER SCANNER WITH PRINTER | PHASE 3 | 01.7800 ACTIVE |
| 001929 | WASTEBASKETS | PHASE 3 | 01.7800 ACTIVE |
| 001930 | THERMOMETER, TEMPORAL SCANNER | PHASE 3 | 01.7800 ACTIVE |
| 001931 | BARIATRIC EASY LIFT WITH HEAD SUPPORT | PHASE 3 | 01.7800 ACTIVE |
| 001932 | ANESTHESIA CART | PHASE 3 | 01.7800 ACTIVE |
| 001933 | LIFECARE PCA MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001934 | TALL ISO CART 4 DRWR | PHASE 3 | 01.7800 ACTIVE |
| 001935 | THERMOMETERS | PHASE 3 | 01.7800 ACTIVE |
| 001936 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 001937 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 001938 | 3MM PROBE PACKAGING | PHASE 3 | 01.7800 ACTIVE |
| 001939 | LINENS | PHASE 3 | 01.7800 ACTIVE |
| 001940 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 001941 | ELMED STOOL W/O BACKREST | PHASE 3 | 01.7800 ACTIVE |
| 001942 | INTUBATION SCOPE KIT | PHASE 3 | 01.7800 ACTIVE |
| 001943 | INTUBATION SCOPE KIT | PHASE 3 | 01.7800 ACTIVE |
| 001944 | ATTEST AUTO READER | PHASE 3 | 01.7800 ACTIVE |
| 001945 | FLAT SHEETS / PILLOW CASES | PHASE 3 | 01.7800 ACTIVE |
| 001946 | STAINLESS STEEL CART 3 SHELF | PHASE 3 | 01.7800 ACTIVE |
| 001947 | BLADES | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 001948 | VARIOUS FACILITY TOOLS | PHASE 3 | 01.7800 ACTIVE |
| 001949 | SCALE, BABY, DIGITAL | PHASE 3 | 01.7800 ACTIVE |
| 001950 | EES GENERATOR W ENSEAL & HARMONIC GENERATOR CONNECTOR | PHASE 3 | 01.7800 ACTIVE |
| 001951 | EES GENERATOR W ENSEAL & HARMONIC GENERATOR CONNECTOR | PHASE 3 | 01.7800 ACTIVE |
| 001952 | EES GENERATOR W ENSEAL & HARMONIC GENERATOR CONNECTOR | PHASE 3 | 01.7800 ACTIVE |
| 001953 | EES GENERATOR W ENSEAL & HARMONIC GENERATOR CONNECTOR | PHASE 3 | 01.7800 ACTIVE |
| 001954 | EES GENERATOR W ENSEAL & HARMONIC GENERATOR CONNECTOR | PHASE 3 | 01.7800 ACTIVE |
| 001955 | EES GENERATOR W ENSEAL & HARMONIC GENERATOR CONNECTOR | PHASE 3 | 01.7800 ACTIVE |
| 001956 | EES GENERATOR W ENSEAL & HARMONIC GENERATOR CONNECTOR | PHASE 3 | 01.7800 ACTIVE |
| 001957 | EES GENERATOR W ENSEAL & HARMONIC GENERATOR CONNECTOR | PHASE 3 | 01.7800 ACTIVE |
| 001958 | EES GENERATOR W ENSEAL & HARMONIC GENERATOR CONNECTOR | PHASE 3 | 01.7800 ACTIVE |
| 001959 | 100 NX EXPRESS CYCLE | PHASE 3 | 01.7800 ACTIVE |
| 001960 | HIGH SPEED BURNISHER | PHASE 3 | 01.7800 ACTIVE |
| 001961 | SELF CONTAINED EXTRACTOR | PHASE 3 | 01.7800 ACTIVE |
| 001962 | S-L SLIDE LOADING SPINAL | PHASE 3 | 01.7800 ACTIVE |
| 001963 | V-T MASTER SPINAL RETRAC | PHASE 3 | 01.7800 ACTIVE |
| 001964 | V-T MASTER SPINAL RETRAC | PHASE 3 | 01.7800 ACTIVE |
| 001965 | NEEDLES, FORCEPS, CORDS,HOLDERS, SCISSORS,SEPTUM, POOL SUCTION | PHASE 3 | 01.7800 ACTIVE |
| 001966 | RIGHT/LEFT D-DRIVE NEEDLE HOLDERS | PHASE 3 | 01.7800 ACTIVE |
| 001967 | TEBBETTS FIBEROPTIC, SPATULA, MARKERS, NEEDLES, DISSECTOR, RAKE | PHASE 3 | 01.7800 ACTIVE |
| 001968 | STERILIZING TRAYS/ GRIPPER | PHASE 3 | 01.7800 ACTIVE |
| 001969 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 001970 | RETRACTORS VARIOUS SIZES,BALL PROBES | PHASE 3 | 01.7800 ACTIVE |
| 001971 | INTEGRATION STATION AND CALLER KIT | PHASE 3 | 01.7800 ACTIVE |
| 001972 | VARIOUS BINS | PHASE 3 | 01.7800 ACTIVE |
| 001973 | VARIOUS BINS | PHASE 3 | 01.7800 ACTIVE |
| 001974 | MICROCERVICAL SET | PHASE 3 | 01.7800 ACTIVE |
| 001975 | HCL SUPER TOUGH BIN/ DIVIDERS VARIOUS SIZES | PHASE 3 | 01.7800 ACTIVE |
| 001976 | HCL SUPER TOUGH BIN/ DIVIDERS VARIOUS SIZES | PHASE 3 | 01.7800 ACTIVE |
| 001977 | HCL SUPER TOUGH BIN/ DIVIDERS VARIOUS SIZES | PHASE 3 | 01.7800 ACTIVE |
| 001978 | HCL SUPER TOUGH BIN/ DIVIDERS VARIOUS SIZES | PHASE 3 | 01.7800 ACTIVE |
| 001980 | OPMI 1FC MICROSCOPE W/HALOGEN | PHASE 3 | 01.7800 ACTIVE |
| 001981 | OPMI SENSERA MICROSCOPE | PHASE 3 | 01.7800 ACTIVE |
| 001982 | 3 FLEX INTUBATION SCOPE KITS | PHASE 3 | 01.7800 ACTIVE |
| 001983 | MASTER CLOCK SYSTEM AND DIGITAL ELAPSE | PHASE 3 | 01.7800 ACTIVE |
| 001984 | NURSE CALL SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001985 | VOSTRO 230 SLIM TOWER | PHASE 3 | 01.7800 ACTIVE |
| 001986 | LATITUDE E6510 NOTEBOOK | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | |
|---|---|---|
| 001987 VARIOUS LAPTOPS, PCS, NOTEBOOKS, FLAT PANEL DISPLAYS, DESKTOPS | PHASE 3 | 01.7800 ACTIVE |
| 001988 VOSTRO 260 SLIMTOWER/FLAT PANEL MONITOR | PHASE 3 | 01.7800 ACTIVE |
| 001989 DIETARY EQUIPMENT | PHASE 3 | 01.7800 ACTIVE |
| 001990 TOWERS | PHASE 3 | 01.7800 ACTIVE |
| 001991 PHONE SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001992 NURSE CALL W/ WIRELESS PHONE INTEGRATION | PHASE 3 | 01.7800 ACTIVE |
| 001993 EVIS EXEREAL HD GASTROSCOPE/COLONSCOPE | PHASE 3 | 01.7800 ACTIVE |
| 001994 LOW VOLTAGE | PHASE 3 | 01.7800 ACTIVE |
| 001995 PTUBE SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 001996 PLUM A REV13/ LIIFECARE PCA REV13 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 001997 TWO 6 CTS RECESSED STATIONS/ICU" | PHASE 3 | 01.7800 ACTIVE |
| 001998 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 001999 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002000 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002001 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002002 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002003 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002004 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002005 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002006 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002007 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002008 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002009 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002010 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002011 ELECTROSURGICAL SYSTEM 2450 ESU | PHASE 3 | 01.7800 ACTIVE |
| 002012 FOOTSWITCH, MONOPOLAR WATERPROOF | PHASE 3 | 01.7800 ACTIVE |
| 002013 FOOTSWITCH BIPOLAR | PHASE 3 | 01.7800 ACTIVE |
| 002014 PLUMA REV13 MEDINET READY, BAXTER INFUSOR PUMP,IV POLE | PHASE 3 | 01.7800 ACTIVE |
| 002015 40 CASE CARTS | PHASE 3 | 01.7800 ACTIVE |
| 002016 PROVUE INSTRUMENT,WK STATION W/TIPMASTER PIPETTOR DOC KIT | PHASE 3 | 01.7800 ACTIVE |
| 002017 ARTHROSCOPY EQUIPMENT CART | PHASE 3 | 01.7800 ACTIVE |
| 002018 IRRIGATOR PUMP,FOOT PED BOARD, GENERATOR,FOOTSWITCH, STRYKER FOM | PHASE 3 | 01.7800 ACTIVE |
| 002019 IRRIGATOR PUMP,FOOT PED BOARD, GENERATOR,FOOTSWITCH, STRYKER FOM | PHASE 3 | 01.7800 ACTIVE |
| 002020 IRRIGATOR PUMP,FOOT PED BOARD, GENERATOR,FOOTSWITCH, STRYKER FOM | PHASE 3 | 01.7800 ACTIVE |
| 002021 IRRIGATOR PUMP,FOOT PED BOARD, GENERATOR,FOOTSWITCH, STRYKER FOM | PHASE 3 | 01.7800 ACTIVE |
| 002022 IRRIGATOR PUMP,FOOT PED BOARD, GENERATOR,FOOTSWITCH, STRYKER FOM | PHASE 3 | 01.7800 ACTIVE |
| 002023 TR402 ILLUMINATOR | PHASE 3 | 01.7800 ACTIVE |
| 002024 INSTRUMENT TABLE W/SHELF | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002025 | OPERATING TABLE W/ACCESSORIES | PHASE 3 | 01.7800 ACTIVE |
| 002039 | HEGAR DILATOR VARIOUS SIZES | PHASE 3 | 01.7800 ACTIVE |
| 002040 | FORCEPS WITH VARIOUS TIPS | PHASE 3 | 01.7800 ACTIVE |
| 002041 | PATIENT TVS | PHASE 3 | 01.7800 ACTIVE |
| 002042 | EMR CART WITH LCD PIVOT | PHASE 3 | 01.7800 ACTIVE |
| 002043 | TELEHOOKS FOR VARIOUS SIZES | PHASE 3 | 01.7800 ACTIVE |
| 002044 | SIGNAGE FOR GARAGE, HOSPITAL INTERIOR AND EXTERIOR | PHASE 3 | 01.7800 ACTIVE |
| 002045 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 002046 | DISPOSAL, SHARPS, WALLMOUNT | PHASE 3 | 01.7800 ACTIVE |
| 002047 | AUTO WATER COFFEE SYSTEM WITH COFFEE MAKER | PHASE 3 | 01.7800 ACTIVE |
| 002048 | LARYNGOSCOPE WITH #00, MILLER & MAC SET, MED HAMPER, LG PLATFORM | PHASE 3 | 01.7800 ACTIVE |
| 002049 | LARYNGOSCOPE WITH #00, MILLER & MAC SET,LG PLATFORM | PHASE 3 | 01.7800 ACTIVE |
| 002050 | LARYNGOSCOPE, #00MIL, mILLE/MAC SET, MED HAMPER, LG PLATFORM | PHASE 3 | 01.7800 ACTIVE |
| 002051 | LARYNGOSCOPE, #00/MILLER/MAC SET, MED HAMPER | PHASE 3 | 01.7800 ACTIVE |
| 002052 | APRONS/THYROID SHIELDS, BARRIERS | PHASE 3 | 01.7800 ACTIVE |
| 002053 | ACCU-CHEK BLOOD GLUCOSE MONITOR UNIT | PHASE 3 | 01.7800 ACTIVE |
| 002054 | ACCESS CONTROL EQUIPMENT | PHASE 3 | 01.7800 ACTIVE |
| 002055 | RIGHTFAX ADDITIONAL CHANNEL LICENSING | PHASE 3 | 01.7800 ACTIVE |
| 002056 | BB INST ORTHO PROVUE | PHASE 3 | 01.7800 ACTIVE |
| 002057 | APRONS AND THYROID SHIELDS | PHASE 3 | 01.7800 ACTIVE |
| 002059 | MIDAS SLIDE AND STAINER | PHASE 3 | 01.7800 ACTIVE |
| 002061 | LARYNGOSCOPE, MILLER/MAC/#00 SET, TEMPORAL THERMOMETER | PHASE 3 | 01.7800 ACTIVE |
| 002062 | 4 MEDIUM HAMPER | PHASE 3 | 01.7800 ACTIVE |
| 002063 | WHEEL CHAIR | PHASE 3 | 01.7800 ACTIVE |
| 002067 | VARIOUS PIECES OF ARTWORK FOR HOSPITAL | PHASE 3 | 01.7800 ACTIVE |
| 002068 | ELECTROSURGICAL GENERATORS AND VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 002069 | FILTER SYSTEM AND DISPENSER | PHASE 3 | 01.7800 ACTIVE |
| 002070 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002071 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002072 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002073 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002074 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002075 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002076 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002077 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002078 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002079 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002080 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002081 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002082 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002083 | FHC 1000S REMOTE CONTROL OPERATING TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002084 | UNIVERSAL HEADREST ADAPTER FOR FHC1000 OR TABLES | PHASE 3 | 01.7800 ACTIVE |
| 002085 | STACKABLE INTERLOCKING STOOLS | PHASE 3 | 01.7800 ACTIVE |
| 002086 | 2 UTILITY TABLE AND 2 INSTRUMENT TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002087 | MULTIPURPOSE CASE CART, CENTRAL SUPPLY WORK TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002088 | RIGID STEP STOOL | PHASE 3 | 01.7800 ACTIVE |
| 002089 | 17 DUAL WARMING CABINET WITH S/S DOORS | PHASE 3 | 01.7800 ACTIVE |
| 002090 | XRAY | PHASE 3 | 01.7800 ACTIVE |
| 002091 | COMPUTED RADIOLOGY PLATE READER | PHASE 3 | 01.7800 ACTIVE |
| 002092 | 3 AVEA STANDARD VENTILATOR | PHASE 3 | 01.7800 ACTIVE |
| 002093 | 2 VENTILATOR | PHASE 3 | 01.7800 ACTIVE |
| 002094 | PLUM A+REV 13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 002095 | 24 4MM SWITCHING STICKS | PHASE 3 | 01.7800 ACTIVE |
| 002096 | 12 REUSABLE OBTURATOR | PHASE 3 | 01.7800 ACTIVE |
| 002097 | DUET SUCTION UNIT | PHASE 3 | 01.7800 ACTIVE |
| 002098 | DUET SUCTION UNIT | PHASE 3 | 01.7800 ACTIVE |
| 002099 | DUET SUCTION UNIT | PHASE 3 | 01.7800 ACTIVE |
| 002100 | DUET SUCTION UNIT | PHASE 3 | 01.7800 ACTIVE |
| 002101 | 4 DUET SUCTION UNIT | PHASE 3 | 01.7800 ACTIVE |
| 002102 | 2 DUET SUCTION UNIT | PHASE 3 | 01.7800 ACTIVE |
| 002103 | POSITIONING DEVICE, TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002104 | LEICA CRYOSTAT CM 1850 | PHASE 3 | 01.7800 ACTIVE |
| 002105 | KENMORE DISHWASHER, WHITE 24, ADA COMPLIANT" | PHASE 3 | 01.7800 ACTIVE |
| 002106 | UNDER THE COUNTER REFRIGERATOR, UNDER COUNTER MODELS | PHASE 3 | 01.7800 ACTIVE |
| 002107 | COMPACT REFRIGERATORS WITH AUTOMATIC DEFROST, WHITE | PHASE 3 | 01.7800 ACTIVE |
| 002108 | 120 PETG GLOVE BOX HOLDER-TRIPLE | PHASE 3 | 01.7800 ACTIVE |
| 002109 | 13 KENMORE 18 CU FT FREEZER REFRIGERATOR, NON ICE, WHITE | PHASE 3 | 01.7800 ACTIVE |
| 002110 | CLEANING CART, 31 QT TANDEM BUCKET, 10 KENMORE BLACK MICROWAVES | PHASE 3 | 01.7800 ACTIVE |
| 002111 | CLEANING CART, 31QT TANDEM BKT,10 KENMORE BLACK MICROWAVE | PHASE 3 | 01.7800 ACTIVE |
| 002112 | CLEANING CART, 31QT TANDEM BKT, KENMORE MICROWAVE, BLACK | PHASE 3 | 01.7800 ACTIVE |
| 002113 | KENMORE BLACK MICROWAVE, CLEANING CART, 31QT TANDEM BKT | PHASE 3 | 01.7800 ACTIVE |
| 002114 | KENMORE ELITE COUNTERTOP MICROWAVE | PHASE 3 | 01.7800 ACTIVE |
| 002115 | KENMORE BLACK COUNTERTOP MICROWAVE | PHASE 3 | 01.7800 ACTIVE |
| 002116 | KENMORE BLACK COUNTERTOP MICROWAVE | PHASE 3 | 01.7800 ACTIVE |
| 002117 | KENMORE BLACK COUNTERTOP MICROWAVE | PHASE 3 | 01.7800 ACTIVE |
| 002118 | 2 CLEANING CART, 31 QT TANDEM BKT | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | |
|---|---|---|
| 002119 CLEANING CART, 31QT TANDEM BKT | PHASE 3 | 01.7800 ACTIVE |
| 002120 CLEANING CART, 31 QT TANDEM BKT | PHASE 3 | 01.7800 ACTIVE |
| 002121 CLEANING CART, 31QT TANDEM BKT | PHASE 3 | 01.7800 ACTIVE |
| 002122 XWIDE FRAME UPHOLSTERED SEAT & ARMS, STANDARD HEIGHT | PHASE 3 | 01.7800 ACTIVE |
| 002123 X-CFR-GO2 PORTABLE XRAY | PHASE 3 | 01.7800 ACTIVE |
| 002124 2DR BLOOD BANK REFRIGERATOR | PHASE 3 | 01.7800 ACTIVE |
| 002125 1DF LABORATORY/ PHARMACY FREEZER | PHASE 3 | 01.7800 ACTIVE |
| 002126 2DR LABORATORY/ PHARMACY REFRIGERATOR | PHASE 3 | 01.7800 ACTIVE |
| 002127 UPRIGHT ULTRA LOW-86 DEGREE FREEZER | PHASE 3 | 01.7800 ACTIVE |
| 002128 MODEL 45 LABORATORY/PHARMACY REFRIGERATOR | PHASE 3 | 01.7800 ACTIVE |
| 002129 1DF LABORATORY/ PHARMACY FREEZER | PHASE 3 | 01.7800 ACTIVE |
| 002130 1DF LABORATORY/ PHARMACY FREEZER | PHASE 3 | 01.7800 ACTIVE |
| 002131 LABOR COST FOR ACCELERATED SCHEDULE | PHASE 3 | 01.7800 ACTIVE |
| 002132 DISTRACTOR, ELEV CORD,NONSCAPEL VASECTOMY KIT,OSTRUM,SCISSORS | PHASE 3 | 01.7800 ACTIVE |
| 002133 SPINAL DISTRACTOR, DRILL GUIDE ,CALIPER,RETRACTOR,BONE TAMP | PHASE 3 | 01.7800 ACTIVE |
| 002134 DINERWARE SOFTWARE SYSTEM W/STEALTH TERMINAL,SUPPORT SERVICES | PHASE 3 | 01.7800 ACTIVE |
| 002135 CART/GENERATOR FORCETRIAD, BIPOLAR FOOTSWITCH,MONOPOLAR ADAPTER | PHASE 3 | 01.7800 ACTIVE |
| 002136 LOCK BLADE CLAMP, ARTHROSCOPIC LEG HOLDER | PHASE 3 | 01.7800 ACTIVE |
| 002137 CHEST ROLL GEL POSITIONER | PHASE 3 | 01.7800 ACTIVE |
| 002138 ALLEN YELLOFIN ELITE, EASY LOCK BLADE CLAMP, EASY LOCK SOCKET | PHASE 3 | 01.7800 ACTIVE |
| 002139 RESTRAINT STRAP XTRALONG, SPLIT LEG POSITIONER, FOOT REST | PHASE 3 | 01.7800 ACTIVE |
| 002140 CLICKLINE BOWEL GRASPER KIT, DEBAKEY ATRAUM GRASP FCPS KIT | PHASE 3 | 01.7800 ACTIVE |
| 002141 LIGHT CABLE | PHASE 3 | 01.7800 ACTIVE |
| 002142 2 VARIOUS FEMORAL NECK ELEVATORS, HOHMAN RET VARIOUS ANGLES | PHASE 3 | 01.7800 ACTIVE |
| 002143 CAMDUCTION BASE,FRIDGES, ICE MAKER,BLENDER,COVERS,MERCHANDISER, | PHASE 3 | 01.7800 ACTIVE |
| 002144 KITCHEN EQUIPMENT, PANS, DISHES, UTENSILS, BOWLS | PHASE 3 | 01.7800 ACTIVE |
| 002145 KITCHEN UTENSILS, WOKX, POT STOCKS, PANS, COVERS,MOPS | PHASE 3 | 01.7800 ACTIVE |
| 002146 STAND, FOOT OPERATED | PHASE 3 | 01.7800 ACTIVE |
| 002147 PERFUSOR SPACE PUMP PACKAGE | PHASE 3 | 01.7800 ACTIVE |
| 002148 MCGRATH LARYNGOSCOPE HANDLE, BLADES, SU FASTRACH COMBOS | PHASE 3 | 01.7800 ACTIVE |
| 002149 MCGARTH LARYNGOSCOPE HANDLE, BLADES, SU FASTRACH COMBOS | PHASE 3 | 01.7800 ACTIVE |
| 002150 EAR SURGERY SPECILUM ROUND VARIOUS SIZES | PHASE 3 | 01.7800 ACTIVE |
| 002151 SURGICAL SCISSORS, TOOTH GRASP FORCEPS | PHASE 3 | 01.7800 ACTIVE |
| 002152 KONICA | PHASE 3 | 01.7800 ACTIVE |
| 002153 MAYFIELD SWIVEL HORSESHOE HEADREST, ADAPTER, WALL STG | PHASE 3 | 01.7800 ACTIVE |
| 002154 IN LINE CARB BITE NH LFT CURVE | PHASE 3 | 01.7800 ACTIVE |
| 002155 CANNULA MOUNT DUAL JAW, CABLE PMED VALLEYLAB | PHASE 3 | 01.7800 ACTIVE |
| 002156 TROCHANTERIC REATTACHMENT DEVICE, CABLES, REAMING ROD W/BALL | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002157 | VARIOUS SIZE CABLE PASSERS, TENSIONER,CRIMPERS DEVICES | PHASE 3 | 01.7800 ACTIVE |
| 002158 | FLEXIBLE REAMER SET FOR IM NAILS | PHASE 3 | 01.7800 ACTIVE |
| 002159 | UNIVERSAL CHUCK WITH HANDLE | PHASE 3 | 01.7800 ACTIVE |
| 002160 | 3 EVIS EXERAL HD COLONSCOPE | PHASE 3 | 01.7800 ACTIVE |
| 002161 | AMSCO STERIS OR TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002162 | CART/FOOTSWITCH | PHASE 3 | 01.7800 ACTIVE |
| 002163 | LOMBARDI FEMORAL TIBIAL SPREADER | PHASE 3 | 01.7800 ACTIVE |
| 002164 | VIDEO CART KIT, PRINTER KIT, SURGICAL VIEWING MONITOR | PHASE 3 | 01.7800 ACTIVE |
| 002165 | TABLE INSTRUMENT SAWYER | PHASE 3 | 01.7800 ACTIVE |
| 002166 | SUTURE CART W/DOUBLE DOORS, FRONT & BACK W/LOCKS,9 WIRE BASKET" | PHASE 3 | 01.7800 ACTIVE |
| 002167 | 6 NEPTUNE 2 ROVER ULTRA | PHASE 3 | 01.7800 ACTIVE |
| 002168 | BARIATRIC WALKER 650LBS CAPACITY, ADULT WALKER 2 BUTTON | PHASE 3 | 01.7800 ACTIVE |
| 002169 | PATIENT TRANSFER ROLLERBOARD & COVER | PHASE 3 | 01.7800 ACTIVE |
| 002170 | PERRY ORTHOPAEDIC | PHASE 3 | 01.7800 ACTIVE |
| 002171 | IV POLES, RAMS, HOOKS LEGS 5490" HEIGHT SPACE" | PHASE 3 | 01.7800 ACTIVE |
| 002172 | DIGITAL SCALE, HIGH CAP, W/HANDRAILS | PHASE 3 | 01.7800 ACTIVE |
| 002173 | 28 MINDRAY PULSE OXI ORAL TEMP, ACCESSORY KIT, ROLLSTAND | PHASE 3 | 01.7800 ACTIVE |
| 002174 | 4 STOOL COMP BASE AIR | PHASE 3 | 01.7800 ACTIVE |
| 002175 | HOMED CLS CART | PHASE 3 | 01.7800 ACTIVE |
| 002176 | 37- 3 SIDED EDC CART | PHASE 3 | 01.7800 ACTIVE |
| 002177 | 28 WASTEBASKET, BEIGE, FIRE RESISTANT 28 QT CAPACITY | PHASE 3 | 01.7800 ACTIVE |
| 002178 | 10 N560 PULSE OXIMETER | PHASE 3 | 01.7800 ACTIVE |
| 002179 | 15 PLUM A REV13.2 MEDINET READY | PHASE 3 | 01.7800 ACTIVE |
| 002180 | 2 UTLITY CART HD2 SHELVE | PHASE 3 | 01.7800 ACTIVE |
| 002181 | 18 FLOWMETER OXYGEN DUAL BRASS | PHASE 3 | 01.7800 ACTIVE |
| 002182 | OXIMAX DURASENSOR AD OXYGEN SENSOR | PHASE 3 | 01.7800 ACTIVE |
| 002183 | CORE SUMEX DRILL & CORE SUMEX HAND SWITCH | PHASE 3 | 01.7800 ACTIVE |
| 002184 | MAESTRO SWITCH | PHASE 3 | 01.7800 ACTIVE |
| 002185 | MAESTRO UNIVERSAL FOOT PEDAL | PHASE 3 | 01.7800 ACTIVE |
| 002186 | ELITE SABER MED ANGLED,LONG ANGLED.LONG ATTACHMENTS | PHASE 3 | 01.7800 ACTIVE |
| 002187 | SABER XL ANGLED/XL STRAIGHT ATTACHMENTS | PHASE 3 | 01.7800 ACTIVE |
| 002188 | SD/PD MEDIUM STRAIGHT/ MEDIUM CURVED | PHASE 3 | 01.7800 ACTIVE |
| 002189 | MAESTRO MEDIUM ANGLED/LONG ANGLED ATTACHMENT | PHASE 3 | 01.7800 ACTIVE |
| 002190 | MAESTRO R ATTACHEMENT | PHASE 3 | 01.7800 ACTIVE |
| 002191 | TORQUE MAPPING SOFTWARE | PHASE 3 | 01.7800 ACTIVE |
| 002192 | THE MILL | PHASE 3 | 01.7800 ACTIVE |
| 002193 | NSE FOOTSWITCH | PHASE 3 | 01.7800 ACTIVE |
| 002194 | CORE SABER DRILL | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002195 | CORE MOTOR CONTROLLER | PHASE 3 | 01.7800 ACTIVE |
| 002196 | ELITE SABER MEDIUM ATTACHMENT | PHASE 3 | 01.7800 ACTIVE |
| 002197 | ANGLED PORTMANN CHUCK | PHASE 3 | 01.7800 ACTIVE |
| 002198 | ELITE MEDIUM IRRIGATION ATTACHMENT | PHASE 3 | 01.7800 ACTIVE |
| 002199 | BARIATRIC SUCTION CUP | PHASE 3 | 01.7800 ACTIVE |
| 002200 | 22CM/19CM SI BAYONET WITH  0.7MM TIP | PHASE 3 | 01.7800 ACTIVE |
| 002201 | 22CM/19CM/24CM SP BAYONET WITH 0.4MM TIP | PHASE 3 | 01.7800 ACTIVE |
| 002202 | 24 CM SP BAYONET  0.7MM TIP | PHASE 3 | 01.7800 ACTIVE |
| 002203 | PC TRAY, TIP GUARDS, POLISHING CLOTH | PHASE 3 | 01.7800 ACTIVE |
| 002204 | 25CM/23CM SK BAYONET 0.7MM TIP | PHASE 3 | 01.7800 ACTIVE |
| 002205 | 24CM SP BAYONET 1.2MM TIP | PHASE 3 | 01.7800 ACTIVE |
| 002206 | SINGLE TRIGGER ROTARY W/SMALL ATTACHMENT | PHASE 3 | 01.7800 ACTIVE |
| 002207 | 1/4 CHUCK W/KEY" | PHASE 3 | 01.7800 ACTIVE |
| 002208 | HUDSON/MODIFIED TRINKLE/SYS 6/MOD TRINKLE | PHASE 3 | 01.7800 ACTIVE |
| 002209 | AO LARGE ATTACHMENT | PHASE 3 | 01.7800 ACTIVE |
| 002210 | SGL TRIG PIN COLLET | PHASE 3 | 01.7800 ACTIVE |
| 002211 | DUAL TRIGGER ROTARY | PHASE 3 | 01.7800 ACTIVE |
| 002212 | SYSTEM 6 SAG SAW | PHASE 3 | 01.7800 ACTIVE |
| 002213 | SYS 6 RECIP | PHASE 3 | 01.7800 ACTIVE |
| 002214 | CORDLESS DRIVER 3 | PHASE 3 | 01.7800 ACTIVE |
| 002215 | SABO SAG SAW | PHASE 3 | 01.7800 ACTIVE |
| 002216 | AO SMALL DRILL | PHASE 3 | 01.7800 ACTIVE |
| 002217 | PIN COLLET | PHASE 3 | 01.7800 ACTIVE |
| 002218 | 1/4 DRILL WITH KEY" | PHASE 3 | 01.7800 ACTIVE |
| 002219 | AO LARGE REAMER | PHASE 3 | 01.7800 ACTIVE |
| 002220 | HUDSON/MOD TRINKLE REAMER | PHASE 3 | 01.7800 ACTIVE |
| 002221 | 1/4 REAMER" | PHASE 3 | 01.7800 ACTIVE |
| 002222 | WIRE COLLET | PHASE 3 | 01.7800 ACTIVE |
| 002223 | SYSTEM 6 CHARGER | PHASE 3 | 01.7800 ACTIVE |
| 002224 | REMB MICRO DRILL | PHASE 3 | 01.7800 ACTIVE |
| 002225 | REMB OSC SAW | PHASE 3 | 01.7800 ACTIVE |
| 002226 | REMB SAG SAW | PHASE 3 | 01.7800 ACTIVE |
| 002227 | REMB UNIVERSAL DRIVER | PHASE 3 | 01.7800 ACTIVE |
| 002228 | REMB ELECTRIC WIREDRIVER/UNIDIRECTIONAL SWITCH | PHASE 3 | 01.7800 ACTIVE |
| 002229 | MICRODRILL STRAIGHT/ LONG STRAIGHT ATTACHMENT | PHASE 3 | 01.7800 ACTIVE |
| 002230 | MASTER/STD/MINI RECEIVER,REPEATER, NODE& PROBE, AUTO VOICE DLR | PHASE 3 | 01.7800 ACTIVE |
| 002231 | VARIOUS INSTR SETS, CONTAINER CARRIERS, STORAGE RACKS | PHASE 3 | 01.7800 ACTIVE |
| 002232 | VARIOUS SCISSORS,FORCEPS, RETRACTORS,BONE ELEVATORS, HOOKS | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002233 | 2 SHOULDER INSTRUMENT CASE | PHASE 3 | 01.7800 ACTIVE |
| 002234 | VARIOUS RETRACTORS, SCISSORS, BONE ELEVATORS, BASKETS | PHASE 3 | 01.7800 ACTIVE |
| 002235 | FORCEPS,SCISSORS,NEEDLE HOLDERS,RETRACTORS,BONE ELEVATORS,HOOKS | PHASE 3 | 01.7800 ACTIVE |
| 002236 | CLAMPS, FORCEPS, NEEDLE HOLDERS, RETRACTORS,SCAPELS,HOOKS | PHASE 3 | 01.7800 ACTIVE |
| 002237 | SCISSORS,CLAMPS,FORCEPS,NEEDLE HOLDERS,RETRACTORS,SCAPELS,HOOKS, | PHASE 3 | 01.7800 ACTIVE |
| 002238 | VARIOUS FRAG SETS, FORCEPS, CANNULATED SCREWS | PHASE 3 | 01.7800 ACTIVE |
| 002239 | GRAFT PREP STATION | PHASE 3 | 01.7800 ACTIVE |
| 002240 | 2 MODULAR SOFT TISSUE | PHASE 3 | 01.7800 ACTIVE |
| 002241 | DRILLS,DRILL GUIDES, REAMERS, RETRACTORS,HOOKS, PINS, | PHASE 3 | 01.7800 ACTIVE |
| 002242 | VARIOUS SUTURE INSTRUMENTS, HOOKS, GRASPERS,BEAKS, RASPS | PHASE 3 | 01.7800 ACTIVE |
| 002243 | 14 FIBERWIRE SCISSORS | PHASE 3 | 01.7800 ACTIVE |
| 002244 | BIO TENODESIS INSTRUMENTATION SET, GUIDE PIN, HEADED REAMER | PHASE 3 | 01.7800 ACTIVE |
| 002245 | STAGBEETLE FORCEPS, REDUCTION FORCEPS WITH POINTS | PHASE 3 | 01.7800 ACTIVE |
| 002246 | SHOULDER INSTRUMENT SETS | PHASE 3 | 01.7800 ACTIVE |
| 002247 | ACL SETS | PHASE 3 | 01.7800 ACTIVE |
| 002248 | SHOULDER INSTRUMENT SETS | PHASE 3 | 01.7800 ACTIVE |
| 002249 | BARIATRIC SETS | PHASE 3 | 01.7800 ACTIVE |
| 002250 | TYMPANOPLASTY SETS | PHASE 3 | 01.7800 ACTIVE |
| 002251 | MASTOID SETS | PHASE 3 | 01.7800 ACTIVE |
| 002252 | 8679588001 MAC5500 CLR STD ENG NA AHA ROOM #3088 | PHASE 3 | 01.7800 ACTIVE |
| 002253 | 8681111001 MAC5500 CLR STD ENG NA AHA ROOM #2050 | PHASE 3 | 01.7800 ACTIVE |
| 002254 | 8679401001 AESPIRE7900, CARDIOCAP5, CARDIOCAP5 W HEMO, RECORDER | PHASE 3 | 01.7800 ACTIVE |
| 002255 | 8681105001 MAC5500 CLR STD ENG NA AHA ROOM # 2048 | PHASE 3 | 01.7800 ACTIVE |
| 002256 | 8679649001 9900 ELITE DIGITAL MOBILE STANDARD C-ARM ESP | PHASE 3 | 01.7800 ACTIVE |
| 002257 | 8681117001 TLMSVR APROCH MP100R TELEMETRY AND ACCESSORIES | PHASE 3 | 01.7800 ACTIVE |
| 002263 | VIDEO PROCEDURE CARTS, VIDEO PROCESSORS,LIGHT SOURCES, PRINTERS | PHASE 3 | 01.7800 ACTIVE |
| 002264 | CYLINDER HOSES/HOLDERS,, LOCKABLE DRAWERS,SCOPE POLE KIT | PHASE 3 | 01.7800 ACTIVE |
| 002265 | AV PRESENTATION, OR SOUND SYSTEM, OH PAGING,  CABELING | PHASE 3 | 01.7800 ACTIVE |
| 002267 | SINUS MACHINE, NAVIGATION SYSTEM INSTALLATION | PHASE 3 | 01.7800 ACTIVE |
| 002268 | OVERBED TABLES (60) | PHASE 3 | 01.7800 ACTIVE |
| 002269 | OVER BED TABLES (23) | PHASE 3 | 01.7800 ACTIVE |
| 002271 | RANAWAT ANT ACE RETR | PHASE 3 | 01.7800 ACTIVE |
| 002272 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 002273 | OUTLET STRIP | PHASE 3 | 01.7800 ACTIVE |
| 002277 | ELF A DRAWER ROLLING CART (6) | PHASE 3 | 01.7800 ACTIVE |
| 002278 | WASTEBASKET BEIGE FIRE RESISTANT 28QT (15) | PHASE 3 | 01.7800 ACTIVE |
| 002279 | WIRE CART SHELVES (10) | PHASE 3 | 01.7800 ACTIVE |
| 002280 | ROSS QUANTUM FLEXI FLO COMP (3) | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002281 | WIRE CUTTER NOTCHED IN JAW (10) | PHASE 3 | 01.7800 ACTIVE |
| 002282 | OXIMAX DURASENSOR AD OXYGEN (20) | PHASE 3 | 01.7800 ACTIVE |
| 002283 | TALL ISO CART 4 DRAWER (3) | PHASE 3 | 01.7800 ACTIVE |
| 002284 | BLOOD & FLUID WARMERS (8) | PHASE 3 | 01.7800 ACTIVE |
| 002285 | WASTEBASKET,BEIGE, FIRE RESISTANT (20) | PHASE 3 | 01.7800 ACTIVE |
| 002286 | FLO METER ALUM DUAL 15LPM (28) | PHASE 3 | 01.7800 ACTIVE |
| 002287 | STEEL 3 IN 1 COMMODE (8), BARIATRIC EX WIDE COMMODE (8) | PHASE 3 | 01.7800 ACTIVE |
| 002288 | METAL SHELVING | PHASE 3 | 01.7800 ACTIVE |
| 002289 | 3 SIDE END CART 24X60X63 (2), S HOOK ROUND(8) | PHASE 3 | 01.7800 ACTIVE |
| 002290 | FERREIRA BREAST RETRACTOR (4) | PHASE 3 | 01.7800 ACTIVE |
| 002291 | STARTECH USB ADAPTER (4), BELKIN 60UT 5' CORD POWER STRIP(69) | PHASE 3 | 01.7800 ACTIVE |
| 002292 | KODAK SCANNER (8) | PHASE 3 | 01.7800 ACTIVE |
| 002293 | SUPER TOUGH BINS(530), UNIT DOSE BINS(190) | PHASE 3 | 01.7800 ACTIVE |
| 002294 | DIVIDERS FOR HCL (180) | PHASE 3 | 01.7800 ACTIVE |
| 002295 | HCL SUPER TOUGH BINS (6) | PHASE 3 | 01.7800 ACTIVE |
| 002296 | HCL SUPER TOUGH BINS VARIOUS SIZES | PHASE 3 | 01.7800 ACTIVE |
| 002297 | CABINET, DISPENSER, HAND TWL, MINI CFOLD | PHASE 3 | 01.7800 ACTIVE |
| 002301 | VAC PAC | PHASE 3 | 01.7800 ACTIVE |
| 002302 | VARIOUS INSTRUMENTS | PHASE 3 | 01.7800 ACTIVE |
| 002303 | HOLDER FILM SOLID FRONT SINGLE TAUPE | PHASE 3 | 01.7800 ACTIVE |
| 002306 | CART CYLINDER D/E SINGLE GE | PHASE 3 | 01.7800 ACTIVE |
| 002307 | MH-443 SUCTION VALVE, MH438 A/W VLVE F/140, BOX OF 20 MAJ-210 | PHASE 3 | 01.7800 ACTIVE |
| 002308 | MAGIC PAD HSB | PHASE 3 | 01.7800 ACTIVE |
| 002309 | ENCLOSED CASE CART 2 DOOR 29X43X39 | PHASE 3 | 01.7800 ACTIVE |
| 002312 | DISPENSER, FACEMASK, ADJUSTABLE DIVIDERS | PHASE 3 | 01.7800 ACTIVE |
| 002317 | HOPSKINS TELESCOPES 30/70, CATHETER DEFLECTING MECHANISM | PHASE 3 | 01.7800 ACTIVE |
| 002326 | 3/4 SIZE PERF BASKET, 3/4 SIZE LID, 3/4 SIZE INSTRUMENT PAD | PHASE 3 | 01.7800 ACTIVE |
| 002330 | PHASE III ADDITIONAL ANTENNA LOCATIONS | PHASE 3 | 01.7800 ACTIVE |
| 002331 | BX43F MICROSCOPE WITH TRANSMITD ARM, POWERCORD | PHASE 3 | 01.7800 ACTIVE |
| 002332 | BX43F MICROSCOPE FRAME WITH TRANSMITD ARM, POWERCORD | PHASE 3 | 01.7800 ACTIVE |
| 002333 | MODULAR F/LAPAROSCOPIC INSTRUMENTS, SHEATH 10MM, GRASPER, ANVIL | PHASE 3 | 01.7800 ACTIVE |
| 002336 | VGA TRANSMITTERS, RECEIVERS | PHASE 3 | 01.7800 ACTIVE |
| 002337 | VGA CABLES,BALUNS,3COM SWITCHES, ERGOTRON PC MOUNTS, STANDS MONI | PHASE 3 | 01.7800 ACTIVE |
| 002338 | ES601 PLUS, EXTECH INSTRUMENTS EX470 | PHASE 3 | 01.7800 ACTIVE |
| 002339 | STORAGE FEES | PHASE 3 | 01.7800 ACTIVE |
| 002270 | KNIFES, DISSECTOR, EXCAVATOR | PHASE 3 | 01.7800 ACTIVE |
| 002274 | T COAT MICRO HOLDER KERR | PHASE 3 | 01.7800 ACTIVE |
| 002275 | TUBE SUCTION HOUSE, HOUSE CUTTING BLOCK, ADAPTERS, OTOLIC SCISSO | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002276 | EVIS EXEREAL HD COLONSCOPE 12.8MM | PHASE 3 | 01.7800 ACTIVE |
| 002298 | LEG HOLDER, CLAMP TABLE | PHASE 3 | 01.7800 ACTIVE |
| 002299 | ID LABELS, CLAMPS, | PHASE 3 | 01.7800 ACTIVE |
| 002300 | OTO FLEX DRILL, OTOFLEX BUR, OTOFLEX TOOL | PHASE 3 | 01.7800 ACTIVE |
| 002304 | NEEDLE HOLDER SUPER RIGHTING 5MM/310MM | PHASE 3 | 01.7800 ACTIVE |
| 002305 | 1/1 SIZE PERF BASKET, FULL SIZE INSTRUMENT PAD, ID LABEL BLACK | PHASE 3 | 01.7800 ACTIVE |
| 002310 | MICRO INSTRUMENT TRAY 200X200MM | PHASE 3 | 01.7800 ACTIVE |
| 002311 | E9000 HIGH SPEED DRILL, E9000 MED BUR GUARD, E9000 LNG BUR GUARD | PHASE 3 | 01.7800 ACTIVE |
| 002313 | FLAP KNIFE DISS, DBL END | PHASE 3 | 01.7800 ACTIVE |
| 002314 | ARC WRIST TOWER, FINGER TRAP(SM/MED/LRG/XLRG),TOWER PARTS ASMBLY | PHASE 3 | 01.7800 ACTIVE |
| 002315 | STORAGE STND FOR LIMB POSITIONER, WEIGHT HANGER ROD SLOTTED DISC | PHASE 3 | 01.7800 ACTIVE |
| 002316 | CANNULA 8MM REGULAR/LONG, CANNULA WITH OUTLET, SEAL 5MM | PHASE 3 | 01.7800 ACTIVE |
| 002318 | MEGA 2000 REUSABLE CORD STD CONNECTOR, MEGA SOFT SINGLE CORD | PHASE 3 | 01.7800 ACTIVE |
| 002319 | BF537 SPLIT LEG PACKAGE | PHASE 3 | 01.7800 ACTIVE |
| 002320 | BF435 ADULT ARM AND HAND TABLE, BF083 CLARK SOCKETS (PR) | PHASE 3 | 01.7800 ACTIVE |
| 002322 | SMART PUMP SINGLE CHANNEL (2), SMARTPUMP ROLLING STAND | PHASE 3 | 01.7800 ACTIVE |
| 002325 | SURGISTOOL(4), TEAR DROP SEAT | PHASE 3 | 01.7800 ACTIVE |
| 002328 | LITIGATOR COMPLETE | PHASE 3 | 01.7800 ACTIVE |
| 002321 | HD ARTHROSCOPE SPEED LOCK A/C 30A(4)/45A(4)/70A(4) DEGREES | PHASE 3 | 01.7800 ACTIVE |
| 002323 | NAVIGATION MISC SAMPLE(6), NAVLOCK 13-20MM | PHASE 3 | 01.7800 ACTIVE |
| 002324 | CAST CUTTER, VACUUM AND STAND, LG/SM CAST SPREADER | PHASE 3 | 01.7800 ACTIVE |
| 002327 | GENERATOR FORCETRIAD, VALLEYLAB MONOPOLAR ADAPTER | PHASE 3 | 01.7800 ACTIVE |
| 002329 | FLEXIBLE REAMER SET FOR IM NAILS | PHASE 3 | 01.7800 ACTIVE |
| 002334 | HARMONIC SCAPEL HAND PIECE (36) | PHASE 3 | 01.7800 ACTIVE |
| 002335 | MOBILE STEEL TABLE- HEAVY DUTY 36WX60"L" | PHASE 3 | 01.7800 ACTIVE |
| 002340 | ANTRUM CURETTE SMALL SIZE, BCKWRD/FRWD CUTTING, FORCEPS | PHASE 3 | 01.7800 ACTIVE |
| 002350 | PORTABLE MOBILE STAND, GLIDE SCOPES, STYLET, TRAINING PACK | PHASE 3 | 01.7800 ACTIVE |
| 002351 | BUNDLE NIM RESPONSE CART, MAINFRAME,PATIENT INTERFACE RESPONSE | PHASE 3 | 01.7800 ACTIVE |
| 002352 | RITE 6 SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 002353 | 9 DREFX 300 HEADLIGHT SYSTEM | PHASE 3 | 01.7800 ACTIVE |
| 002354 | RALS PLUS CONNECTIVITY | PHASE 3 | 01.7800 ACTIVE |
| 002355 | VARIOUS BINS  WITH VARIOUS LABELS | PHASE 3 | 01.7800 ACTIVE |
| 002356 | BLOOD DRAW CHAIR W/DRAWER, HEAVY DUTY UTILITY CART | PHASE 3 | 01.7800 ACTIVE |
| 002357 | ACHIEVE CHAIRS W/ARMS | PHASE 3 | 01.7800 ACTIVE |
| 002358 | SPINE SCREW REMOVAL GENERAL INSTRUMENT SET | PHASE 3 | 01.7800 ACTIVE |
| 002359 | ADJUSTABLE CERVICAL DISTRACTOR LEFT/RIGHT, 3.5 HEX SCREWDRIVER | PHASE 3 | 01.7800 ACTIVE |
| 002360 | FLEXIBLE FIBEROPTIC ENDOSCOPE | PHASE 3 | 01.7800 ACTIVE |
| 002361 | VARIOUS FORCEPS, RHINOFORCE SCISSORS | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | |
|---|---|---|---|
| 002362 | STERRAD NX STERILIZATION TRAY, RECHARGEABLE LED PORTABLE LITE | PHASE 3 | 01.7800 ACTIVE |
| 002363 | ROSE ROCKER WITH MESH SEAT AND BACK WITH VINYL TRIM, RM ARM STYL | PHASE 3 | 01.7800 ACTIVE |
| 002365 | TEMPORAL SCANNER THERMOMETER, BRUTE CONTAINER, FLOWMETER OXYGEN | PHASE 3 | 01.7800 ACTIVE |
| 002366 | BUDDE HALO RETRACTOR | PHASE 3 | 01.7800 ACTIVE |
| 002367 | MALIGNANT HYPERTHERMIA CART | PHASE 3 | 01.7800 ACTIVE |
| 002368 | ALVARADO KNEE SUPPORT ASSEMBLY | PHASE 3 | 01.7800 ACTIVE |
| 002369 | VERISMO EXPRESSO MACHINE, EVERPURE 950 WATER SOFTNER, BLENDER | PHASE 3 | 01.7800 ACTIVE |
| 002370 | CAMDUCTION BASE CHARGER | PHASE 3 | 01.7800 ACTIVE |
| 002372 | ARCADIS ORBIC 3D YMAT CARMS | PHASE 3 | 01.7800 ACTIVE |
| 002373 | MANO SCAN SYSTEM, RAPID PH SW KIT, BRAVO ACCESORIES | PHASE 3 | 01.7800 ACTIVE |
| 002374 | SUCTION MAXILLARY SINUS STARLINK INTERFACE | PHASE 3 | 01.7800 ACTIVE |
| 002375 | ENDOSCOPE HYSTEROSCOPE | PHASE 3 | 01.7800 ACTIVE |
| 002376 | ONE HANDLE IDRIVE KIT W7BX RALC | PHASE 3 | 01.7800 ACTIVE |
| 002377 | ORTHOSCAN HD 1000 W/DVR-5E1167 | PHASE 3 | 01.7800 ACTIVE |
| 002378 | ORGANIZER, DISPENSER | PHASE 3 | 01.7800 ACTIVE |
| 002379 | 12 CUSTOM HCAB CART, COMPONENT CODELOCK HORIZONTAL T1-1/8IN | PHASE 3 | 01.7800 ACTIVE |
| 002380 | 12 KICKBUCKET 13.5 DIA 14" HSS 6 BASIN STANDS" | PHASE 3 | 01.7800 ACTIVE |
| 002381 | VS800 W/NIP MIDRAY PULSE OXI ORAL TEMP, ACCESSORY KIT, ROLLSTAND | PHASE 3 | 01.7800 ACTIVE |
| 002382 | NOIR TRANSSPHENOIDAL SPECULA 90X13MM | PHASE 3 | 01.7800 ACTIVE |
| 002383 | KERRISION THIN FT VARIOUS SIZES, RACK FOR BONE PUNCHES | PHASE 3 | 01.7800 ACTIVE |
| 002384 | BASIC CARPA TABLE, EASY LOCK BLADE CLAMP | PHASE 3 | 01.7800 ACTIVE |
| 002385 | ES100X MINI DOP 8MHZ CLINIC PROBE | PHASE 3 | 01.7800 ACTIVE |
| 002386 | ES100X MINIDOP 8MHZ CLINIC PROBE | PHASE 3 | 01.7800 ACTIVE |
| 002387 | VARIOUS FORCEPS, AUTOCLAVE, STOPCOCKS, VIDEOSCOPE, URETEROS | PHASE 3 | 01.7800 ACTIVE |
| 002388 | FORCEPS, BIPOLAR, KLEPPINGER SCISSOR STYLE, CABLE, BIPOLAR | PHASE 3 | 01.7800 ACTIVE |
| 002389 | 8 SUTURE CART, DOUBLE DOORS FRONT & BACK W/ LOCKS, 9WIRE BASKET" | PHASE 3 | 01.7800 ACTIVE |
| 002390 | 24 FLT SCREEN SONY HD MONITOR" | PHASE 3 | 01.7800 ACTIVE |
| 002391 | 25 CLICKLINE FRANGENHEIM BIOPSY PUNCH FORCEPS KIT | PHASE 3 | 01.7800 ACTIVE |
| 002424 | INT ROLLED IN CAP LEASE GE #8685811-001 OLYMPUS | PHASE 3 | 01.7800 ACTIVE |
| 002425 | INT ROLLED INTO GE CAP LSE #8685156-001 AP GULF STATES | PHASE 3 | 01.7800 ACTIVE |
| 002426 | INT ROLLED INTO GE CAP LSE#8685329-001 CUMMINGS/VDI | PHASE 3 | 01.7800 ACTIVE |
| 002448 | FF&E FOR DATA CENTER | PHASE 3 | 01.7760 ACTIVE |
| 002449 | DATACENTER SWITCH | PHASE 3 | 01.7760 ACTIVE |
| 002454 | DATA CENTER FURNITURE | PHASE 3 | 01.7760 ACTIVE |
| 002455 | DATA CENTER GLASS BOARDS | PHASE 3 | 01.7760 ACTIVE |
| 002456 | DATACENTER | PHASE 3 | 01.7760 ACTIVE |
| 002502 | GE LEASE 8685658-001 INTEREST | PHASE 3 | 01.7800 ACTIVE |
| 002503 | GE INTERCOM LEASE 8685416001 INTEREST | PHASE 3 | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002507 | CABLING FOR PATIENT MONITORS | PHASE 3 | | 01.7760 ACTIVE |
| 002516 | WHEEL CHAIR (18) | PHASE 3 | | 01.7800 ACTIVE |
| 002528 | SIEMENS INTEREST | PHASE 3 | | 01.7800 ACTIVE |
| 002533 | GE OPTIMA XR220 AMX | PHASE 3 | | 01.7800 ACTIVE |
| 002596 | ROBOTIC ARM INTERACTIVE ORTHOPEDIC SYSTEM | PHASE 3 | | 01.7420 ACTIVE |
| 002658 | SIEMENS PREPAYMENT PENALTY-GE REFINANCE | PHASE 3 | | 01.7500 ACTIVE |
| 002659 | SIEMENS PREPAYMENT PENALTY-GE REFINANCE | PHASE 3 | | 01.7500 ACTIVE |
| 003106 | DESIGN & INSTALLATION OF RACK SWITCH STACKS | PHASE 3 | COMPLRG | 01.7760 ACTIVE |
| 003109 | CABINETS ELECTRICAL FIBER AND COPPER DATACENTER EXPANSION | PHASE 3 | ELECLICOND | 01.7760 ACTIVE |
| 003107 | CABINETS ELECTRICAL FIBER AND COPPER DATACENTER EXPANSION | PHASE 3 | ELECLICOND | 01.7900 ACTIVE |
| 001808 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001809 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001810 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001811 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001812 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001813 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001814 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001815 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001816 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001817 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001818 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001819 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001820 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001821 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001822 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001823 | 5TH WHEEL STRETCHER 26" | PHASE 3 | | 1.742 ACTIVE |
| 001594 | WHEELCHAIR PEDIATRIC 14" | PHASE 3 | | 1.78 ACTIVE |
| 001595 | WHEELCHAIR PEDIATRIC 14" | PHASE 3 | | 1.78 ACTIVE |
| 002364 | J-M FORCEPS, BAYONET NH, 14MM JAWS162MM6.25, PARELLANH TC 7" | PHASE 3 | | 1.78 ACTIVE |
| 002371 | CVC KIT 3-LUMEN 7CFR X 16CM/20CM, RA CATH SET 20GA X1-3/4" | PHASE 3 | | 1.78 ACTIVE |
| 001338 | BUILDOUT COST FOR FPMC SCHEDULING DEPT (STE 440) | PHASE II - LI | | 01.7840 ACTIVE |
| 001168 | GLASS WRITING BOARDS (MOB II STE 440) | PHASE II - LI | | 01.7800 ACTIVE |
| 001196 | INSTALLATION, SET-UP & PROGRAMMING OF PRI & EXPANS CABINET | PHASE II - LI | | 01.7760 ACTIVE |
| 001206 | GLASS WRITING BOARD FOR CONFERENCE ROOM (MOB II STE 440) | PHASE II - LI | | 01.7800 ACTIVE |
| 001202 | TENANT IMPROVEMENTS IN EXCESS OF ALLOWANCE(MOB PHASEII) | PHASE II - LI | | 01.7800 ACTIVE |
| 001200 | CARPETING,TAPE/BED& PAINT FOR BUS DEVELOPMENT STORAGE AREA | PHASE II - LI | | 01.7845 ACTIVE |
| 001201 | STORAGE ROOM FINISH OUT (PHASE II STE 360) | PHASE II - LI | | 01.7845 ACTIVE |
| 001360 | LOWER CABINETS UNDER LOUNGER,COUNTERTOP WITH LOWER UNIT(VIBRANT) | PHASE II - LI | | 01.7800 ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 001323 | LABOR TO TEAR DOWN FURNITURE & MOVE TO VARIOUS LOCATIONS | PHASE II - LI | | 01.7800 ACTIVE |
| 001322 | CUT IN AND HANG NEW DOOR AND FRAME(ACCOUNTING/MEETING ROOM) | PHASE II - LI | | 01.7800 ACTIVE |
| 001344 | TENANT IMPROVEMENT COSTS ASSOCIATED WITH STE 240(MOB PHASE2) | PHASE II - LI | | 01.7800 ACTIVE |
| 001390 | FURNISH & INSTALL 2 PASS THRU SLIDERS (STE 250) | PHASE II - LI | | 01.7800 ACTIVE |
| 001361 | XRAY ROOM CIRCUIT (STE 200) | PHASE II - LI | | 01.7800 ACTIVE |
| 001853 | TENANTIMPROVEMENTSINEXCESSOFALLOWANCE(PHASEII STE410&RESTROOMS | PHASE II - LI | | 01.7800 ACTIVE |
| 002058 | TENANT IMPROVEMENT COSTS RELATED TO STE 300(MOB PHASE2) | PHASE II - LI | | 01.7800 ACTIVE |
| 000154 | 3- MS Office Professional Licenses | SOFTWARE | | 01.7760 RETIRED |
| 000481 | AP CHECK WRITING CHIP | SOFTWARE | | 01.7750 RETIRED |
| 000550 | SOFTWARE GE INFO TECH ECG | SOFTWARE | | 01.7100 RETIRED |
| 000549 | TRANSCRIPTION INTERFACE MEDITECH | SOFTWARE | | 01.7740 RETIRED |
| 000697 | WINDOWS SERV 2003 R2 SP2 WITH 5 CALs OEM | SOFTWARE | | 01.7760 RETIRED |
| 000721 | 2 OFFICE PROFESSIONAL PLUS 2007 ENG OLP | SOFTWARE | | 01.7760 RETIRED |
| 000727 | WINDOWS SERVERS LICENSE 2003 | SOFTWARE | | 01.7760 RETIRED |
| 000859 | 1 IPEOPLE CONNECT SFTWRE | SOFTWARE | | 01.7760 ACTIVE |
| 000866 | 2 OFFICE 07 ENG | SOFTWARE | | 01.7760 ACTIVE |
| 000865 | HEALTHCARE INFORMATION SYSTEM 40% BLOOD BANK SOFTWARE | SOFTWARE | COMPSOFT | 01.7760 ACTIVE |
| 000875 | COREPOINT INTEGREATION ENGINE (10 CONNECTIONS) | SOFTWARE | | 01.7760 ACTIVE |
| 000928 | CONNECT PLUS & META TRADE INTEGRATION FEES | SOFTWARE | SOFTWARE | 01.7760 ACTIVE |
| 000903 | MEDITECH-40%+10% OF BLOOD BANK LICENSE & IMPLEMENT FEE | SOFTWARE | | 01.7760 ACTIVE |
| 000918 | MCKESSON RADIOLOGY OFFICE - PACS SOFTWARE | SOFTWARE | | 01.7550 RETIRED |
| 000919 | MCKESSON PACS - THIRD PARTY SOFTWARE (ORACLE) | SOFTWARE | COMPSOFT | 01.7550 ACTIVE |
| 000968 | MCKESSON PACS-THIRD PARTY SOFTWARE FOR TEST SYSTEM | SOFTWARE | | 01.7550 ACTIVE |
| 000984 | MCKESSON RADIOLOGY OFFICE - PACS SOFTWARE | SOFTWARE | | 01.7550 ACTIVE |
| 000985 | MCKESSON PACS - THIRD PARTY SOFTWARE (POWERSCRIBE) | SOFTWARE | | 01.7550 ACTIVE |
| 000916 | COREPOINT INTEGRATION ENGINE | SOFTWARE | | 01.7760 ACTIVE |
| 000952 | MEDITECH HCIS TO OV PACS INTERFACE SUITE | SOFTWARE | | 01.7550 ACTIVE |
| 001242 | DICOM SOFTWARE PACKAGE FOR PRE-OWNED GE LOGIQ 7 ULTRASOUND | SOFTWARE | ULTRASOUND | 01.7550 ACTIVE |
| 001272 | 3 ELEC DWNLD -OLP WINSVRSTD 2008 R2 SNGL | SOFTWARE | SOFTWARE | 01.7760 ACTIVE |
| 001324 | 5 ADDTL CXNS FOR COREPOINT INTEGRATION ENGINE | SOFTWARE | | 01.7760 ACTIVE |
| 001326 | LICENSES FOR ACUITEC SERVER (200) | SOFTWARE | | 01.7760 ACTIVE |
| 001325 | LEAD APRON INVENTORY TRACKING SOFTWARE | SOFTWARE | | 01.7550 ACTIVE |
| 001327 | SQL LICENSE & ADOBE FOR WORKSTATIONS (ACESS/EFORMS PROJECT) | SOFTWARE | | 01.7760 ACTIVE |
| 001374 | 5 OLP OFFICES TD 2010 SNGL NL (SOFTWARE FOR FAS#1373) | SOFTWARE | | 01.7760 ACTIVE |
| 001370 | ELECTRONIC BACK ROOM CONVERSION SOFTWARE(MEDICAL RECORDS) | SOFTWARE | | 01.7740 ACTIVE |
| 001384 | MEDITECH ACUITEC OR MANAGER & IMPLEMENTATION | SOFTWARE | | 01.7760 ACTIVE |
| 001388 | MEDITECH INTERFACE W/ TOSOH FOR LAB | SOFTWARE | | 01.7500 ACTIVE |
| 001389 | MEDITECH INTERFACE RALS/MAS FOR LAB | SOFTWARE | | 01.7500 ACTIVE |

# Schedule B- # 50

| | | | | | |
|---|---|---|---|---|---|
| 001383 | INTERFACE TO MEDITECH FOR ADDING PATIENTS FROM ACUITEC | SOFTWARE | | 01.7760 | ACTIVE |
| 001386 | E-FORMS DOCUMENTATION MANAGEMENT/IMAGING SYSTEM | SOFTWARE | | 01.7760 | ACTIVE |
| 001387 | ELECTRONIC FILE BACK SCAN (BUSINESS OFFICE/PHARMACY/LAB/AP) | SOFTWARE | | 01.7760 | ACTIVE |
| 002026 | CRANIAL UPGRADE/SOFTWARE | SOFTWARE | | 01.7420 | ACTIVE |
| 002417 | ENT NAVIGATION SOFTWARE UPATE | SOFTWARE | | 01.7420 | ACTIVE |
| 002392 | PHARMACY DISPENSING SYSTEM INTERFACE | SOFTWARE | | 01.7660 | ACTIVE |
| 002435 | SPECTRALINK PHONE FOR RESPIRATORY | SOFTWARE | | 01.7460 | ACTIVE |
| 002451 | KVM SERVER SOFTWARE | SOFTWARE | | 01.7760 | ACTIVE |
| 002452 | ASA REPLACEMENT | SOFTWARE | | 01.7760 | ACTIVE |
| 002470 | CORPORATE MANAGEMENT SOFTWARE | SOFTWARE | | 01.7760 | ACTIVE |
| 002510 | MED ASSETS MANAGED CARE SOFTWARE | SOFTWARE | | 01.7800 | ACTIVE |
| 002531 | PHARMACY AUTOMATION SYSTEM (MEDITECH PHACTS INTERFACE) | SOFTWARE | | 01.7660 | ACTIVE |
| 002535 | HEALTHLINE ECHO CLOUD HOSTING-CREDENTIALING | SOFTWARE | | 01.7830 | ACTIVE |
| 002607 | TeamHeadquarters Usre License/Installation | SOFTWARE | SOFTWARE | 01.7820 | ACTIVE |
| 002619 | AVAYA IP STATION SPECTRALINK LICENSE | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 002655 | WAVETWO LLC SOFTWARE | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 002656 | ACAP HEALTH SOFTWARE | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 002660 | WAVETWO SOFTWARE SETUP | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 002663 | CERTEGRA WORKSTATION SOFTWARE | SOFTWARE | SOFTWARE | 01.7570 | ACTIVE |
| 002668 | ECHO CREDENTIALING MGMT SYSTEM | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 002681 | ECHO CREDENTIALING MGMT SYSTEM | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 002683 | MEDITECH SOFTWARE UPGRADE | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 002678 | ACT SOFTWARE | SOFTWARE | SOFTWARE | 01.7820 | ACTIVE |
| 002736 | 15- GUARDRAILS LVP LICENSE | SOFTWARE | SOFTWARE | 01.7420 | ACTIVE |
| 002742 | 5- GUARDRAILS SUITE MX-80 | SOFTWARE | SOFTWARE | 01.7420 | ACTIVE |
| 002842 | GUARDRAILS SUITE MX-80/LVP LICENSE | SOFTWARE | SOFTWARE | 01.7420 | ACTIVE |
| 003052 | BACTALERT 3D W/OBSERVATION | SOFTWARE | SOFTWARE | 01.7200 | ACTIVE |
| 003053 | LAB INSTRUMENT WALKAWAY | SOFTWARE | SOFTWARE | 01.7500 | ACTIVE |
| 003051 | ACUITEC SOFTWARE MILESTONES | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 003063 | WIRELESS AP'S | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 003081 | NUANCE SOFTWARE | SOFTWARE | SOFTWARE | 01.7550 | ACTIVE |
| 003085 | MEDITECH SOFTWARE | SOFTWARE | SOFTWARE | 01.7760 | ACTIVE |
| 003089 | NUANCE SOFTWARE-REIMB FEES | SOFTWARE | SOFTWARE | 01.7550 | ACTIVE |
| 000971 | MCKESSON PACS - THIRD PARTY SOFTWARE (POWERSCRIBE) | SOFTWARE | | 01.7550 | ACTIVE |
| 001358 | 5 ADDTL CXNS FOR COREPOINT INTEGRATION ENGINE=20 CONNEC | SOFTWARE | | 01.7760 | ACTIVE |
| 001845 | ONBASE MEDITECH IMPLEMENTATION COSTS(CONSULTANT TRAVEL) | SOFTWARE | | 01.7760 | ACTIVE |
| 002513 | JACOBSON SUITE 480 | TOWER LSE IMP | | 01.7800 | ACTIVE |
| 002514 | NICHOLSON SUITE 460 TOWER | TOWER LSE IMP | | 01.7800 | ACTIVE |

# Schedule B- # 50

| | | | | |
|---|---|---|---|---|
| 002515 | WYATT SUITE 400 | TOWER LSE IMP | | 01.7800 ACTIVE |
| 002539 | PREWITT SUITE 300 TOWER | TOWER LSE IMP | | 01.7800 ACTIVE |
| 002590 | PREWITT TFO #7 | TOWER LSE IMP | | 01.7900 ACTIVE |
| 002643 | DR. WYATT EXPANSION - SUITE 400 | TOWER LSE IMP | OFFICEFURN | 01.7800 ACTIVE |
| 002644 | DR. WYATT EXPANSION - SUITE 400 | TOWER LSE IMP | OFFICEFURN | 01.7800 ACTIVE |
| 002645 | DR. WYATT EXPANSION - SUITE 400 | TOWER LSE IMP | OFFICEFURN | 01.7800 ACTIVE |
| 002646 | DR. WYATT EXPANSION - SUITE 400 | TOWER LSE IMP | OFFICEFURN | 01.7800 ACTIVE |
| 002682 | CABLING FOR PHYSICIANS LOUNGE | TOWER LSE IMP | | 01.7800 ACTIVE |
| 003095 | CATEGORY 6 CABLE UPGRADE | TOWER LSE IMP | ELECLICOND | 01.7900 ACTIVE |
| 003096 | AUDIO & VISUAL ADDED TO AUDITORIUM | TOWER LSE IMP | | 01.7900 ACTIVE |
| 003098 | AUDIO & VISUAL ADDED TO AUDITORIUM | TOWER LSE IMP | | 01.7900 ACTIVE |
| 003110 | IT TFO EXPANSION | TOWER LSE IMP | | 01.7765 ACTIVE |
| 003111 | IT TFO EXPANSION | TOWER LSE IMP | | 01.7765 ACTIVE |
| 003114 | FPMC DALLAS IT SUITE RENOVATION | TOWER LSE IMP | | 01.7765 ACTIVE |
| 003115 | IT EXPANSION TOWER | TOWER LSE IMP | | 01.7765 ACTIVE |
| 003120 | IT EXPANSION TOWER-RETAINAGE | TOWER LSE IMP | | 01.7765 ACTIVE |
| 003122 | IT EXPANSION TOWER-PAY APP #3 | TOWER LSE IMP | | 01.7765 ACTIVE |
| 003123 | IT EXPANSION OFFICE FURNITURE | TOWER LSE IMP | OFFICEFURN | 01.7765 ACTIVE |
| 003124 | IT EXPANSION OFFICE FURNITURE | TOWER LSE IMP | OFFICEFURN | 01.7765 ACTIVE |

| Debtor | **Forest Park Medical Center, LLC** | Case number (if known) | **16-40302** |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| Hospital licenses | | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor   **Forest Park Medical Center, LLC**          Case number (if known)  **16-40302**
_____
Name

75.  **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**Investments in other hospitals (booked value: 2699937)**                           **Unknown**
_____

78.  **Total of Part 11.**                                                              **$0.00**
Add lines 71 through 77.  Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 12:  Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $322.40 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $886,010.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $342,600.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,000,000.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*................................➔ | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.**  Add lines 80 through 90 for each column.  91a. | $13,228,932.40 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................  **$13,228,932.40**

**Fill in this information to identify the case:**

Debtor name  **Forest Park Medical Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **16-40302**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$4,359,174.56**

Debtor   **Forest Park Medical Center, LLC**                                   Case number (if known) **16-40302**

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** | **Value of collateral that supports this claim** |
| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | Do not deduct the value of collateral. | |

**2.1**

| | |
|---|---|
| Creditor's name **Callidus Capital Corporation** | Describe debtor's property that is subject to a lien |

**$2,651,941.65**        **$13,228,932.40**

Creditor's mailing address
**181 Bay Street**

Describe debtor's property that is subject to a lien

**Blanket Lien**

**Ste 4620**

Describe the lien

**Toronto, Ontrio M5J2T3**

**Agreement**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Specify each creditor, including this creditor, and its relative priority.

**For See attached list (value indicated includes all other catago: 1) Dallas County; 2) Richardson ISD; 3) Callidus Capital Corporation.  For Billed and Unbilled Receivables (amount is approximate): 1) Callidus Capital Corporation.  For Investments in other hospitals (booked value: 2699937): 1) Callidus Capital Corporation.  For See attached list: 1) Callidus Capital Corporation.  For See attached list: 1) Callidus Capital Corporation.  For See attached list: 1) Callidus Capital Corporation.  For Disbursement Account (overdrawn): 1) Callidus Capital Corporation.  For Inventory (valued at 50% of book) : 1) Richardson ISD; 2) Dallas County; 3) Callidus Capital Corporation.  For Membership interest in FPMC Dallas Investment in Frisco, LLC: 1) Callidus Capital Corporation.  For Membership interest in FPMC Dallas Investment in Southlake, : 1) Callidus Capital Corporation.  For Membership interest in FPMC Dallas Investment in Fort Worth,: 1) Callidus Capital Corporation.  For Membership interest in FPMC Dallas Investment in San Antonio: 1) Callidus Capital Corporation.  For Membership interest in FPMC Dallas Investment in Austin, LLC: 1) Callidus Capital Corporation.  For Membership Interest in FPMC Dallas Investment in Kansas City: 1) Callidus Capital Corporation.  For**

| | |
|---|---|
| Debtor **Forest Park Medical Center, LLC** | Case number (if known) **16-40302** |

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

### 2.2

| | |
|---|---|
| Creditor's name **City of Dallas** | Describe debtor's property that is subject to a lien |

Creditor's mailing address
**500 Elm Street**

**Records Building**

**Dallas                    TX    75202-3504**

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Tangible Personal Property**

Describe the lien
**Taxes - BPP / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**    Column B: **$0.00**

### 2.3

| | |
|---|---|
| Creditor's name **Dallas County** | Describe debtor's property that is subject to a lien |

Creditor's mailing address
**500 Elm Street**

**Records Building**

**Dallas                    TX    75202-3504**

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Tangible Personal Property**

Describe the lien
**Taxes - BPP / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$1,175,002.70**    Column B: **$12,342,600.00**

Debtor   **Forest Park Medical Center, LLC**                                   Case number (if known) **16-40302**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|

**Dallas County Community College Distr**

Creditor's mailing address            **Tangible Personal Property**

**500 Elm Street**

                                      Describe the lien

**Records Building**                  **Taxes - BPP / Statutory Lien**

**Dallas          TX    75202-3504**

                                      **Is the creditor an insider or related party?**

Creditor's email address, if known    ☒ No
                                      ☐ Yes

Date debt was incurred _____    **Is anyone else liable on this claim?**

Last 4 digits of account              ☒ No
number    ___ ___ ___ ___            ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in     As of the petition filing date, the claim is:**
the same property?**                  Check all that apply.

☒ No                                  ☐ Contingent
☐ Yes.  Have you already specified the    ☐ Unliquidated
        relative priority?            ☐ Disputed

    ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**2.5**

| Creditor's name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|

**EVERBANK COMMERCIAL FINANCE**

Creditor's mailing address            **medical equipment**

**ATTN TANYA HERNANDEZ**

                                      Describe the lien

**10 WATERVIEW BLVD**                 **Secured loan**

                                      **Is the creditor an insider or related party?**

**PARSIPPANY      NJ    07054**       ☒ No
                                      ☐ Yes

Creditor's email address, if known

                                      **Is anyone else liable on this claim?**

Date debt was incurred _____    ☒ No
                                      ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account
number    ___ ___ ___ ___            **As of the petition filing date, the claim is:**
                                      Check all that apply.
**Do multiple creditors have an interest in
the same property?**                  ☐ Contingent
                                      ☐ Unliquidated
☒ No                                  ☐ Disputed
☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known) **16-40302**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  |  | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |

---

**2.6**

**Creditor's name**
**Parkland Hospital**

**Creditor's mailing address**
**500 Elm Street**

**Records Building**

**Dallas                     TX    75202-3504**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☑ No

☐ Yes.  Have you already specified the
       relative priority?

☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
       specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**Tangible Personal Property**

**Describe the lien**

**Taxes - BPP / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**    Column B: **$0.00**

---

**2.7**

**Creditor's name**
**Richardson ISD**

**Creditor's mailing address**
**970 Security Drive**

_____

**Richardson          TX    75081**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☐ No

☑ Yes.  Have you already specified the
       relative priority?

☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
       specified on lines **2.1**

**Past levy was $521,088.05**

**Describe debtor's property that is**
**subject to a lien**

**Tangible Personal Property**

**Describe the lien**

**Taxes - BPP / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **Unknown**    Column B: **$12,342,600.00**

---

**Fill in this information to identify the case:**

Debtor          **Forest Park Medical Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **16-40302**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
     ☐ No. Go to Part 2.
     ☑ Yes. Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,793.46 | $5,793.46 |

**2.1** Priority creditor's name and mailing address

**Abebe, Medhanit**

**9835 N Macarthur Blvd #1702**

**Irving                    TX        75063**

Date or dates debt was incurred

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim    $5,793.46
Priority amount    $5,793.46

**2.2** Priority creditor's name and mailing address

**Aguilar, Maria**

**8541 Odom Drive**

**Dallas                    TX        75217**

Date or dates debt was incurred

Last 4 digits of account
number     __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim    $2,087.01
Priority amount    $2,087.01

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)  **16-40302**

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Total claim**    **Priority amount**

**2.3**   Priority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*       **$4,408.42**    **$4,408.42**
**Arias, Elizabeth**
**2209 Revere Drive**          ☐ Contingent
                               ☐ Unliquidated
                               ☐ Disputed

**Irving                TX     75061**      Basis for the claim:
Date or dates debt was incurred             **Payroll and PTO**

                                            Is the claim subject to offset?
Last 4 digits of account                    ☒ No
number     __ __ __ __                       ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**2.4**   Priority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*       **$396.26**    **$396.26**
**Baker, Jordan**
**2530 Reagan St. #3213**      ☐ Contingent
                               ☐ Unliquidated
                               ☐ Disputed

**Dallas                TX     75219**      Basis for the claim:
Date or dates debt was incurred             **Payroll**

                                            Is the claim subject to offset?
Last 4 digits of account                    ☒ No
number     __ __ __ __                       ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**2.5**   Priority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*       **$10,976.08**    **$10,976.08**
**Baum, Donna**
**3601 Tanner Ln**            ☐ Contingent
                               ☐ Unliquidated
                               ☐ Disputed

**Richardson            TX     75082**      Basis for the claim:
Date or dates debt was incurred             **Payroll and PTO**

                                            Is the claim subject to offset?
Last 4 digits of account                    ☒ No
number     __ __ __ __                       ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)  **16-40302**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6**    Priority creditor's name and mailing address

**Brown, Gracie**

**2513 Johnson Dr.**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,193.84**        **$2,193.84**

**Mesquite**                    **TX**    **75181**

Date or dates debt was incurred

Last 4 digits of account
number     ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes


**2.7**    Priority creditor's name and mailing address

**Bruce, James**

**7117 Don Gomez**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,333.10**        **$3,333.10**

**Garland**                    **TX**    **75043**

Date or dates debt was incurred

Last 4 digits of account
number     ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes


**2.8**    Priority creditor's name and mailing address

**Burgess, Kevin**

**2928 Reata Dr**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,865.62**        **$4,865.62**

**Wylie**                    **TX**    **75098**

Date or dates debt was incurred

Last 4 digits of account
number     ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | **Forest Park Medical Center, LLC** | | Case number (if known) | **16-40302** |
|---|---|---|---|---|

---

**Part 1:**    **Additional Page**

---

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.9**    Priority creditor's name and mailing address

**Castillo, Gabriela**

**500 Joyce Rd.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$406.25**    Priority amount: **$406.25**

**Garland                    TX      75040**

Basis for the claim:

**Payroll**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.10**    Priority creditor's name and mailing address

**Castillo, Sandra**

**6933 George Brown**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$8,061.90**    Priority amount: **$8,061.90**

**Garland                    TX      75043**

Basis for the claim:

**Payroll and PTO**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.11**    Priority creditor's name and mailing address

**Catanzano, Joel**

**8601 St. Andrews Ln.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,799.95**    Priority amount: **$2,799.95**

**Rowlett                    TX      75089**

Basis for the claim:

**Payroll and PTO**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Debtor     **Forest Park Medical Center, LLC**                                      Case number (if known)   **16-40302**

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |

| **2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,160.88** | **$2,160.88** |

**Chandler, Deanna**

**3626 Fore Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Farmers Branch          TX      75234**

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

---

| **2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,084.30** | **$4,084.30** |

**Chatham, Britnee**

**126 Crest Brook Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Red Oak          TX      75154**

Date or dates debt was incurred

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

---

| **2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,809.20** | **$4,809.20** |

**Clark, Tiffany**

**3212 Manchester Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mesquite          TX      75150**

Date or dates debt was incurred

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

---

Debtor   **Forest Park Medical Center, LLC**                           Case number (if known)   **16-40302**

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.15**   Priority creditor's name and mailing address

**Conway, Kathleen**

**366 County Road 1185**

**Sulphur Springs**        **TX**     **75482**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$2,122.90**    Priority amount **$2,122.90**

---

**2.16**   Priority creditor's name and mailing address

**Coppa, Marie**

**2421 Park Vista Dr**

**Dallas**        **TX**     **75228**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$4,382.47**    Priority amount **$4,382.47**

---

**2.17**   Priority creditor's name and mailing address

**Cornejo, Nanci**

**9935 Witham St**

**Dallas**        **TX**     **75220**

Date or dates debt was incurred

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$664.18**    Priority amount **$664.18**

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim     Priority amount

**2.18**   Priority creditor's name and mailing address

**Cortez, Aracely**

**1129 Lorraine Ln**

**Mesquite                          TX       75149**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

$1,610.14     $1,610.14

**2.19**   Priority creditor's name and mailing address

**Custodio, Elizabeth**

**3602 Christine St.**

**Rowlett                           TX       75088**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

$2,017.92     $2,017.92

**2.20**   Priority creditor's name and mailing address

**Debose, David**

**302 Grand Highlands Dr**

**Wylie                             TX       75098**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

$3,625.22     $3,625.22

Debtor   **Forest Park Medical Center, LLC**                                      Case number (if known)   **16-40302**

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.21**   Priority creditor's name and mailing address

**Delgado, Ashley**

**12732 Feathering Dr**

**Frisco**                          **TX**      **75034**

Date or dates debt was incurred

Last 4 digits of account
number    __ __  __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,374.49**         **$2,374.49**

---

**2.22**   Priority creditor's name and mailing address

**Delozier, Ashton**

**6506 Marquett Ct**

**Rowlett**                         **TX**      **75087**

Date or dates debt was incurred

Last 4 digits of account
number    __ __  __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,029.86**         **$6,029.86**

---

**2.23**   Priority creditor's name and mailing address

**Dimberu, Kewakbt**

**9672 Ironwood Dr**

**Frisco**                          **TX**      **75034**

Date or dates debt was incurred

Last 4 digits of account
number    __ __  __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,198.38**         **$3,198.38**

Debtor   **Forest Park Medical Center, LLC**                     Case number (if known)   **16-40302**

---

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.24**   Priority creditor's name and mailing address

**Diora, Hetal**

**1310 Oak Hill Lane**

_____

**Murphy**                    **TX      75094**

Date or dates debt was incurred

_____

Last 4 digits of account
number        ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$456.75**   Priority amount: **$456.75**

---

**2.25**   Priority creditor's name and mailing address

**Dixon, Reggie**

**8202 Lake Valley Ct.**

_____

**Rowlett**                   **TX      75089**

Date or dates debt was incurred

_____

Last 4 digits of account
number        ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$17,244.40**   Priority amount: **$12,250.00**

---

**2.26**   Priority creditor's name and mailing address

**Dubovsky, Nicole**

**3017 Alderon Lane**

_____

**Garland**                   **TX      75044**

Date or dates debt was incurred

_____

Last 4 digits of account
number        ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$715.58**   Priority amount: **$715.58**

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.27**   Priority creditor's name and mailing address

**Eagle, Rebecca**

**625 Cullum Ave**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,178.10**          **$2,178.10**

**Hurst                    TX       76053**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

---

**2.28**   Priority creditor's name and mailing address

**Ebrahimi, Behzad**

**6912 Napa Valley Drive**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,808.15**          **$1,808.15**

**Frisco                    TX       75035**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

---

**2.29**   Priority creditor's name and mailing address

**Elliot, Cristal**

**6915 Oaklawn**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$633.69**          **$633.69**

**Sachse                    TX       75048**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.30**    Priority creditor's name and mailing address

**Evans, Lynette**

**5423 Owenwood**

As of the petition filing date, the claim is: *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Total claim** $2,208.56      **Priority amount** $2,208.56

**Dallas**                    **TX**    **75223**

Date or dates debt was incurred

Basis for the claim:

**Payroll**

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

---

**2.31**    Priority creditor's name and mailing address

**Fink, Katrina**

**16721 Village Lane**

As of the petition filing date, the claim is: *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$3,308.00      $3,308.00

**Dallas**                    **TX**    **75248**

Date or dates debt was incurred

Basis for the claim:

**Payroll**

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

---

**2.32**    Priority creditor's name and mailing address

**Fornea, Lydia**

**2636 Cypress Point Dr.**

As of the petition filing date, the claim is: *Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$1,440.25      $1,440.25

**Dallas**                    **TX**    **75253**

Date or dates debt was incurred

Basis for the claim:

**Payroll**

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

---

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)    **16-40302**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.33**  Priority creditor's name and mailing address

**Godfrey, Toby**

**9864 Ludwick Lane**

**Frisco**      **TX**     **75035**

Date or dates debt was incurred

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

**$2,073.07**      **$2,073.07**

---

**2.34**  Priority creditor's name and mailing address

**Golden, Adam**

**7525 LaVista Drive, #1731**

**Dallas**      **TX**     **75214**

Date or dates debt was incurred

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

**$6,899.03**      **$6,899.03**

---

**2.35**  Priority creditor's name and mailing address

**Gomez, Lionso**

**1509 Shorecrest Dr.**

**Garland**      **TX**     **75040**

Date or dates debt was incurred

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

**$112.00**      **$112.00**

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.36**  Priority creditor's name and mailing address

**Gonzalez, Margarita**

**1909 Evergreen Dr**

**Garland**                     **TX**      **75040**

Date or dates debt was incurred

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$3,198.98**    Priority amount: **$3,198.98**

---

**2.37**  Priority creditor's name and mailing address

**Gonzalez, Ricardo**

**1909 Evergreen**

**Garland**                     **TX**      **75040**

Date or dates debt was incurred

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,157.29**    Priority amount: **$1,157.29**

---

**2.38**  Priority creditor's name and mailing address

**Gray, Jeannette**

**3501 Westshore Dr**

**Rowlett**                     **TX**      **75088**

Date or dates debt was incurred

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,126.29**    Priority amount: **$2,126.29**

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.39**   Priority creditor's name and mailing address

**Grellmann, Emerson**

**7732 Meadow Rd. #211**

**Dallas**                    **TX**       **75230**

Date or dates debt was incurred

Last 4 digits of account
number        __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $240.50   **Priority amount:** $240.50

---

**2.40**   Priority creditor's name and mailing address

**Guevara, Ermel**

**3921 Coronado Dr.**

**Plano**                    **TX**       **75074**

Date or dates debt was incurred

Last 4 digits of account
number        __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $2,010.16   **Priority amount:** $2,010.16

---

**2.41**   Priority creditor's name and mailing address

**Gurganus, Laura**

**7405 Providence Dr.**

**Rowlett**                    **TX**       **75089**

Date or dates debt was incurred

Last 4 digits of account
number        __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $1,500.83   **Priority amount:** $1,500.83

---

Debtor     **Forest Park Medical Center, LLC**                         Case number (if known) **16-40302**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.42**   **Priority creditor's name and mailing address**

**Gutierrez, Amy**

**701 Legacy Dr #724**

_____

**Plano**                    **TX**      **75023**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the
claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll**

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: **$1,980.13**   Priority amount: **$1,980.13**

---

**2.43**   **Priority creditor's name and mailing address**

**Halbert, Callie**

**227 Rockbrook dr.**

_____

**Wylie**                    **TX**      **75098**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the
claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll**

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: **$1,680.00**   Priority amount: **$1,680.00**

---

**2.44**   **Priority creditor's name and mailing address**

**Hammond, Janah**

**2760 Beacon Hill Drive**

_____

**Rockwall**                 **TX**      **75087**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the
claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll and PTO**

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: **$9,513.84**   Priority amount: **$9,513.84**

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.45** Priority creditor's name and mailing address

**Harp, Rhonda**

**7918 Killarney Ln**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,500.99**     **$6,500.99**

**Rowlett          TX     75089**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.46** Priority creditor's name and mailing address

**Hernandez, Maria**

**3912 Picato Dr**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,352.14**     **$2,352.14**

**Plano          TX     75074**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.47** Priority creditor's name and mailing address

**Hocate, Jessica**

**1013 Brookview Dr.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$892.50**     **$892.50**

**Allen          TX     75002**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)    **16-40302**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.48**  Priority creditor's name and mailing address

**Hockett, Mike**

**803 Green Brook Dr**

_____

**Allen                    TX      75002**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$7,984.24**    Priority amount **$7,984.24**

---

**2.49**  Priority creditor's name and mailing address

**Hopper, Robert**

**6669 Rutherford Road**

_____

**Plano                    TX      75023**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$2,124.03**    Priority amount **$2,124.03**

---

**2.50**  Priority creditor's name and mailing address

**Hough, Kimberly**

**4110 White Swan Dr**

_____

**Garland                  TX      75044**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$3,663.12**    Priority amount **$3,663.12**

Debtor   **Forest Park Medical Center, LLC**                                  Case number (if known)   **16-40302**

---

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.51**   **Priority creditor's name and mailing address**

**Hurtault, Angela**

**5840 Spring Valley Rd. #708**

_____

_____

**Dallas**                    **TX**      **75254**

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

**As of the petition filing date, the
claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$2,633.50**    Priority amount: **$2,633.50**

---

**2.52**   **Priority creditor's name and mailing address**

**Johnson, Carrie**

**3901 Travis St #123**

_____

_____

**Dallas**                    **TX**      **75204**

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

**As of the petition filing date, the
claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll and PTO**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$13,002.40**    Priority amount: **$12,250.00**

---

**2.53**   **Priority creditor's name and mailing address**

**Justus, Thyren**

**3520 Wheeler Street Apt 1504**

_____

_____

**Dallas**                    **TX**      **75209**

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

**As of the petition filing date, the
claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$654.50**    Priority amount: **$654.50**

---

Debtor   **Forest Park Medical Center, LLC**                                Case number (if known)   **16-40302**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.54**  Priority creditor's name and mailing address
**Kaur, Kashmir**

**636 S. Greenville Ave**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim: $23,000.00**   **Priority amount: $12,250.00**

**Richardson          TX     75081**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.55**  Priority creditor's name and mailing address
**Kerkove, Kenyon**

**2003 Moonlight Trail**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim: $4,120.13**   **Priority amount: $4,120.13**

**Heartland          TX     75126**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.56**  Priority creditor's name and mailing address
**Kermath, Mary**

**Po Box 161**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim: $938.37**   **Priority amount: $938.37**

**Anna          TX     75409**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Debtor   **Forest Park Medical Center, LLC**                                      Case number (if known)   **16-40302**

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.57**   Priority creditor's name and mailing address

**Kim, Juhee**

**1552 Bosque Drive**

_____

_____

**Carrollton          TX      75010**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$8,787.00**   Priority amount **$8,787.00**

---

**2.58**   Priority creditor's name and mailing address

**Kovalic, John**

**4827 Golfside Dr**

_____

_____

**Frisco          TX      75035**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$974.43**   Priority amount **$974.43**

---

**2.59**   Priority creditor's name and mailing address

**Krenek, Margaret**

**6727 Del Norte Lane**

_____

_____

**Dallas          TX      73225**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim **$3,307.17**   Priority amount **$3,307.17**

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)    **16-40302**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                                      **Total claim**          **Priority amount**

**2.60**    **Priority creditor's name and mailing address**          **As of the petition filing date, the**                    **$960.00**              **$960.00**
**Laufer, Rachel**                                                  **claim is:** *Check all that apply.*

**6408 Rosemary Ct**                                                ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

**Mckinney**                        **TX**      **75071**           **Basis for the claim:**
Date or dates debt was incurred                                     **Payroll**

                                                                    **Is the claim subject to offset?**
Last 4 digits of account                                            ☒ No
number        __ __ __ __                                           ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )


**2.61**    **Priority creditor's name and mailing address**          **As of the petition filing date, the**                    **$960.00**              **$960.00**
**Laufer, Rachel**                                                  **claim is:** *Check all that apply.*

**6408 Rosemary Ct**                                                ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

**Mckinney**                        **TX**      **75071**           **Basis for the claim:**
Date or dates debt was incurred                                     **Payroll**

                                                                    **Is the claim subject to offset?**
Last 4 digits of account                                            ☒ No
number        __ __ __ __                                           ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )


**2.62**    **Priority creditor's name and mailing address**          **As of the petition filing date, the**                    **$867.00**              **$867.00**
**Lind, Lauren**                                                    **claim is:** *Check all that apply.*

**1721E. Beltline Rd., Apt  223**                                   ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

**Coppell**                         **TX**      **75019**           **Basis for the claim:**
Date or dates debt was incurred                                     **Payroll**

                                                                    **Is the claim subject to offset?**
Last 4 digits of account                                            ☒ No
number        __ __ __ __                                           ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known)  **16-40302**

---

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.63** Priority creditor's name and mailing address

**Litzelfelner, Todd**

**13627 Rolling Hills Lane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,346.47   **Priority amount** $1,346.47

**Dallas**                 **TX**     **75240**

Basis for the claim:

**Payroll**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

---

**2.64** Priority creditor's name and mailing address

**Lopez, Erica**

**1922 Vail Dr**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,504.05   **Priority amount** $4,504.05

**Garland**                **TX**     **75044**

Basis for the claim:

**Payroll and PTO**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

---

**2.65** Priority creditor's name and mailing address

**Lopez, Jacqueline**

**2811 Glen Hollow Dr**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,243.00   **Priority amount** $5,243.00

**Mckinney**               **TX**     **75070**

Basis for the claim:

**Payroll and PTO**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

## Part 1:      Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.66**   Priority creditor's name and mailing address

**MacAluso, Christi**

**5705 Bent Creek Trail**

**Dallas**                    **TX**      **75252**

Date or dates debt was incurred

Last 4 digits of account
number        __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $437.25      **Priority amount** $437.25

---

**2.67**   Priority creditor's name and mailing address

**Mata, Sandra**

**300 Menlo Dr**

**Mesquite**                  **TX**      **75149**

Date or dates debt was incurred

Last 4 digits of account
number        __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $4,836.02      **Priority amount** $4,836.02

---

**2.68**   Priority creditor's name and mailing address

**Mathew, Jacob**

**357 Ash Brook Ln**

**Sunnyvale**                 **TX**      **75182**

Date or dates debt was incurred

Last 4 digits of account
number        __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $3,180.23      **Priority amount** $3,180.23

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.69**   Priority creditor's name and mailing address

**McCoy, Cherryl**

**2300 Kathryn Lane, #3718**

**Plano**                                **TX**      **75025**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$1,325.51**    Priority amount: **$1,325.51**

**2.70**   Priority creditor's name and mailing address

**McKinney, Verna**

**1301 Wildflower Ct**

**Richardson**                        **TX**      **75081**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$2,403.25**    Priority amount: **$2,403.25**

**2.71**   Priority creditor's name and mailing address

**Meshkinian, Foad**

**7519 Naples Ln.**

**Frisco**                              **TX**      **75035**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$1,317.25**    Priority amount: **$1,317.25**

Debtor    **Forest Park Medical Center, LLC**                           Case number (if known)  **16-40302**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.            Total claim        Priority amount

| **2.72** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,140.47** | **$4,140.47** |

**2.72**  Priority creditor's name and mailing address

**Miller, Victoria**

**2206 Lynnbrook Ln**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Garland**                    **TX**    **75041**

Date or dates debt was incurred

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim **$4,140.47**    Priority amount **$4,140.47**

---

**2.73**  Priority creditor's name and mailing address

**Modawell, Tina**

**10211 Noel**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Frisco**                    **TX**    **75035**

Date or dates debt was incurred

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim **$5,499.61**    Priority amount **$5,499.61**

---

**2.74**  Priority creditor's name and mailing address

**Montero, Jazia**

**1126 Haines**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**    **75208**

Date or dates debt was incurred

Last 4 digits of account
number        ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim **$623.50**    Priority amount **$623.50**

Debtor  **Forest Park Medical Center, LLC**                                Case number (if known)  **16-40302**

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.75**  Priority creditor's name and mailing address

**Morton, Darlene**

**701 Vallejo Dr**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$102.33**    Priority amount: **$102.33**

**Rockwall                    TX      75087**

Date or dates debt was incurred

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.76**  Priority creditor's name and mailing address

**Moyer, Sarah**

**14048 Wrangler Way**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$134.75**    Priority amount: **$134.75**

**Haslet                    TX      76052**

Date or dates debt was incurred

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.77**  Priority creditor's name and mailing address

**Mumtaz, Shahida**

**14682 Overland Park Ln**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,642.63**    Priority amount: **$2,642.63**

**Frisco                    TX      75035**

Date or dates debt was incurred

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Forest Park Medical Center, LLC**                        Case number (if known)    **16-40302**

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.78**    Priority creditor's name and mailing address

**Murray, Lisa**

**3431 Whitehall**

_____

_____

**Dallas**                 **TX      75229**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,646.30**        **$12,250.00**

---

**2.79**    Priority creditor's name and mailing address

**Nava, Edilberto**

**613 Sunset**

_____

_____

**Garland**                 **TX      75040**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,956.83**        **$1,956.83**

---

**2.80**    Priority creditor's name and mailing address

**Nelson, Denisen**

**6827 Trammel Dr.**

_____

_____

**Dallas**                 **TX      75214**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

**$241.87**        **$241.87**

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

## Part 1:      Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.81**   Priority creditor's name and mailing address

**Neyens, Kathleen**

**412 Belmont Ct**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,215.62**     **$3,215.62**

**Lewisville                    TX       75067**

Date or dates debt was incurred

Basis for the claim:
**Payroll and PTO**

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

---

**2.82**   Priority creditor's name and mailing address

**Odusanya, Mary**

**709 Green Coral Dr**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,324.68**     **$5,324.68**

**Little Elm                    TX       75068**

Date or dates debt was incurred

Basis for the claim:
**Payroll and PTO**

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

---

**2.83**   Priority creditor's name and mailing address

**Onyango, Matt**

**4551 N Oconnor Rd.**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$654.08**     **$654.08**

**Irving                    TX       75062**

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **4**   )

Debtor    **Forest Park Medical Center, LLC**    Case number (if known) **16-40302**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.84**  Priority creditor's name and mailing address

**Ornelas, Daniela**

**Po Box 541291**

**Dallas**                     **TX**       **75354**

Date or dates debt was incurred

Last 4 digits of account
number        __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,308.80**     **$2,308.80**

---

**2.85**  Priority creditor's name and mailing address

**Ory, Chrissy**

**7230 Wake Forrest Dr**

**Dallas**                     **TX**       **75214**

Date or dates debt was incurred

Last 4 digits of account
number        __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☑ No
☐ Yes

**$96.00**     **$96.00**

---

**2.86**  Priority creditor's name and mailing address

**Patel, Meenakumari**

**878 Open Sky Ct.**

**Allen**                      **TX**       **75013**

Date or dates debt was incurred

Last 4 digits of account
number        __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

**$3,628.04**     **$3,628.04**

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)    **16-40302**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.87**    Priority creditor's name and mailing address

**Pattat, Bethany**

**4000 Honeysuckle Ln.**

**Kaufman                    TX      75142**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$1,597.38**    Priority amount: **$1,597.38**

---

**2.88**    Priority creditor's name and mailing address

**Porter, Rachel**

**3009 Modella Ave**

**Dallas                    TX      75229**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$963.01**    Priority amount: **$963.01**

---

**2.89**    Priority creditor's name and mailing address

**Price, David**

**6605 Cordelia Road**

**Rowlett                    TX      75089**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$190.00**    Priority amount: **$190.00**

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.90**   Priority creditor's name and mailing address

**Prnka, Henry**

**6000 Rainier Road**

_____

_____

**Plano**                      **TX**      **75023**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,820.06**        **$3,820.06**

---

**2.91**   Priority creditor's name and mailing address

**Rangel, Bess**

**3612 Hilltop Circle**

_____

_____

**Rockwall**                   **TX**      **75087**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,932.25**        **$6,932.25**

---

**2.92**   Priority creditor's name and mailing address

**Reese, Amanda**

**7675 Michael Rd.**

_____

_____

**Sanger**                     **TX**      **76266**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☒ No
☐ Yes

**$888.25**          **$888.25**

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)    **16-40302**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.93**  Priority creditor's name and mailing address

**Reyes, Adolfo**

**7128 Sample Dr**

**The Colony                    TX        75056**

Date or dates debt was incurred

Last 4 digits of account number     __ __  __ __  __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☑ No
☐ Yes

**$4,878.40**    **$4,878.40**

**2.94**  Priority creditor's name and mailing address

**Reyes, Nancy**

**7700 Cody Ln. #1203**

**Sachse                    TX        75048**

Date or dates debt was incurred

Last 4 digits of account number     __ __  __ __  __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,272.65**    **$1,272.65**

**2.95**  Priority creditor's name and mailing address

**Rivera, Melissa**

**5316 Lindsley**

**Dallas                    TX        75223**

Date or dates debt was incurred

Last 4 digits of account number     __ __  __ __  __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☑ No
☐ Yes

**$774.45**    **$774.45**

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)  __16-40302__

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.96**  **Priority creditor's name and mailing address**

**Robles, Bacilio**

**1114 Edwards Cr**

_____

_____

**Dallas**                    **TX**    **75224**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$1,417.60**    **$1,417.60**

---

**2.97**  **Priority creditor's name and mailing address**

**Rocha, Isabel**

**10007 Tamalpals Dr**

_____

_____

**Dallas**                    **TX**    **75217**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll and PTO**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$1,834.64**    **$1,834.64**

---

**2.98**  **Priority creditor's name and mailing address**

**Rojas, Jose**

**434 Hanbee St**

_____

_____

**Richardson**              **TX**    **75080**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Payroll and PTO**

**Is the claim subject to offset?**

☑ No
☐ Yes

**$6,248.13**    **$6,248.13**

---

Debtor   **Forest Park Medical Center, LLC**                                 Case number (if known)   **16-40302**

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.99**  Priority creditor's name and mailing address
**Rowton, Karrissa**
**7650 McCallum Blvd, #1605**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,672.00**     **$1,672.00**

**Dallas**            **TX**     **75252**

Basis for the claim:
**Payroll**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

---

**2.100**  Priority creditor's name and mailing address
**Royce-Bemis, Rebecca**
**10105 Horseshoe Ln.**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$497.36**       **$497.36**

**McKinney**         **TX**     **75070**

Basis for the claim:
**Payroll**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

---

**2.101**  Priority creditor's name and mailing address
**Saucedo, Alejandrina**
**1819 3rd Street**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,101.36**     **$1,101.36**

**Garland**          **TX**     **75040**

Basis for the claim:
**Payroll and PTO**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)    **16-40302**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.102**    Priority creditor's name and mailing address

**Sebastian, Ruby**

**2610 Chesterfield Rd**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,888.62**          **$3,888.62**

**Garland                TX      75043**

Date or dates debt was incurred

Last 4 digits of account
number        __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

**2.103**    Priority creditor's name and mailing address

**Shelton, Ebony**

**701 Legacy Dr Apt 221**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,372.35**          **$1,372.35**

**Plano                  TX      75023**

Date or dates debt was incurred

Last 4 digits of account
number        __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

**2.104**    Priority creditor's name and mailing address

**Singh, Arthi**

**409 Oak St.**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$190.00**          **$190.00**

**McKinney               TX      75069**

Date or dates debt was incurred

Last 4 digits of account
number        __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☒ No
☐ Yes

Debtor      **Forest Park Medical Center, LLC**      Case number (if known)   **16-40302**

---

## Part 1:      Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.105**   Priority creditor's name and mailing address

**Small, Janette**

**605 Wesway Dr**

_____

_____

**Rockwall**                 **TX**      **75087**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

**$7,572.70**      **$7,572.70**

---

**2.106**   Priority creditor's name and mailing address

**Smith, Kisha**

**3609 Copper Ridge Dr.**

_____

_____

**McKinney**                 **TX**      **75070**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll**

Is the claim subject to offset?

☑ No
☐ Yes

**$3,025.75**      **$3,025.75**

---

**2.107**   Priority creditor's name and mailing address

**Suniga, Maylyn**

**4417 Ashwood**

_____

_____

**Mesquite**                 **TX**      **75150**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☑ No
☐ Yes

**$3,873.20**      **$3,873.20**

---

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.108**  Priority creditor's name and mailing address

**Talcott, Karen**

**1824 Timberline Ln**

**Sherman**                    **TX**        **75092**

Date or dates debt was incurred

Last 4 digits of account
number     __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$12,897.26**   Priority amount: **$12,250.00**

---

**2.109**  Priority creditor's name and mailing address

**Tallo, Jennifer**

**2531 Barret Dr**

**Frisco**                    **TX**        **75034**

Date or dates debt was incurred

Last 4 digits of account
number     __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$15,305.39**   Priority amount: **$12,250.00**

---

**2.110**  Priority creditor's name and mailing address

**Thomas, Thomson**

**706 Mt Vernon Dr**

**Richardson**                    **TX**        **75081**

Date or dates debt was incurred

Last 4 digits of account
number     __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim: **$5,422.14**   Priority amount: **$5,422.14**

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)  **16-40302**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.111**  Priority creditor's name and mailing address
**Thompson, Micah**

**14605 Logan Springs Dr**

_____

**Little Elm**              **TX**    **75068**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$2,080.29**     Priority amount **$2,080.29**

---

**2.112**  Priority creditor's name and mailing address
**Ude, Nneka**

**2257 White Rock Lane**

_____

**Little Elm**              **TX**    **75068**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$4,748.10**     Priority amount **$4,748.10**

---

**2.113**  Priority creditor's name and mailing address
**Valdovinos, Gabriela**

**4242 Duck Creek Drive Apt. 103**

_____

**Garland**              **TX**    **75043**

Date or dates debt was incurred

_____

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$1,493.29**     Priority amount **$1,493.29**

Debtor   **Forest Park Medical Center, LLC**                     Case number (if known)   **16-40302**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.114**   Priority creditor's name and mailing address

**Vallejo, Greg**

**10408 Desdemona Dr**

| | | **$461.25** | **$461.25** |
| --- | --- | --- | --- |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                    TX      75228**

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( **4** )

---

**2.115**   Priority creditor's name and mailing address

**Velez, Helen**

**5417 Galaxie Road**

| | | **$5,055.37** | **$5,055.37** |
| --- | --- | --- | --- |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Garland                 TX      75044**

Date or dates debt was incurred

Basis for the claim:
**Payroll and PTO**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( **4** )

---

**2.116**   Priority creditor's name and mailing address

**Wagner, Julius**

**512 Windsor Way**

| | | **$7,176.15** | **$7,176.15** |
| --- | --- | --- | --- |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Rockwall                 TX      75087**

Date or dates debt was incurred

Basis for the claim:
**Payroll and PTO**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( **4** )

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.117**   Priority creditor's name and mailing address

**White, LaNita**

**8408 Silverado Trail**

_____

_____

**McKinney**              **TX**        **75070**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim **$4,071.38**   Priority amount **$4,071.38**

---

**2.118**   Priority creditor's name and mailing address

**Wicker, Melissa**

**1565 Buckthorne Dr**

_____

_____

**Allen**                 **TX**        **75002**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim **$2,688.00**   Priority amount **$2,688.00**

---

**2.119**   Priority creditor's name and mailing address

**Wilbert, Sarah**

**6903 Genstar Lane**

_____

_____

**Dallas**                **TX**        **75252**

Date or dates debt was incurred

_____

Last 4 digits of account
number      __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Payroll and PTO**

Is the claim subject to offset?

☒ No
☐ Yes

Total claim **$8,454.39**   Priority amount **$8,454.39**

---

Debtor    **Forest Park Medical Center, LLC**                           Case number (if known)   **16-40302**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.120**   Priority creditor's name and mailing address

**Yanez, Dena**

**630 Roaming Road Dr**

_____

**Allen                    TX       75002**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$1,212.76**    Priority amount: **$1,212.76**

---

**2.121**   Priority creditor's name and mailing address

**Young, Jacqueline**

**8625 Redondo Dr**

_____

**Dallas                   TX       75218**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$493.03**    Priority amount: **$493.03**

---

**2.122**   Priority creditor's name and mailing address

**Zarac, Maryanne**

**2229 Stanmore Lane**

_____

**Plano                    TX       75025**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$142.00**    Priority amount: **$142.00**

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known) **16-40302** _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address |
|---|---|

**UNIVERSAL MEDIA GROUP**

**8111 LBJ FRWY**

**STE 1502**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:**  **Goods and/or services rendered**

**DALLAS**              **TX    75251**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address |
|---|---|

**5505 Holdings**

**5121 Southbrook Drive**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**  **Class P Member**

**Dallas**              **TX    75209**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address |
|---|---|

**800RESPONSE MARKETING LLC**

**PO BOX 2225**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,708.77**

**Basis for the claim:**  **goods or services rendered**

**SOUTH BURLINGTON**        **VT    05407**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known)   **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**ABBOTT LABORATORIES**

**PO BOX 92679**

**CHICAGO**                      **IL**        **60675-2679**

**$28,750.97**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**ABYRX INC**

**1 BRIDGE STREET SUITE 121**

**IRVINGTON**                     **NY**     **10533**

**$3,984.81**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**ACADIAN AMBULANCE SERVICE INC**

**PO BOX 92970**

**LAFAYETTE**                     **LA**     **70509**

**$7,549.03**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**ACCESS EFORMS LP**

**PO BOX 733**

**SULPHUR SPRINGS**               **TX**     **75483**

**$53,519.69**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Forest Park Medical Center, LLC** | Case number (if known) | **16-40302** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**    Nonpriority creditor's name and mailing address

**ACCLARENT INC**

**16888 COLLECTION CENTER DR**

**CHICAGO**      **IL**     **60693-0168**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$268,691.96**

---

**3.10**    Nonpriority creditor's name and mailing address

**ACCUVEIN INC**

**DEPT CH16850**

**PALATINE**      **IL**     **60055**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22,134.96**

---

**3.11**    Nonpriority creditor's name and mailing address

**ACELL**

**PO BOX 347766**

**PITTSBURGH**      **PA**     **15251-4766**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$31,129.50**

---

**3.12**    Nonpriority creditor's name and mailing address

**ACUITEC**

**2739 MOMENTUM PL**

**CHICAGO**      **IL**     **60689-5377**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$31,906.69**

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,104.81 |

**ACUMED LLC**

**7995 COLLECTION CENTER DRIVE**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**CHICAGO**          IL      **60693**

Basis for the claim:

**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |

**ADAM GOLDEN**

**7110 SAN MATEO BLVD #330**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          TX      **75223**

Basis for the claim:

**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,022.72 |

**ADDISON GROUP**

**7076 SOLUTIONS CENTER**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**CHICAGO**          IL      **60677-7000**

Basis for the claim:

**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.80 |

**ADORAMA INC**

**42 WEST 18 STREET**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**NEW YORK**          NY      **10011**

Basis for the claim:

**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                      Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.               Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$100,500.00** |

ADVANCED BIONICS LLC

12740 SAN FERNANDO ROAD

☐ Contingent
☐ Unliquidated
☐ Disputed

SYLMAR                            CA        91342

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$12,379.45** |

AESCULAP IMPLANT SYSTEMS INC

PO BOX 536397

☐ Contingent
☐ Unliquidated
☐ Disputed

PITTSBURGH                        PA        15253-5905

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$77,748.57** |

AESCULAP INSTRUMENTS

P.O. BOX 512451

☐ Contingent
☐ Unliquidated
☐ Disputed

PHILADELPHIA                      PA        19175-2451

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$86,897.00** |

AH ORTHO LLC

2619 N GARRETT AVE

☐ Contingent
☐ Unliquidated
☐ Disputed

DALLAS                            TX        75206

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.21 | Nonpriority creditor's name and mailing address | | |
| --- | --- | --- | --- |

**AIRGAS USA LLC**

**PO BOX 676015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$34,826.06**

| **DALLAS** | **TX** | **75267-6015** |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.22 | Nonpriority creditor's name and mailing address |

**AJAT LLC**

**1565 N CENTRAL EXPRESSWAY SUITE 200**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,156.25**

| **RICHARDSON** | **TX** | **75080** |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.23 | Nonpriority creditor's name and mailing address |

**AKORN INC**

**LOCKBOX #3950**

**3950 PAYSHERE CIRCLE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,027.40**

| **CHICAGO** | **IL** | **60674** |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.24 | Nonpriority creditor's name and mailing address |

**ALERE INFORMATICS INC**

**PO BOX 845849**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,501.15**

| **BOSTON** | **TX** | **02284-5849** |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known) **16-40302** _____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,820.13** |
|---|---|---|---|

**ALERE NORTH AMERICA INC**

**PO BOX 846153**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**BOSTON**               **MA**   **02284-6153**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$196,868.27** |
|---|---|---|---|

**ALIXPARTNERS FORENSIC SERVICES LLC**

**PO BOX 5838**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**CAROL STREAM**          **IL**   **60197-5838**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,309.82** |
|---|---|---|---|

**ALL COMMERCIAL FLOORS INC**

**2025 MERIDIAN DRIVE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**ARLINGTON**            **TX**   **76011**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,337.23** |
|---|---|---|---|

**ALLEN MEDICAL SYSTEMS INC**

**100 DISCOVERY WAY**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**ACTON**                **MA**   **01720-3948**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor     **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

**ALLERGAN USA INC**

**12975 COLLECTION CENTER DRIVE**

**CHICAGO**               **IL**     **60693**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$920.00**

---

| 3.30 | Nonpriority creditor's name and mailing address |
|---|---|

**ALLIANT STAFFING**

**7201 WISCONSIN AVE**

**STE 705**

**BETHESDA**               **MD**     **20814**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,208.00**

---

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

**ALLISON WYLL MD**

**5701 MEADOWHAVEN DRIVE**

**PLANO**               **TX**     **75093**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$966.00**

---

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

**Alpha Ortho Surgical PLLC**

**3512 Elk Run**

**McKinney**               **TX**     **75070**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

ALPHA ORTHOPEDICS PHYSICIAN GRP PA

6850 TPC DRIVE - SUITE 116

| | | |
|---|---|---|
| MCKINNEY | TX | 75070 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$275,048.00**

---

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

ALPHA SOURCE

6619 W CALMET ROAD

| | | |
|---|---|---|
| MILWAUKEE | WI | 53223 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$5,422.36**

---

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

ALPHA TEC SYSTEMS INC

PO BOX 5435

| | | |
|---|---|---|
| VANCOUVER | WA | 98668 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$155.13**

---

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

ALPINE MEDICAL SOLUTIONS LLC

DBA ALPINE SURGICAL GROUP

4516 LOVERS LANE

#331

| | | |
|---|---|---|
| DALLAS | TX | 75225 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$13,150.00**

---

Debtor    **Forest Park Medical Center, LLC**                    Case number (if known)    **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,971.81 |
|---|---|---|---|

**AMBU INC**

**PO BOX 347818**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**PITTSBURG**          **PA**    **15251-4818**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

**AMENDIA INC**

**1755 WEST OAK PARKWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**MARIETTA**          **GA**    **30062**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,000.00 |
|---|---|---|---|

**AMERI MEDICAL MARKETING**

**5950 LINDENSHIRE LN**

**STE 104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**DALLAS**          **TX**    **75230**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $442.00 |
|---|---|---|---|

**AMERICAN ASSOCIATION OF BLOOD BANKS**

**8101 GLENBROOK ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**BETHESDA**          **MD**    **20814-2749**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,900.00 |
| --- | --- | --- | --- |

AMERICAN COLLEGE OF RADIOLOGY

1891 PRESTON WHITE DRIVE

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

RESTON                      VA        20191

**Basis for the claim:**
goods or services rendered

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.00 |
| --- | --- | --- | --- |

AMERICAN PAYROLL INSTITUTE INC

AMERICAN PAYROLL ASSOCIATION

660 N MAIN AVE

STE 100

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

SAN ANTONIO               TX        78205-1217

**Basis for the claim:**
goods or services rendered

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,012.44 |
| --- | --- | --- | --- |

AMS SALES CORPORATION

AMERICAN MEDICAL SYSTEMS HOLDINGS

PO BOX 7247-6586

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

PHILADELPHIA              PA        19170-6586

**Basis for the claim:**
goods or services rendered

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,457.30 |
| --- | --- | --- | --- |

AMY LICHTENWALTER

IMPLICO COMMUNICATIONS

4140 NORMANDY AVE

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

DALLAS                      TX        75205

**Basis for the claim:**
goods or services rendered

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | **Nonpriority creditor's name and mailing address** |
|------|---|

**Anderly, Glenna A.**

**6948 Blackwood Dr**

**Dallas**                    **TX**     **75231**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.46 | **Nonpriority creditor's name and mailing address** |
|------|---|

**Andy R. Hollenshead**

**3409 Villanova St.**

**Dallas**                    **TX**     **75225**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Class P Member**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.47 | **Nonpriority creditor's name and mailing address** |
|------|---|

**ANGIO DYNAMICS**

**PO BOX 1549**

**ALBANY**                    **NY**     **12201-1549**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,149.92**

---

| 3.48 | **Nonpriority creditor's name and mailing address** |
|------|---|

**Anna Marie Andaverde**

**613 Crestwood Court**

**Burleson**                    **TX**     **76028-6393**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Lawsuit**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

Debtor    **Forest Park Medical Center, LLC**                    Case number (if known)    **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,915.00 |
|---|---|---|---|

ANULEX TECHNOLOGIES

DEPT CH 16438

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

PALATINE                    IL        60055-6438

**Basis for the claim:**
goods or services rendered

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.95 |
|---|---|---|---|

AORN

ATTN:CUSTOMER SERVICE/BOOK ORDERS

2170 S. PARKER RD.,SUITE 400

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

DENVER                    CO        80231-5711

**Basis for the claim:**
goods or services rendered

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,976.88 |
|---|---|---|---|

APOLLO ENDOSURGERY INC

32663 COLLECTION CENTER DR

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

CHICAGO                    IL        60693-0326

**Basis for the claim:**
goods or services rendered

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,292.51 |
|---|---|---|---|

APPLIED MEDICAL

P O BOX 3511

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

CAROL STREAM                    IL        60132-3511

**Basis for the claim:**
goods or services rendered

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Debtor | **Forest Park Medical Center, LLC** | Case number (if known) | **16-40302** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                      Amount of claim

---

**3.53** | Nonpriority creditor's name and mailing address

**ARJOHUNTLEIGH INC**

**P O BOX 644960**

**PITTSBURGH          PA     15264-4960**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$23,609.59**

---

**3.54** | Nonpriority creditor's name and mailing address

**ARMSTRONG MEDICAL INDUSTRIES INC**

**575 KNIGHTSBRIDGE PKWY**

**POST OFFICE BOX 700**

**LINCOLNSHIRE          IL     60069-0700**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,273.55**

---

**3.55** | Nonpriority creditor's name and mailing address

**ARTHREX**

**PO BOX 403511**

**ATLANTA          GA     30384-3511**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$56,342.17**

---

**3.56** | Nonpriority creditor's name and mailing address

**Ascendant Pain & Spine Institute, PLLC**

**12222 North Central Expressway, Suite 40**

**Dallas          TX     75243**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor   **Forest Park Medical Center, LLC**                                     Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.57**   Nonpriority creditor's name and mailing address

**AT T**

**PO BOX 5001**

_____

**CAROL STREAM**         **IL**     **60197-5001**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$54,187.64

---

**3.58**   Nonpriority creditor's name and mailing address

**ATHAS HEALTH LLC/NORTH AMERICAN SPINE**

**10740 N CENTRAL EXPRESSWAY #275**

_____

**DALLAS**         **TX**     **75231**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$1,833,808.14

---

**3.59**   Nonpriority creditor's name and mailing address

**Athas Investments LLC**

**Attn:  Steven Ganss**

**10740 N Central Expressway #275**

_____

**Dallas**         **TX**     **75231**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.60**   Nonpriority creditor's name and mailing address

**ATMOS ENERGY**

**PO BOX 790311**

_____

**ST LOUIS**         **MO**     **63179-0311**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$41,317.28

---

Debtor    **Forest Park Medical Center, LLC**                                      Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

**ATT MOBILITY**

**ACCT# 838641555**

**PO BOX 6463**

**CAROLSTREAM**          IL       **60197-6463**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,084.75**

---

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

**ATT TELECONFERENCE SERVICES**

**PO BOX 2840**

**OMAHA**               NE      **68103-2840**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,401.06**

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

**ATT UVERSE**

**ACCT# 128696769**

**PO BOX 5014**

**CAROL STREAM**          IL       **60197**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$235.86**

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

**Audrey L Graham**

**7107 Lakewood Blvd**

**Dallas**               TX      **75214**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)    **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,416.33 |

*Check all that apply.*

**BACTERIN INTERNATIONAL INC**

**DEPT CH16872**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**PALATINE**                IL        **60055-6872**        **goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $320,328.78 |

*Check all that apply.*

**BANC OF AMERICA LEASING**

**PO BOX 100918**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**ATLANTA**                GA        **30384-0918**        **equitment lease**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Amount is total owed under lease**

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,381,381.36 |

*Check all that apply.*

**BANK OF THE WEST**

**DEPT LA 23091**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**PASADENA**                CA        **91185-3091**        **equipment lease**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Amount is total owed under contract**

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,032.18 |

*Check all that apply.*

**BARKER BARIATRIC CENTER**

**12222 N CENTRAL EXPWY**

**STE 300**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DALLAS**                TX        **75243**        **goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                               **$1,041.68**
Check all that apply.

**BATTERIES PLUS 147**

**9100 N. CENTRAL EXPY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SUITE 107**

Basis for the claim:
**goods or services rendered**

**DALLAS**               **TX**      **75231**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number      __ __ __ __
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                               **$860.07**
Check all that apply.

**BAUSCH LOMB SURGICAL DIVISION INC**

**4395 COLLECTION CENTER DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

**CHICAGO**               **IL**      **60693-0043**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number      __ __ __ __
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                               **$15,804.65**
Check all that apply.

**BAXANO SURGICAL**

**110 HORIZON DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**STE 230**

Basis for the claim:
**goods or services rendered**

**RALEIGH**               **NC**      **27615**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number      __ __ __ __
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:                                               **$14,831.48**
Check all that apply.

**BAXTER BIOSCIENCE**

**BAXTER HEALTHCARE CORPORATION**

**PO BOX 730531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

**DALLAS**               **TX**      **75373**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number      __ __ __ __
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.73**   Nonpriority creditor's name and mailing address

**BAXTER HEALTHCARE CORP**

**PO BOX 730531**

**DALLAS**              **TX**      **75373**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$264.84

**3.74**   Nonpriority creditor's name and mailing address

**BAXTER SALES COMPANY INC**

**114 E NIBLICK STREET**

**LONGVIEW**            **TX**      **75604**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$203.47

**3.75**   Nonpriority creditor's name and mailing address

**BAYER HEALTHCARE**

**PO BOX 360172**

**PITTSBURGH**          **PA**      **15251-6172**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$1,697.60

**3.76**   Nonpriority creditor's name and mailing address

**BAYLOR COLLEGE OF DENTISTRY**

**P.O. BOX 660677**

**DALLAS**              **TX**      **75266**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$25,050.00

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)    **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | | $107.14 |

**BEACON MEDAES**

**DEPT 3234 LB**

**PO BOX 123234**

**DALLAS**                **TX**    **75312-3234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | | $275.01 |

**BEAVER VISITEC**

**PO BOX 842837**

**BOSTON**                **MA**    **02284**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | | $1,996.55 |

**BECKMAN COULTER INC**

**DEPT CH 10164**

**PALATINE**                **IL**    **60055-0164**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | | $249.95 |

**BEEKLEY CORPORATION**

**dba BEEKLEY MEDICAL**

**ONE PRESTIGE LANE**

**BRISTOL**                **CT**    **06010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,672.09 |

Check all that apply.

**BELK REFRIGERATION**

**1209 NORTHWEST HWY #319**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**GARLAND                    TX      75041**          **goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

**Benton Middleman**

**5211 Meaders Lane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Dallas                          TX      75229**          **Class P Member**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.21 |

Check all that apply.

**BESS RANGEL**

**308 FAIRLAND DR**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**WYLIE                         TX      75098**          **goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,862.72 |

Check all that apply.

**BIO RAD**

**CLINICAL DIAGNOSTICS GROUP**

**PO Box 849740**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**LOS ANGELES             CA      90084-9740**          **goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __
- ☑ No
- ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                        Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $940.00 |

**BIO TEK SERVICES INC**

**5310 SOUTH LABURNUM AVE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**RICHMOND**          **VA**    **23231**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,680.95 |

**BIOCOMPOSITES**

**700 MILITARY CUTOFF ROAD**

**SUITE 320**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WILMINGTON**          **NC**    **28405**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,374.16 |

**BIOMEDICAL ENTERPRISES INC**

**DEPT 2297**

**PO BOX 122297**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**          **TX**    **75312-2297**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,004.92 |

**BIOMERIEUX INC**

**PO BOX 500308**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ST LOUIS**          **MO**    **63150-0308**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor      **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address |
| --- | --- |

$26,699.20

**BIOMET BIOLOGICS**

**75 REMITTANCE DRIVE**

**SUITE 3283**

**CHICAGO**                    IL      **60675-3283**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address |
| --- | --- |

$10,351.27

**BIOMET INC**

**75 REMITTANCE DRIVE**

**SUITE 3283**

**CHICAGO**                    IL      **60675-3283**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address |
| --- | --- |

$25,464.85

**BIOMET MICROFIXATION**

**75 REMITTANCE DR**

**SUITE 3071**

**CHICAGO**                    IL      **60675-3071**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address |
| --- | --- |

$16,273.09

**BIOMET SPORTS MEDICINE**

**75 REMITTANCE DRIVE**

**SUITE 3283**

**CHICAGO**                    IL      **60675-3283**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Forest Park Medical Center, LLC**  Case number (if known) **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address |
| --- | --- |

**BIOMET TRAUMA**

**75 REMITTANCE DRIVE SUITE 3283**

| CHICAGO | IL | 60675-3283 |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$155.88

| 3.94 | Nonpriority creditor's name and mailing address |
| --- | --- |

**BKD LLP**

**14241 DALLAS PARKWAY**

**SUITE 1100**

| DALLAS | TX | 75254-2961 |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$46,800.00

| 3.95 | Nonpriority creditor's name and mailing address |
| --- | --- |

**BOSTON SCIENTIFIC**

**PO BOX 951653**

| DALLAS | TX | 75395-1653 |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,960.31

| 3.96 | Nonpriority creditor's name and mailing address |
| --- | --- |

**BRAIN LAB INC**

**2323 MOMENTUM PLACE**

| CHICAGO | IL | 60689-5323 |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$60,381.85

Debtor   **Forest Park Medical Center, LLC**          Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.97**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$302.12**
                                                                    *Check all that apply.*
**BRANDON MCDOWELL**

**10105 BRENTRIDGE CT**          ☐ Contingent
                                 ☐ Unliquidated
                                 ☐ Disputed

**DALLAS**          **TX**   **75243**          Basis for the claim:
                                               **goods or services rendered**

Date or dates debt was incurred                Is the claim subject to offset?
                                               ☒ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

**3.98**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$10,173.14**
                                                                    *Check all that apply.*
**BREG INC**

**PO BOX 849991**          ☐ Contingent
                           ☐ Unliquidated
                           ☐ Disputed

**DALLAS**          **TX**   **75284**          Basis for the claim:
                                               **goods or services rendered**

Date or dates debt was incurred                Is the claim subject to offset?
                                               ☒ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

**3.99**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$359.97**
                                                                    *Check all that apply.*
**BRIAN J LORIA**

**3325 SHADOW RIDGE DR**          ☐ Contingent
                                 ☐ Unliquidated
                                 ☐ Disputed

**GRAPEVINE**          **TX**   **76051**          Basis for the claim:
                                                  **goods or services rendered**

Date or dates debt was incurred                Is the claim subject to offset?
                                               ☒ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

**3.100**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$880.00**
                                                                     *Check all that apply.*
**BRIDGELINE DIGITAL INC**

**80 BLANCHARD ROAD**          ☐ Contingent
                               ☐ Unliquidated
                               ☐ Disputed

**BURLINGTON**          **MA**   **01803**          Basis for the claim:
                                                   **goods or services rendered**

Date or dates debt was incurred                Is the claim subject to offset?
                                               ☒ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                                   Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,116.64 |
|---|---|---|---|

**BRYANT BURTON KUPCUNAS ARCH INC**

**3200 MAIN ST**

**STE 13**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**                    **TX**      **75226**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,029,383.92 |
|---|---|---|---|

**BT FOREST PARK REALTY PARTNERS LP**

**12222 N CENTRAL EXPRESSWAY**

**SUITE 400**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**                    **TX**      **75243**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,793.32 |
|---|---|---|---|

**BURKS MEDICAL CONSULTING LLC**

**2364 N HWY 287**

**SUITE 119**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**MANSFIELD**                    **TX**      **76063**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,555.24 |
|---|---|---|---|

**C AND K WATER SPECIALISTS LLC**

**1305 HIGHRIDGE RD**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**MCKINNEY**                    **TX**      **75069**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor   **Forest Park Medical Center, LLC**                                Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                        Amount of claim

| 3.105 | Nonpriority creditor's name and mailing address |
|---|---|

**C R BARD INC**                                                                                            **$22,587.93**

**BARD PERIPHERAL VASCULAR**

**PO BOX 75767**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**CHARLOTTE**               **NC**      **28275**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address |
|---|---|

**CANFIELD INC**                                                                                            **$771.90**

**5379 TREASURE CANYON DR**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**HELENA**                 **MT**      **59602-9059**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address |
|---|---|

**CARDINAL HEALTH MEDICAL**                                                                             **$393.81**

**PRODUCTS AND SERVICES**

**PO BOX 730112**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                 **TX**      **75373-0112**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address |
|---|---|

**CAREFUSION**                                                                                             **$1,112.21**

**25565 NETWORK PLACE**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**CHICAGO**                **IL**      **60673-1255**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.109**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$2,740.62**
                                                                    *Check all that apply.*

**CAREFUSION 211 INC**                                              ☐ Contingent

**88253 EXPEDITE WAY**                                              ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**

**CHICAGO**              IL      **60695-0001**                      **goods or services rendered**

Date or dates debt was incurred _____                       **Is the claim subject to offset?**
                                                                    ☑ No
Last 4 digits of account number  __ __ __ __                        ☐ Yes

---

**3.110**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$119,201.58**
                                                                    *Check all that apply.*

**CAREFUSION SOLUTIONS LLC**                                        ☐ Contingent

**25082 NETWORK PLACE**                                             ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**

**CHICAGO**              IL      **60673-1250**                      **goods or services rendered**

Date or dates debt was incurred _____                       **Is the claim subject to offset?**
                                                                    ☑ No
Last 4 digits of account number  __ __ __ __                        ☐ Yes

---

**3.111**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$2,635.74**
                                                                    *Check all that apply.*

**CARESTREAM MEDICAL LLC**                                          ☐ Contingent

**DBA CARESTREAM AMERICA**                                          ☐ Unliquidated

**774 S NORTHLAKE BLVD**                                            ☐ Disputed

**SUITE 1016**                                                      **Basis for the claim:**

**ALTAMONTE SPRINGS**    FL      **32701**                          **goods or services rendered**

Date or dates debt was incurred _____                       **Is the claim subject to offset?**
                                                                    ☑ No
Last 4 digits of account number  __ __ __ __                        ☐ Yes

---

**3.112**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$362.00**
                                                                    *Check all that apply.*

**CAROMED INTERNATIONAL INC**                                       ☐ Contingent

**5605 SPRING COURT**                                               ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**

**RALEIGH**              NC      **27616**                           **goods or services rendered**

Date or dates debt was incurred _____                       **Is the claim subject to offset?**
                                                                    ☑ No
Last 4 digits of account number  __ __ __ __                        ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.113 | Nonpriority creditor's name and mailing address |
|---|---|

**CARTER BLOODCARE**

**P O BOX 916068**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**FORT WORTH**            **TX**      **76191-6068**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Basis for the claim:**
**goods or services rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,896.00

---

| 3.114 | Nonpriority creditor's name and mailing address |
|---|---|

**CASLER FOLIAGE**

**RON CASIER**

**PO BOX 223822**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**            **TX**      **75222**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Basis for the claim:**
**goods or services rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$162.38

---

| 3.115 | Nonpriority creditor's name and mailing address |
|---|---|

**CATHI EGGART**

**1108 WEST 3RD**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SPUR**            **TX**      **79370**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Basis for the claim:**
**goods or services rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,360.24

---

| 3.116 | Nonpriority creditor's name and mailing address |
|---|---|

**CAYENNE MEDICAL INC**

**DEPT 2346**

**PO BOX 122346**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**            **TX**      **75312-2346**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Basis for the claim:**
**goods or services rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$9,721.50

---

Debtor   **Forest Park Medical Center, LLC**   Case number (if known) **16-40302**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,042.40 |
| --- | --- | --- | --- |

CBS STATIONS GROUP OF TEXAS INC

KTVT - DALLAS

PO BOX 730457

DALLAS                    TX        75373-0457

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
goods or services rendered

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | | $52,366.03 |
| --- | --- | --- | --- |

CENTRAL ADMIXTURE PHARMACY SVC INC

PO BOX 536431

PITTSBURGH                PA        15253-5906

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
goods or services rendered

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | | $4,504.00 |
| --- | --- | --- | --- |

CENTRAL DALLAS SURGICAL SUPPLY LLC

102 WOODMONT BLVD

STE 350

NASHVILLE                 TN        37205

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
goods or services rendered

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | | $15.26 |
| --- | --- | --- | --- |

CHASE COURIERS INC

1002 N CENTRAL EXPWY #495

RICHARDSON                TX        75080

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
goods or services rendered

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **Forest Park Medical Center, LLC**                                  Case number (if known)   **16-40302**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Chris Hovde**

**2113 Posey**

_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Wylie**                    **TX**      **75098-8402**

Basis for the claim: **Lawsuit**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Chrisette Dharma**

**8577 Harry Hines Blvd Suite 100**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                   **TX**      **75235**

Basis for the claim: **Class P Member**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Christel Pennington, Executor**

**The Estate of Steven Pennington**

**2822 Forest Park Dr.**

_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Garland**                  **TX**      **75040**

Basis for the claim: **Unknown Claim**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54,929.02** |
|---|---|---|---|

**CITRIX SYSTEMS INC**

**851 WEST CYPRESS ROAD**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**FORT LAUDERDALE**          **FL**      **33309**

Basis for the claim: **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                      Case number (if known)  **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      Amount of claim

| | |
| --- | --- |
| **3.125** | Nonpriority creditor's name and mailing address |

**CITY OF DALLAS**

**CITY HALL, 2D SOUTH**

**DALLAS**                  **TX**      **75277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

$61,107.95

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
| --- | --- |
| **3.126** | Nonpriority creditor's name and mailing address |

**CITY OF LUBBOCK UTILITIES**

**PO BOX 10541**

**LUBBOCK**                **TX**      **79408-3541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

$1,313.95

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
| --- | --- |
| **3.127** | Nonpriority creditor's name and mailing address |

**CKS Holdings LLC**

**608 Canemount Lane**

**Coppell**                **TX**      **75019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

$0.00

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
| --- | --- |
| **3.128** | Nonpriority creditor's name and mailing address |

**CLEAR CHANNEL OUTDOOR INC**

**3700 E RANDOL MILL ROAD**

**ARLINGTON**              **TX**      **76011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

$853.50

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known)   **16-40302** _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.129**   Nonpriority creditor's name and mailing address

**CLEARPOINT MEDICAL INC**

**30 LAWRENCE PAQUETTE DRIVE**

**CHAMPLAIN**                    **NY**    **12919**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$781.00**

---

**3.130**   Nonpriority creditor's name and mailing address

**CLEAVER BROOKS SALES AND SERVICE IN**

**PO BOX 226865**

**DALLAS**                    **TX**    **75222**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,248.62**

---

**3.131**   Nonpriority creditor's name and mailing address

**CLINICAL AND LABORATORY STANDARDS**

**INSTITUTE INC**

**950 WEST VALLEY RD**

**SUITE 2500**

**WAYNE**                    **PA**    **19807-1898**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$374.00**

---

**3.132**   Nonpriority creditor's name and mailing address

**CMF MEDICON SURGICAL INC**

**11200 ST. JOHN'S INDUSTRIAL PKWY N**

**STE 5 & 6**

**JACKSONVILLE**                    **FL**    **32246**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,291.00**

---

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known) __16-40302__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.133**  Nonpriority creditor's name and mailing address

COCHLEAR AMERICAS

PO BOX 910811

_____

DENVER                CO      80291-0811

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$89,715.52**

---

**3.134**  Nonpriority creditor's name and mailing address

COMPASS PROF HEALTH SERVICES

3102 OAK LAWN

STE 215

DALLAS                TX      75219

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

---

**3.135**  Nonpriority creditor's name and mailing address

CONFORMIS

ATTN: ACCOUNTS RECEIVABLE

28 CROSBY DRIVE

BEDFORD               MA      01730

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$35,150.00**

---

**3.136**  Nonpriority creditor's name and mailing address

CONMED LINVATEC

PO BOX 301231

_____

DALLAS                TX      75303-1231

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$648.29**

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.137**   Nonpriority creditor's name and mailing address

CONTEMPORARY DESIGN INC

PO BOX 3637

PALMER                          PA      18043

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$408.50**

---

**3.138**   Nonpriority creditor's name and mailing address

CONTOURMD

8055 BOND

LENEXA                          KS      66214

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,115.66**

---

**3.139**   Nonpriority creditor's name and mailing address

COOK MEDICAL INCORPORATED

22988 NETWORK PLACE

CHICAGO                         IL      60673-1229

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,671.02**

---

**3.140**   Nonpriority creditor's name and mailing address

COOLSHIRT SYSTEMS LLC

170 ANDREW DRIVE

STOCKBRIDGE                     GA      30281

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$208.13**

---

Debtor   **Forest Park Medical Center, LLC**_____   Case number (if known)   **16-40302**_____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                        Amount of claim

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,960.52 |

**COOPER SURGICAL INC**

**PO BOX 712280**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CINCINNATI**          **OH**    **45271-2280**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,500.75 |

**COREPOINT HEALTH LLC**

**3010 GAYLORD PARKWAY**

**SUITE 320**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**FRISCO**          **TX**    **75034**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,575.00 |

**CORIN USA LTD**

**5670 W CYPRESS STREET**

**SUITE C**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**TAMPA**          **FL**    **33607**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.28 |

**CORPORATE GREEN INC**

**PO BOX 820725**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**          **TX**    **75382**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known) **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,366.35 |
|---|---|---|---|

COVIDIEN

PO BOX 120823

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

DALLAS                    TX      75312-0823          **goods or services rendered**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $157,300.90 |
|---|---|---|---|

CPM MEDICAL LLC

1565 N CENTRAL EXPWY

STE 200

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

RICHARDSON               TX      75080          **goods or services rendered**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,623.41 |
|---|---|---|---|

CURA SURGICAL INC

2571 KANEVILLE COURT

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

GENEVA                   IL      60134          **goods or services rendered**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,627.96 |
|---|---|---|---|

CYBERONICS INC DELAWARE

PO BOX 301303

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

DALLAS                    TX      75303-1303          **goods or services rendered**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)    **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |  $0.00 |
|---|---|---|---|

*Check all that apply.*

**D & S Carlson LLC**

**6729 Lakewood Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**    **TX**    **75214**    **Class P Member**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___    ☑ No
☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,060.00 |
|---|---|---|---|

*Check all that apply.*

**D MEDICAL SOLUTIONS LLC**

**1400 HI LINE DR #1720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**    **TX**    **75207**    **goods or services rendered**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___    ☑ No
☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.53 |
|---|---|---|---|

*Check all that apply.*

**DALLAS ACUTE DIALYSIS SERVICES**

**PO BOX 749959**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**LOS ANGELES**    **CA**    **90074-9959**    **goods or services rendered**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___    ☑ No
☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,800.00 |
|---|---|---|---|

*Check all that apply.*

**DALLAS BONE AND JOINT CLINIC ASSOC**

**9330 POPPY DRIVE**

**STE 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**DALLAS**    **TX**    **75218**    **goods or services rendered**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___    ☑ No
☐ Yes

Debtor   **Forest Park Medical Center, LLC**          Case number (if known) **16-40302**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.153**   Nonpriority creditor's name and mailing address

**DALLAS MEDICAL SUPPLY CORP**

**2552 SUMMIT AVENUE SUITE 411**

**PLANO**                **TX**      **75074-3719**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$6,795.15

---

**3.154**   Nonpriority creditor's name and mailing address

**Dallas Otolaryngology Assoc Investment C**

**7777 Forest Lane ,A103**

**Dallas**                **TX**      **75230**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.155**   Nonpriority creditor's name and mailing address

**DALLASHR**

**4100 SPRING VALLEY RD**

**STE 300**

**DALLAS**                **TX**      **75244**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$115.00

---

**3.156**   Nonpriority creditor's name and mailing address

**Daniel J Aldrich**

**131 Lafayette Landing**

**Heath**                **TX**      **75032**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor    **Forest Park Medical Center, LLC**                                      Case number (if known)  **16-40302**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

| 3.157 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**DANIEL J EDELMAN INC**

**JP MORGAN CHASE NA**

**21992 NETWORK PLACE**

**CHICAGO**                    **IL**      **60673-1219**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$54,196.42**

---

| 3.158 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Darren A Schuhmacher**

**6255 NORTHWOOD ROAD**

**Dallas**                    **TX**      **75225**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.159 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**DATABANK IMX LLC**

**2912 MOMENTUM PLACE**

**CHICAGO**                    **IL**      **60689-5329**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$146,608.14**

---

| 3.160 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**DATEX OHMEDA INC**

**PO BOX 641936**

**PITTSBURGH**                    **PA**      **15264-1936**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,735.93**

---

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known)   **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**David Azouz**
**P O Box 801209**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75380 |

**Basis for the claim:**
**Class P Member**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   ☑ No
☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**David Genecov**
**11970 N. Central Expressway**
**Suite 270**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75243 |

**Basis for the claim:**
**Class F & P Member**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   ☑ No
☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,225.62 |
|---|---|---|---|

Check all that apply.

**DAVID GLENN GENECOV MD**
**7777 FOREST LANE**
**SUITE C-717**

☐ Contingent
☐ Unliquidated
☐ Disputed

| DALLAS | TX | 75230 |

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   ☑ No
☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

Check all that apply.

**David M Godat**
**P O Box 195249**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75219 |

**Basis for the claim:**
**Class P Member**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   ☑ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                   Case number (if known)   **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.00** |

**DEBORAH SMITH**

**1403 TIMBER RIDGE DR**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

**ALLEN**                    **TX    75002**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.166 | Nonpriority creditor's name and mailing address |

**DELOITTE FINANCIAL ADVISORY SERVICE**

**PO BOX 844742**

Amount of claim  **$54,358.00**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

**DALLAS**                    **TX    75284-4742**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.167 | Nonpriority creditor's name and mailing address |

**DENISON GLASS AND MIRROR INC**

**620 W MAIN STREET**

Amount of claim  **$7,614.89**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

**DENISON**                    **TX    75020**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.168 | Nonpriority creditor's name and mailing address |

**DEPUY SYNTHES SALES INC**

**PO BOX 32639**

Amount of claim  **$42,265.51**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

**PALM BEACH GARDENS**            **FL    33420-2639**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known)   **16-40302** _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,097.21 |
| --- | --- | --- | --- |

**DEPUY SYNTHES SALES INC**

**JOINT RECONSTRUCTION**

**PO BOX 406663**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ATLANTA          GA      30384-6663**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,690.00 |
| --- | --- | --- | --- |

**DFW SCIENTIFIC REFRIGERATION INC**

**PO BOX 181444**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ARLINGTON          TX      76096**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,600.00 |
| --- | --- | --- | --- |

**DIMITRIY MATTHEW SCHLOSBERG**

**WORKUMENTS LLC**

**10830 GUILFORD RD**

**STE 312**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ANNAPOLIS JUNCTION          MD      20701**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $890.00 |
| --- | --- | --- | --- |

**DIVERSE SURGICAL SUPPLIES INC**

**7033 N FRESNO STREET**

**STE 202**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**FRESNO          CA      93720**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **Forest Park Medical Center, LLC**                                Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.173**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                **$208.82**
                                                                *Check all that apply.*

**DIVERSIFIED BIOLOGICAL LLC**                                 ☐ Contingent

**3453 PELHAM RD**                                             ☐ Unliquidated

**STE 104**                                                    ☐ Disputed

                                                              **Basis for the claim:**

**GREENVILLE**              **SC**     **29615**               **goods or services rendered**

Date or dates debt was incurred _____               **Is the claim subject to offset?**
                                                              ☑ No
Last 4 digits of account number   __ __ __ __                 ☐ Yes

---

**3.174**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                **$23,170.10**
                                                                *Check all that apply.*

**DJO SURGICAL**                                               ☐ Contingent

**PO BOX 660126**                                             ☐ Unliquidated

                                                              ☐ Disputed

                                                              **Basis for the claim:**

**DALLAS**                  **TX**     **75266**               **goods or services rendered**

Date or dates debt was incurred _____               **Is the claim subject to offset?**
                                                              ☑ No
Last 4 digits of account number   __ __ __ __                 ☐ Yes

---

**3.175**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                **$1,591.76**
                                                                *Check all that apply.*

**DMI TECHNOLOGIES INC**                                      ☐ Contingent

**14900 GRAND RIVER RD**                                      ☐ Unliquidated

**STE 100**                                                   ☐ Disputed

                                                              **Basis for the claim:**

**FORT WORTH**              **TX**     **76155**               **goods or services rendered**

Date or dates debt was incurred _____               **Is the claim subject to offset?**
                                                              ☑ No
Last 4 digits of account number   __ __ __ __                 ☐ Yes

---

**3.176**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                **$700.00**
                                                                *Check all that apply.*

**DRUG CRAFTERS LP**                                          ☐ Contingent

**5680 FRISCO SQUARE BLVD #1100**                             ☐ Unliquidated

                                                              ☐ Disputed

                                                              **Basis for the claim:**

**FRISCO**                  **TX**     **75034**               **goods or services rendered**

Date or dates debt was incurred _____               **Is the claim subject to offset?**
                                                              ☑ No
Last 4 digits of account number   __ __ __ __                 ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                        Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** |
| --- | --- | --- | --- |

DT ORTHO LLC

1565 N CENTRAL EXPRESSWAY SUITE 200

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| RICHARDSON | TX | 75080 |
| --- | --- | --- |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

Duane Hinshaw

5208 Estate Lane

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Plano | TX | 75094 |
| --- | --- | --- |

Basis for the claim:
**Class P Member**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$480,930.08** |
| --- | --- | --- | --- |

DVO SPORTZ

2308 BRANDYWINE

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| MCKINNEY | TX | 75070 |
| --- | --- | --- |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,125.00** |
| --- | --- | --- | --- |

DYNAMIC INFUSION THERAPY

12700 PARK CENTRAL DRIVE

STE 520

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| DALLAS | TX | 75251 |
| --- | --- | --- |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                               Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.181**   Nonpriority creditor's name and mailing address

**EAGLE SURGICAL PRODUCTS LLC**

**PO BOX 340248**

**AUSTIN**                          **TX**      **78734**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$530.43**

---

**3.182**   Nonpriority creditor's name and mailing address

**ECOLAB FOOD SAFETY SPECIALTIES**

**24198 NETWORK PLACE**

**CHICAGO**                        **IL**      **60673-1241**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$283.11**

---

**3.183**   Nonpriority creditor's name and mailing address

**EDWARD G DETWILER AND ASSOCIATES LT**

**1580 NORTH NORTHWEST HIGHWAY**

**STE 212**

**PARK RIDGE**                     **IL**      **60068**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

**3.184**   Nonpriority creditor's name and mailing address

**Eileen Mills**

**8917 Golden Pond Dr.**

**Rowlett,TX 75089-86**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor **Forest Park Medical Center, LLC**     Case number (if known) **16-40302**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |

**ELIZABETH HAGHSHENO SABET**

**3213 79TH STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**LUBBOCK**     **TX**    **79423**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$271.71** |

**ELLIOT INVESTMENT CORPORATION**

**PETAL AND STEMS FLORIST**

**13319 MONTFORT DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**     **TX**    **75240**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,460.66** |

**ELLIQUENCE LLC**

**2455 GRAND AVENUE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**BALDWIN**     **NY**    **11510**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,286.40** |

**ENCRYPTICS LLC**

**5566 W MAIN STREET**

**STE 207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**FRISCO**     **TX**    **75033**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.189**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $77,751.63
                                                                  *Check all that apply.*

**ENDOGASTRIC SOLUTIONS INC**                                     ☐ Contingent

**DEPT CH 16859**                                                 ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  **Basis for the claim:**

**PALATINE**              IL        60055-6859                     **goods or services rendered**

Date or dates debt was incurred _____               Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___               ☑ No
                                                                  ☐ Yes

---

**3.190**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $8,107.93
                                                                  *Check all that apply.*

**ENTECH SALES AND SERVICES INC**                                 ☐ Contingent

**3404 GARDEN BROOK DR**                                          ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  **Basis for the claim:**

**DALLAS**                TX        75234-2444                     **goods or services rendered**

Date or dates debt was incurred _____               Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___               ☑ No
                                                                  ☐ Yes

---

**3.191**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $2,054.02
                                                                  *Check all that apply.*

**ENTELLUS MEDICAL INC**                                          ☐ Contingent

**3600 HOLLY LANE N**                                             ☐ Unliquidated

**SUITE 40**                                                      ☐ Disputed

                                                                  **Basis for the claim:**

**PLYMOUTH**              MN        55447                          **goods or services rendered**

Date or dates debt was incurred _____               Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___               ☑ No
                                                                  ☐ Yes

---

**3.192**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $6,081.04
                                                                  *Check all that apply.*

**ENTRY SOFTWARE CORPORATION**                                    ☐ Contingent

**1673 RICHMOND STREET**                                          ☐ Unliquidated

**SUITE 667**                                                     ☐ Disputed

**LONDON, ON CANADA N6G 2N3**                                     **Basis for the claim:**

                                                                  **goods or services rendered**

Date or dates debt was incurred _____               Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___               ☑ No
                                                                  ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known)   **16-40302** _____

---

### Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
|---|---|
| **3.193**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |

**3.193**   Nonpriority creditor's name and mailing address

**EPIMED**

**141 SAL LANDRIO DRIVE**

**CROSSROADS BUSINESS PARK**

**JOHNSTOWN**          **NY**    **12095**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,005.21**

---

**3.194**   Nonpriority creditor's name and mailing address

**EQUIP 4 MED**

**320 REGAL ROW STE 100**

**DALLAS**          **TX**    **75247**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,079.00**

---

**3.195**   Nonpriority creditor's name and mailing address

**ERBE USA INCORPORATED**

**2225 NORTHWEST PARKWAY**

**MARIETTA**          **GA**    **30067-9317**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,317.41**

---

**3.196**   Nonpriority creditor's name and mailing address

**ERIC CHERRY**

**18250 MARSH LN 421**

**DALLAS**          **TX**    **75287**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$100.00**

---

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

---

**3.197**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$1,741.00**
                                                                 *Check all that apply.*

**ESCREEN INC**                                                  ☐ Contingent
**PO BOX 654094**                                                ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 **Basis for the claim:**
**DALLAS**              **TX**      **75265-4094**               **goods or services rendered**

Date or dates debt was incurred   _____                    Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number   __ __ __ __                    ☐ Yes

---

**3.198**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$6,000.00**
                                                                 *Check all that apply.*

**EXACTECH**                                                     ☐ Contingent
**PO BOX 917738**                                                ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 **Basis for the claim:**
**ORLANDO**             **FL**      **32891-7738**               **goods or services rendered**

Date or dates debt was incurred   _____                    Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number   __ __ __ __                    ☐ Yes

---

**3.199**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$1,732.00**
                                                                 *Check all that apply.*

**FACILITIES SURVEY INC**                                        ☐ Contingent
**161 PENHURST DR**                                              ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 **Basis for the claim:**
**PITTSBURGH**          **PA**      **15235**                    **goods or services rendered**

Date or dates debt was incurred   _____                    Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number   __ __ __ __                    ☐ Yes

---

**3.200**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$0.00**
                                                                 *Check all that apply.*

**Family Medicine Associates of Texas PA**                       ☐ Contingent
**4333 N Josey Land Suite #302**                                 ☐ Unliquidated
                                                                 ☐ Disputed

                                                                 **Basis for the claim:**
**Carrollton**          **TX**      **75010**                    **Class P Member**

Date or dates debt was incurred   _____                    Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number   __ __ __ __                    ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                     Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.201**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$3,117.82**

**FAST TRAK CONSTRUCTION HOLDINGS INC**

**dba FAST TRAK COMMUNICATIONS INC**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1150 EMPIRE CENTRAL PLACE**

**STE 124**

**DALLAS**                **TX**      **75247**

Basis for the claim:

**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| | |
|---|---|
| **3.202**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$8,508.01**

**FEDEX**

**P.O.BOX 660481**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**DALLAS**                **TX**      **75266-0481**

**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| | |
|---|---|
| **3.203**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$75.00**

**FEDEX OFFICE AND PRINT SERVICE INC**

**PO BOX 672085**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**DALLAS**                **TX**      **75267**

**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| | |
|---|---|
| **3.204**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$4,213.70**

**FILGO OIL COMPANY**

**P.O.BOX 565421**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**DALLAS**                **TX**      **75356-5421**

**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| | | |
|---|---|---|
| **3.205** | Nonpriority creditor's name and mailing address | **$9,020.00** |

**FIRST DATABANK INC**

**PO BOX 281832**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**ATLANTA**          **GA**    **30384-1832**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.206** | Nonpriority creditor's name and mailing address | **$18,991.41** |

**FISHER HEALTHCARE**

**PO BOX 404705**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**ATLANTA**          **GA**    **30384-4705**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.207** | Nonpriority creditor's name and mailing address | **$57,251.55** |

**FITZPATRICK HAGOOD SMITH**

**AND UHL LLP**

**CHATEAU PLAZA SUITE 1400**

**2515 MCKINNEY AVENUE**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**DALLAS**          **TX**    **75201**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| | | |
|---|---|---|
| **3.208** | Nonpriority creditor's name and mailing address | **$0.00** |

**Forest Park Medical Center at Southlake**

**11990 N Central Expressway**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Dallas**          **TX**    **75243**

Basis for the claim:
**Class P Member**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.209**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                 **$12,409,431.81**
                                                                  *Check all that apply.*

**FOREST PARK REALTY PARTNERS III LP**                             ☐ Contingent

**3030 OLIVE STREET, SUITE 220**                                   ☐ Unliquidated
                                                                   ☐ Disputed

_____                           **Basis for the claim:**

**DALLAS**                    **TX**    **75219**                  **goods or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                    ☑ No
                                                                  ☐ Yes

---

**3.210**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$74,400.00**
                                                                  *Check all that apply.*

**FOREST PARK SLEEP INSTITUTE LLC**                                ☐ Contingent

**DBA CIRRUS SLEEP SOLUTIONS**                                     ☐ Unliquidated

**11970 N CENTRAL EXPWY**                                          ☐ Disputed

**STE 640**                                                        **Basis for the claim:**

**DALLAS**                    **TX**    **75243**                  **goods or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                    ☑ No
                                                                  ☐ Yes

---

**3.211**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                    **$50,155.85**
                                                                  *Check all that apply.*

**FORT KNOX PROTECTION INC**                                       ☐ Contingent

**111 EXECUTIVE WAY SUITE 102**                                    ☐ Unliquidated
                                                                   ☐ Disputed

_____                           **Basis for the claim:**

**DE SOTO**                   **TX**    **75115**                  **goods or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                    ☑ No
                                                                  ☐ Yes

---

**3.212**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:                         **$0.00**
                                                                  *Check all that apply.*

**FPSQ, LLC**                                                      ☐ Contingent

**16 WOODED GATE DRIVE**                                           ☐ Unliquidated
                                                                   ☐ Disputed

_____                           **Basis for the claim:**

**DALLAS**                    **TX**    **75230**                  **Class P Member**

Date or dates debt was incurred   _____               Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                    ☑ No
                                                                  ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.213**   Nonpriority creditor's name and mailing address

**Frank Andaverde**

**613 Crestwood Court**

_____

**Burleson**              **TX**     **76028-6393**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:   **Lawsuit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.214**   Nonpriority creditor's name and mailing address

**FRESENIUS KABI USA LLC**

**APP PHARMACEUTICALS LLC**

**25476 NETWORK PLACE**

**CHICAGO**              **IL**     **60673-1254**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,051.96**

---

**3.215**   Nonpriority creditor's name and mailing address

**FUTURE HEALTH CONCEPTS INC**

**1211 E 30TH STREET**

_____

**SANFORD**              **FL**     **32773**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,045.72**

---

**3.216**   Nonpriority creditor's name and mailing address

**GE HEALTHCARE**

**PO BOX 843553**

_____

**DALLAS**              **TX**     **75284-3553**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$49,053.07**

---

Debtor   **Forest Park Medical Center, LLC**                                   Case number (if known) __16-40302__

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

---

**3.217** | Nonpriority creditor's name and mailing address

**GE HEALTHCARE FINANCIAL SERVICES**

**PO BOX 641419**

_____

_____

**PITTSBURGH**              **PA**      **15264-1419**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Amount is total owed under contract

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**equipment lease**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,369,376.00**

---

**3.218** | Nonpriority creditor's name and mailing address

**GEISTLICH PHARMA NORTH AMERICA INC**

**PO BOX 8500**

**PAYMENT CENTER 9457**

_____

**PHILADELPHIA**            **PA**      **19178-9457**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,890.00**

---

**3.219** | Nonpriority creditor's name and mailing address

**GENESYS ORTHOPEDIC SYSTEMS INC**

**150 S. CAPITAL OF TEXAS SUITE 600**

_____

**AUSTIN**                  **TX**      **78746**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$403.00**

---

**3.220** | Nonpriority creditor's name and mailing address

**GENZYME BIOSURGERY**

**62665 COLLECTIONS CENTER DRIVE**

_____

**CHICAGO**                 **IL**      **60693-0626**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,365.00**

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.221**   Nonpriority creditor's name and mailing address

**GIVEN IMAGING INC**

**PO BOX 932928**

**ATLANTA**                     **GA**     **31193-2928**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$19,486.35

---

**3.222**   Nonpriority creditor's name and mailing address

**GRACE MEDICAL INC**

**PO BOX 34877**

**MEMPHIS**                     **TN**     **38184-0877**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$7,811.73

---

**3.223**   Nonpriority creditor's name and mailing address

**GRAINGER**

**DEPT 875674335**

**PO BOX 419267**

**KANSAS CITY**                 **MO**     **64141-6267**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$5,440.43

---

**3.224**   Nonpriority creditor's name and mailing address

**GRANT THORNTON LLP**

**33911 TREASURY CENTER**

**CHICAGO**                     **IL**     **60694-3900**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$57,456.29

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)    **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.225**   Nonpriority creditor's name and mailing address

**GREENER PASTURES LANDSCAPE INC**

**PO BOX 540668**

**DALLAS**                    **TX**    **75354-0668**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,912.68

---

**3.226**   Nonpriority creditor's name and mailing address

**GREG SCOTT INC**

**7801 E CR 7900**

**SLATON**                    **TX**    **79364**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,676.00

---

**3.227**   Nonpriority creditor's name and mailing address

**Gregory C Moran**

**5502 Mercedes Avenue**

**Dallas**                    **TX**    **75206**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.228**   Nonpriority creditor's name and mailing address

**GROUP ONE SERVICES INC**

**250 DECKER DRIVE**

**IRVING**                    **TX**    **75062**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$973.51

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known) __**16-40302**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,700.89 |
|---|---|---|---|

**GSK GLAXCO SMITH KLINE**

**GLAXCOSMITHKLINE PHARMACEUTICALS**

**PO BOX 740415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**ATLANTA**                **GA**        **30374-0415**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,470.00 |
|---|---|---|---|

**GTR MEDICAL GROUP LLC**

**5160 VILLAGE CREEK DR**

**STE 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PLANO**                **TX**        **75093**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 |
|---|---|---|---|

**H Jay Boulas**

**4609 Southern Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                **TX**        **75209**

**Basis for the claim:**
**Class P Member**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,221.27 |
|---|---|---|---|

**HALYARD HEALTH INC**

**HALYARD SALES LLC**

**PO BOX 732583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                **TX**        **75373-2583**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.233**   Nonpriority creditor's name and mailing address

**HARVEST TECHNOLOGIES CORPORATION**

**PO BOX 845813**

**DALLAS**                    **TX**      **75284-5813**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,365.00**

---

**3.234**   Nonpriority creditor's name and mailing address

**HEAD & SPINE INSTITUTE OF TEXAS LLC**

**PO BOX 731767**

**DALLAS**                    **TX**      **75373**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,185.44**

---

**3.235**   Nonpriority creditor's name and mailing address

**HEALIX INFUSION THERAPY INC**

**14140 SOUTHWEST FREEWAY SUITE 400**

**SUGAR LAND**                    **TX**      **77478**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$30.95**

---

**3.236**   Nonpriority creditor's name and mailing address

**HEALTHLINE SYSTEMS INC**

**17085 CAMINO SAN BERNARDO**

**SAN DIEGO**                    **CA**      **92127**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,461.50**

---

Debtor   **Forest Park Medical Center, LLC** _____      Case number (if known)  **16-40302**

---

### Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $926.64 |

**HEALTHSMART BENEFIT SOLUTIONS**

**PO BOX 94807**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**LUBBOCK**                  **TX**      **79493**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.238 | Nonpriority creditor's name and mailing address | | $10,146.82 |

**HEALTHSTREAM INC**

**LEARNING SERVICES**

**PO BOX 102817**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ATLANTA**                  **GA**      **30368-2817**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.239 | Nonpriority creditor's name and mailing address | | $2,320.00 |

**HEART CONSULTANTS OF NORTH TEXAS**

**9330 POPPY DRIVE**

**STE 405 - WEST TOWER**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**                  **TX**      **75218**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.240 | Nonpriority creditor's name and mailing address | | $0.00 |

**Heaver Family Limited Partnership**

**5304 Sandy Trail Court**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Plano**                  **TX**      **75023**

Basis for the claim:
**Class P Member**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor   **Forest Park Medical Center, LLC**                      Case number (if known)   **16-40302**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.241**   Nonpriority creditor's name and mailing address

HEMOSTATIX MEDICAL TECHNOLOGIES

8400 WOLF LAKE DRIVE

STE. 109

BARTLETT                    TN      38133

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,840.37**

---

**3.242**   Nonpriority creditor's name and mailing address

HOLOGIC LP

24506 NETWORK PLACE

CHICAGO                     IL      60673-1245

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$31,424.60**

---

**3.243**   Nonpriority creditor's name and mailing address

HOME DEPOT CREDIT SERVICES

DEPT 32-2137354712

PO BOX 183175

COLUMBUS                    OH      43218-3175

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$405.26**

---

**3.244**   Nonpriority creditor's name and mailing address

HOME DEPOT CREDIT SERVICES

DEPT 32-205561252

PO BOX 183176

COLUMBUS                    OH      43218-3176

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,798.60**

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.245**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:   **$10,300.15** |

**HOSPIRA WORLDWIDE INC**

**75 REMITTANCE DRIVE**

**SUITE 6136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $10,300.15**

**CHICAGO**          IL     **60675-6136**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.246**   Nonpriority creditor's name and mailing address

**HOWARD ADVERTISING**

**7951 COLLIN MCKINNEY PKWY**

**STE 4033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $235,267.04**

**MCKINNEY**          TX     **75070**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.247**   Nonpriority creditor's name and mailing address

**HOWMEDICA OSTEONICS CORP**

**CRANIOMAXILLOFACIAL DIVISION**

**21343 NETWORK PLACE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $827.01**

**CHICAGO**          IL     **60673-1213**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.248**   Nonpriority creditor's name and mailing address

**HTA - FP TOWER LLC**

**DEPT 2177**

**PO BOX 11407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $1,263,371.80**

**BIRMINGHAM**          AL     **35246-2177**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.249**   Nonpriority creditor's name and mailing address

HTA FP PAVILION LLC

DEPT 14

PO BOX 674253

DALLAS                TX        75267-4253

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$1,127,430.37**

---

**3.250**   Nonpriority creditor's name and mailing address

HTSG HOLDINGS LLC

dba GAFFEY HEALTHCARE

5110 MARYLAND WAY

STE 200

BRENTWOOD          TN        37027

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$15,000.00**

---

**3.251**   Nonpriority creditor's name and mailing address

Hung & Lee Family Investments, LLC

3413 HAYNIE AVE

DALLAS                TX        75205

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Class P Member

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.252**   Nonpriority creditor's name and mailing address

HURON CONSULTING GROUP INC

dba HURON CONSULTING SERVICES LLC

550 W VAN BUREN ST

CHICAGO              IL        60607

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$30,985.80**

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known) __**16-40302**__

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$127,764.42** |
| --- | --- | --- | --- |

**IDENTITY MEDIA SERVICES LLC**

**1801 ROYAL LANE**                                      ☐ Contingent
                                                        ☐ Unliquidated
**SUITE 800**                                           ☐ Disputed

                                                        **Basis for the claim:**
**DALLAS**                    **TX**    **75229**        **goods or services rendered**

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                        ☑ No
Last 4 digits of account number  __ __ __ __            ☐ Yes

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$9,000.00** |
| --- | --- | --- | --- |

**IMPACT OUTDOOR ADVERTISING CO.**

**5454 LA SIERRA DRIVE**                                ☐ Contingent
                                                        ☐ Unliquidated
**SUITE 200**                                           ☐ Disputed

                                                        **Basis for the claim:**
**DALLAS**                    **TX**    **75231**        **goods or services rendered**

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                        ☑ No
Last 4 digits of account number  __ __ __ __            ☐ Yes

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$177.00** |
| --- | --- | --- | --- |

**IN THE NEWS INC**

**8517 SUNSTATE STREET**                                ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**
**TAMPA**                     **FL**    **33634**        **goods or services rendered**

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                        ☑ No
Last 4 digits of account number  __ __ __ __            ☐ Yes

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$288.00** |
| --- | --- | --- | --- |

**INCISIVE SURGICAL INC**

**14405 21ST AVE NORTH SUITE 130**                      ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**
**PLYMOUTH**                  **MN**    **55447-2000**   **goods or services rendered**

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                        ☑ No
Last 4 digits of account number  __ __ __ __            ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
|---|---|
| **3.257**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$23,607.50** |

**INDECON INC**

**333 MELROSE DR**

**STE 24A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**RICHARDSON**          **TX**     **75080**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.258**   Nonpriority creditor's name and mailing address          $4,000.00

**INDEED INC**

**177 BROAD STREET 6TH FLOOR**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**STAMFORD**          **CT**     **06901**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.259**   Nonpriority creditor's name and mailing address          $533.06

**INNOVATIVE MEDICAL PRODUCTS INC**

**87 SPRING LANE**

**P O BOX 8028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PLAINVILLE**          **CT**     **06062**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.260**   Nonpriority creditor's name and mailing address          $47,214.00

**INNOVATIVE SURGICAL LLC**

**PO BOX 25232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75225**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor   **Forest Park Medical Center, LLC**                                       Case number (if known)   **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $257,286.03 |
| --- | --- | --- | --- |

**INPATIENT PHYSICIAN ASSOC PLLC**

**6901 SNIDER PLAZA #130**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**DALLAS**                     **TX**      **75205**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.00 |
| --- | --- | --- | --- |

**INSIGHTRA MEDICAL**

**9200 IRVINE CENTER DR**

**#200**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**IRVINE**                     **CA**      **92618**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.36 |
| --- | --- | --- | --- |

**INSTRUMENT SPECIALISTS INC**

**32390 IH 10 WEST**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**BOERNE**                     **TX**      **78006**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,014.50 |
| --- | --- | --- | --- |

**INSTRUMENTARIUM SURGICAL CORP INC**

**1273 ST LOUIS STREET**

**TERREBONNE  QUEBEC, J W 1K6 CANADA**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   **Forest Park Medical Center, LLC**          Case number (if known)   **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| | |
|---|---|
| **3.265**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$31,137.40** |

**INTEGRA LIFESCIENCES CORPORATION**

**P O BOX 404129**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ATLANTA**          GA     30384-4129

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$31,137.40**

---

**3.266**   Nonpriority creditor's name and mailing address

**INTEGRATED MEDICAL SYSTEMS INTL INC**

**PO BOX 2725**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**COLUMBUS**          GA     31902-2725

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$5,383.19**

---

**3.267**   Nonpriority creditor's name and mailing address

**INTERBIT DATA INC**

**PO BOX 705**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**NATICK**          MA     01760

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$2,086.70**

---

**3.268**   Nonpriority creditor's name and mailing address

**INTERFACE PEOPLE LP**

**2274 ROCKBROOK DRIVE**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**LEWISVILLE**          TX     75067

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$4,308.58**

Debtor   **Forest Park Medical Center, LLC**                           Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

---

**3.269**   Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is:            **$20,987.24**
                                                                            Check all that apply.

**INTERSECT ENT INC**                                                       ☐ Contingent

**1555 ADAMS DRIVE**                                                        ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**MENLO PARK**              CA      94025-1439                              **goods or services rendered**

Date or dates debt was incurred                                            **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                             ☑ No
                                                                            ☐ Yes

---

**3.270**   Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is:            **$202,594.51**
                                                                            Check all that apply.

**INTUITIVE SURGICAL**                                                      ☐ Contingent

**DEPT 33629**                                                             ☐ Unliquidated

**PO BOX 39000**                                                           ☐ Disputed

                                                                            **Basis for the claim:**

**SAN FRANCISCO**           CA      94139                                   **goods or services rendered**

Date or dates debt was incurred                                            **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                             ☑ No
                                                                            ☐ Yes

---

**3.271**   Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is:            **$7,500.00**
                                                                            Check all that apply.

**IRIS K FORREST**                                                         ☐ Contingent

**13236 BLOSSOMHEATH**                                                     ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**DALLAS**                  TX      75240                                   **goods or services rendered**

Date or dates debt was incurred                                            **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                             ☑ No
                                                                            ☐ Yes

---

**3.272**   Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is:            **$5,503.86**
                                                                            Check all that apply.

**IRON MOUNTAIN**                                                          ☐ Contingent

**PO BOX 915026**                                                          ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**DALLAS**                  TX      75391-5026                              **goods or services rendered**

Date or dates debt was incurred                                            **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __                             ☑ No
                                                                            ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**        Case number (if known)   **16-40302**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.273**   Nonpriority creditor's name and mailing address

**ISOKINETICS INC**

**PO BOX 21**

**DE QUEEN**      **AR**    **71832**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$97.00**

---

**3.274**   Nonpriority creditor's name and mailing address

**J & B DEVICE AND EQUIPMENT LLC**

**4519 PINE LANDING DR**

**MISSOURI CITY**      **TX**    **77459**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,000.00**

---

**3.275**   Nonpriority creditor's name and mailing address

**J AND J HEALTH CARE SYSTEMS INC**

**5972 COLLECTIONS CENTER DR.**

**CHICAGO**      **IL**    **60693**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,926.39**

---

**3.276**   Nonpriority creditor's name and mailing address

**JACKSON LEWIS P C**

**1133 WESTCHESTER AVENUE**

**STE S125**

**WEST HARRISON**      **NY**    **10604**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$70,998.08**

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$147,962.60** |

**JACKSON WALKER LLP**

**ATTN: DICK LAUDER**

**901 MAIN ST**

**STE 6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                    **TX**     **75202**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**JACS Investments, LP**

**3534 Caruth Boulevard**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**     **75225**

Basis for the claim:
**Class F Member**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,500.00** |

**JAMES M BOLD**

**BODY WORKS UNLIMITED**

**12160 COIT ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                    **TX**     **75251**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**James McChristian**

**3156 Spyglass Dr.**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Grand Prairie**              **TX**     **75052**

Basis for the claim:
**Lawsuit**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                    Case number (if known) __16-40302__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.               Amount of claim

---

**3.281**   Nonpriority creditor's name and mailing address

James McChristian

as a Representative of the

Estate of Tojna McChristian

3156 Spyglass Dr.

Grand Prairie            TX      75052

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Lawsuit**

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.282**   Nonpriority creditor's name and mailing address

James McChristian

as a next friend of

Kerel McChristian

3156 Spyglass Dr.

Grand Prairie            TX      75052

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Lawsuit**

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.283**   Nonpriority creditor's name and mailing address

James McChristian

as a next friend of

Deante McChristian

3156 Spyglass Dr.

Grand Prairie            TX      75052

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Lawsuit**

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.284**   Nonpriority creditor's name and mailing address

James McChristian

as a next friend of

Jasmine McChristian

3156 Spyglass Dr.

Grand Prairie            TX      75052

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Lawsuit**

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

Debtor   **Forest Park Medical Center, LLC**                                      Case number (if known)   **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.285**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Unknown**

**James McChristian**

**as a next friend of**

**Roseine McChristian**

**3156 Spyglass Dr.**

**Grand Prairie**             **TX**      **75052**

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:

**Lawsuit**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.286**   Nonpriority creditor's name and mailing address

**JASON C BURGESS**

**508 LIPIZZAN LANE**

**CELINA**             **TX**      **75009**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$102.67**

---

**3.287**   Nonpriority creditor's name and mailing address

**JEFE PLOVER INTEREST LLP**

**16 WOODED GATE DRIVE**

**DALLAS**             **TX**      **75220**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$101,030.66**

---

**3.288**   Nonpriority creditor's name and mailing address

**Jefe Plover Interests, Ltd.**

**3509 Euclid Ave**

**Dallas**             **TX**      **75205**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

**Class F Member**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor    **Forest Park Medical Center, LLC**                           Case number (if known)  **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

---

**3.289** | Nonpriority creditor's name and mailing address

**Jeff Hischke**

**5760 Beacon Hill Drive**

_____

**Frisco**                    **TX**      **75034**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.290** | Nonpriority creditor's name and mailing address

**Jeffrey G Stewart**

**3030 McKinney Ave #2206**

_____

**Dallas**                    **TX**      **75204**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.291** | Nonpriority creditor's name and mailing address

**JENNIFER TALLO**

**2531 BARRET DR**

_____

**FRISCO**                    **TX**      **75034**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$120.00**

---

**3.292** | Nonpriority creditor's name and mailing address

**JF FILTRATION INC**

**JOE W FLY COMPANY**

**PO BOX 560666**

**DALLAS**                    **TX**      **75356-0666**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$758.52**

---

Debtor    **Forest Park Medical Center, LLC**                                  Case number (if known)  **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.293**   Nonpriority creditor's name and mailing address

**Joey L. Hamilton**

**4333 N Josey Lane Suite 302**

**Carrollton**                    **TX**    **75010**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.294**   Nonpriority creditor's name and mailing address

**John M. Peterson**

**745 West Talon Dr.**

**Frisco**                    **TX**    **75033**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Unknown Claim**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.295**   Nonpriority creditor's name and mailing address

**John Thomas**

**1201 Pecan Hollow Trail**

**McKinney**                    **TX**    **75070**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.296**   Nonpriority creditor's name and mailing address

**John Thomas**

**1201 Pecan Hollow Trail**

**McKinney**                    **TX**    **75070**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)  **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.297**    Nonpriority creditor's name and mailing address

**JOHNSON AND JOHNSON HEALTHCARE**

**ETHICON ENDO**

**5972 COLLECTIONS CENTER DR**

**CHICAGO**    IL    **60693**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$82,261.15

---

**3.298**    Nonpriority creditor's name and mailing address

**JOHNSON AND JOHNSON HEALTHCARE**

**DEPUY MITEK**

**5972 COLLECTIONS CENTER DR**

**CHICAGO**    IL    **60693**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$128,802.30

---

**3.299**    Nonpriority creditor's name and mailing address

**JOINT RESTORATION FOUNDATION**

**PO BOX 843549**

**KANSAS CITY**    MO    **64184-3549**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$2,010.00

---

**3.300**    Nonpriority creditor's name and mailing address

**JOSEPH ROBERT WYATT**

**7817 STANFORD AVE**

**DALLAS**    TX    **75225**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$11,225.62

---

Debtor   **Forest Park Medical Center, LLC**                     Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| **3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

Joseph Tejan

1517 Wyndmere Drive

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

DeSoto                TX      75115

**Basis for the claim:**
**Class P Member**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.302**   **Nonpriority creditor's name and mailing address**                                                   **$114,836.32**

JUNIPER ADVISORY LLC

191 NORTH WACKER DRIVE

STE 900

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

CHICAGO                IL      60606

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.303**   **Nonpriority creditor's name and mailing address**                                                   **$24,026.00**

K2 MEDICAL

751 MILLER DRIVE SE

SUITE F1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

LEESBURG                VA      20175

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.304**   **Nonpriority creditor's name and mailing address**                                                   **$111,121.85**

KAPLAN & MOON PLLC

F/B/O SURGICAL SOLUTIONS LLC

3102 MAPLE AVE

STE 200

DALLAS                TX      75201

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                     Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**KAPLAN AND MOON PLLC**

**fbo SURGICAL SOLUTIONS LLC**

**3102 MAPLE AVENUE**

**STE 200**

**DALLAS**                     **TX**      **75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$161,296.93** |
|---|---|---|---|

**KARL STORZ ENDOSCOPY AMERICA INC**

**FILE NO 53514**

**LOS ANGELES**                     **CA**      **90074-3514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,204.50** |
|---|---|---|---|

**KARLEE SMITH LIMITED**

**14902 PRESTON RD**

**#173**

**DALLAS**                     **TX**      **75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$99.24** |
|---|---|---|---|

**KASHMIR KAUR**

**10017 FAIRWAY VISTA DRIVE**

**ROWLETT**                     **TX**      **75089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.309**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$0.00**
                                                                     Check all that apply.
**KaT, LLC**                                                         ☐ Contingent
**2821 East President George Bush Hwy Ste**                          ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     Basis for the claim:
**RICHARDSON**              **TX**     **75082**                     **Class P Member**

Date or dates debt was incurred   _____                          Is the claim subject to offset?
                                                                     ☒ No
Last 4 digits of account number   __ __ __ __                       ☐ Yes

---

**3.310**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$6,925.19**
                                                                     Check all that apply.
**KCI USA**                                                          ☐ Contingent
**PO BOX 301557**                                                    ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     Basis for the claim:
**DALLAS**                  **TX**     **75303-1557**                **goods or services rendered**

Date or dates debt was incurred   _____                          Is the claim subject to offset?
                                                                     ☒ No
Last 4 digits of account number   __ __ __ __                       ☐ Yes

---

**3.311**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$0.00**
                                                                     Check all that apply.
**Kelly Sisters Properties, LP**                                     ☐ Contingent
**2200 Victory Ave #1504**                                           ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     Basis for the claim:
**Dallas**                  **TX**     **75219**                     **Class P Member**

Date or dates debt was incurred   _____                          Is the claim subject to offset?
                                                                     ☒ No
Last 4 digits of account number   __ __ __ __                       ☐ Yes

---

**3.312**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$780.71**
                                                                     Check all that apply.
**KEY SCIENTIFIC PRODUCTS INC**                                      ☐ Contingent
**1113 E REYNOLDS**                                                  ☐ Unliquidated
                                                                     ☐ Disputed

                                                                     Basis for the claim:
**STAMFORD**                **TX**     **79553**                     **goods or services rendered**

Date or dates debt was incurred   _____                          Is the claim subject to offset?
                                                                     ☒ No
Last 4 digits of account number   __ __ __ __                       ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                     Case number (if known)   **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.313**   Nonpriority creditor's name and mailing address

**KEY SURGICAL INC**

**8101 WALLACE RD**

_____

**EDEN PRAIRIE**           **MN**   **55344**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$340.99**

---

**3.314**   Nonpriority creditor's name and mailing address

**KING AND SPALDING LLP**

**PO BOX 116133**

_____

**ATLANTA**           **GA**   **30368-6133**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$279,166.88**

---

**3.315**   Nonpriority creditor's name and mailing address

**KLS MARTIN LP**

**PO BOX 204322**

_____

**DALLAS**           **TX**   **75320-4322**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,883.74**

---

**3.316**   Nonpriority creditor's name and mailing address

**KNJ GRAPHX**

**2201 LONG PRAIRIE ROAD**

**SUITE 107 / 163**

**FLOWER MOUND**           **TX**   **75022**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,440.66**

---

Debtor  **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| **3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,330.95** |
|---|---|---|---|

**KOLBERG OCULAR SUPPLIES INC**

**120 HELEN WAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**ESCONDIDO**          **CA**     **92025**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,197.48** |
|---|---|---|---|

**KONICA MINOLTA MEDICAL IMAGING USA**

**DEPARTMENT 2272**

**PO BOX 122272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75312-2272**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,500.58** |
|---|---|---|---|

**KRATOS PUBLIC SAFETY AND SECURITY**

**SOLUTIONS INC**

**PO BOX 713374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CINCINNATI**          **OH**     **45271-3374**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| **3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,906.80** |
|---|---|---|---|

**KURZ GROUP INC**

**8333 DOUGLAS AVENUE**

**SUITE 1370, LB 21**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75225**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**　　　　　　　　　Case number (if known)   **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.　　Amount of claim

**3.321**　Nonpriority creditor's name and mailing address

**KVS HOSPITAL SUPPLIERS LLC**

**PO BOX 612151**

**DALLAS**　　　　　**TX**　　**75261-2151**

Date or dates debt was incurred

Last 4 digits of account number　　　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$1,661,381.22

---

**3.322**　Nonpriority creditor's name and mailing address

**LAB SAFETY CORPORATION**

**DBA VALITEQ**

**PO BOX 245**

**1725 INDUSTRIAL AVENUE**

**CUMBERLAND**　　　　**WI**　　**54829**

Date or dates debt was incurred

Last 4 digits of account number　　　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$1,184.91

---

**3.323**　Nonpriority creditor's name and mailing address

**LABORATORY CORP OF AMERICA HOLDING**

**P O BOX 12140**

**BURLINGTON**　　　　**NC**　　**27216-2140**

Date or dates debt was incurred

Last 4 digits of account number　　　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$21,445.48

---

**3.324**　Nonpriority creditor's name and mailing address

**LABSCO SUPPLY COMPANY INC**

**PO BOX 670269**

**DALLAS**　　　　　**TX**　　**75267-0269**

Date or dates debt was incurred

Last 4 digits of account number　　　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$3,754.80

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known)   **16-40302**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,501.12** |
|---|---|---|---|

**LANDAUER INC**

**PO BOX 809051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods or services rendered**

**CHICAGO**          IL     **60680-9051**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,240.00** |
|---|---|---|---|

**LANX INC**

**75 REMITTANCE DRIVE**

**DEPT 6931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods or services rendered**

**CHICAGO**          IL     **60675-6931**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,804.94** |
|---|---|---|---|

**LASE R VENTURES INC**

**125 SMOKEHILL LANE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods or services rendered**

**WOODSTOCK**          GA     **30188**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$802.34** |
|---|---|---|---|

**LASSITER MEDICAL SYSTEMS INC**

**404 PALLADIAN BLVD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods or services rendered**

**SOUTHLAKE**          TX     **76092**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known)   **16-40302**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.329**   Nonpriority creditor's name and mailing address

**LAW OFFICES OF KENNETH K STEPHENS**

**4315 WEST LOVERS LANE**

**DALLAS**                **TX**      **75209**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**

---

**3.330**   Nonpriority creditor's name and mailing address

**LDR SPINE USA INC**

**PO BOX 671716**

**DALLAS**                **TX**      **75267**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,772.00**

---

**3.331**   Nonpriority creditor's name and mailing address

**LESINEE MITCHEL**

**3213-79TH STREET**

**LUBBOCK**                **TX**      **79423**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$700.00**

---

**3.332**   Nonpriority creditor's name and mailing address

**LEVEL 3 COMMUNICATIONS LLC**

**PO BOX 910182**

**DENVER**                **CO**      **80291-0182**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,039.34**

Debtor   **Forest Park Medical Center, LLC**                     Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.333**   Nonpriority creditor's name and mailing address          **As of the petition filing date, the claim is:**          **$3,573.89**
                                                                  *Check all that apply.*

**LEXI COMP INC**                                                 ☐ Contingent

**CHICAGO LOCKBOX 62456**                                         ☐ Unliquidated

**62456 COLLECTIONS CENTER DRIVE**                                ☐ Disputed

                                                                  **Basis for the claim:**

**CHICAGO**                   IL      60693                        **goods or services rendered**

Date or dates debt was incurred                                   **Is the claim subject to offset?**
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

**3.334**   Nonpriority creditor's name and mailing address          **As of the petition filing date, the claim is:**          **$346.40**
                                                                  *Check all that apply.*

**LEXION MEDICAL LLC**                                            ☐ Contingent

**545 ATUATER CIRCLE**                                            ☐ Unliquidated

                                                                  ☐ Disputed

                                                                  **Basis for the claim:**

**SAINT PAUL**                MN      55103                        **goods or services rendered**

Date or dates debt was incurred                                   **Is the claim subject to offset?**
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

**3.335**   Nonpriority creditor's name and mailing address          **As of the petition filing date, the claim is:**          **$1,711.00**
                                                                  *Check all that apply.*

**LIFE INSTRUMENT CORPORATION**                                   ☐ Contingent

**91 FRENCH AVENUE**                                              ☐ Unliquidated

                                                                  ☐ Disputed

                                                                  **Basis for the claim:**

**BRAINTREE**                 MA      02184                        **goods or services rendered**

Date or dates debt was incurred                                   **Is the claim subject to offset?**
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

**3.336**   Nonpriority creditor's name and mailing address          **As of the petition filing date, the claim is:**          **$28,715.50**
                                                                  *Check all that apply.*

**LIFECELL CORPORATION**                                          ☐ Contingent

**PO BOX 301582**                                                 ☐ Unliquidated

                                                                  ☐ Disputed

                                                                  **Basis for the claim:**

**DALLAS**                    TX      75303-1582                   **goods or services rendered**

Date or dates debt was incurred                                   **Is the claim subject to offset?**
                                                                  ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)    **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,788.74 |

**LIFENET HEALTH**

**BIO-IMPLANTS DIVISION**

**1864 Concert Dr**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**VIRGINIA BEACH**    **VA**    **23453**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,580.00 |

**LIGHTHOUSE SERVICES INC**

**1125 BLYTH COURT**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**BLUE BELL**    **PA**    **19422**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85,377.91 |

**LINKEDIN CORPORATION**

**62228 COLLECTIONS CENTER DR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CHICAGO**    **IL**    **60693-0622**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,547.70 |

**LISA LASER USA**

**ALLMED SYSTEMS INC**

**9232 KLEMETSON DR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PLEASANTON**    **CA**    **94588**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor   **Forest Park Medical Center, LLC**                                          Case number (if known)   **16-40302**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$888.49** |
|---|---|---|---|

**LOGOSTUFF INC**

**20011 CHERRY OAKS LANE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**HUMBLE**                    **TX**     **77346**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** |
|---|---|---|---|

**LUIS F SANCHEZ**

**4800 STEINER RANCH BLVD**

**APT #11-104**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**AUSTIN**                    **TX**     **78732**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,855.76** |
|---|---|---|---|

**LUMENIS INC**

**2033 GATEWAY PLACE**

**SUITE 200**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SAN JOSE**                    **CA**     **95110**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$321.85** |
|---|---|---|---|

**LUMITEX MEDICAL DEVICES**

**PO BOX 74853**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CLEVELAND**                    **OH**     **44190-4853**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                                                Case number (if known)  **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,802.00 |

**MABELLE AVIATION**

**PO BOX 2802**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

| **MIDLAND** | **TX** | **79702** |

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Maddyro Partners, LTD**

**c/o Lee Financial Corp.**

**12222 Merit Drive, Suite 1500**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Class P Member**

| **Dallas** | **TX** | **75002** |

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,500.00 |

**MAGNUM HEALTHCARE CONSULTING INC**

**DBA MONITORING CONCEPTS**

**8409 PICKWICK LANE #175**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

| **DALLAS** | **TX** | **75225** |

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,035.40 |

**MAINE STANDARDS CO LLC**

**221 US ROUTE 1**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

| **CUMBERLAND FORESIDE** | **ME** | **04110** |

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **Forest Park Medical Center, LLC**          Case number (if known)   **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$109.25** |
|---|---|---|---|

**MAKO SURGICAL CORP**

**PO BOX 935086**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ATLANTA**          **GA**     **31193-5086**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,200.00** |
|---|---|---|---|

**MAMBA CONSULTING LLC**

**1565 N CENTRAL EXPWY #200**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**RICHARDSON**          **TX**     **75080**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,000.00** |
|---|---|---|---|

**MARK C FERRIS MD**

**WHITE ROCK PULMONARY ASSOCIATES PA**

**9330 POPPY DRIVE #407**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**          **TX**     **75218**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$829.13** |
|---|---|---|---|

**MARKET LAB INC**

**3027 MOMENTUM PLACE**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CHICAGO**          **IL**     **60689-5330**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **Forest Park Medical Center, LLC**                                      Case number (if known)   **16-40302**

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                         Amount of claim

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Marshal Mills**

**8917 Golden Pond Dr.**

**Rowlett,TX 75089-86**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Lawsuit**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Maryann Prewitt**

**4611 Travis Street 1405B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**     **75205**

**Basis for the claim:**
**Class P Member**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,151.21** |

**MAST BIOSURGERY INC**

**6749 TOP GUN STREET**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SAN DIEGO**          **CA**     **92121**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16,344.81** |

**MATHESON TRI GAS INC**

**DEPT 3028**

**PO BOX 123028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75312**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                            Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.357 | Nonpriority creditor's name and mailing address |
| --- | --- |

**MCG HEALTH LLC**

**PO BOX 742350**

**ATLANTA                     GA        30374-2350**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,366.53**

---

| 3.358 | Nonpriority creditor's name and mailing address |
| --- | --- |

**MCKESSON TECHNOLOGIES INC**

**MCKESSON**

**PO BOX 98347**

**CHICAGO                       IL        60693-8347**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$137,067.02**

---

| 3.359 | Nonpriority creditor's name and mailing address |
| --- | --- |

**MED EL MEDICAL ELECTRONICS**

**MED EL CORPORATION**

**2511 OLD CORNWALLIS RD**

**SUITE 100**

**DURHAM                        NC        27713**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$310,000.00**

---

| 3.360 | Nonpriority creditor's name and mailing address |
| --- | --- |

**MED FUSION LLC**

**PO BOX 222137**

**DALLAS                        TX        75222-2137**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$410.00**

---

Debtor    **Forest Park Medical Center, LLC** _____    Case number (if known)  __16-40302__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.361 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                    **$833,480.98**

**MED ONE EQUIPMENT SERVICES**

**10712 SOUTH 1300 EAST**

☑ Contingent
☐ Unliquidated
☐ Disputed

**SANDY**                    **UT**      **84094**

Basis for the claim:
**equipment lease**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number     __ __ __ __
☐ Yes

**total is amount owed under contract**

---

| 3.362 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                    **$611.00**

**MEDARTIS INC**

**224 VALLEY CREEK BLVD**

**STE 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**EXTON**                    **PA**      **19341**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number     __ __ __ __
☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                    **$315,195.15**

**MEDASSETS**

**BANK OF AMERICA LOCKBOX SVCS**

**LOCKBOX #742081**

**6000 FELDWOOD ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**COLLEGE PARK**          **GA**      **30349**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number     __ __ __ __
☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                                    **$12,000.00**

**MEDCOMPLIANCE SERVICES INC**

**JESSY HUEBNER,CHFP**

**7916 LINKS WAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PORT SAINT LUCIE**        **FL**      **34986**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number     __ __ __ __
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.365**   Nonpriority creditor's name and mailing address

**MEDI KID CO**

**PO BOX 5398**

**HEMET**                    **CA    92544**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$460.64**

---

**3.366**   Nonpriority creditor's name and mailing address

**MEDICAL DEVICE RESOURCE CORPORATION**

**5981 GRAHAM COURT**

**LIVERMORE**                **CA    94550-9710**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$299.00**

---

**3.367**   Nonpriority creditor's name and mailing address

**MEDICAL INFORMATION TECHNOLOGY INC**

**PO BOX 74569**

**CHICAGO**                  **IL    60696**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$78,533.45**

---

**3.368**   Nonpriority creditor's name and mailing address

**MEDICAL MANAGEMENT SOLUTIONS LLC**

**PO BOX 25232**

**DALLAS**                   **TX    75225**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$63,287.95**

---

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)  **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$25,689.90** |
| --- | --- | --- | --- |

**MEDICAL OPTICS INC**

**10320 W MCNAB RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **TAMARAC** | **FL** | **33321** |

**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number  ___ ___ ___ ___
☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$179,970.00** |
| --- | --- | --- | --- |

**MEDISOURCE PARTNERS LLC**

**1505 FEDERAL STREET SUITE 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **DALLAS** | **TX** | **75201** |

**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number  ___ ___ ___ ___
☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$8,525.71** |
| --- | --- | --- | --- |

**MEDIVATORS INC**

**NW 9841**

**PO BOX 1450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **MINNEAPOLIS** | **MN** | **55485** |

**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number  ___ ___ ___ ___
☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$186,740.50** |
| --- | --- | --- | --- |

**MEDLINE INDUSTRIES INC**

**ATTN LOCKBOX 382075**

**500 ROSS STREET**

**ROOM 154-0460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **PITTSBURGH** | **PA** | **15262-0001** |

**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number  ___ ___ ___ ___
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)  **16-40302**

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.         Amount of claim

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,850.00 |
|---|---|---|---|

**MEDNET SYSTEMS INC**

**2505 N. BELTLINE RD.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SUNNYVALE          TX      75182**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,189.17 |
|---|---|---|---|

**MEDOVATIONS INC**

**BIN 303**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**MILWAUKEE          WI      53288**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,108.32 |
|---|---|---|---|

**MEDSERVICE REPAIR INC**

**1234 ALLANSON RD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**MUNDELEIN          IL      60060**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $142,826.29 |
|---|---|---|---|

**MEDUSA GROUP LLC**

**DOMINION PLAZA**

**17304 PRESTON ROAD SUITE 800**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS          TX      75252**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known) __16-40302__

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
| --- | --- |
| **3.377** | **Nonpriority creditor's name and mailing address** |

MEDVANTAGE
230 W. PASSAIC STREET

_____

MAYWOOD            NJ      07607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**Amount of claim**   **$1,328.27**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378**   **Nonpriority creditor's name and mailing address**

MEGADYNE MEDICAL PRODUCTS INC
PO BOX 1332

_____

SANDY            UT      84091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**$50.01**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379**   **Nonpriority creditor's name and mailing address**

MENTOR WORLDWIDE LLC
15600 COLLECTIONS CENTER DRIVE

_____

CHICAGO            IL      60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**$25,454.25**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380**   **Nonpriority creditor's name and mailing address**

MERCER US INC
PO BOX 13793

_____

NEWARK            NJ      07188-0793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**$124,004.68**

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Forest Park Medical Center, LLC**_____    Case number (if known) __**16-40302**_____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| 3.381 | Nonpriority creditor's name and mailing address |
| --- | --- |

**MERIT MEDICAL SYSTEMS INC**

**PO BOX 951129**

**SOUTH JORDAN        UT      84095**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$2,144.21

---

| 3.382 | Nonpriority creditor's name and mailing address |
| --- | --- |

**MERRILL COMMUNICATIONS LLC**

**CM-9638**

**ST PAUL        MN      55170-9638**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$5,308.85

---

| 3.383 | Nonpriority creditor's name and mailing address |
| --- | --- |

**MERRITT INTERPRETING SERVICES**

**3626 N. HALL ST. SUITE 504**

**DALLAS        TX      75219**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$1,597.50

---

| 3.384 | Nonpriority creditor's name and mailing address |
| --- | --- |

**MERZ AESTHETICS INC**

**DEPT 912073**

**DENVER        CO      80291-2073**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$1,725.00

---

Debtor   **Forest Park Medical Center, LLC**          Case number (if known)  **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.385 | Nonpriority creditor's name and mailing address |
|---|---|

**METROPOLITAN ANESTHESIA CONSULTANTS**

**PO BOX 650823**

**DEPT 41197**

**DALLAS**          **TX**     **75265**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,600.00**

---

| 3.386 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Tran**

**9 Medical Parkway Plaza 4**

**Suite 201**

**Dallas**          **TX**     **75234**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.387 | Nonpriority creditor's name and mailing address |
|---|---|

**MICHAEL YEE**

**10732 ROSE CREEK CT**

**DALLAS**          **TX**     **75238**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$133.69**

---

| 3.388 | Nonpriority creditor's name and mailing address |
|---|---|

**MICROAIRE SURGICAL INSTRUMENTS**

**LOCKBOX 96565**

**CHICAGO**          **IL**     **60693**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$637.50**

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)  **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

---

**3.389**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                         **$6,372.99**
                                                                      *Check all that apply.*

**MICROLINE SURGICAL INC**                                            ☐ Contingent

**50 DUNHAM ROAD**                                                    ☐ Unliquidated

**STE 1500**                                                          ☐ Disputed

                                                                      **Basis for the claim:**

**BEVERLY**                    **MA**    **01915**                    **goods or services rendered**

Date or dates debt was incurred _____                      **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___                      ☑ No
                                                                      ☐ Yes

---

**3.390**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                        **$75,995.97**
                                                                      *Check all that apply.*

**MICROSOFT LICENSING GP**                                            ☐ Contingent

**C/O BANK OF AMERICA**                                               ☐ Unliquidated

**ATTN:  LOCKBOX 842467**                                             ☐ Disputed

**1950 N STEMMONS FRWY STE 5010**                                     **Basis for the claim:**

**DALLAS**                     **TX**    **75207**                    **goods or services rendered**

Date or dates debt was incurred _____                      **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___                      ☑ No
                                                                      ☐ Yes

---

**3.391**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                          **$745.57**
                                                                      *Check all that apply.*

**MIDLAND CENTRAL APPRAISAL DISTRIC**                                 ☐ Contingent

**4631 ANDREWS HWY**                                                  ☐ Unliquidated

**PO BOX 908002**                                                     ☐ Disputed

                                                                      **Basis for the claim:**

**MIDLAND**                    **TX**    **79708-0002**               **goods or services rendered**

Date or dates debt was incurred _____                      **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___                      ☑ No
                                                                      ☐ Yes

---

**3.392**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                        **$2,616.00**
                                                                      *Check all that apply.*

**MIDWEST EAR FOUNDATION**                                            ☐ Contingent

**10550 MONTGOMERY RD**                                               ☐ Unliquidated

**SUITE 21**                                                          ☐ Disputed

                                                                      **Basis for the claim:**

**CINCINNATI**                 **OH**    **45242**                    **goods or services rendered**

Date or dates debt was incurred _____                      **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___                      ☑ No
                                                                      ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                                 Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.393**   Nonpriority creditor's name and mailing address

**MIGALI INDUSTRIES INC**

**516 LANDSDOWNE AVE**

**CAMDEN**                    **NJ**      **08104**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$264.00

---

**3.394**   Nonpriority creditor's name and mailing address

**MILLIPORE CORPORATION**

**25760 NETWORK PLACE**

**CHICAGO**                    **IL**      **60673**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$1,516.10

---

**3.395**   Nonpriority creditor's name and mailing address

**MIZUHO OSI**

**DEPT CH 16977**

**PALATINE**                    **IL**      **60055-6977**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$3,919.93

---

**3.396**   Nonpriority creditor's name and mailing address

**MOBILE DIAGNOSTIC SYSTEMS INC**

**PO BOX 972288**

**DALLAS**                    **TX**      **75397-2288**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$350.00

---

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

**Part 2:**    **Additional Page**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| | |
|---|---|
| **3.397** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$3,382.83** |

**MOBILE SURGICAL TECHNOLOGIES**

**17817 DAVENPORT**

**SUITE 315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75252-5871**

Basis for the claim: **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.398** Nonpriority creditor's name and mailing address          **$203,824.31**

**MODERN BIOMEDICAL SERVICES INC**

**MODERN BIOMEDICAL IMAGING INC**

**PO BOX 676165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75267**

Basis for the claim: **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.399** Nonpriority creditor's name and mailing address          **$10,924.98**

**MOORE DISPOSAL INC**

**1720 REGAL ROW #126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**     **75235**

Basis for the claim: **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.400** Nonpriority creditor's name and mailing address          **$71,235.25**

**MOREDIRECT INC**

**PO BOX 536464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PITTSBURGH**          **PA**     **15253-5906**

Basis for the claim: **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)   **16-40302**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.401** | Nonpriority creditor's name and mailing address

**MORGAN TRADING CO INC**

**4516 CHALK HILLS CT**

**BENBROOK**                    **TX**        **76126-5293**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$119,141.86**

---

**3.402** | Nonpriority creditor's name and mailing address

**MRO CORPORATION**

**PO BOX 61507**

**KING OF PRUSSIA**            **PA**        **19406**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,238.71**

---

**3.403** | Nonpriority creditor's name and mailing address

**MSM PRODUCTS LLC**

**1074 MCKINNEY LANE**

**DAYTON**                      **OH**        **45458**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,874.71**

---

**3.404** | Nonpriority creditor's name and mailing address

**MUSCULOSKELETAL TRANSPLANT**

**FOUNDATION**

**PO BOX 415911**

**BOSTON**                      **MA**        **02241**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13,817.09**

---

Debtor  **Forest Park Medical Center, LLC**  Case number (if known) **16-40302**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.405 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$3,649.47

**MUSTANG LIGHTING INC**

**3520 W MILLER ROAD**

**SUITE 130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

**GARLAND**          **TX**    **75041**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.406 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$16,345.75

**N6RM LLC**

**6130 WEST PARKER RD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

**PLANO**          **TX**    **75093**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.407 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

Unknown

**Nancy Peterson**

**745 West Talon Dr.**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Unknown Claim**

**Frisco**          **TX**    **75033**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.408 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$6,930.00

**NAVEX GLOBAL INC**

**PO BOX 60941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

**CHARLOTTE**          **NC**    **28260-0941**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor      **Forest Park Medical Center, LLC** _____      Case number (if known)  **16-40302** _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,293.10 |
|---|---|---|---|

**NAVIN HAFFTY AND ASSOCIATES LLC**
**1900 WEST PARK DR**
**STE 180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**WESTBOROUGH              MA      01581**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,675.00 |
|---|---|---|---|

**NDI INTERNATIONAL HEADQUARTERS**
**103 RANDALL DRIVE**
**WATERLOO**
**ONTARIO, CA ADA,  N2V 1C5**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,267.29 |
|---|---|---|---|

**NEAL RICHARDS GROUP LLC**
**3030 OLIVE STREET**
**SUITE 200**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

**DALLAS              TX      75219**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,427.50 |
|---|---|---|---|

**NETAGE SOLUTIONS INC**
**400 TALCOTT AVENUE**
**3RD FLOOR**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

**WATERTOWN              MA      02472**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**   Case number (if known) **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.413** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$0.00**

**3.413** Nonpriority creditor's name and mailing address

NFS/FMTC IRA FBO John M Thomas Jr

Attn Belinda Anconi- Milkie Ferguson

8750 N Central Expressway, Suite 1700

Dallas                    TX       75231

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.414** Nonpriority creditor's name and mailing address

Nicholas E Lux

7337 Fieldgate Drive

Dallas                    TX       75230

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.415** Nonpriority creditor's name and mailing address

NICK NICHOLSON

5425 W SPRING CREEK PKWY

STE 140

PLANO                    TX       75024

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,550.00**

---

**3.416** Nonpriority creditor's name and mailing address

NOHEMI MUNOZ

9638 BRIERWOOD LANE

DALLAS                    TX       75217

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$257.97**

Debtor  **Forest Park Medical Center, LLC**  _____  Case number (if known)  **16-40302**  _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.417**  Nonpriority creditor's name and mailing address

**NORTH CENTRAL ANESTHESIA**

**5001 SPRING VALLEY ROAD**

**SUITE # 400**

**DALLAS**                    **TX        75244**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

**3.418**  Nonpriority creditor's name and mailing address

**NORTH DALLAS OTOLARYNGOLOGY**

**DR ALLISON N WYLL**

**11970 N CENTRAL EXPRESSWAY**

**STE 400**

**DALLAS**                    **TX        75243**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$966.00**

---

**3.419**  Nonpriority creditor's name and mailing address

**NUANCE COMMUNICATIONS INC**

**PO BOX 2561**

**CAROL STREAM**              **IL        60132-2561**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,466.75**

---

**3.420**  Nonpriority creditor's name and mailing address

**NURSE STAFFING DALLAS**

**PO BOX 4729**

**WINTER PARK**              **FL        32793-4729**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,298.50**

Debtor   **Forest Park Medical Center, LLC**                     Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

---

**3.421**   Nonpriority creditor's name and mailing address

NUTTER GROUP LLC

C/O GEORGE VINCENT

255 E FIFTH STREET

STE 1900

CINCINNATI                OH        25202-4700

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$10,521.17

---

**3.422**   Nonpriority creditor's name and mailing address

OCEAN FRESH LAUNDRIES INC

6805 WILD RIDGE COURT

PLANO                     TX        75024

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$20,239.63

---

**3.423**   Nonpriority creditor's name and mailing address

OCULO PLASTIK INC

200 SAUVE  MONTREAL

QUEBEC   CANADA, H L1Y9

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$780.00

---

**3.424**   Nonpriority creditor's name and mailing address

OLYMPUS AMERICA INC

DEPT 0600

PO BOX 120600

DALLAS                    TX        75312-0600

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
goods or services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$20,468.67

---

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)    **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.425**   Nonpriority creditor's name and mailing address

OMNI ACQUISITION INC

5000 PLAZA ON THE LAKE

SUITE 305

AUSTIN                    TX      78746

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$66,852.80

---

**3.426**   Nonpriority creditor's name and mailing address

ON TIME COURIER INC

1700 PACIFIC AVENUE

SUITE 1040

DALLAS                    TX      75201

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$57.20

---

**3.427**   Nonpriority creditor's name and mailing address

ONCORE TECHNOLOGY LLC

2613 SKYWAY DRIVE

GRAND PRAIRIE             TX      75052

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$17,224.80

---

**3.428**   Nonpriority creditor's name and mailing address

ORASURE TECHNOLOGIES INC

PO BOX 67000

DETROIT                   MI      48267-2697

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

$1,738.88

---

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known) **16-40302**

<div style="background:black;color:white;">**Part 2:**</div>   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,331.25 |
|---|---|---|---|

**ORTHO RIGHT LLC**

**1565 N CENTRAL EXPRESSWAY SUITE 200**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**RICHARDSON          TX     75080**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | | $36,924.00 |
|---|---|---|---|

**ORTHOFIX SPINAL IMPLANTS**

**PO BOX 842452**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**DALLAS          TX     75284-2452**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | | $14,706.00 |
|---|---|---|---|

**ORTHOHELIX SURGICAL DESIGN INC**

**ATTN A/R**

**75 REMITTANCE DR. STE 6688**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**CHICAGO          IL     60675-6688**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | | $64,500.00 |
|---|---|---|---|

**ORTHOLOGIX LLC**

**2409 WILD CHERRY WAY**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**DALLAS          TX     75206**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| | | |
|---|---|---|
| **3.433** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**ORTHOSCAN INC**

**8212 E EVANS ROAD**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$701.25

**SCOTTSDALE          AZ     85260**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.434** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**OSIRIS THERAPEUTICS INC**

**7015 ALBERT EINSTEIN DRIVE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$153,700.00

**COLUMBIA          MD     21046**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.435** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**OSTEOMED LP**

**2241 COLLECTION CENTER DRIVE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,817.73

**CHICAGO          IL     60693**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.436** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**OTIS ELEVATOR COMPANY**

**PO BOX 730400**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$67,881.46

**DALLAS          TX     75373-0400**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
☑ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.52 |
| --- | --- | --- | --- |

OWEN SCIENTIFIC INC

23230 SANDSAGE LANE

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

KATY                    TX       77494           **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,651.12 |
| --- | --- | --- | --- |

OWENS AND MINOR

PO BOX 841420

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

DALLAS                  TX       75284-1420      **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,950.00 |
| --- | --- | --- | --- |

PARADIGM SPINE LLC

505 PARK AVE 14 FLOOR

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

NEW YORK                NY       10022           **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,098.00 |
| --- | --- | --- | --- |

PARAGON PRINTING INC

2021 PARAGON DRIVE

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

ERIE                    PA       16510           **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**          Case number (if known)  **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.441** | Nonpriority creditor's name and mailing address

**PARK CITIES NEWS CORP OF TEXAS**

**4136 GREENBRIER**

**DALLAS**          **TX**    **75225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$2,275.71**

---

**3.442** | Nonpriority creditor's name and mailing address

**PARK PLACE INTERNATIONAL INC**

**PO BOX 71-5391**

**COLUMBUS**      **OH**    **43271-5391**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$33,991.27**

---

**3.443** | Nonpriority creditor's name and mailing address

**PASSPORT HEALTH COMMUNICATIONS INC**

**PO BOX 886133**

**LOS ANGELES**      **CA**    **90088-6133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$2,781.39**

---

**3.444** | Nonpriority creditor's name and mailing address

**PATHOLOGISTS BIO MEDICAL LABS LLP**

**3600 GASTON**

**#261**

**DALLAS**          **TX**    **75246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$90.00**

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,237.96 |
|---|---|---|---|

**PATTERSON MEDICAL**

**DBA SAMMONS PRESTON**

**PO BOX 93040**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CHICAGO**            IL       **60673-3040**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Paul S Worrell**

**7030 Stone Meadow Drive**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**            TX       **75230**

Basis for the claim:
**Class P Member**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.95 |
|---|---|---|---|

**PECO ENTERPRISES INC**

**DBA MEDICOS**

**1910 SILVER STREET**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**GARLAND**            TX       **75042**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,339.06 |
|---|---|---|---|

**PHILIPS ELECTRONICS N AMERICA CORP**

**dba INVIVO**

**3000 MINUTEMAN ROAD**

**ATTN:  TAX DEPT**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ANDOVER**            MA       **01810**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.               Amount of claim

---

**3.449**   Nonpriority creditor's name and mailing address

**PHILIPS MEDICAL SYSTEMS NA**

**PO BOX 100355**

**ATLANTA**                          **GA**      **30384-0355**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$149,568.31**

---

**3.450**   Nonpriority creditor's name and mailing address

**PILCHERS COURTYARD LP**

**7001 PRESTON ROAD**

**STE 200 LB 18**

**DALLAS**                          **TX**      **75205**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,482.16**

---

**3.451**   Nonpriority creditor's name and mailing address

**PINNACLE SPINE GROUP LLC**

**1601 ELM STREET**

**STE 1930**

**DALLAS**                          **TX**      **75201**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,455.00**

---

**3.452**   Nonpriority creditor's name and mailing address

**PIPETTE CALIBRATION SERVICE**

**34583 HEADWATER CT**

**MURRIETA**                          **CA**      **92563**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$316.00**

---

Debtor      **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,313.91 |

**PITNEY BOWES GLOBAL FINANCIAL**

**SERVICES LLC**

**PO BOX 371887**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**PITTSBURGH              PA      15250-7887**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,799.20 |

**PMT CORPORATION**

**PO BOX 610**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**CHANHASSEN              MN      55317**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,547.50 |

**POLSINELLI PC**

**900 W 48TH PLACE**

**STE 900**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**KANSAS CITY              MO      64112**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.75 |

**POSITIVE PROMOTIONS INC**

**15 GILPIN AVENUE**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**HAUPPAUGE              NY      11788-8821**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                                Case number (if known)   **16-40302**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.457** Nonpriority creditor's name and mailing address

**PRECISION LANDSCAPE MANAGMENT**

**2222 VALWOOD PKWY**

**DALLAS**                    **TX**      **75234**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$19,073.78**

---

**3.458** Nonpriority creditor's name and mailing address

**PRECISION MARKETING LLC**

**16135 PRESTON RD STE 300**

**DALLAS**                    **TX**      **75248**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$895.00**

---

**3.459** Nonpriority creditor's name and mailing address

**PRECISION SURGICAL LLC**

**2551 FARRINGTON STREET**

**DALLAS**                    **TX**      **75207**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$714.46**

---

**3.460** Nonpriority creditor's name and mailing address

**PRECYSE SOLUTIONS LLC**

**DEPT #1736**

**P O BOX 11407**

**BIRMINGHAM**                **AL**      **35246-1736**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$94,419.20**

---

Debtor   **Forest Park Medical Center, LLC**                                   Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.461**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$8,000.00**
                                                                      *Check all that apply.*

PREFERRED MEDICAL CLAIM SOLUTIONS                                     ☐ Contingent

9060 EAST VIA LINDA                                                   ☐ Unliquidated

SUITE 250                                                             ☐ Disputed

                                                                      **Basis for the claim:**

SCOTTSDALE                    AZ      85258                           **goods or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                   ☑ No
                                                                ☐ Yes

---

**3.462**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$5,040.00**
                                                                      *Check all that apply.*

PRESCIENT MEDICAL LLC                                                 ☐ Contingent

5521 GREENVILLE AVE                                                   ☐ Unliquidated

STE 104-457                                                           ☐ Disputed

                                                                      **Basis for the claim:**

DALLAS                        TX      75206                           **goods or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                   ☑ No
                                                                ☐ Yes

---

**3.463**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **Unknown**
                                                                      *Check all that apply.*

PRESSLINK PRINTING LTD                                                ☐ Contingent

PO BOX 793947                                                        ☐ Unliquidated

                                                                      ☐ Disputed

                                                                      **Basis for the claim:**

DALLAS                        TX      75379                           **Goods and/or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                   ☑ No
                                                                ☐ Yes

---

**3.464**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$924.00**
                                                                      *Check all that apply.*

PRIDESTAFF INC                                                        ☐ Contingent

7535 N PALM AVENUE                                                   ☐ Unliquidated

SUITE 101                                                            ☐ Disputed

                                                                      **Basis for the claim:**

FRESNO                        CA      93711                           **goods or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                   ☑ No
                                                                ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                        Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.38 |
|---|---|---|---|

**PRIMARY PHYSICIAN CARE INC**

**1515 MOCKINGBIRD LANE**

**3RD FLOOR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **CHARLOTTE** | **NC** | **28209** |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 |
|---|---|---|---|

**PRINCIPLE VALUATION LLC**

**230 W MONROE STREET**

**SUITE 2540**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **CHICAGO** | **IL** | **60606** |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,617.71 |
|---|---|---|---|

**PRO AD INC**

**PO BOX 21851**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **OKLAHOMA CITY** | **OK** | **73156** |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $113,833.32 |
|---|---|---|---|

**PRO SILVER STAR LTD**

**ATTN GWEN BUGAYONG**

**1 COWBOYS PARKWAY**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **IRVING** | **TX** | **75063** |

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor   **Forest Park Medical Center, LLC**   Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   Amount of claim

---

**3.469**   Nonpriority creditor's name and mailing address

**PROFESSIONAL JANITORIAL SERVICES IN**

**2311 ELIZABETH AVENUE**

**MIDLAND**               **TX**      **79701**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,948.48**

---

**3.470**   Nonpriority creditor's name and mailing address

**PROFESSIONAL TOXICOLOGY SERVICES**

**PO BOX 14665**

**SHAWNEE MISSION**         **KS**      **66285-0665**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$111.90**

---

**3.471**   Nonpriority creditor's name and mailing address

**PROGRESSIVE MEDICAL INC**

**PO BOX 771410**

**ST LOUIS**               **MO**      **63177-2410**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,837.98**

---

**3.472**   Nonpriority creditor's name and mailing address

**PROTECTION SYSTEMS LLC**

**1890 CROWN DRIVE**

**STE 1310**

**DALLAS**                 **TX**      **75234**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,961.77**

---

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,663.86 |

**PSS DALLAS**

**PO BOX 846260**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS                    TX      75284-6260**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,031.53 |

**PURCHASE POWER**

**PO BOX 371874**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PITTSBURGH              PA      15250-7874**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,660.00 |

**PYRAMID HEALTHCARE SOLUTIONS INC**

**PO BOX 17389**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CLEARWATER             FL      33762-0389**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,808.76 |

**QLIK TECH INC**

**25686 NETWORK PL**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CHICAGO                 IL      60673-1256**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

Debtor   **Forest Park Medical Center, LLC**   Case number (if known) **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.477**   Nonpriority creditor's name and mailing address

QSPINE LLC

4950 WESTGROVE

STE 115

DALLAS                    TX        75248

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$15,580.00

---

**3.478**   Nonpriority creditor's name and mailing address

QUALITY STERILIZER SERVICES INC

9540 GARLAND ROAD

SUITE 381-384

DALLAS                    TX        75218

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$6,584.51

---

**3.479**   Nonpriority creditor's name and mailing address

QUEST DIAGNOSTICS

PO BOX 841725

DALLAS                    TX        75284-1725

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$3,553.63

---

**3.480**   Nonpriority creditor's name and mailing address

QUEST MEDICAL INC

ONE ALLENTOWN PARKWAY

ALLEN                     TX        75002

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$10.32

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)  **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,299.00 |
|---|---|---|---|

R A M SURGICAL LLC

2450 114TH STREET

STE 200

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

GRAND PRARIE          TX      75050

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,541.25 |
|---|---|---|---|

R AND R AVIATION LLC

4342 MARGATE DRIVE

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

DALLAS          TX      75220

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,350.00 |
|---|---|---|---|

RADCOM ASSOCIATES LTD

PO BOX 851408

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

MESQUITE          TX      75185-1408

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80,000.00 |
|---|---|---|---|

RADIOLOGICAL CONSULTANTS ASSOC

PO BOX 1003

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

INDIANAPOLIS          IN      46206-1003

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                 Amount of claim

| **3.485** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,980.00** |
| --- | --- | --- | --- |

**RADIOLOGY RESOURCE INC**

**DBA DIAGNOS TEMPS**

**5050 QUORUM DRIVE, SUITE 700**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**DALLAS**                **TX**      **75254**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.486** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,010.50** |
| --- | --- | --- | --- |

**RAPID ORTHOPEDIC SUPPLIES LLC**

**3810 MELCER DRIVE**

**SUITE 103**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**ROWLETT**                **TX**      **75088**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,780.00** |
| --- | --- | --- | --- |

**REGENERATIVE MEDICINE SOLUTIONS LLC**

**201 E KENNEDY BLVD**

**STE 700**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**TAMPA**                **FL**      **33602**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$791.16** |
| --- | --- | --- | --- |

**RELYCO BUSINESS PRINTING SOLUTIONS**

**121 BROADWAY**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**DOVER**                **NH**      **03820**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)    **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.489 | Nonpriority creditor's name and mailing address |
|---|---|

**RENAISSANCE INTERACTIVE MEDIA GROUP**

**1001 JUPITER PARK DRIVE #124**

**JUPITER**                    FL        **33458**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$450.00**

---

| 3.490 | Nonpriority creditor's name and mailing address |
|---|---|

**Richard A Honaker**

**2 Savannah Ridge Drive**

**Frisco**                    TX        **75034**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.491 | Nonpriority creditor's name and mailing address |
|---|---|

**Richard Berlando**

**2 Meadowlake Drive**

**Heath**                    TX        **75032**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.492 | Nonpriority creditor's name and mailing address |
|---|---|

**Richard Grandjean**

**8710 San Benito Way**

**Dallas**                    TX        **75218**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **Forest Park Medical Center, LLC**                                   Case number (if known)   **16-40302**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   **Amount of claim**

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,001.61** |

**RICHARD WOLF MEDICAL INSTRUMENTS CO**

**2573 MOMENTUM PLACE**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CHICAGO**               **IL**      **60689-5325**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.494 | Nonpriority creditor's name and mailing address | | **$243.00** |

**RICHERSON ENTERPRISES INC**

**FALCON X-PRESS**

**PO BOX 825**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WHITEWRIGHT**           **TX**      **75491**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.495 | Nonpriority creditor's name and mailing address | | **$34,102.57** |

**RICOH USA INC**

**21146 NETWORK PLACE**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CHICAGO**               **IL**      **60673-1211**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.496 | Nonpriority creditor's name and mailing address | | **$68,026.62** |

**RICOH USA INC**

**PO BOX 660342**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS**                **TX**      **75266-0342**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.497**  Nonpriority creditor's name and mailing address

**RIDGECREST ENERGY ADVISORS LLC**

**11550 FUQUA**

**STE 500**

**HOUSTON**                     **TX**       **77034**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$183,063.59**

---

**3.498**  Nonpriority creditor's name and mailing address

**Robert Cloud MD PA**

**1005 W. Ralph Hall Parkway #241**

**Rockwall**                     **TX**       **75032**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.499**  Nonpriority creditor's name and mailing address

**ROBERT HALF FINANCE AND ACCOUNTING**

**PO BOX 743295**

**LOS ANGELES**                     **CA**       **90074-3295**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$46,557.50**

---

**3.500**  Nonpriority creditor's name and mailing address

**Robert Price Roye**

**4453 FM 1446**

**Waxahachie**                     **TX**       **75167**

Date or dates debt was incurred

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known) **16-40302** _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

| 3.501 | Nonpriority creditor's name and mailing address |
|---|---|

**Robert Summerlin** _____

**counsel for Robert Knight** _____

**Brown, Wharton & Brothers** _____

**712 Main St., Suite 800** _____

**Houston**                    **TX**      **77002** _____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Attorney for Robert Knight** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.502 | Nonpriority creditor's name and mailing address |
|---|---|

**ROCHE DIAGNOSTICS** _____

**MAIL CODE 5021** _____

**PO BOX 660367** _____

_____

**DALLAS**                    **TX**      **75266-0367** _____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered** _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,328.70**

---

| 3.503 | Nonpriority creditor's name and mailing address |
|---|---|

**Royal Health LLC** _____

**P O Box 630372** _____

_____

**Irving**                    **TX**      **75063** _____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Class P Member** _____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.504 | Nonpriority creditor's name and mailing address |
|---|---|

**RUHOF** _____

**393 SAGAMORE AVE.** _____

_____

**MINEOLA**                    **NY**      **11501-1919** _____

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered** _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,905.06**

---

Debtor    **Forest Park Medical Center, LLC**                                Case number (if known)    **16-40302**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,873.44 |

**RUSTY HARDIN AND ASSOCIATES LLP**

**1401 MCKINNEY**

**SUITE 2250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**HOUSTON**            **TX**    **77010**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,064.00 |

**SAGENT PHARMACEUTICALS**

**LOCKBOX #28549**

**28549 NETWORK PLACE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**CHICAGO**            **IL**    **60673-1285**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,962.88 |

**SAND TRAP SERVICE CO INC**

**PO BOX 1823**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**FORT WORTH**            **TX**    **76101**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |

**SANDRA CASTILLO**

**6933 GEORGE BROWN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**GARLAND**            **TX**    **75043**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known) __**16-40302**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.509 | Nonpriority creditor's name and mailing address |
|---|---|

**SANGUIN MEDICAL GROUP LP** _____

**3001 KNOX ST** _____

**STE 405** _____

**DALLAS**            **TX    75205** _____

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered** _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

| 3.510 | Nonpriority creditor's name and mailing address |
|---|---|

**SCANLAN INTERNATIONAL** _____

**ONE SCANLAN PLAZA** _____

_____

**ST. PAUL**            **MN    55107** _____

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered** _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,006.68

---

| 3.511 | Nonpriority creditor's name and mailing address |
|---|---|

**SCHNEIDER ELECTRIC BUILDING** _____

**AMERICAS INC** _____

**P O BOX 841868** _____

**DALLAS**            **TX    75284-1868** _____

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered** _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,708.72

---

| 3.512 | Nonpriority creditor's name and mailing address |
|---|---|

**SCRIPT MEDIA LLC** _____

**5729 LEBANON ROAD** _____

**SUITE 144-262** _____

**FRISCO**            **TX    75034** _____

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered** _____

Is the claim subject to offset?
☑ No
☐ Yes

$102,563.74

Debtor   **Forest Park Medical Center, LLC**  
Case number (if known)  **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.513 | Nonpriority creditor's name and mailing address |
|---|---|

**SCRUBS AND BEYOND**

**12969 MANCHESTER RD**

**ST LOUIS**        **MO**    **63131**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,855.51**

---

| 3.514 | Nonpriority creditor's name and mailing address |
|---|---|

**SEAN A KIRTON**

**3831 TURTLE CREEK BLVD**

**APT 4G**

**DALLAS**        **TX**    **75219**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,400.00**

---

| 3.515 | Nonpriority creditor's name and mailing address |
|---|---|

**SEDGWICK**

**ATTN CLAIMS**

**PO BOX 14205**

**LEXINGON**        **KY**    **40511**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,534.50**

---

| 3.516 | Nonpriority creditor's name and mailing address |
|---|---|

**SENSOSCIENTIFIC INC**

**130 WEST COCHRAN STREET**

**SIMI VALLEY**        **CA**    **93065**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,550.00**

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known) **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

_Check all that apply._

**Sharon Gregorcyk**                                        ☐ Contingent

**5506 Vickery Blvd**                                        ☐ Unliquidated
                                                            ☐ Disputed

Basis for the claim:

**Dallas**                        **TX**      **75206**     **Class P Member**

Date or dates debt was incurred                            Is the claim subject to offset?
                                                            ☒ No
Last 4 digits of account number   __ __ __ __              ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $744.32 |

_Check all that apply._

**SHARP SERVICES AND SUPPORT GROUP**                       ☐ Contingent

**1300 NAPERVILLE DR**                                      ☐ Unliquidated
                                                            ☐ Disputed

Basis for the claim:

**ROMEOVILLE**                    **IL**      **60446**     **goods or services rendered**

Date or dates debt was incurred                            Is the claim subject to offset?
                                                            ☒ No
Last 4 digits of account number   __ __ __ __              ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

_Check all that apply._

**Shawn A Hayden**                                          ☐ Contingent

**5124 Marble Falls Lane**                                  ☐ Unliquidated
                                                            ☐ Disputed

Basis for the claim:

**PLANO**                         **TX**      **75093**     **Class P Member**

Date or dates debt was incurred                            Is the claim subject to offset?
                                                            ☒ No
Last 4 digits of account number   __ __ __ __              ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.71 |

_Check all that apply._

**SHERWOOD DALLAS COMPANY**                                ☐ Contingent

**921 N BOWSER ROAD**                                       ☐ Unliquidated
                                                            ☐ Disputed

Basis for the claim:

**RICHARDSON**                    **TX**      **75081**     **goods or services rendered**

Date or dates debt was incurred                            Is the claim subject to offset?
                                                            ☒ No
Last 4 digits of account number   __ __ __ __              ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| | |
|---|---|
| **3.521**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**$1,299.00**

**SHIMADZU MEDICAL SYSTEMS**

**10625 NEWKIRK**

**STE 500**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**DALLAS**          **TX**     **75220**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.522**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:          **$928.80**

**SHIPPERT MEDICAL TECHNOLOGIES**

**6248 S. TROY CIRCLE UNIT A**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**CENTENIAL**          **CO**     **80111**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.523**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:          **$1,123.15**

**SHRED DOCUMENT DESTRUCTION**

**DBA BALCONES SHRED**

**9301 JOHNNY MORRIS ROAD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**AUSTIN**          **TX**     **78724-1523**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.524**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:          **$733.54**

**SI NGUYEN**

**1729 OAK SHADE DR**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**SUGAR LAND**          **TX**     **77479**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                           Case number (if known)   **16-40302**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.525**   Nonpriority creditor's name and mailing address

**SIDLEY AUSTIN LLP**

**PO BOX 0642**

**CHICAGO**          **IL**     **60690**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$73,035.49

---

**3.526**   Nonpriority creditor's name and mailing address

**SIEMENS HEALTHCARE DIAGNOSTICS INC**

**PO BOX 121102**

**DALLAS**          **TX**     **75312-1102**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$2,212.29

---

**3.527**   Nonpriority creditor's name and mailing address

**SIEMENS MEDICAL SOLUTIONS USA INC**

**51 VALLEY STREAM PARKWAY**

**MALVERN**          **PA**     **19355**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$23,917.60

---

**3.528**   Nonpriority creditor's name and mailing address

**SIENTRA INC**

**420 S FAIRVIEW AVE**

**STE 200**

**SANTA BARBARA**          **CA**     **93117**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$5,056.36

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,972.86** |
|---|---|---|---|

**SIESTA MEDICAL INC**

**101 CHURCH STREET**

**STE 3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**LOS GATOS**          **CA**    **95030**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,863.25** |
|---|---|---|---|

**SKYE ORTHOBIOLOGICS LLC**

**2629 MANHATTAN BEACH BLVD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**REDONDO BEACH**          **CA**    **90278**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,956.30** |
|---|---|---|---|

**SMITH AND NEPHEW ENDOSCOPY DIVISION**

**PO BOX 60333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CHARLOTTE**          **NC**    **28260-0333**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,569.07** |
|---|---|---|---|

**SMITH AND NEPHEW INC**

**PO BOX 951605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**    **75395-1605**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☒ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                              Case number (if known)    **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.533 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$1,461.94

**SMITHS MEDICAL ASD INC**

**P. O. BOX 7247-7784**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**PHILADELPHIA          PA      19170-7784**    **goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$9,623.43

**SOLARWINDS INC**

**PO BOX 730720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**DALLAS                 TX      75373-0720**    **goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$5,343.37

**SOLTAMEDICAL**

**DEPT CH # 17252**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**PALATINE               IL      60055-7252**    **goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$2,770.00

**SOUTHERN SUITE HOMES LLC**

**P O BOX 1285**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**HELOTES                TX      78023**    **goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

- ☑ No
- ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                          Case number (if known)   **16-40302**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,178.02 |

**SOUTHWEST LINEN SERVICE**

**PO BOX 1141**

**239 NORTH COLUMBIA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

**STEPHENVILLE**          **TX**    **76401**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $24,000.00 |

**SPARK ENERGY**

**ATT:  ROSHELL COOK**

**2105 CITY WEST BLVD**

**STE 100**

**HOUSTON**          **TX**    **77042**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $475,000.00 |

**SPECK COMMUNICATIONS LLC**

**9505 MILLTRAIL DRIVE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

**DALLAS**          **TX**    **75238**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $956.16 |

**SPECTRUM TECHNOLOGIES INC**

**PO BOX 126**

**1228 STATE ROUTE 487**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

**PAXINOS**          **PA**    **17860**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.541 | Nonpriority creditor's name and mailing address |
|---|---|

**SPINAL USA INC**

**PRECISION SPINE INC**

**PO BOX 4356**

**DEPT #1904**

**HOUSTON**          **TX**     **77210-4356**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,200.00**

---

| 3.542 | Nonpriority creditor's name and mailing address |
|---|---|

**SPINAL USA LLC**

**PO BOX 4356 DEPT 1904**

**HOUSTON**          **TX**     **77210-4356**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,350.00**

---

| 3.543 | Nonpriority creditor's name and mailing address |
|---|---|

**SPINE INSTITUTE OF TEXAS PLLC**

**11970 N CENTRAL EXPWY**

**STE 450**

**DALLAS**          **TX**     **75243**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$40,842.57**

---

| 3.544 | Nonpriority creditor's name and mailing address |
|---|---|

**SPINE STAR LLC**

**908 AUDELIA RD**

**STE 200 PMB338**

**RICHARDSON**          **TX**     **75081**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$73,245.00**

---

Debtor    **Forest Park Medical Center, LLC**                         Case number (if known)  **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.545** Nonpriority creditor's name and mailing address

**SQUIRE PATTON BOGGS US LLP**

**PO BOX 511269**

**LOS ANGELES**          **CA**    **90051-7824**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,672.00**

---

**3.546** Nonpriority creditor's name and mailing address

**STAPLES BUSINESS ADVANTAGE**

**PO BOX 83689**

**CHICAGO**          **IL**    **60696-3689**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$8,814.52**

---

**3.547** Nonpriority creditor's name and mailing address

**STELKAST INC**

**200 HIDDEN VALLEY ROAD**

**MCMURRAY**          **PA**    **15317**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$28,500.00**

---

**3.548** Nonpriority creditor's name and mailing address

**STERILE COMPOUNDING OF AMERICA**

**8821 KNOEDL COURT**

**LITTLE ROCK**          **AR**    **72205**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$295.98**

---

Debtor   **Forest Park Medical Center, LLC**   _____   Case number (if known)   **16-40302**   _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.549**   Nonpriority creditor's name and mailing address

**STERIS CORPORATION**

**PO BOX 676548**

_____

**DALLAS**                   **TX**      **75267-6548**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,871.52**

---

**3.550**   Nonpriority creditor's name and mailing address

**STERIS CORPORATION**

**PO BOX 676548**

_____

**DALLAS**                   **TX**      **75267-6548**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$128,246.41**

---

**3.551**   Nonpriority creditor's name and mailing address

**Steve Lau**

**2059 Azalea Trail**

_____

**Irving**                   **TX**      **75063**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.552**   Nonpriority creditor's name and mailing address

**STRATA DECISION TECHNOLOGY LLC**

**PO BOX 945911**

_____

**ATLANTA**                   **GA**      **30394-5911**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$3,247.50**

---

Debtor   **Forest Park Medical Center, LLC**                                      Case number (if known)  **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                       Amount of claim

| 3.553 | Nonpriority creditor's name and mailing address |

STRATUS ANESTHESIA ASSOC DAL PPLC

12222 NORTH CENTRAL EXPY, STE 400

DALLAS                      TX        75243

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$64,417.59**

---

| 3.554 | Nonpriority creditor's name and mailing address |

STRYKER COMMUNICATIONS

22491 NETWORK PLACE

CHICAGO                     IL        60673

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$89,877.83**

---

| 3.555 | Nonpriority creditor's name and mailing address |

STRYKER ENDOSCOPY

C/O STRYKER SALES CORPORATION

P O BOX 93276

CHICAGO                     IL        60673

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$152,819.52**

---

| 3.556 | Nonpriority creditor's name and mailing address |

STRYKER ORTHOPAEDICS

PO BOX 93213

CHICAGO                     IL        60673-3213

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$108,840.73**

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known) **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.557**    Nonpriority creditor's name and mailing address

**STRYKER PERFORMANCE SOLUTIONS**

**BOX 93213**

**CHICAGO**                    IL        **60673-3213**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$108,658.36**

---

**3.558**    Nonpriority creditor's name and mailing address

**STRYKER SALES CORP**

**P O BOX 70119**

**CHICAGO**                    IL        **60673-0119**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$385,754.51**

---

**3.559**    Nonpriority creditor's name and mailing address

**STRYKER SPINE**

**21912 NETWORK PLACE**

**CHICAGO**                    IL        **60673-1912**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$63,550.99**

---

**3.560**    Nonpriority creditor's name and mailing address

**SUPPLEMENTAL HEALTH CARE**

**SHC SERVICES INC**

**P O BOX 677896**

**DALLAS**                    TX        **75267-7896**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$86,126.44**

---

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known)   **16-40302**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,725.51 |

**SURGICAL INFORMATION SYSTEMS LLC**

**555 N POINT CENTER EAST**

**STE 700**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ALPHARETTA          GA      30022**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.562 | Nonpriority creditor's name and mailing address | | $18,700.00 |

**SURGICAL REVIEW CORPORATION**

**PO BOX 18136**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**RALEIGH          NC      27619**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.563 | Nonpriority creditor's name and mailing address | | Unknown |

**SURGICAL SOLUTIONS INC**

**1612 VILLAGE TRAIL**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**KELLER          TX      76248**

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.564 | Nonpriority creditor's name and mailing address | | $1,677.45 |

**SURGICAL SPECIALTIES**

**PO BOX 823444**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PHILADELPHIA          PA      19182-3444**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)  **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,252.45** |

**SURGIFORM TECHNOLOGY LTD**

**1566 WHITING WAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**LUGOFF**        **SC**    **29078**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___
☑ No
☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,257.10** |

**SYNERGY SURGICAL LLC**

**2201 E PRES GEORGE BUSH FRWY**

**STE A104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PLANO**        **TX**    **75074**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___
☑ No
☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$72,049.21** |

**SYNTHES**

**P.O.BOX 8538-662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PHILADELPHIA**        **PA**    **19171-0662**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___
☑ No
☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,732.66** |

**SYSTEMATECH TECNICAL MANAGEMENT SVC**

**dba INDEMAND INTERPRETING**

**555 ANDOVER PARK WEST**

**STE 201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**TUKWILA**        **WA**    **98188**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___
☑ No
☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                     **Amount of claim**

---

**3.569**   Nonpriority creditor's name and mailing address

**T SYSTEM INC**

**DEPT 2537**

**PO BOX 122537**

**DALLAS**                      **TX**      **75312-2537**

Date or dates debt was incurred

Last 4 digits of account number      __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,200.00**

---

**3.570**   Nonpriority creditor's name and mailing address

**TACY MEDICAL INC**

**PO BOX 15807**

**FERNANDINA BEACH**           **FL**      **32035-3114**

Date or dates debt was incurred

Last 4 digits of account number      __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$530.34**

---

**3.571**   Nonpriority creditor's name and mailing address

**TAX ADVISORS GROUP INC**

**12400 COIT ROAD # 1270**

**DALLAS**                      **TX**      **75251**

Date or dates debt was incurred

Last 4 digits of account number      __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$711,587.91**

---

**3.572**   Nonpriority creditor's name and mailing address

**Taylor Medical Consultants PLLC**

**3517 Dartmouth Ave**

**Dallas**                      **TX**      **75206**

Date or dates debt was incurred

Last 4 digits of account number      __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Class P Member**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.573 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **$56,722.17**
*Check all that apply.*

TCB INC

14240 SULLYFIELD CIRCLE

#K

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

CHANTILLY              VA      20151          **goods or services rendered**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     - [x] No
- [ ] Yes

---

| 3.574 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **$8,864.96**
*Check all that apply.*

TDINDUSTRIES INC

P O BOX 300008

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

DALLAS                TX      75303-0008      **goods or services rendered**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     - [x] No
- [ ] Yes

---

| 3.575 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **$1,323.90**
*Check all that apply.*

TELEFLEX MEDICAL INC

PO BOX 601608

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

CHARLOTTE             NC      28260-1608      **goods or services rendered**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     - [x] No
- [ ] Yes

---

| 3.576 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    **$10,710.00**
*Check all that apply.*

TELEVISION STATION KTXA INC

PO BOX 730206

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

DALLAS                TX      75373-0206      **goods or services rendered**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     - [x] No
- [ ] Yes

---

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known) __**16-40302**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.577**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$2,484.34**
                                                                    *Check all that apply.*
**TENEX HEALTH INC**                                                ☐ Contingent
**26902 VISTA TERRACE**                                             ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
**LAKE FOREST**          **CA**    **92630**                        **goods or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number   __ __ __ __                      ☐ Yes

---

**3.578**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$318.53**
                                                                    *Check all that apply.*
**TERUMO MEDICAL CORPORATION**                                      ☐ Contingent
**PO BOX 841733**                                                   ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
**DALLAS**          **TX**    **75284-1733**                        **goods or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number   __ __ __ __                      ☐ Yes

---

**3.579**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$42,589.32**
                                                                    *Check all that apply.*
**Texas Capital Bank**                                              ☐ Contingent
**2000 McKinney Ave, Suite 700**                                    ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
**Dallas**          **TX**    **75201**                             **Banking account services**

Date or dates debt was incurred   _____               Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number   __ __ __ __                      ☐ Yes

---

**3.580**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$13,000.00**
                                                                    *Check all that apply.*
**TEXAS INTRAOPERATIVE MONITORING IN**                             ☐ Contingent
**25 HIGHLAND PARK VILLAGE #100-225**                              ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
**DALLAS**          **TX**    **75205**                             **goods or services rendered**

Date or dates debt was incurred   _____               Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number   __ __ __ __                      ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)    **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$283.00** |
| --- | --- | --- | --- |
| | **TEXAS LIFELINE CORPORATION** | ☐ Contingent | |
| | **PO BOX 472478** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **GARLAND           TX      75047** | **goods or services rendered** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **The Arthur Clay Group LLC** | ☐ Contingent | |
| | **1000 N DAVIS DRIVE SUITE B** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **ARLINGTON          TX      76012** | **Class P Member** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **The Entrust Group, Inc.** | ☐ Contingent | |
| | **FBO Gregory C Moran IRA 35718** | ☐ Unliquidated | |
| | **555 12 th Street Suite 1250** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Oakland            CA      94607** | **Class P Member** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$605,508.40** |
| --- | --- | --- | --- |
| | **The Management Company** | ☐ Contingent | |
| | **at Forest Park Medical Center, LLC** | ☐ Unliquidated | |
| | **2101 Cedar Springs Road, Suite 1540** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Dallas             TX      75201** | **Contract/Lease** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

**Management Contract**

---

Debtor   **Forest Park Medical Center, LLC**                        Case number (if known)   **16-40302**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      Amount of claim

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,592.05 |
|---|---|---|---|

**THE SSI GROUP INC**

**PO BOX 11407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**BIRMINGHAM**          **AL**      **35246-2455**

Basis for the claim:  **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,432.94 |
|---|---|---|---|

**THE STEVE HOLMES GROUP**

**6850 PEACHTREE DUNWOODY RD NE**

**STE 821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**SANDY SPRINGS**          **GA**      **70328**

Basis for the claim:  **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,700.00 |
|---|---|---|---|

**THERACOM INC**

**PAYMENT CENTER**

**PO BOX 640105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CINCINNATI**          **OH**      **45264-0105**

Basis for the claim:  **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,572.80 |
|---|---|---|---|

**THOMAS PROTECTIVE SERVICE INC**

**8475 COUNTY ROAD 156**

**PO BOX 833**

☐ Contingent
☐ Unliquidated
☐ Disputed

**KAUFMAN**          **TX**      **75142-0883**

Basis for the claim:  **goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                                      Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34,200.00** |
| --- | --- | --- | --- |

**THREE60 ORTHO LLC**

**4311 VERDE LN**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**FRISCO**          **TX**    **75034**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$184.08** |
| --- | --- | --- | --- |

**TIGERDIRECT INC**

**PO NOX 935313**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**ATLANTA**          **GA**    **31193-5313**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31,434.04** |
| --- | --- | --- | --- |

**TIME WARNER CABLE**

**P O BOX 60074**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**CITY OF INDUSTRY**          **CA**    **91716-0074**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$462.54** |
| --- | --- | --- | --- |

**TODD FURNISS**

**2101 CEDAR SPRINGS ROAD**

**STE 1540**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**DALLAS**          **TX**    **75201**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known) __**16-40302**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,900.00 |
|---|---|---|---|

**TORAX MEDICAL INC**

**4188 LEXINGTON AVE NORTH**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**SHOREVIEW**            **MN**    **55126**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,404.29 |
|---|---|---|---|

**TORNIER INC**

**PO BOX 4631**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**HOUSTON**            **TX**    **77210-4631**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,617.31 |
|---|---|---|---|

**TOSOH BIOSCIENCE INC**

**PO BOX 712415**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**CINCINNATI**            **OH**    **45271-2415**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 |
|---|---|---|---|

**TOTAL BACK SOLUTIONS LLC**

**2116 QUAIL MEADOW LN**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**FRISCO**            **TX**    **75034**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **Forest Park Medical Center, LLC**                    Case number (if known)  **16-40302**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  Amount of claim

---

**3.597**  Nonpriority creditor's name and mailing address

**TOTAL SPINAL REMEDY LLC**

**320 REGAL ROW - SUITE 100**

_____

**DALLAS**                    **TX**      **75247-5213**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,246.40**

---

**3.598**  Nonpriority creditor's name and mailing address

**TOUSSAINT FAMILY PARTNERSHIP LTD**

**3712 EUCLID AVENUE**

_____

**DALLAS**                    **TX**      **75205**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$50,513.33**

---

**3.599**  Nonpriority creditor's name and mailing address

**Toussaint Family Partnership, Ltd.**

**3712 Euclid Ave.**

_____

**Dallas**                    **TX**      **75205**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class F Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.600**  Nonpriority creditor's name and mailing address

**Trevor Kraus**

**3912 Colgate**

_____

**Dallas**                    **TX**      **75225**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Class P Member**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor     **Forest Park Medical Center, LLC** _____     Case number (if known) __**16-40302**__

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.601 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:                                        **$288.79**
Check all that apply.

**TRI ANIM HEALTH SERVICES**

☐ Contingent
**25197 NETWORK PLACE**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**CHICAGO**               IL        60673-1251            **goods or services rendered**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___      ☑ No
                                                     ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:                                       **$82,213.86**
Check all that apply.

**TRINITY JET MANAGEMENT INC**

☐ Contingent
**7515 LEMMON AVE**
☐ Unliquidated
**HANGAR P**
☐ Disputed

**Basis for the claim:**
**DALLAS**               TX        75209              **goods or services rendered**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___      ☑ No
                                                     ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:                                        **$2,000.00**
Check all that apply.

**TRITON BIOLOGICS LLC**

☐ Contingent
**2116 QUAIL MEADOW LN**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**FRISCO**               TX        75034              **goods or services rendered**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___      ☑ No
                                                     ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:                                          **$926.66**
Check all that apply.

**TROCAR SWEEP LLC**

☐ Contingent
**515 W MAYFIELD**
☐ Unliquidated
**STE 402**
☐ Disputed

**Basis for the claim:**
**ARLINGTON**               TX        76014          **goods or services rendered**

Date or dates debt was incurred _____      Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___      ☑ No
                                                     ☐ Yes

Debtor     **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.605**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                **$8,976.00**
                                                                      *Check all that apply.*

**TRUE HIRE**
                                                                      ☐ Contingent
**IDS BACKGROUNDS**                                                   ☐ Unliquidated
                                                                      ☐ Disputed
**11730 CLEVELAND AVENUE NW**

                                                                      **Basis for the claim:**
                                                                      **goods or services rendered**
**UNIONTOWN**            **OH**     **44685**

Date or dates debt was incurred                                       Is the claim subject to offset?
                                                                      ☑ No
Last 4 digits of account number     __ __ __ __                       ☐ Yes

---

**3.606**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                **$1,139.17**
                                                                      *Check all that apply.*

**TXU ENERGY**
                                                                      ☐ Contingent
**PO BOX 650638**                                                     ☐ Unliquidated
                                                                      ☐ Disputed

                                                                      **Basis for the claim:**
                                                                      **goods or services rendered**
**DALLAS**               **TX**     **75265-0638**

Date or dates debt was incurred                                       Is the claim subject to offset?
                                                                      ☑ No
Last 4 digits of account number     __ __ __ __                       ☐ Yes

---

**3.607**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                **$1,006.50**
                                                                      *Check all that apply.*

**TYPENEX MEDICAL LLC**
                                                                      ☐ Contingent
**303 E WACKER DRIVE**                                                ☐ Unliquidated
                                                                      ☐ Disputed
**STE 1200**

                                                                      **Basis for the claim:**
                                                                      **goods or services rendered**
**CHICAGO**              **IL**     **60601**

Date or dates debt was incurred                                       Is the claim subject to offset?
                                                                      ☑ No
Last 4 digits of account number     __ __ __ __                       ☐ Yes

---

**3.608**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                **$247.96**
                                                                      *Check all that apply.*

**UCI**
                                                                      ☐ Contingent
**1000 S ADAMS**                                                      ☐ Unliquidated
                                                                      ☐ Disputed

                                                                      **Basis for the claim:**
                                                                      **goods or services rendered**
**AMARILLO**             **TX**     **79101**

Date or dates debt was incurred                                       Is the claim subject to offset?
                                                                      ☑ No
Last 4 digits of account number     __ __ __ __                       ☐ Yes

---

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known)   **16-40302** _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.609** | Nonpriority creditor's name and mailing address

**ULRICH MEDICAL USA INC**

**18221 EDISON AVE**

_____

**CHESTERFIELD**          **MO**     **63005**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$27,100.44

---

**3.610** | Nonpriority creditor's name and mailing address

**UNITED HEALTHCARE**

**SPRINGFILED SERVICE CENTER**

**PO BOX 30555**

**SALT LAKE CITY**          **UT**     **84130-0555**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$43.72

---

**3.611** | Nonpriority creditor's name and mailing address

**UNIVERSAL HOSPITAL SERVICES, INC**

**SDS 12 0940**

**PO BOX 86**

**MINNEAPOLIS**          **MN**     **55486-0940**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,601.65

---

**3.612** | Nonpriority creditor's name and mailing address

**URESIL LLC**

**5418 W TOUHY AVENUE**

_____

**SKOKIE**          **IL**     **60077**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$645.96

---

Debtor   **Forest Park Medical Center, LLC**                                Case number (if known)   **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.613** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,712.00** |
|---|---|---|---|

**US IMPLANT SOLUTIONS LLC**

**1778 PARK AVENUE NORTH**

**SUITE 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**MAITLAND**               **FL**      **32751**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.614** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16.95** |
|---|---|---|---|

**USMED EQUIP INC**

**PO BOX 41321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**HOUSTON**               **TX**      **77241**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.615** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$49,900.00** |
|---|---|---|---|

**VALMED**

**COBY L WOOTEN ATTORNEY AT LAW**

**1301 BALLINGER**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**FORT WORTH**               **TX**      **76102**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.616** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$39,409.88** |
|---|---|---|---|

**VDI COMMUNICATIONS INC**

**ACCOUNTS PAYABLE**

**15031 WOODHAM DRIVE-STE 340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**goods or services rendered**

**HOUSTON**               **TX**      **77073-5906**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                           Case number (if known)   **16-40302**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | | |
|---|---|---|
| **3.617**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,925.04** |

**VERATHON INC**

**PO BOX 935117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**ATLANTA**              **GA**      **31193-5117**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.618**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$628.15** |

**VERIZON BUSINESS**

**PO BOX 660794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**              **TX**      **75266-0794**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.619**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$841.12** |

**VH PRINTING LP**

**1930 VALLEY VIEW LANE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**              **TX**      **75234**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.620**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,748,103.84** |

**Vibrant Healthcare, LLC**

**12222 North Central Express**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**              **TX**      **75231**

**Basis for the claim:**
**Contract/Lease**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Management Contract**

---

Debtor   **Forest Park Medical Center, LLC**                     Case number (if known) **16-40302**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.621**   Nonpriority creditor's name and mailing address

VILEX INC

111 MOFFITT STREET

MCMINNVILLE                    TN      37110

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,681.50**

---

**3.622**   Nonpriority creditor's name and mailing address

VINSON AND ELKINS

PO BOX 301019

DALLAS                    TX      75303-1019

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,870.46**

---

**3.623**   Nonpriority creditor's name and mailing address

VIRTUS CONSULTING LLC

13825 HORTON DRIVE

OVERLAND PARK                    KS      66223

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$585.16**

---

**3.624**   Nonpriority creditor's name and mailing address

VITALWARE

1200 CHESTERLEY DRIVE

STE 260

YAKIMA                    WA      98902

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$38,500.00**

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)    **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.625 | Nonpriority creditor's name and mailing address |
|---|---|

**WALDMAN BROS**

**6200 LBJ FRWY**

**SUITE 200**

**DALLAS**          **TX**      **75240-6331**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,137.05**

| 3.626 | Nonpriority creditor's name and mailing address |
|---|---|

**Wells Fargo Equipment Finance**

**733 Marquette Ave Ste 700**

**Minneapolis, MN, 55402**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Total is amount owed under contract**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Equipment Lease**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$77,462.82**

| 3.627 | Nonpriority creditor's name and mailing address |
|---|---|

**WELLS JOHNSON COMPANY**

**PO BOX 18230**

**TUCSON**          **AZ**      **85731-8230**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,701.32**

| 3.628 | Nonpriority creditor's name and mailing address |
|---|---|

**WES ENTERPRISES LP**

**200 MEADOWLANDS BLVD**

**KELLER**          **TX**      **76248**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20,825.00**

Debtor   **Forest Park Medical Center, LLC**                          Case number (if known) **16-40302**

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.629** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$507.61**

**WESTERN WATER CONSULTANTS INC**

**DBA WATER CONSULTANTS OF TEXAS**

**PO BOX 830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**RHOME**       **TX**    **76078**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| | |
|---|---|
| **3.630** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$365.10**

**WILLIAMS MEDICAL COMPANY**

**PO BOX 1122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**YORBA LINDA**       **CA**    **92886**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| | |
|---|---|
| **3.631** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$5,000.00**

**WIRE CONSULTING GROUP**

**9816 SPIREHAVEN LANE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**       **TX**    **75238**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

| | |
|---|---|
| **3.632** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$117,033.91**

**WL GORE AND ASSOCIATES INC**

**PO BOX 751331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CHARLOTTE**       **NC**    **28275**

**Basis for the claim:**
**goods or services rendered**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**                     Case number (if known)  **16-40302**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35.00** |

**WORKPLACE DYNAMICS LLC**

**180 SHEREE BLVD SUITE 2900**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

**EXTON**                **PA**    **19341**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$949.00** |

**WOUND CARE TECHNOLOGIES INC**

**1721 LAKE DRIVE WEST**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

**CHANHASSEN**            **MN**    **55317**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,207.60** |

**WR MEDICAL ELECTRONICS CO**

**1700 GERVAIS AVENUE**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

**MAPLEWOOD**             **MN**    **55109-2134**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,864.00** |

**WRIGHT MEDICAL**

**ATTN TRACEY NELSON AR**

**123 CHERRY ROAD**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**goods or services rendered**

**MEMPHIS**               **TN**    **38117**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)   **16-40302**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $757.76 |

**XRAY SALES AND SERVICE CO**

**2530 MANSFIELD HWY**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**FT WORTH**                **TX**      **76119**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |

**ZIP DELIVERY**

**10610 NEWKIRK ST STE 206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                **TX**      **75220**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $871.97 |

**ZOLL MEDICAL CORPORATION**

**PO BOX 27028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**NEW YORK**                **NY**      **10087-7028**

Basis for the claim:
**goods or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)    **16-40302**

## Part 3:    List Others to Be Notified About Unsecured Claims

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1    **Abbasi, Atif A.**

   **9302 Forest Lane E204**

   **Dallas            TX      75243**

   Line _____

   ☑ Not listed.  Explain:
   **Notice Only**

   __ __ __ __

4.2    **Abel, Katie**

   **4123 Cedar Springs Rd., Apt 5522**

   **Dallas            TX      75219**

   Line _____

   ☑ Not listed.  Explain:
   **Notice Only**

   __ __ __ __

4.3    **Abraham, James A.**

   **2291 Magic Mantle Dr**

   **Lewisville         TX      75056**

   Line _____

   ☑ Not listed.  Explain:
   **Notice Only**

   __ __ __ __

4.4    **ACCESS EFORMS LP**

   **c.o Seth Meisel**

   **303 Colorado Street, Suite 2300**

   **Austin             TX      78701**

   Line _____

   ☑ Not listed.  Explain:
   **Notice Only**

   __ __ __ __

4.5    **Adelaide Healthcare Group, LLC**

   **c.o Glenn Tucker, Sr.**

   **8330 LBJ Freeway, Suite 360**

   **Dallas            TX      75243**

   Line _____

   ☑ Not listed.  Explain:
   **Attorney for - Adelaide Healthcare**

   __ __ __ __

4.6    **Alamin, Mohammed A.**

   **1508 Starshadow Dr.**

   **Richardson         TX      75081**

   Line _____

   ☑ Not listed.  Explain:
   **Notice Only**

   __ __ __ __

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.7** | **Alan Loewinsohn** <br> **Attorney: Christel Pennington, Executor** <br> **Loewinsohn Flegle Deary LLP** <br> **12377 Merit Drive, Suite 900** <br> **Dallas**    **TX**    **75251** | Line **3.123** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.8** | **Alfred W. Ellis, Counsel** <br> **for James McChristian in all capacties** <br> **Sommerman, McCaffity & Quesada, LLP** <br> **3811 Turtle Creek Boulevard, Suite 1400** <br> **Dallas**    **TX**    **75219** | Line **3.285** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.9** | **Alfred W. Ellis, Counsel** <br> **for James McChristian in all capacties** <br> **Sommerman, McCaffity & Quesada, LLP** <br> **3811 Turtle Creek Boulevard, Suite 1400** <br> **Dallas**    **TX**    **75219** | Line **3.284** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.10** | **Alfred W. Ellis, Counsel** <br> **for James McChristian in all capacties** <br> **Sommerman, McCaffity & Quesada, LLP** <br> **3811 Turtle Creek Boulevard, Suite 1400** <br> **Dallas**    **TX**    **75219** | Line **3.283** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.11** | **Alfred W. Ellis, Counsel** <br> **for James McChristian in all capacties** <br> **Sommerman, McCaffity & Quesada, LLP** <br> **3811 Turtle Creek Boulevard, Suite 1400** <br> **Dallas**    **TX**    **75219** | Line **3.282** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.12** | **Alfred W. Ellis, Counsel** <br> **for James McChristian in all capacties** <br> **Sommerman, McCaffity & Quesada, LLP** <br> **3811 Turtle Creek Boulevard, Suite 1400** <br> **Dallas**    **TX**    **75219** | Line **3.281** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.13** | **Alfred W. Ellis, Counsel** <br> **for James McChristian in all capacties** <br> **Sommerman, McCaffity & Quesada, LLP** <br> **3811 Turtle Creek Boulevard, Suite 1400** <br> **Dallas**    **TX**    **75219** | Line **3.280** <br><br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.14** | **Allman, Melissa A.**<br>**2131 Highland Dr.**<br><br>**Wylie                    TX      75098** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.15** | **Allred, Jamie A.**<br>**2606 Zodiac Dr.**<br><br>**Garland                TX      75044** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.16** | **ALPHA ORTHOPEDICS PHYSICIAN GRP PA**<br>**c.o Michael Alfred**<br>**1445 Ross Ave, Suite 2400**<br><br>**Dallas                  TX      75202** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.17** | **Alsobrooks, Lonzra A.**<br>**9030 Markville Dr Apt 4232**<br><br>**Dallas                  TX      75243** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.18** | **Alsobrooks, Susan A.**<br>**9030 Markville Drive Apt 4232**<br><br>**Dallas                  TX      75243** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.19** | **Anderson, Andrew A.**<br>**503 Savannah Drive**<br><br>**Ovilla                  TX      75154** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.20** | **Anderson, Thomas**<br>**2818 Knightsbridge Ln**<br><br>**Garland                TX      75043** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Forest Park Medical Center, LLC** _____   Case number (if known) **16-40302** _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **Art Stewart**<br>**GlendonTodd Capital, LLC**<br>**2101 Cedar Springs Road, Suite 1540**<br><br>**Dallas           TX      75201** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.22 | **Ashley, Erin A.**<br>**1003 Bainbridge**<br><br><br>**Forney          TX      75126** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.23 | **Augustine, Jiji A.**<br>**517 Camrose Ln**<br><br><br>**Murphy          TX      75094** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.24 | **Baber, Karen B.**<br>**1209 Hummingbird Rd.**<br><br><br>**Killeen          TX      76542** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.25 | **Baez, Roberto**<br>**10211 Regal Oaks Dr., Apt 222**<br><br><br>**Dallas           TX      75230** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.26 | **Bank of the West**<br>**c.o Diana Nichols**<br>**303 Colorado Street, Suite 2000**<br><br>**Austin           TX      78701** | Line _____<br><br>☑ Not listed.  Explain:<br>**Attorney for - Bank of the West** | __ __ __ __ |
| 4.27 | **Beharry, Raywatee B.**<br>**3915 S Hampton Rd**<br><br><br>**Dallas           TX      75224** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**                    Case number (if known)  **16-40302**

---

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.28**  **Bias, Toni B.**
**401 Northwest Hwy Apt 3303**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Irving            TX     75039**

---

**4.29**  **Bill Ucherek II**
**Juneau, Boll, Stacy & Ucherek PLLC**
**Counsel for Chris Hovde**
**15301 Spectrum Drive #300**

Line  **3.121**

☐ Not listed.  Explain:

__ __ __ __

**Addison          TX     75001**

---

**4.30**  **Bowler, Natasha B.**
**7927 Forest Ln. #237**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Dallas           TX     75230**

---

**4.31**  **Brannen, Megan B.**
**1506 Paris Dr**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Garland          TX     75040**

---

**4.32**  **Buendtner, Laura B.**
**314 Fox Hollow Dr.**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Red Oak          TX     75154**

---

**4.33**  **Bunu-Raisan, Lina B.**
**17950 Sunmeadow Dr Apt 4701**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Dallas           TX     75252**

---

**4.34**  **Byrd, Benjamin B.**
**8088 Park Lane Apt. 1116**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Dallas           TX     75231**

---

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.35 | **Campbell, Gale C.**<br>**3505 Vicki Ln**<br><br>**Balch Springs        TX      75180** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.36 | **Capshaw, Christopher C.**<br>**4602 Rockaway Dr**<br><br>**Dallas         TX      75214** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.37 | **Catuncan, Asyia C.**<br>**4001 Moonlight Dr.**<br><br>**Little Elm       TX      75068** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.38 | **Chappa, Alma C.**<br>**705 Wallace Dr**<br><br>**Garland         TX      75041** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.39 | **Chris Hovde**<br>**c.o Phil Ucherek**<br>**15301 Spectrum Drive, Suite 300**<br><br>**Addison         TX      75001** | Line _____<br><br>☑ Not listed.  Explain:<br>**Attorney for - Chris Hovde** | __ __ __ __ |
| 4.40 | **Chuang, Wenyu**<br>**9206 Dove Meadow Drive**<br><br>**Dallas         TX      75243** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.41 | **Cloud, William C.**<br>**1637 Yellowstone Ave**<br><br>**Lewisville       TX      75077** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor      **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.42 | **Co, Angelina C.**<br>**801 Legacy Drive Apt. 1728**<br><br>**Plano                    TX      75023** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.43 | **Cobb, Jeff C.**<br>**4211 Red Spruce**<br><br>**Carrollton            TX      75010** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.44 | **Cohen, Alana C.**<br>**1435 Rollins Dr**<br><br>**Allen                    TX      75013** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.45 | **Colleen Carboy**<br>**Counsel for Marshal Mills & Eileen Mills**<br>**Carboy Law Firm**<br>**2540 King Arthur Blvd., Suite 215**<br>**Lewisville            TX      75056** | Line **3.353**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.46 | **Colleen Carboy**<br>**Counsel for Marshal Mills & Eileen Mills**<br>**Carboy Law Firm**<br>**2540 King Arthur Blvd., Suite 215**<br>**Lewisville            TX      75056** | Line **3.184**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.47 | **Collins, Eva C.**<br>**905 Richard Dr**<br><br>**Garland                TX      75040** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.48 | **Coulston, Mary C.**<br>**1821 Christian Rd.**<br><br>**Ennis                    TX      75119** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor      **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.49 | **Creal, Steve C.** <br> **403 Sunset Dr** <br><br> **Crandall        TX      75114** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.50 | **D. Bradley Kizzia** <br> **Counsel for Chris Hovde** <br> **750 N. S. Paul Street #1320** <br> **Kizzia & Johnson, PLLC** <br> **Dallas        TX      75201** | Line **3.121** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.51 | **Dalida, Josefina D.** <br> **1020 Native Trail** <br><br> **Heath        TX      75032** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.52 | **Dallas County** <br> **c.o Sherrel Knighton** <br> **2777 N. Stemmons Freeway, Suite 1000** <br><br> **Dallas        TX      75207** | Line _____ <br> ☑ Not listed.  Explain: <br> **Attorney for - Dallas County** | __ __ __ __ |
| 4.53 | **Daniels, Cherry D.** <br> **3035 E Ledbetter 108** <br><br> **Dallas        TX      75216** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.54 | **Darrell Keith** <br> **Keith Law Firm PC** <br> **Counsel for Anna Marie & Frank Andaverde** <br> **301 Commerce Street** <br> **Fort Worth        TX      76102** | Line **3.213** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.55 | **Darrell Keith** <br> **Keith Law Firm PC** <br> **Counsel for Anna Marie & Frank Andaverde** <br> **301 Commerce Street** <br> **Fort Worth        TX      76102** | Line **3.48** <br> ☐ Not listed.  Explain: | __ __ __ __ |

---

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)  **16-40302**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.56 | **David, Alvin D.** **702 Canal St** **Irving        TX    75063** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.57 | **Davis, Dashaun D.** **2135 Us Highway 80e, Apt#2135-100** **Mesquite      TX    75150** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.58 | **Day, Lea D.** **3905 Knob Hill Drive** **Plano        TX    75023** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.59 | **Dickerson, Cody D.** **2804 W. Houston Street** **Sherman      TX    75092** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.60 | **Douglas, Joseph D.** **1003 Bainbridge** **Forney       TX    75126** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.61 | **Drake, Archie D.** **1041 St. Peter Dr.** **Murphy       TX    75094** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.62 | **Dubois, Jennifer** **627 Stillmeadow** **Richardson    TX    75081** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor     **Forest Park Medical Center, LLC**                                                   Case number (if known)   __16-40302__

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.63 | Duimstra, Elisha D. <br> 2700 Canton St. Apt. #105 <br><br> Dallas          TX      75226 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.64 | Duncan, Braden D. <br> 3505 Aster Ln <br><br> Rowlett          TX      75089 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.65 | Duncan, Henry D. <br> 2813 Dove Meadow Dr <br><br> Garland          TX      75043 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.66 | Dusatko, Cherl D. <br> 906 Wildwood Dr. <br><br> Alvarado          TX      76009 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.67 | DVO Sportz, Inc. <br> c/o Julianne Nguyen <br> 5454 La Sierra Drive, Suite 100 <br><br> Dallas          TX      75231 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.68 | Eggart, Cathi E. <br> 1108 W. 3rd <br><br> Spur          TX      79370 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.69 | Ellis-Fasen, Lenelle E. <br> 530 Buckingham Rd., Apt 622 <br><br> Richardson          TX      75081 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**    Case number (if known)  **16-40302**

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.70 | **Elmore, Rhonda E.** **320 Droinwich Circle** **Allen            TX      75002** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.71 | **Elshrkawy, Mahmoud E.** **9821 Summerwood Cir Apt 1214** **Dallas            TX      75243** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.72 | **Evans, Jonathan E.** **9066 Saranac Trail** **Fort Worth        TX      76118** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.73 | **Everman, Kelly E.** **5716 Maidstone Dr.** **Richardson        TX      75082** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.74 | **Ewald, Alicia E.** **4533 Hale St** **The Colony        TX      75056** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.75 | **Fernandez, Ofelia** **2640 Lockhart** **Dallas            TX      75228** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.76 | **FORT KNOX PROTECTION INC** **c.o John Kelsey** **PO Box 918** **Denton            TX      76202** | Line _____ ☑ Not listed.  Explain: **Attorney for - Fort Knox** | __ __ __ __ |

Debtor      **Forest Park Medical Center, LLC** _____   Case number (if known) __16-40302__

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.77 | Gabrielsen, Adam G. <br> 7053 Belteau Ln <br><br> Dallas      TX      75227 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.78 | Gain, Aimee G. <br> 2610 Leo Dr <br><br> Garland      TX      75044 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.79 | Gheen, Kendal G. <br> 10518 Lakemere Drive <br><br> Dallas      TX      75238 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.80 | Golnabi, Atosa <br> 6628 Star Creek Drive <br><br> Frisco      TX      75034 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.81 | Goss, Holly G. <br> 1048 Finsbury Lane <br><br> Forney      TX      75126 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.82 | Green, Gwendolyn G. <br> 1414 Delta Dr <br><br> Cedar Hill      TX      75104 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.83 | Green, Tamone G. <br> 2304 Eastwood Dr. <br><br> Lancaster      TX      75134 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.84 | Grubert, Katharine G.<br>3708 Northaven Road<br><br>Dallas        TX      75229 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.85 | Gutierrez, Elizabeth<br>1426 Shorehaven Dr<br><br>Garland        TX      75040 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.86 | Gutierrez, Maria G.<br>1426 Shorehaven Dr<br><br>Garland        TX      75040 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.87 | Harris, Kelly H.<br>1217 Devonshire Ln<br><br>Mesquite        TX      75150 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.88 | Henley, Juel H.<br>7001 W. Parker Road, Apt 722<br><br>Plano        TX      75093 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.89 | Hernandez, Alma H.<br>3303 Wilbarger<br><br>Dallas        TX      75227 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.90 | Herrera, Adriana H.<br>1308 Gristmill Ln<br><br>Celina        TX      75009 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor      **Forest Park Medical Center, LLC**                           Case number (if known)   **16-40302**

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.91 | **Hinrichs, Bradley H.**<br>**2609 Patrice Dr**<br><br>**Garland          TX      75041** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.92 | **Holland, Cornelius H.**<br>**12303 Hoblitzelle Dr**<br><br>**Dallas          TX      75243** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.93 | **Hoot, Brenda H.**<br>**16301 Prairie Garden Rd**<br><br>**Canyon          TX      79015** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.94 | **Horton, Brittany H.**<br>**1112 Wheatear Drive**<br><br>**Little Elm          TX      75068** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.95 | **Ibanez, Jose I.**<br>**2541 Wabash Ave Apt A**<br><br>**Fort Worth          TX      76109** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.96 | **Identity Media Services, LLC**<br>**c.o Scott Wert**<br>**1300 Summit Ave, Suite 650**<br><br>**Fort Worth          TX      76102** | Line _____<br>☑ Not listed.  Explain:<br>**Attorney for - Identity Media** | __ __ __ __ |
| 4.97 | **Indarawis, Lyndsey I.**<br>**1322 Clear Creek Dr**<br><br>**Wylie          TX      75098** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**                    Case number (if known) __16-40302__

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.98 | Jacob, Lino J.<br>2933 Hunters Point Ln<br><br>Carrollton        TX      75007 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.99 | Jalloh, Mariama J.<br>1252 Hidden Rdg Apt 3006<br><br>Irving        TX      75038 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.100 | Jefferson, Roshawdon J.<br>5401 Independence<br><br>Plano        TX      75023 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.101 | JOHN R AMES TAX ASSESSOR COLLECTOR<br>DALLAS COUNTY TAX OFFICE<br>PO BOX 139066<br><br>DALLAS        TX      75313-9066 | Line _____<br>☑ Not listed.  Explain:<br>**goods or services rendered** | __ __ __ __ |
| 4.102 | Johnson, Laquatta J.<br>9821 Bluffcreek Dr.<br><br>Dallas        TX      75227 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.103 | Johnson, Rendessa J.<br>10200 Independence Pkwy # 1306<br><br>Plano        TX      75025 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.104 | Jones, Chasity J.<br>412 Danny Dr<br><br>Desoto        TX      75115 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Forest Park Medical Center, LLC**                                        Case number (if known)   **16-40302**

<table>
<tr><td colspan="2">**Part 3:**</td><td>**Additional Page for Others to Be Notified About Unsecured Claims**</td></tr>
</table>

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.105 **Judson, Misty J.**<br>**7502 Travelers Xing**<br><br>**Rowlett          TX     75089** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.106 **Kaidbey, Rana K.**<br>**1032 San Jacinto Drive #1912**<br><br>**Irving          TX     75063** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.107 **Kalantari, Farnaz**<br>**9714 Chasefield Dr.**<br><br>**Rockwall        TX     75087** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.108 **Kelly, Diana K.**<br>**302 Brownlee Circle**<br><br>**Bosier City        LA     71111** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.109 **King, Stephanie K.**<br>**5050 Capitol Avenue, Apt 281**<br><br>**Dallas          TX     75206** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.110 **Kirkland, John K.**<br>**2908 Reata Dr**<br><br>**Wylie          TX     75098** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.111 **Kite, Kaitlin K.**<br>**6101 Berkshire Rd.**<br><br>**McKinney        TX     75070** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**                    Case number (if known)   **16-40302**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.112 | **Kurtz, Myra K.**<br>**2752 Gaston Ave #1131**<br><br>**Dallas          TX      75226** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.113 | **Lamb, Tiffany L.**<br>**9217 Waterman Dr.**<br><br>**Aubrey          TX      76227** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.114 | **Lampkin, Rebecca L.**<br>**3657 Laprada Dr**<br><br>**Mesquite          TX      75150** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.115 | **Lang, Steven L.**<br>**10588 Stone Canyon Rd #185**<br><br>**Dallas          TX      75230** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.116 | **Lang, Steven L.**<br>**10588 Stone Canyon Rd #185**<br><br>**Dallas          TX      75230** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.117 | **Lavender, Dequita L.**<br>**38 Gaslight Dr.**<br><br>**Hutchins          TX      75141** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.118 | **Limos, Janice L.**<br>**5414 Cypress Dr.**<br><br>**Rowlett          TX      75089** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Forest Park Medical Center, LLC**                    Case number (if known) __16-40302__

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.119** **Loftice, Kevin L.** **325 Old Hwy. 6** **Howe** **TX** **75495** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.120** **Long, Lou L.** **342 Belmont Ln** **Van Alstyne** **TX** **75495** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.121** **Lunger, Ashley L.** **246 Meadowcrest Dr** **Terrell** **TX** **75160** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.122** **Mack, Shelby, and Hayden Sanders** **c.o Jeffrey Hightower** **4144 N. Central Expwy, Suite 1230** **Dallas** **TX** **75204** | Line _____ ☑ Not listed. Explain: **Attorney for - Sanders** | __ __ __ __ |
| **4.123** **Mathew, Sibu** **543 Elderwood Loop** **Mesquite** **TX** **75181** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.124** **Mathew, Varughese** **3641 Danbury Lane** **Plano** **TX** **75074** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.125** **Matricardi, Jake M.** **2000 Westminster Ct** **Mckinney** **TX** **75070** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor      **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

---

**Part 3:**      **Additional Page for Others to Be Notified About Unsecured Claims**

---

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.126**  **Mayes, Janet M.**
**9221 Amberton Parkway 150**

**Dallas**          **TX**      **75243**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.127**  **McDonald, Shannon M.**
**7401 Alma Drive #212**

**Plano**          **TX**      **75025**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.128**  **McNabb, Sarah M.**
**522 W. Celeste Dr.**

**Garland**          **TX**      **75041**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.129**  **McWilliams, Amy M.**
**3201 Glenwood Dr**

**Wylie**          **TX**      **75098**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.130**  **Med El Corporation**
**c.o Michael Myers**
**901 Main Street, Suite 6515**

**Dallas**          **TX**      **75202**

Line _____

☑ Not listed.  Explain:
**Attorney for - Med El**

__ __ __ __

---

**4.131**  **MedPro**
**Attn: Sally Morkovsky**
**PO Box 120863**

**Arlington**          **TX**      **76012**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.132**  **Mendez, Rene M.**
**1405 Lacewing Dr**

**Mckinney**          **TX**      **75070**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

Debtor    **Forest Park Medical Center, LLC**                                  Case number (if known)   **16-40302**

---

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.133** | **Merrill Communications LLC** | Line _____ | __ __ __ __ |
| | **c.o Angela Hofferman** | ☑ Not listed. Explain: | |
| | **5051 Westheimer Road, 10th Floor** | **Attorney for - Merrill** | |
| | **Houston          TX      77056** | | |
| **4.134** | **Middleton, Molly M.** | Line _____ | __ __ __ __ |
| | **5716 Red Hill Ln.** | ☑ Not listed. Explain: | |
| | | **Notice Only** | |
| | **Frisco          TX      75034** | | |
| **4.135** | **Miller, Lisa M.** | Line _____ | __ __ __ __ |
| | **1563 Matlock** | ☑ Not listed. Explain: | |
| | | **Notice Only** | |
| | **Mansfield          TX      76063** | | |
| **4.136** | **Mongaras, Adelle M.** | Line _____ | __ __ __ __ |
| | **7362 Dominique Dr** | ☑ Not listed. Explain: | |
| | | **Notice Only** | |
| | **Dallas          TX      75214** | | |
| **4.137** | **Montoya, Maidelia M.** | Line _____ | __ __ __ __ |
| | **316 W Avenue** | ☑ Not listed. Explain: | |
| | | **Notice Only** | |
| | **Garland          TX      75040** | | |
| **4.138** | **Moore, Jennifer M.** | Line _____ | __ __ __ __ |
| | **3721 N. Hall Street, Apt 702** | ☑ Not listed. Explain: | |
| | | **Notice Only** | |
| | **Dallas          TX      75219** | | |
| **4.139** | **Morales, Maria M.** | Line _____ | __ __ __ __ |
| | **710 Pleasant Valley Rd** | ☑ Not listed. Explain: | |
| | | **Notice Only** | |
| | **Garland          TX      75040** | | |

---

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)   **16-40302**

---

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.140 | **Morris, Carolyn M.**<br>**3912 Marshall Dr**<br><br>**Dallas        TX      75210** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.141 | **Mosley, James M.**<br>**89 Steamboat Shrs.**<br><br>**Emory        TX      75440** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.142 | **Naguib, Therese N.**<br>**3808 Cloudcrest Dr**<br><br>**Plano        TX      75074** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.143 | **Nance, Sharon N.**<br>**2000 Mobile Dr**<br><br>**Ennis        TX      75119** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.144 | **Narramore, Wendi**<br>**3905 Popular Point Dr**<br><br>**Rockwall        TX      75032** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.145 | **Nguyen, Giang N.**<br>**3429 O'henry Dr**<br><br>**Garland        TX      75042** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.146 | **Nguyen, Lauren N.**<br>**623 Alexandra Ave**<br><br>**Richardson        TX      75081** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)  **16-40302**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.147** | **Nguyen, Oanh N.**<br>**4625 Enchanted Isle Ct.**<br><br>**Arlington          TX     76016** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.148** | **Nguyen, Phuong N.**<br>**2009 Lake Highlands Dr**<br><br>**Wylie          TX     75098** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.149** | **Nichols, Sherry N.**<br>**1677 Hearn Lane**<br><br>**Van Alstyne          TX     75495** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.150** | **Nixon, Shannon N.**<br>**2805 Riviera Dr.**<br><br>**Garland          TX     75040** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.151** | **Nobles, Rachel N.**<br>**8005 Salzburg Dr.**<br><br>**Rowlett          TX     75089** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.152** | **Nowell, Brandy N.**<br>**2853 Ingram Cir**<br><br>**Mesquite          TX     75181** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.153** | **Oard, Jennifer O.**<br>**2660 N. Haskell Ave., Apt 4139**<br><br>**Dallas          TX     75204** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

<table>
<tr><td>**Part 3:**</td><td>**Additional Page for Others to Be Notified About Unsecured Claims**</td></tr>
</table>

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.154 **Obrien, Stacie** <br> **242 Amherst** <br><br> **Forney            TX      75126** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.155 **Oh, Ae** <br> **1903 Cornell Dr** <br><br> **Richardson        TX      75081** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.156 **Ortega, Luis** <br> **4411 Country Creek Dr** <br><br> **Dallas            TX      75236** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.157 **Ottmer, Shannon O.** <br> **560 Flat Ct** <br><br> **Waxahachie        TX      75167** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.158 **Panilagao, Wenlove P.** <br> **1622 Grove Park Place** <br><br> **Garland           TX      75040** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.159 **Parish, Gavin P.** <br> **2624 Downing Avenue** <br><br> **Dallas            TX      75216** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.160 **Parker, Sharda P.** <br> **1441 Montebello Dr** <br><br> **Prosper           TX      75078** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known) __16-40302__

| | |
|---|---|
| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.161** Pauline Ndirangu
c.o Brian Sanford
1910 Pacific Ave. Suite 15400
Dallas          TX     75201

Line _____
☑ Not listed.  Explain:
**Notice Only**

**4.162** Petreaca, Louana-Naomi
3321 Marcedonia Dr
Plano          TX     75025

Line _____
☑ Not listed.  Explain:
**Notice Only**

**4.163** Pham, Hilary P.
505 Welch Drive
Royse City          TX     75189

Line _____
☑ Not listed.  Explain:
**Notice Only**

**4.164** Phan, Truc P.
2846 Autumn Breeze Way
Kissimmee          FL     34744

Line _____
☑ Not listed.  Explain:
**Notice Only**

**4.165** Phelps, Katherine P.
105 Towngate Dr
Wylie          TX     75098

Line _____
☑ Not listed.  Explain:
**Notice Only**

**4.166** Pirnajmedin, Hamid P.
4808 Haverwood Ln Apt 1021b
Dallas          TX     75287

Line _____
☑ Not listed.  Explain:
**Notice Only**

**4.167** Pope, Kimberly P.
2128 Lakeway Terrace
Flower Mound          TX     75028

Line _____
☑ Not listed.  Explain:
**Notice Only**

Debtor   **Forest Park Medical Center, LLC**                              Case number (if known)   **16-40302**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.168 | **Porter, Cassie** <br> **14332 Montfort Dr., Apt 5408** <br><br> **Dallas          TX     75254** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.169 | **PRESSLINK PRINTING LTD** <br> **c.o Edward Davis** <br> **8750 N. Central Expy, Suite 1600** <br><br> **Dallas          TX     75231** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.170 | **Purifoy, Michael P.** <br> **205 Pecan Park Dr** <br><br> **Bullard         TX     75757** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.171 | **Quine, Julie** <br> **9135 Coral Cove Dr** <br><br> **Dallas          TX     75243** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.172 | **Quintero, Melissa Q.** <br> **2401 Walnut** <br><br> **Amarillo        TX     79107** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.173 | **Ramirez, Consuelo R.** <br> **9000 Poppy Dr Apt 9233** <br><br> **Dallas          TX     75218** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.174 | **Ramirez, Consuelo R.** <br> **9000 Poppy Dr Apt 9233** <br><br> **Dallas          TX     75218** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Forest Park Medical Center, LLC**                           Case number (if known)   **16-40302**

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |

**Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any**

**4.175**   **Rasor, Aaron R.**
**2030 Clarksdale Place**

**Dallas                 TX      75228**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.176**   **Renner, Thomas R.**
**8647 San Fernando Way**

**Dallas                 TX      75218**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.177**   **Richardson ISD**
**c.o Elizabeth Banda Calvo**
**500 E. Border, Suite 640**

**Arlington             TX      76010**

Line _____

☑ Not listed.  Explain:
**Attorney for - Richardson ISD**

__ __ __ __

**4.178**   **Riley, Brookelynn**
**4300 Horizon North Pkwy, #426**

**Dallas                 TX      75287**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.179**   **Rivera, Anna R.**
**2411 A 87th Street**

**Lubbock               TX      79423**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.180**   **Robinson, Helenus R.**
**18880 Marsh Lane, #2205**

**Dallas                 TX      75287**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.181**   **Robles, Brandey R.**
**PO Box 276**

**Royse City           TX      75189**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   **Forest Park Medical Center, LLC**   Case number (if known)   **16-40302**

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.182 | **Rochell, Garrison R.**<br>**14500 Logan Springs**<br><br>**Little Elm        TX      75068** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.183 | **Rodriguez, Amy**<br>**1930 Aspen Ln**<br><br>**Garland        TX      75044** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.184 | **Rogers, William R.**<br>**10575 Old Military Trl**<br><br>**Forney        TX      75126** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.185 | **Roque, Michael R.**<br>**405 Southfork Blvd.**<br><br>**Wylie        TX      75098** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.186 | **Sandejas, Rommel S.**<br>**721 Ambrose Ct**<br><br>**Garland        TX      75040** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.187 | **Sanders, Jay S.**<br>**10020 Kilarney**<br><br>**Dallas        TX      75218** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.188 | **Schipske, Heather S.**<br>**2400 Bluffton Dr.**<br><br>**Plano        TX      75075** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Forest Park Medical Center, LLC**                         Case number (if known)   **16-40302**

---

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.189** **Script Media LLC**
c.o Anthony Garza
3333 Lee Parkway, St 460

Dallas    TX    75219

Line _____
☑ Not listed. Explain:
**Attorney for - Script Media**

__ __ __ __

**4.190** **Shuptrine, Judy**
543 Wilson

Lancaster    TX    75146

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.191** **Sidney Rodriguez**
c.o Patrick Wigle
6440 N. Central Exprswy
1000 Turley Law Center
Dallas    TX    75206

Line _____
☑ Not listed. Explain:
**Attorney for - Sidney Rodriguez**

__ __ __ __

**4.192** **Smith, Jaclyn S.**
9669 Cr 151

Kaufman    TX    75142

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.193** **Smith, Jamal S.**
7850 Bishop Rd. #1206

Plano    TX    75024

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.194** **Smith, Lana S.**
318 Bayberry Trail

Forney    TX    75126

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.195** **Speck Communications LLC**
c.o James McCown
15851 Dallas Parkway, Suite 800

Addison    TX    75001

Line _____
☑ Not listed. Explain:
**Attorney for - Speck**

__ __ __ __

Debtor    **Forest Park Medical Center, LLC**                          Case number (if known)    **16-40302**

---

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

---

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.196** | **Stanton, Monica S.** **7709 Harvest Hill Ln** **Mckinney         TX      75071** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.197** | **Steiner, Ernestina** **c.o John Wall** **5728 Propect Ave, Suite 2001** **Dallas         TX      75206** | Line _____ ☑ Not listed.  Explain: **Attorney for - Steiner** | __ __ __ __ |
| **4.198** | **Steiner, Ernestina** **1000 PARKWOOD TRAIL** **MESQUITE         TX      75149** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.199** | **Stevens, Ashleigh S.** **5050 Capitol Ave. #260** **Dallas         TX      75206** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.200** | **Stevens, Shayna S.** **4017 Weyburn Pl** **Plano         TX      75023** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.201** | **Tate, Ashley T.** **5610 1/2 Swiss Ave** **Dallas         TX      75214** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.202** | **Thilman, Michelle T.** **910 Woodhaven Lane** **Garland         TX      75040** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**                              Case number (if known)  __16-40302__

---

**Part 3:**  **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.203** | Thompson, Shorie<br>3406 Larkin Ln<br><br>Rowlett          TX      75089 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.204** | Tobar, Maria T.<br>329 S. Barnes Dr. #151<br><br>Garland          TX      75042 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.205** | Tusing, Stephanie T.<br>130 Warren St<br><br>Nevada          TX      75173 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.206** | Van, Thai<br>2517 Poinciana Pl.<br><br>Dallas          TX      75212 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.207** | Villanueva, Chemene V.<br>2772 Gaston Ave Apt. 1415<br><br>Dallas          TX      75226 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.208** | Walker, Katrina W.<br>4607 Timberglen Rd.<br><br>Dallas          TX      75287 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.209** | Walker, Patricia W.<br>7104 Garden Laurel Ct.<br><br>Plano          TX      75024 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**                    Case number (if known)   **16-40302**

---

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

---

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.210** | Watson, Ryan W. <br> 716 Horizon Str. <br><br> Flower Mound       TX     75028 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.211** | WATSON. CARAWAY, et al. <br> Attn: David Luningham <br> 1600 OIL & GAS BUILDING <br> 309 WEST 7TH STREET <br> FORT WORTH       TX     76102 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.212** | Waweru, Sylvia <br> 5711 Preston Oaks <br><br> Dallas       TX     75254 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.213** | Wilkowsky, Chandra W. <br> 4609 Whitehall Ct <br><br> Mckinney       TX     75070 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.214** | Will, Velta W. <br> 115 North Star Lane <br><br> Waxahachie       TX     75165 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.215** | Williams, Brandi W. <br> 1920 Grassmere Ln Apt 1121 <br><br> Mckinney       TX     75071 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.216** | Williams, Kimberly W. <br> 4202 W Hwy 80 #2017 <br><br> Mesquite       TX     75149 | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**                    Case number (if known)   **16-40302**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.217** | **Williams, Shannon W.** <br> **4116 Pine St** <br><br> **Texarkana          TX     75503** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.218** | **Wright, Sarina W.** <br> **1125 Esters Rd # 2013** <br><br> **Irving          TX     75061** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.219** | **Young, Kimberly Y.** <br> **2809 Tedlow Trl** <br><br> **Mesquite          TX     75150** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.220** | **Zokai, Olivia Z.** <br> **2406 Wild Cherry Way** <br><br> **Dallas          TX     75206** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Forest Park Medical Center, LLC**                  Case number (if known)    **16-40302**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    **$424,128.45** |
| 5b. | **Total claims from Part 2** | 5b. **+**   **$44,099,646.29** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    **$44,523,774.74** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Forest Park Medical Center, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-40302**      Chapter **11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | equipment lease (Debtor hereby reserves any and all rights regarding whether this transaction is a disguised secured transaction or a true lease) | **Banc Of America Leasing** **PO BOX 100918** |
|---|---|---|---|
| | | | **ATLANTA**     **GA**     **30384-0918** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | equipment lease (Debtor hereby reserves any and all rights regarding whether this transaction is a disguised secured transaction or a true lease) | **Bank Of The West** **DEPT LA 23091** |
|---|---|---|---|
| | | | **PASADENA**     **CA**     **91185-3091** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Sublease | **Casas Real Estate Holdings, LLC** **c/o Jonathan C. Scott** **100 Highland Park Village, Ste. 200** |
|---|---|---|---|
| | | | **Dallas**     **TX**     **75205** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Income Guaranty Recruitment Agreement for Physician Services | **Charlotte A. Hodges, MD, PLLC** **4207 Live Oak #2212** |
|---|---|---|---|
| | | | **Dallas**     **TX**     **75204** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | **Forest Park Medical Center, LLC** | Case number (if known) | **16-40302** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.5** State what the contract or lease is for and the nature of the debtor's interest

copier lease dated 2/14/12

**CIT Finance LLC**

**10201 Centurion Parkway N#100**

State the term remaining

**Jacksonville**　　　　　　　**FL**　　**32256**

List the contract number of any government contract

**2.6** State what the contract or lease is for and the nature of the debtor's interest

Income Guaranty Recruitment Agreement for Physician Services

**Dr. Wade N. Barker, PA,**

**12222 N. Central Expressway**

**Suite 300**

State the term remaining

**Dallas**　　　　　　　**TX**　　**75243**

List the contract number of any government contract

**2.7** State what the contract or lease is for and the nature of the debtor's interest

Hospital and garage lease Term remaining: approximately 12 years

**Forest Park Realty Partners III, LP**

**3030 Olive Street**

State the term remaining

**Dallas**　　　　　　　**TX**　　**75219**

List the contract number of any government contract

**2.8** State what the contract or lease is for and the nature of the debtor's interest

equipment lease (Debtor hereby reserves any and all rights regarding whether this transaction is a disguised secured transaction or a true lease)

**GE Healthcare Financial Services**

**PO Box 641419**

**PITTSBURGH**　　　　　**PA**　　**15264-1419**

State the term remaining

List the contract number of any government contract

**2.9** State what the contract or lease is for and the nature of the debtor's interest

Lease of Tower at 11970 N. Central Expressway, Dallas, Texas

**HTA-FP Tower, LLC**

**c/o HEALTH CARE TRUST OF**

**AMERICA HOLDINGS, LP**

**SCOTTSDALE**　　　　　**AZ**　　**85254**

State the term remaining

List the contract number of any government contract

Debtor    **Forest Park Medical Center, LLC**                                    Case number (if known)  **16-40302**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.10** State what the contract or lease is for and the nature of the debtor's interest | **equipment lease (Debtor hereby reserves any and all rights regarding whether this transaction is a disguised secured transaction or a true lease)** | **MED ONE Equipment Services** |
| | | **10712 SOUTH 1300 EAST** |
| State the term remaining | | **SANDY                    UT        84094** |
| List the contract number of any government contract | | |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest | **Physician Recruitmant Agreement** | **SPINE INSTITUTE OF TEXAS PLLC** |
| | | **11970 N CENTRAL EXPWY** |
| State the term remaining | | **STE 450** |
| | | **DALLAS                   TX        75243** |
| List the contract number of any government contract | | |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest | **Management Contract** | **The Management Company at Forest Park Me** |
| | | **2101 Cedar Springs Road, Suite 1540** |
| State the term remaining | | **Dallas                    TX        75201** |
| List the contract number of any government contract | | |
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | **equipment lease (Debtor hereby reserves any and all rights regarding whether this transaction is a disguised secured transaction or a true lease)** | **Wells Fargo Equipment Finance** |
| | | **733 Marquette Ave Ste 700** |
| | | **Minneapolis, MN, 55402** |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Forest Park Medical Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **16-40302**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| 2.1 **David Genecov** | **11970 N Central Expwy, Suite 270**<br>Number   Street<br><br>**Dallas**   **TX**   **75243**<br>City   State   ZIP Code | **Callidus Capital Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **David Genecov** | **11970 N Central Expwy, Suite 270**<br>Number   Street<br><br>**Dallas**   **TX**   **75243**<br>City   State   ZIP Code | **Banc Of America Leasing** | ☐ D<br>☐ E/F<br>☑ G |
| 2.3 **David Genecov** | **11970 N Central Expwy, Suite 270**<br>Number   Street<br><br>**Dallas**   **TX**   **75243**<br>City   State   ZIP Code | **Bank Of The West** | ☐ D<br>☐ E/F<br>☑ G |
| 2.4 **David Genecov** | **11970 N Central Expwy, Suite 270**<br>Number   Street<br><br>**Dallas**   **TX**   **75243**<br>City   State   ZIP Code | **GE Healthcare Financial Services** | ☐ D<br>☐ E/F<br>☑ G |
| 2.5 **FPMC Services, LLC** | **11990 N Central Expy**<br>Number   Street<br><br>**Dallas**   **TX**   **75243**<br>City   State   ZIP Code | **Callidus Capital Corporation** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Forest Park Medical Center, LLC**                      Case number (if known)   **16-40302**

▬ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / Mailing address | | **Name** | *Check all schedules that apply:* |
| **2.6** | **Jefe Plover Interests, LTD** | **16 Wooded Gate Drive** <br> Number  Street <br><br> **Dallas**  **TX**  **75230** <br> City  State  ZIP Code | **Banc Of America Leasing** | ☐ D <br> ☐ E/F <br> ☑ G |
| **2.7** | **Jefe Plover Interests, LTD** | **16 Wooded Gate Drive** <br> Number  Street <br><br> **Dallas**  **TX**  **75230** <br> City  State  ZIP Code | **Bank Of The West** | ☐ D <br> ☐ E/F <br> ☑ G |
| **2.8** | **Jefe Plover Interests, LTD** | **16 Wooded Gate Drive** <br> Number  Street <br><br> **Dallas**  **TX**  **75230** <br> City  State  ZIP Code | **GE Healthcare Financial Services** | ☐ D <br> ☐ E/F <br> ☑ G |
| **2.9** | **Richard F. Toussaint** | **3712 Euclid Avenue** <br> Number  Street <br><br> **Dallas**  **TX**  **75205** <br> City  State  ZIP Code | **Banc Of America Leasing** | ☐ D <br> ☐ E/F <br> ☑ G |
| **2.10** | **Richard F. Toussaint** | **3712 Euclid Avenue** <br> Number  Street <br><br> **Dallas**  **TX**  **75205** <br> City  State  ZIP Code | **Bank Of The West** | ☐ D <br> ☐ E/F <br> ☑ G |
| **2.11** | **Richard F. Toussaint** | **3712 Euclid Avenue** <br> Number  Street <br><br> **Dallas**  **TX**  **75205** <br> City  State  ZIP Code | **GE Healthcare Financial Services** | ☐ D <br> ☐ E/F <br> ☑ G |
| **2.12** | **Robert Wyatt** | **12222 N Central Expwy, Suite 440** <br> Number  Street <br><br> **Dallas**  **TX**  **75243** <br> City  State  ZIP Code | **Callidus Capital Corporation** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor     **Forest Park Medical Center, LLC**                                        Case number (if known)   **16-40302**

████  **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.13  **Robert Wyatt** | **12222 N Central Expwy, Suite 440**<br>Number        Street<br><br>**Dallas**                    **TX**    **75243**<br>City                                  State   ZIP Code | **Banc Of America Leasing** | ☐ D<br>☐ E/F<br>☑ G |
| 2.14  **Robert Wyatt** | **12222 N Central Expwy, Suite 440**<br>Number        Street<br><br>**Dallas**                    **TX**    **75243**<br>City                                  State   ZIP Code | **Bank Of The West** | ☐ D<br>☐ E/F<br>☑ G |
| 2.15  **Robert Wyatt** | **12222 N Central Expwy, Suite 440**<br>Number        Street<br><br>**Dallas**                    **TX**    **75243**<br>City                                  State   ZIP Code | **GE Healthcare Financial Services** | ☐ D<br>☐ E/F<br>☑ G |
| 2.16  **The Management Company** | **at Forest Park Medical Center, LLC**<br>Number        Street<br>**2101 Cedar Springs Rd., Suite 1540**<br>**Dallas**                    **TX**    **75201**<br>City                                  State   ZIP Code | **Callidus Capital Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| 2.17  **Toussaint Family Partnership, LTD** | **3712 Euclid Avenue**<br>Number        Street<br><br>**Dallas**                    **TX**    **75205**<br>City                                  State   ZIP Code | **Banc Of America Leasing** | ☐ D<br>☐ E/F<br>☑ G |
| 2.18  **Toussaint Family Partnership, LTD** | **3712 Euclid Avenue**<br>Number        Street<br><br>**Dallas**                    **TX**    **75205**<br>City                                  State   ZIP Code | **Bank Of The West** | ☐ D<br>☐ E/F<br>☑ G |
| 2.19  **Toussaint Family Partnership, LTD** | **3712 Euclid Avenue**<br>Number        Street<br><br>**Dallas**                    **TX**    **75205**<br>City                                  State   ZIP Code | **GE Healthcare Financial Services** | ☐ D<br>☐ E/F<br>☑ G |

Debtor      **Forest Park Medical Center, LLC**                          Case number (if known)   **16-40302**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.20 | Vibrant Healthcare, LLC | **2101 Cedar Springs Rd, Suite 1540**<br>Number        Street<br><br>**Dallas**                **TX    75201**<br>City                          State   ZIP Code | **Callidus Capital Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 | Wade Barker | **12222 N Central Expy, Suite 440**<br>Number        Street<br><br>**Dallas**                **TX    75243**<br>City                          State   ZIP Code | **Callidus Capital Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 | Wade Barker | **12222 N Central Expy, Suite 440**<br>Number        Street<br><br>**Dallas**                **TX    75243**<br>City                          State   ZIP Code | **Banc Of America Leasing** | ☐ D<br>☐ E/F<br>☑ G |
| 2.23 | Wade Barker | **12222 N Central Expy, Suite 440**<br>Number        Street<br><br>**Dallas**                **TX    75243**<br>City                          State   ZIP Code | **Bank Of The West** | ☐ D<br>☐ E/F<br>☑ G |
| 2.24 | Wade Barker | **12222 N Central Expy, Suite 440**<br>Number        Street<br><br>**Dallas**                **TX    75243**<br>City                          State   ZIP Code | **GE Healthcare Financial Services** | ☐ D<br>☐ E/F<br>☑ G |

**Fill in this information to identify the case:**

Debtor Name **Forest Park Medical Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **16-40302**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.......................................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B....................................................................................... **$13,228,932.40**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.......................................................................................... **$13,228,932.40**

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. **$4,359,174.56**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F....................................... **$424,128.45**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ **+ $44,099,646.29**

4.  **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................... **$48,882,949.30**

**Fill in this information to identify the case and this filing:**

Debtor Name   **Forest Park Medical Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number   **16-40302**
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __3/28/16__        X _____
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         **David Genecov**
                                         Printed name
                                         **Chairman of the Board of Managers**
                                         Position or relationship to debtor